Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Fort Pierce Division

**18-14061-CV-ROSENBERG/MAYNARD**

FILED by **LH** D.C.

Feb 16, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. PIERCE

Sophia Thelisma / Carmelo Etienne
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

STATE OF FLORIDA / FLORIDA STATE ATTORNEYS OFFICE 19th JDC
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sophia Thelisma / Carmelo Etienne
Address: 1725 38th Street
Vero Beach, FL 32960
City / State / Zip Code
County: Indian River County
Telephone Number: 772 490 0811
E-Mail Address: melobaronhouse@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Thomas Loveland (DCF)
Job or Title (if known): CPI Supervisor
Address:
Vero Beach, FL
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Patrick O'Brian
Job or Title (if known): State Attorney O'Brian
Address: 218 S 2nd Street Fort Pierce
Fort Pierce, FL 34950
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

B. DEFENDANTS:

# DCF Defendants

1145 18th pl. Vero Beach Fl 32960,
772 770 6701
CPI/SCPI AGENTS:
  TONY V COLLINS, THOMAS LOVELAND,

1317 WINEWOOD BLVD #202 TALLAHASSEE FL. 32399
850 487 1111
CPI/SCPI AGENTS:
- ROBERT SHAE (IGO)
- TIFFANY PERRY - VB
- ASHLEY DELANEY - VB
- SHARON SMART - VB
- ANNA WEATHERLY - VB
- SARA LALLA - TE
- TIM SLAVEN - VB
- PERNIAN MILTON - WPB
- ADRIAN D - VB
- OWENS THOMAS - VB
- KALISK
- PEBBLES SIMMONS (IGO) - TE
- SOUTHALL (IGO) - TE
- ANNETTE MURRAY (IGO) TE
- KATIE ALLSERY (IGO) TE

OFFICIAL CAPACITY
INDIVIDUAL CAPACITY

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Robert L Pegg
Job or Title (if known): Judge
Address: 2000 16th Ave #384
Vero Beach, Fl 32960
County: Indian River County
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

Defendant No. 4
Name: Victoria L. Griffin
Job or Title (if known): Judge
Address: 2000 16th Ave #384
Vero Beach, Fl 32960
County: Indian River County
Telephone Number: 772 770 5054
E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1, 2, 4, 5, 6, 7, 9, 10, 14,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?  1, 4, 5, 6, 7, 9, 10, 14,

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

DCF KNOWINGLY MADE UP FALSE REPORT, Police came out on False report knowingly

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

2431 20th ave, 1725 38th street, 4485 51st Ave, VBPD, IRCSD, DCF OFFICE
Vero Beach FL / Vero Beach FL / Vero Beach FL

B. What date and approximate time did the events giving rise to your claim(s) occur?

Jan 25 2015 - 3pm, Jan 26 2015 - 11am & 7pm, Feb. 13 2018

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Carmelo WAS A VICTIM OF STOLEN PROPERTY. Sophia was a witness and victim of a sick building. The police Department started pulling strings for William Lee (slumlord) DCF got involved and made false reports knowingly to retaliate against Us for William Lee by taking our kids and destroying our family. Splitting up 2 family's.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

BROKEN FINGER, Doctor Documents, Did not receive treatment

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

DAMAGES 150 BILLION - HOUSES

Punitive Damages 150 BILLION -

mental Anguish - 150 BILLION

False/Wrongful Incarceration - 150 BILLION

Time Away, Pain & Suffering, Embarassment, Harrasment, From children, Broken Bones, Emotional Damage,

WE WANT WITNESS PROTECTION, COMPENSATION, NAME CHANGES, & STATE RELOCATION FOR ALL 3 FAMILIES.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/16/2018

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Sophia Thelisma / Carmelo Etienne

### B. For Attorneys

Date of signing: 2-16-18

Signature of Attorney: [signature]
Printed Name of Attorney: Carmelo Etienne
Bar Number:
Name of Law Firm:
Address:

_____ _____ _____
City      State      Zip Code

Telephone Number:
E-mail Address: Melobaron@gmail.com