**FROM: SHERIFF\kskovsgard, Narrative**

On January 26th, 2017 at approximately 1900 hours, I responded to 4498 51st Avenue in reference to a CFS Fax Investigation. Upon arrival I made contact with DCF Investigator Ashley Deleany who provided me CFS Fax Intake 2018-415537-01 that stated the following:

"The children are in danger from being around drugs. the paramour/father is a well known drug dealer. He sells very heavy amounts of marijuana and a lot of it but he may also sell crack cocaine. The paramour was selling it out of the car and he had children with him in the car when he sold the marijuana. The drugs were around the children.

The mother smokes marijuana. She smokes it often. It affects the mother's ability to properly care for the children. About a year ago, the mother had been smoking marijuana and she took ___ out in the cold weather wearing only a diaper and shirt. ___ was cold and clothing had to be put on her to keep her warm. The mother left ___ and did not come back like she said she would. The mother was unable to properly care for her due to smoking marijuana. On a Youtube video the mothers lips were so black from smoking a lot of marijuana.

The paramour is controlling. Since the mother has known him she has been isolated from her family and friends. The paramour has isolated the mother from them. The grandmother, uncle and other family members have not been in touch with the mother in a year. The friends have not been in touch with the mother in a year. The paramour is married but the mother just had a child by him. The mother had been trying to get away from him but now since had has a baby she is sticking around. The mother is only able to speak to you on the speaker phone and it has to be in the presence of the paramour. The mother had been advertising to get a trailer to go to Haiti".

I then made contact with the mother, Sophia Thelisma, who denied the allegations. Thelisma advised she does not consume drugs and drugs are not done around the children. Thelisma advised she thinks someone has it out for her and is trying to make her life difficult by making false allegation to DCF. Thelisma explained her children's father, Carmello Etienne, does not control her and is not abusive to her.

Contact was then made with Carmello who advised the allegations were not true. Carmello advised the report was turned in by Vero Beach Police Department. Carmello explained he has been having issues with Vero Beach Police Department and they have been threatening to him. Carmello further advised the named used for him in the DCF report is his musical stage name, thus has to be someone who does not really know him. Carmello denied selling drugs or consuming drugs around the children.

I then made contact with children, ___ and ___. All three children appeared to by happy, groomed well, and in good health. I observed no signs of abuse or neglect.

Through my investigation I determined no crime occurred.

This case is UNFOUNDED.

ON DUTY

WITNESS: 407 245-0888

ON AGENT



A person who knowingly or willfully makes public or discloses to any unauthorized person any confidential information contained in the central abuse hotline is subject to the penalty provisions of s. 39.205.

Reason for Override:

B. Decision

| Decision | Date/Time Decision Made | Reason |
|---|---|---|
| Screen In | 01/26/2018 9:43 AM | Screen In - Accepted for Services/Investigation |
| Worker: | Owens-Thomas, Adrian D | |

Explain:
Parent/legal guardian is violent, impulsive, or acting dangerously in ways that seriously harmed the child or will likely seriously harm to the child. Impending Danger.

## IV. CI Unit Documentation

| First Call Attempted Date/Time | Completed Call Date/Time |
|---|---|
| Call Log | |

| Called Out By | Called To |
|---|---|
| Owens-Thomas, Adrian D | |

Intake Report



18-16769

A person who knowingly or willfully makes public or discloses to any unauthorized person any confidential information contained in the central abuse hotline is subject to the penalty provisions of s. 39.205.

RECEIVED JAN 29 2018 IRCSO CENTRAL RECORDS

## INTAKE REPORT

| Intake Name<br>Thelisma, Sophia | | Intake Number<br>2018-415537-01 | | County<br>Indian River | | Secondary County |
|---|---|---|---|---|---|---|
| Date and Time Intake Received<br>01/26/2018 8:49 AM | Program Type<br>Child Intake - Initial | | Investigative Sub-Type<br>In-Home | | Provider Name<br>N/A | |
| Background Checks Required<br>☒ Yes ☐ No | Reason | | Call Record Number | | 3 Hits Reviewed<br>☐ Yes ☒ N/A | |
| Worker Safety Concerns<br>☐ Yes ☒ No | | | Prior Involvement<br>☒ Yes ☐ No | | Law Enforcement Notified<br>☐ Yes ☒ No | |
| Send Florida Administrative Message to Law Enforcement ☐ Yes ☒ N/A | | | | | | |
| Response Time<br>24 Hours | Name – Worker<br>Owens-Thomas, Adrian D | | | | Name – Supervisor<br>PERINON, MILTON | |

### I. Family Information

| Name – Family<br>Thelisma, Sophia | | Telephone Number – Home | | |
|---|---|---|---|---|
| Address – Street<br>2631 20th ST | Unit Designator | City<br>Vero Beach | State<br>FL | Zip Code<br>329603049 |
| Primary Language: | Interpreter Needed: ☐ Yes ☒ No | | | |
| Directions to House | | | | |
| Current and 24 hour location is unknown. | | | | |

**A. Participants**

| Name | | ID Number | Role | Gender | DOB |
|---|---|---|---|---|---|
| ▓▓▓▓, ▓▓▓▓▓▓ | | | V | Female | 05/06/2015 |
| Est. Age<br>2 | Ethnicity<br>African American/Black | Race<br>Black/African American | Disability<br>☐ Yes ☒ No | | |
| Hearing Impaired: ☐ Yes ☒ No<br>Device Needed: | | 24 Access ☐ Yes ☒ No | | | |
| Unknown, Unknown | | | V | Male | |
| Est. Age<br>0 | Ethnicity | Race | Disability<br>☐ Yes ☒ No | | |
| Hearing Impaired: ☐ Yes ☒ No<br>Device Needed: | | 24 Access ☐ Yes ☒ No | | | |
| | | | V | Male | 05/13/2011 |
| Est. Age<br>6 | Ethnicity<br>Haitian | Race<br>Black/African American | Disability<br>☐ Yes ☒ No | | |
| Hearing Impaired: ☐ Yes ☒ No<br>Device Needed: | | 24 Access ☐ Yes ☒ No | | | |
| Thelisma, Sophia | | | AP-HM-IN-PC | Female | 08/21/1991 |
| Est. Age<br>26 | Ethnicity | Race<br>Black/African American | Disability<br>☐ Yes ☒ No | | |
| Hearing Impaired: ☐ Yes ☒ No<br>Device Needed: | | 24 Access ☐ Yes ☒ No | | | |
| Brown, Melo | | | AP-HM-PC | Male | |
| Est. Age<br>29 | Ethnicity<br>Haitian | Race | Disability<br>☐ Yes ☒ No | | |

→ Racist



A person who knowingly or willfully makes public or discloses to any unauthorized person any confidential information contained in the central abuse hotline is subject to the penalty provisions of s. 39.205.

### A. Allegation Narrative

The children are in danger from being around drugs. The paramour / father is a well known drug dealer. He sells very heavy amounts of marijuana and a lot of it but he may also sell crack cocaine. The paramour was selling it out of the car and he had the children with him in the car when he sold the marijuana. The drugs were around the children.

The mother smokes marijuana. She smokes it often. It effects the mother's ability to properly care for the children. About a year ago, the mother had been smoking marijuana and she took          out in cold weather wearing only a diaper and a shirt.          was cold and clothing had to be put on her to keep her warm. The mother left          and did not come back like she said she would. The mother was unable to properly care for her due to smoking marijuana. On a YouTube video the mother's lips were so black from smoking a lot of marijuana.

The paramour is controlling. Since the mother has known him she has been isolated from her family and friends. The paramour has isolated the mother from them. The grandmother, uncle and other family members have not been in touch with the mother in a year. The friends have not been in touch with the mother in a year. The paramour is married but the mother just had a child by him. The mother had been trying to get away from him but now since had has a baby she is sticking around. The mother is only able to speak to you on the speaker phone and it has to be in the presence of the paramour. The mother had been advertising to get a trailer to go to Haiti.

### A. Provider Detail

### B. Narrative for Worker Safety Concerns

## III. Agency Response

### A. Recommendation

| System Screening Recommendation | Counselor Screening Recommendation | Counselor Screening Reason |
|---|---|---|
|  | Pending |  |
| Counselor Name | Counselor Screening Date/Time |  |
|  |  |  |

Reason for Override:

| System Response Priority Recommendation | Counselor Response Priority Recommendation | Date/Time Decision Made |
|---|---|---|

IF SAY



A person who knowingly or willfully makes public or discloses to any unauthorized person any confidential information contained in the central abuse hotline is subject to the penalty provisions of s. 39.205.

| Hearing Impaired: Device Needed: | ☐ Yes ☒ No | 24 Access ☐ Yes ☒ No |
|---|---|---|

AP = Alleged Perpetrator
CH = Child In Home
HM = Household Member
NM = Non-Household Member
PC = Parent/Caregiver
IN = Intake Name
SO = Significant Other
V = Victim
JS = Alleged Juvenile Sexual Offender
IC = Identified Child
RN = Referral Name / SC Referral Name

### B. Address and Phone Information

| Name | Type | Address | Telephone Number |
|---|---|---|---|
| Unknown, Unknown | Primary Residence | 2631 20th ST Vero Beach, FL 329603049 | |
| | Primary Residence | | |
| Thelisma, Sophia | Primary Residence | 2631 20th ST Vero Beach, FL 329603049 | |
| Brown, Melo | Primary Residence | 2631 20th ST Vero Beach, FL 329603049 | |
| | Primary Residence | | |

### C. Relationships

| Subject | Relationship | Subject |
|---|---|---|
| Thelisma, Sophia | Mother-Birth | |
| Thelisma, Sophia | Mother-Birth | |
| Thelisma, Sophia | Mother-Birth | |
| Brown, Melo | Paramour-Parent/Caregiver | Unknown, Unknown |
| Brown, Melo | Paramour-Parent/Caregiver | |
| Brown, Melo | Father-Birth | Unknown, Unknown |

### D. Alleged Maltreatment

| Alleged Victim | Maltreatment Code |
|---|---|
| | Environmental Hazards |
| Unknown, Unknown | Environmental Hazards |
| | Environmental Hazards |
| | Intimate Partner Violence Threatens Child |
| Unknown, Unknown | Intimate Partner Violence Threatens Child |
| | Intimate Partner Violence Threatens Child |
| | Substance Misuse - Illicit Drugs |

### E. Location of Incident

| Address – Street | Apt. | City | State | Zip Code |
|---|---|---|---|---|
| Telephone Number – Home | Telephone Number – Work | | Telephone Number - Cell | |

## II. Narratives

On January 26th 2018, approximately 1512 hours, I met with Carmelo Etienne in the lobby of the Sheriff's Office. Etienne stated that he was being racially profiled by the Vero Beach Police Department.

Etienne stated that on 01/25/2018, he called VBPD to report a theft of his property at his now-former residence of 2431 20th Ave, Vero Beach. He stated that he had multiple items taken from the property before he could remove them and transport them to his new residence, to include; 2- Echo weed eaters ($600), 2-Leaf blowers ($380), 1 Self propelled lawn mower ($350), and 1- Tool box filled with misc. tools ($800). He stated that he believed the maintenance employee of the property, Maurice Restrespo, took the items, and that he had a video of him admitting to it. Etienne stated that when VBPD Cpl. D. Rivers arrived on scene, he did not take any notes of the allegations, and did not act like he was too concerned about the theft. After a short period of time, a white male VBPD officer on a motorcycle arrived on scene, and made a hand gesture of flicking his chin at Etienne. At this point, Etienne stated he received a case number,(2018000201 - IR) and both VBPD officers left the scene.

Etienne went on to say that he went to the lobby of VBPD to obtain a copy of the report and was given a hard time by a Hispanic female with red/brown hair, that was behind the glass of the lobby. Etienne stated that the female cussed at him multiple times. When he finally received a copy of the report, Etienne observed that the officer had marked that him and his girlfriend, Sophia Thelisma, were homeless living in camper. Etienne stated that he informed the responding officers that he lived at 1725 38th Street, but had to move out of his former residence and stay in a camper due to the lead paint in the house affecting his children's health. Etienne stated that he believed the officer who wrote the report was trying to make him look bad by not adding any of the information that Etienne gave him, and by stating he was homeless. Etienne provided me his copy of the report and the reporting officer was listed as Cpl. Darrell Rivers.

Etienne stated that he attempted to talk to a Lt. Monoco with Internal Affairs, but was blown off. He also called the Mayor of Vero, who transferred him straight to the Chief of VBPD. Upon going to the Chief's office, Etienne stated that the Chief made several crude remarks, and was "halfway over the table" mad at Etienne when he told the chief that he was being racially profiled. Etienne stated that Det. John Peterson was present in the Chiefs office during this encounter. Etienne also stated that at one point, the Chief made a closed fist, and that Etienne had to tell him to calm down. Etienne stated the Chief acted as if nothing was wrong and he did not want anything to do with the situation.

Etienne stated that he wanted a report of the actions of VBPD, from the Sheriff's Office. He also stated that he has an open case with FDLE against VBPD, and their Internal Affairs department.

This report is for informational purposes only.

OfficerID: SHERIFF\kskovsgard, Narrative

On January 26th, 2017 at approximately 1900 hours, I responded to 4498 51st Avenue in reference to a CFS Fax Investigation.

Upon arrival I made contact with DCF Investigator Ashley Deleany who provided me CFS Fax Intake 2018-415537-01 that stated the following:

"The children are in danger from being around drugs. the paramour/father is a well known drug dealer. He sells very heavy amounts of marijuana and a lot of it but he may also sell crack cocaine. The paramour was selling it out of the car and he had children with him in the car when he sold the marijuana. The drugs were around the children.

The mother smokes marijuana. She smokes it often. It affects the mother's ability to properly care for the children. About a year ago, the mother had been smoking marijuana and she took out in the cold weather wearing only a diaper and shirt.          was cold and clothing had to be put on her to keep her warm. The mother left          and did not come back like she said she would. The mother was unable to properly care for her due to smoking marijuana. On a Youtube video the mothers lips were so black from smoking a lot of marijuana.

The paramour is controlling. Since the mother has known him she has been isolated from her family and friends. The paramour has isolated the mother from them. The grandmother, uncle and other family members have not been in touch with the mother in a year. The friends have not been in touch with the mother in a year. The paramour is married but the mother just had a child by him. The mother had been trying to get away from him but now since had has a baby she is sticking around. The mother is only able to speak to you on the speaker phone and it has to be in the presence of the paramour. The mother had been advertising to get a trailer to go to Haiti".

I then made contact with the mother, Sophia Thelisma, who denied the allegations. advised she does not consume drugs and drugs are not done around the children. advised she thinks someone has it out for her and is trying to make her life difficult by making false allegation to DCF. Thelisma explained her children's father, Carmello Etienne, does not control her and is not abusive to her.

Contact was then made with Carmello who advised the allegations were not true. Carmello advised the report was turned in by Vero Beach Police Department. Carmello explained he has been having issues with Vero Beach Police Department and they have been threatening to him. Carmello further advised the named used for him in the DCF report is his musical stage name, thus has to be someone who does not really know him. Carmello denied selling drugs or consuming drugs around the children.

I then made contact with children;              , and         . All three children appeared to by happy, groomed well, and in good health. I observed no signs of abuse or neglect.

Through my investigation I determined no crime occurred.

This case is UNFOUNDED.

# III. STATEMENT OF CLAIM.

## B. @ Vero Beach Police Department (Jan 25-26, 2018)

- Failed to make report, police misconduct, witnessed police misconduct, denied me of my right, stalked facebook,
- Darryl Rivers — pulled strings through government/Federal Agents illegally
- LT. MAT MONACO — ABUSED POWER
- KEVIN MARTIN — Failed to try to protect me when explained that we were being wronged and harmed.
- JOHN PEDERSEN
- DAVID CURRY — Aided with hate crime conspiracy
- JIM OCONNER
- David Curry came across conference table at Carmelo
- Aided def with false allegation

## SHERIFF'S OFFICE OF INDIAN RIVER (Jan 25-26 2018) Feb. 13 + 14

- Falsified Information on document
- Called def while I trying to make a complaint
- Came with def on false report, and aided search.
- Came with false allegations
- aided with hate crime racist conspiracy
- Aided Def gain custody of 3 children
- tresspased Illegally
- illegally searched and siezured sophia's property
- Aided in Illegal Kid Knapping
- Illegally Arrested Carmelo on false charges
- Illegally searched and broke into both Sophia and Carmelo seperate homes
- Broke Carmelos finger with 6 other officers

SRGT. Newborn, Holisten, and alot of others

## INDIAN RIVER COURT HOUSE (Jan-Feb 2018) (All year-2017)

ALL
- BEING BIAS
- Judge Pegg and gave motions on known Illegal Government activity
- Did Not grant restraining order for hearing even though It stated we feared for lives.
- Did NOT provide coversheet when asked
- Refused to protect when evidence was presented to State Attorneys Office
- Dressing up as government officials of Dcf and stalking

DCF

- Falsified documents **KNOWINGLY**
- Pulled strings for William Lee, David Currey, Darryl **RIVERS**
- Conspired Against (KEYSTONE Property) OWN (CH) (VBPD.)
- Illegal Court Orders
- Illegally Kidknapped my Kids
- Violated Hipaa
- Made False News
- ILLEGALLY ADDED ME TO News
- TRESSPASSED ON PROPERTY
- CAUSED Emotional DAMAGE Permenant
    To Both Families, all children, mothers & Father.
- BLACK MAILED SOPHIA & CARMELO
- ILLEGALLY SEARCHED BOTH Houses
- ILLEGALLY IMPRISONED CARMELO
- Littered on Property
- ILLEGALLY OBTAINED CARMELO'S.
- STALKING Property
- Gov OFFICIALS POSING as civilians
- Ashley Delaney, Tony V Collins, Perninon Milton, Robert Shae, (Tim sliven)(PEBBLES) (Tiffany Perry) Tereasa Sheriff office (stalker) Inspector General
(Thomas loveland) Intake (sharon smart)

# III. STATEMENT OF CLAIM

A: <u>2431 20th ave Vero Beach FL 32960</u>

- William lee was bias and Racist. July 2016 - Jan 2018 Landlord vs Tenant - other people envolved, Maurice Restrespo. Charles from local Health Department, Building Department, Health Department, Code Enforcement, Heather Weatherly, Mike from def Tony Lopez from Legacy. Ariel appointed case manager

- William Lee failed to put in lease about lead Paint while pregnant and with 2 other children under age 6.

- William Lee did not maintain property at all

- William Lee had numerous people stalk and monitor my life.

- William Lee is responsible for v stolen property
- William Lee retaliated against Sophia because she applied for government assistances

- William Lee pulled strings

- William Lee acted biasly and Racistly

- William Lee conspired against Sophia Thelisma and Carmelo Etienne, Zakiyah Williams, Vantrell Brown, Mellino Etienne (Sophia Thelisma) (Carmelo E.

- William Lee's neglect or negligences depleted me, my kids and boyfriend of good Health.

- Darryl Rivers of VBPD, or Red Head motor cycle cop of VBPD Failed to make honest report on William Lee - Jan 25 2018

N.C.C.S. NET / PEBBLES INTAKE
South all supervisor

- Racially Discriminated against — Simmons: 850 488 1225
- Not able to complain. 1st Amendment — Freedom of speech, press and petition
- Searched house illegally = violated my 10th amendment right (ABUSE OF POWER)
- police brutality —
- police misconduct —
- 3ct illegal
- kidknapping by def —
- 14th amendment
- violated privacy —
- violated 5 amendment / TO NOT ANSWER questions ment TO incriminate
- fraudlent Activity / Knowingly falsifying a report —
- slander name / reputation —
- Hate Conspiracy —
- pretend to be other gov. workers —
- Took property illigally
- Tresspassed 5 times
- illegally Changed address
- Denied my 9th amendent right to have rights

Jeffrey B. Sachs, MD.
2-12-2018    Nurse Daniell

He was Carmelo Etienne Doctor at the ER where Carmelo Said his finger or hand was Broken and Bleeding, He, the Doctor Said he did not Care, He didnot react to Helping me till 10:30 (A) When I was at the ER ever Since 7:00 A.M. in the morning and also go (police) release me Back to the police on, no Crimes I Carmelo Had Comit and also used Carmelo Insurance at the Dr. when it was the police fault for the injury.
The Dr. D:Dnot give me no meds. or any treatment from the ER.
The ER violate my first Amendment Right By denying me health care Because I was in HandCuff. They treat me Bad. I ask the nurse for some water since I got in around 7 She Didn't Give me none till After I pass out. my first Constitutional Right and also my fourth Amendment Rights By trying to illigally drug test me.

On the 12th of February 2018.

I Carmelo was on the phone with 911 trying to make Complaint By my first Amendment Right of the Constitutional Rights of the United States of America.

The the day Before on the 11th the Sheriff officers in Indian River County Sheriff illegally Search a premises illigally a 4495 51 Ave with out The Right Documents Required By the 4th Amendment Right of the US Constitution. while I'm on the Phone with 911 Sgt Paul NewBorn And six more officers show up at my Address. I Stay at 1725 38 Street Vero Beach Fl 32960. Illegally Came in my Home violating my 4th Amendment Rights. By coming in my home with no warrents, Beating me Down while I'm already laying on the Ground. I lose a liter of Blood Broken Bones in my fingure and took me to the hospital and Handcuff me to a Bed for 3 hours and told me to use the Restroom on my Self. While I Requesting to use the Bathroom. At The Hospital the nurse Danielle tried to illigally Drug test me By trying to force me to Pee in a Cup. to Drug test me I pass out as I Come Back in. Daniell told me she was going to put tubes on me when I didn't create no or Any Crime.

PETITIONER: Carmiele Etienne Sophia Thelisma

Vs

**[WHO]**

RESPONDENT: Indian River Sheriffs Office, Vero Beach Police Department, Department of Children and Families William Lee - President/Owner of Keystone Property Management, Maurice Restrepo, cpt Derryl Rivers, cpl Ashley Delany, Chief David Currey, cpt Kevin Martin, Lt Matt Manaco, Lt John Pedersen, cpl Owens-Thomas, cpl Adrian D., scpl Perinon Milton; Jim O'Conner, Mayor Harry Howle, Indian River Court House

**[WHEN]** 01-25-2018 ; 01-26-2018

**[DAMAGES]** 50 Billion Dollars - Mental Anguish.

**[PUNITIVE DAMAGES]** 50 Billion Dollars -

**[WHAT]** Hate Crime / Racist Conspiracy

Because Jim said and did nothing Carmelo had to be the bigger person and (to) tell the chief that it was police misconduct and to get back in his seat. Carmelo proceeded to after stating that "The conversation was 'now' over". Carmelo immediately felt threatened and endanger by the chiefs actions and even more so when the door would not open although he repeatively twisted the door handle and it would not open.

Carmelo then proceeded to Sheriff's office where he demanded to see Darryl Loar the Sheriff to discuss the matter with him

Instead the denied him the right and gave him a non-ranking officer by the name of B. Gage.

Approximately 15 minutes after leaving the Sheriffs office. DCF called Carmelo's witness Sophia Thelisma on the phone to inform that the were at her house with a false allegations generated by DCF employees Owens-Thomas, Adrian D, and also signed by Supervisor. Perinon Milton, which is an act of hate crime, punishable by a 3rd degree felony. Ashley Delany violated the 4th Constitutional right. By The Bill of Rights.

- 18 US Code § 249 Hate Crime Act
- 18 US Code § 371 Conspiracy to commit offense
- (9) 775.082 or 775.083

I have documents

On January 25 2018 Sophia Thelisma called "911" for Carmelo Etienne, in regards to his stolen property by William Lee. Keystone Property Management Owner and President of Yellow Kid Inc. whom fled from the scene 2431 20th Ave Vero Beach FL 32960, upon realizing that a phone call to 911 was being made.

William Lee was not physically present when the police arrived, but Maurice Restrespo was still on the premises. The officer that responded was Cpl. Derryl Rivers. Who was on the new for going to jail 9 days prior for domestic violence Rivers who violated the 1st Amendment Rights by not taking the victims Carmelo Etienne Report.

He illegally wrote a false report in the witnesses name Sophia Thelisma. While Carmelo was at Vero Beach Police Department trying to make a report about the injustice by Derryl Rivers violation of his 1st Amendment right.

6 officers later, no one took a report, another violation of the civil rights as stated in the US Constitution Bill of Rights.

On January 26 2018 Carmelo was invited by Chief of Police David Curry on to the 2nd floor to the conference room, where the Chief of Police David Currey came more than half way across the table as if he was trying to assult Carmelo, in the presence of Lt. John Pedersen. Police misconduct FL ST 112.534 where Carmelo had to demand the Chief of Police to get back in his seat

DATE: 11/18/17

TIME: 12:00 PM

BUYER: Carmelo Etienne

ADDRESS: 2431 20th Ave

CITY/STATE: Vero Beach, Fl 32960

PHONE: 772-213-2413

ALL VEHICLES ARE PURCHASED IN "AS IS" CONDITION. BUYER IS RESPONSIBLE FOR TITLE TRANSFER, INSURANCE AND TAGS.

VEHICLE INFO:

MAKE: 1982 Midas Motor Home

MODEL: RV

YEAR: 1982

ID # 2GBGG31M1B4160010

PRICE: $2500

I SOLD THE ABOVE MENTIONED VEHICLE IN "AS IS" CONDITION.

SIGNED: [signature]

A09063

| IDENTIFICATION NUMBER | YR | MAKE | MODEL | BODY | WT-L-BHP | VESSEL REGIS. NO. | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 2GBGG31M1B4160010 | 1982 | MIDS | | MH | 6500 | | 49824557 |

REGISTERED OWNER

GORDON DIBATTISTO JR
16244 E GLASGOW DRIVE
LOXAHATCHEE   FL 33470-4017

DATE OF ISSUE
09/12/2005

LIEN RELEASE
INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED

BY _____

TITLE _____  DATE _____

MAIL TO:

GORDON DIBATTISTO JR
16244 E GLASGOW DRIVE
LOXAHATCHEE   FL 33470-4017

# CERTIFICATE OF TITLE

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN SUBMITTED UNDER SECTION 319.23/328.03, FLORIDA STATUTES, TITLE TO THE MOTOR VEHICLE OR VESSEL DESCRIBED BELOW IS VESTED IN THE OWNER(S) NAMED HEREIN, THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED FOR SAID MOTOR VEHICLE OR VESSEL

| IDENTIFICATION NUMBER | YR. | MAKE | MODEL | BODY | WT-L-BHP | VESSEL REGIS NO. | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 2GBGG31M1B4160010 | 1982 | MIDS | | MH | 6500 | | 49824557 |
| PREV STATE | COLOR | PRIMARY BRAND | SECONDARY BRAND | NO. OF BRANDS | USE | PREV ISSUE DATE | |
| FL | WHI | | | | PVT | 05/06/2004 | |
| ODOMETER STATUS OR VESSEL MANUFACTURER OR OH USE | | | | HULL MATERIAL | PROP | DATE OF ISSUE | |
| EXEMPT | | | | | | 09/12/2005 | |

REGISTERED OWNER
GORDON DIBATTISTO JR
16244 E GLASGOW DRIVE
LOXAHATCHEE   FL 33470-4017

LIEN RELEASE
INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED
BY _____

TITLE _____  DATE _____

1ST LIENHOLDER

NONE

DIVISION OF MOTOR VEHICLES       TALLAHASSEE       FLORIDA

CARL A. FORD
DIRECTOR

Control Number  74137120

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

FRED O. DICKINSON, III
EXECUTIVE DIRECTOR

VOID IF ALTERED

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
ODOMETER CERTIFICATION - Federal and state law require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted and certified to be free from any liens except as noted on the face of this certificate and the motor vehicle or vessel described is hereby transferred to:

Purchaser: _____  Address: _____

I/We state that this [ ] 5 or [ ] 6 digit odometer now reads [ ][ ][ ],[ ][ ][ ].xx (no tenths)
miles, date read _____ and to the best of my knowledge
that it reflects the actual mileage of the vehicle described herein, unless
one of the odometer statement blocks is checked.
CAUTION: DO NOT CHECK BOX IF ACTUAL MILEAGE

Selling Price: $ _____   Date Sold: _____

1. I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
2. I hereby certify that the odometer reading is not the actual mileage.
WARNING - ODOMETER DISCREPANCY.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Purchaser: _____
Signature of Co-Purchaser: _____
Signature of Seller: *[signed]*
Signature of Co-Seller: _____
(When Applicable)
Selling Dealer's License Number: _____
Auction Name: _____

Printed Name of Purchaser: _____
Printed Name of Co-Purchaser: _____
Printed Name of Seller: Gordon DiBattisto JR
Printed Name of Co-Seller: _____

Tax No. _____   Tax Collected: $ _____
License Number: _____