```
0066601
Office AU #    1210(8)
                              PERSONAL MONEY ORDER                          6660102455

Remitter:   SOPHIA THELISMA
Operator I.D.:  u576595
```

PAY TO THE ORDER OF    CLERK, UNITED STATES COURT                  February 16, 2018

***Four hundred dollars and no cents***                            **$400.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
501 ORANGE AVE
FORT PIERCE, FL 34950                                              VOID IF OVER US $ 400.00
FOR INQUIRIES CALL (480) 394-3122
                                                                   Sophia Thelisma
                                                                   Purchaser's Signature

⑈6660102455⑈ ⑆121000248⑆ 4861 509149⑈

---

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 2
Receipt Number: FLS200001966
Cashier ID: lharris
Transaction Date: 02/20/2018
Payer Name: Sophia Thelisma
----------------------------------------
CIVIL FILING FEE
 For: Sophia Thelisma
 Case/Party: D-FLS-2-18-CV-014061-001
 Amount:        $400.00
----------------------------------------
MONEY ORDER
 Remitter: Sophia Thelisma
 Check/Money Order Num: 6660102455
 Amt Tendered:  $400.00
----------------------------------------
Total Due:     $400.00
Total Tendered: $400.00
Change Amt:    $0.00
```

Sophia Thelisma, et al

-vs-

Florida, State Attorney's Office

case# 18-14061-cv-Rosenberg/Maynard

Returned check fee $53

Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
then financial institution on which
it was drawn.