## Attachment G – Summons in a Civil Action

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of _____

Sophia Thelisma
Carmelo Etienne
*Plaintiff(s)*

v.

Civil Action No. **18-CV-14061 ROSENBERG/MAYNARD**

Thomas Loveland, CWPI  DCF
*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

THOMAS LOVELAND – CWPI (DCF)
1145 18TH place Vero Beach FL. 32960
(772) 770 6701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sophia Thelisma / Carmelo Etienne
P.O. Box 801  2050 13th Ave
Vero Beach Fl 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 2-20-18

Steven M. Larimore
Clerk of Court

s/ L. Harris
Deputy Clerk
U.S. District Courts

## Attachment G – Summons in a Civil Action

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Sophia Thelisma
Carmelo Etienne
Plaintiff(s)

v.

State Attorney office
Patrick O'brian
Defendant(s)

Civil Action No.
**18-CV-14061 ROSENBERG/MAYNARD**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Patrick O'brian State Attorney office
2000 16 Ave # 384    (772) 226-3300
Vero Beach Fl 32960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sophia Thelsma / Carmelo Etienne
P.O. Box 801  2050. 13th Ave
Vero Beach Fl 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: 2-20-18

s/ L. Harris
Deputy Clerk
U.S. District Courts

## Attachment G – Summons in a Civil Action

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Sophie Thelisma
Carmelo Etienne

Plaintiff(s)

v.

Civil Action No.
**18-CV-14061 ROSENBERG/MAYNARD**

Tony V Collins (DCF)

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tony V Collins (DCF)
1145 18th place Vero Beach FL. 32960
(772) 770-6701 or (850) 487 1111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sophia Thelisma/Carmelo Etienne
P.O. Box 801  2050 13th Ave
Vero Beach Fl 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2-20-18



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ L. Harris
Deputy Clerk
U.S. District Courts

## Attachment G – Summons in a Civil Action

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Sophia Thelisma.

Carmelo Etienne
_Plaintiff(s)_

v.

Civil Action No.
**18-CV-14061 ROSENBERG/MAYNARD**

Robert Shae (DCF)
_Defendant(s)_

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_

Robert Shae
1317 winewood BLVD #202
TALLAHasse Florida 32399

vb.
(772) 770-6701
cell (772) 216-3300
(850) 487-1118

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sophia Thelisma / Carmelo Etienne
P.O. Box 801 2050 13th Ave.
Vero Beach Fl 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2-20-18

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ L. Harris
Deputy Clerk
U.S. District Courts

## Attachment G – Summons in a Civil Action

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Sophia Thelisma

Cermelo Etienne
*Plaintiff(s)*

v.

Civil Action No.
**18-CV-14061 ROSENBERG/MAYNARD**

Tiffany Perry (DCF)
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Tiffany Perry        (772) 770-6701
1317 Winewood BLVD #202   (850) 487-1111
Tallahasse Florida 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sophia Thelisma / Carmelo Etienne
P.O. Box 801   2050 13th Ave
Vero Beach, FL 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2-20-18



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ L. Harris
Deputy Clerk
U.S. District Courts

## Attachment G – Summons in a Civil Action

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Sophia Thelisma

Carmelo Etienne

*Plaintiff(s)*

v.

Civil Action No. **18-CV-14061 ROSENBERG/MAYNARD**

Ashley Delaney (DCF)

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ashley Delaney (DCF)
1145 18th place Vero Beach FL 32960
(772) 770-6701 or 850 487 1111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sophia Thelisma / Carmelo Etienne
Po Box 801    2050 13th ave   32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 2-20-18

Steven M. Larimore
Clerk of Court

s/ L. Harris
Deputy Clerk
U.S. District Courts

## Attachment G – Summons in a Civil Action

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Sophia Thelisma
Carmelo Etienne
*Plaintiff(s)*

v.

Civil Action No.
**18-CV-14061 ROSENBERG/MAYNARD**

Robert L. Pegg
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Robert L. PEGG
2000 16TH ave #384
VERO BEACH FL. 32960
(772) 770-5050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sophia Thelisma / Carmelo Etienne
P.O. Box 801 2050 13th Ave
Vero Beach Fl 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2-20-18

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ L. Harris
Deputy Clerk
U.S. District Courts

## Attachment G – Summons in a Civil Action

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Sophia Thelisma
Carmelo Etienne

*Plaintiff(s)*

v.

Civil Action No. **18-CV-14061 ROSENBERG/MAYNARD**

Perinon Milton (DCF)

*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Perinon Milton (DCF) - Supervisor
1317 Winewood Blvd #202 Tallahassee FL 32399
(850) 487 1111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sophia Thelisma  Carmelo Etienne
Po Box 801  2050 13th place Vero Beach FL 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2-20-18

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ L. Harris
Deputy Clerk
U.S. District Courts

## Attachment G – Summons in a Civil Action

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Sophia Thelisma

Carmelo Etienne
*Plaintiff(s)*

v.

Civil Action No.
**18-CV-14061 ROSENBERG/MAYNARD**

Tim (~~Slav~~) SLAVEN
*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tim SLAVen
1317 Winewood BLVD #202
TALLAHassee FL. 32399

(772) 770 6701
(850) 487-1111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sophia Thelisma / Carmelo Etienne
P.O. Box 801   2050 13 Ave
Vero Beach Fl 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2-20-18



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ L. Harris
Deputy Clerk
U.S. District Courts

## Attachment G – Summons in a Civil Action

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
_____ District of _____

Sophia Thelisma,
Carmelo Etienne
*Plaintiff(s)*

v.

Civil Action No. **18-CV-14061 ROSENBERG/MAYNARD**

Victoria L. Griffin
*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Victoria L. Griffin.   (772) 770-5054
2000 16th Avenue, Suite 374 Vero Beach Fl 32960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sophia Thelisma / Carmelo Etienne
P.O. Box 801  2050 13th Ave
Vero Beach Fl 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: 2-20-18

s/ L. Harris
Deputy Clerk
U.S. District Courts

**Attachment G – Summons in a Civil Action**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of _____

Sophia Thelisma

Carmelo Etienne

*Plaintiff(s)*

v.

Civil Action No.

**18-CV-14061 ROSENBERG/MAYNARD**

Owens Thomas (DCF)

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Owens Thomas
1317 WINE WOOD BLVD #202
TALLAHASSEE FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sophia Thelisma / Carmelo Etienne
PO Box 801   2050 13th ave  Vero Beach FL 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2-20-18

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ L. Harris
Deputy Clerk
U.S. District Courts