(1" from top of page, and centered, begin title of Court)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _18-14061_ -CV- _Rosenberg / Maynard_
(Judge's Last Name/Magistrate's Last Name)

_Carmelo Etienne_
_Sophia Thelisma_
_1725 38 Street Vero Beaen Fl 32960_

(Full Name of Plaintiff/s) ,

  Plaintiff (s)

vs. _United States of_
_America et all._
_Donald Trump._
(Full Name of Defendant/s),

FILED by _____ D.C.

MAR 0 6 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

  Defendant(s).

_____ /

### MOTION OF PROTECTIVE ORDER

I, SOPHIA THELISMA / CARMELO ETIENNE [plaintiff or defendant], in the above styled

cause, WE ARE IN FEAR FOR OUR LIVES AND IN IMMENT

DANGER FROM THE USA, ESPECIALLY THE STATE OF

FLORIDA, INDIAN RIVER COUNTY, AND THE ENTIRE

TREASURE COAST. WE ARE SEEKING WITNESS

PROTECTION FOR OUR FAMILY AND OURSELVES AGAINST

THE HANIS UNLAWFUL ACTS THAT THE USA.

②

9TH OF FEBRUARY, WHICH IS A CIVIL COMPLAINT AGAINST THE STATE OF FLORIDA, CASE NUMBER: 2018 CA 000102 / 2018 CA 000103. WHEN FILING WE NOTED THE FACT THAT THE 19th JUDICIAL COURT HOUSE OF INDIAN RIVER COUNTY WAS VERY BIAS, PREJUDICE, AND RACIST, BY INTENTION-ALLY MISLEADING US TO FILE THROUGH THERE COURTS AS FEDERAL COURT, THAT IS JUDICIAL MISCONDUCT, AND IS SO WHEN JUDGE PEGG AND CLERK STAFF DENIES ORDERS OF PROTECTION WHICH GAVE THE SHERFF OFFICERS GROUND TO COME HARASS AND ILLEGALLY VIOLATE 4th Amendment rights over and over by harassing, and breaking and entering 2 locations with guns drawn, weapon used to break in crobar captured on Survellience camera on the 11th February @ 4448 51st ave Vero Beach FL 396 IN VIOLATION OF the 18 USC ss 241, 242 "COLOR OF LAW". IT IS A HATE CRIME WHEN THEY CHANGED CARMELO AND ONE OF THE CHILDRENS ETHNICITY TO HAITIAN AND ALSO INTENTIONALL VIOLATED THE HIPAA LAW BY TAKING the oldest childs last name brown and attaching it to carmelos copy righted Fitisious name.

HAS COMMITED AND CONTINUES TO COMMIT
WE HAVE ALSO FILED FOR ASYLUM AGAINST
THE UNITED STATES OF AMERICA, AS YOU
MAY KNOW THAT IT CAN BE SOME WHAT OF
A PROCESS SO until it IS GRANTED I
AM ASKING FOR WITNESS PROTECTION, FOR my
FAMILY AND myself. THEY HAVE COMMITED THE
FOLLOWING HANIS AND UNLAWFUL ACTS ILLEGALLY:
KIDNAPPING, IN VIOLATION OF THE 18 USC s.s. 1201
(A,C, AND D) AND THEY STILL HAVE ILLEGAL POSSESION
OF MY KIDS. THEY HAVE ALSO COMMITED THE
ACT OF CONSPIRACY AGAINST RIGHTS IN VIOLATION
OF THE 18 USC s.s. 241. THEY HAVE TARGETED US
BY OUR ETHNICTY AND ANCESTRAL ORIGIN, AND
BY OUR POLITICAL PREFRENCE AND STATUS, AND
THAT IN ITS SELF IS AN ACT OF TREASON
ESPECIALLY WHEN THE USA Its SELF, TAKES
APON ITSELF TO CHANGE MY NATIONALITY, &
BY BIRTH IN THE USA TO A MINORITY. THAT
IS IN VIOLATION OF THE 18. USC CHAPTER 15
SUBVERSIVE ACTIVITES, TREASON SEDITION. SS 2381,
SS 2382, SS 2384. ALL OF THESE ACTS HAVE
BEEN COMMITED AFTER I FILED LAWSUITS ON THE

ESPECIALLY WHEN THE GOVERNMENT ALREADY RECOGNIZES "MELO BARON" THE FICTICIOUS NAME ON ALL MUSIC PLATFORMS INCLUDING APPLE MUSIC AND SPOTIFY, which is a COPY WRITTEN NAME SO THEY ARE ALSO IN VIOLATION OF 17 USC. SS. 501 INFRINGEMENT OF COPY WRIGT (A,B,C,) THEY HAD THE "PLEEZY BARON" FACEBOOK SHUT DOWN WHICH IS ALSO IN VIOLATION OF 17 USC SS. 501 INFRINGMENT, BECAUSE IT IS COPY WRITTEN TO CARMELO Etienne. ON THE 12th of FEBRUARY 2018 CARMELO CALLED 911 to report ALL OF THE POLICES MALICIOUS, AND ILLEGALD BREAKINS AND HARRASSMENT THAT HAPPENED THE DAY PRIOR AT SOPHIA'S OLD ADDRESS AT 4498 51ST Street Vero Beach FL 32960. THERE IS video evidence of this call, where Carmelo told 911 DISPATCHER he did not want them to come out due to the previous violation of the US Constitution civil rights. Carmelo's ADDRESS is 1725 35th Street. Vero Beach FL. 32960 where dispatch violated Carmelos 1st Amendment right by Ignoring/denying him the right to file a petition, and also his 4th amendment



right by sending officers in the amount of 7 officers and the leader of the organized crime was sergeant Mwuborn, to only trespass on private property but to then proceed to commit Federal Crimes by breaking and entering which is in violation of the fourth amendment right, and violation of the act Federal Criminal ENFORCEMENT. 18. USCss 241, 242, "Color of law" It was also Police misconduct and home invasion attempted premeditated murder. LET ME EXPLAIN: WHEN THEY USED A KNIFE TO BREAKIN INTO THE DOOR OF THE GARAGE HOUSE CARMELO WAS ALREADY ON THE FLOOR, FLAT, WITH HANDS BEHIND HIS BACK, 6 OFFICERS RUSHED IN AND TACKLED CARMELO WHILE ALREADY ON THE GROUND - WHILE some OTHER OF THEM PUT THEIR HIS KNEES ON HIS BACK AS IF THEY WERE TRYING TO SUFFERCATE CARMELO. As I was in handcuff they proceed to kick me, Punch me, elbow me till the point they Broke a Bone in my hand and I Blead over a liter of Blood as I was passing out Officer Dwayne Hoillet my Arresting officer told me I going to fucking Stop. As the got me to the police Car I seen


Sgt Paul Mewborn with my Cameras Canon Styles. 2nd my phone looking for the evidence they Came to kill Carmela the only reason it didn't happen Michelle lynn was in the Bed Sleep Carmela was Calling her name to wake up the kids Start Crying. That is when the Sgt Paul Mewborn Start yelling at Michelle to get out the house like She was doing Something wrong, Now Come to find out She Been working with the Government to Conspire Against me By Clearing my Blood and telling me on text messages I'm not going to win my Law against Florida I have the proof.

This is in violation of the Act:

- Color of Law 18 U.S.C. § 241, 242
- Conspiracy Against Rights 18 U.S.C. § 241
- Police Misconduct Provision - 42 U.S.C § 14141
- Malicious Prosecution
- Treason § 2381, § 2382, § 2384
- Excessive Force
- False Arrest, False Imprisonment

Also in violation of the US Constitutional Rights that protect us from Crimes like this. 1-27 Rights Violated.



They took Carmela to the ER, the Ambulance Side, where the rest of the Conspiracy was Being Conjured up, the Sheriff officer cut him self At the Hospital to Claim workers Comp by the order of the General, which was a women running the Area, it look funny when the room already had 2 older people I Seen Some where Before like a political flyer, It was Room 19 my document was Already printed in that room Before any body ask what my name was. Carmelo (me) was Handcuff to a Bed for the Amount of 4 hours Bleeding, Bed Sheets was change 3 times. I finally saw my dr. Peter tremml at the Indian River County medical Center I told I was At the hospital Against my will, I was not a Prisoner, Can He ask the Sheriff office to provide him my Dr. with the legal Documents to treat me He the Dr. Told me word for Word He Don't Care and He Don't Give a Fuck, which is Medical Malpractice I didn't recieve no treatment But was Clear to go to Jail. Peter Tremml And The Medical Center of Indian River County violated. 22 U.S. Code § 2702

The Hospital Illegally Drug test me, Illegally took Carmelo Etienne Blood. and Denied him the right to use the rest room Guarded by Derryl Green, I lost So much Blood I pass out 3 time Nurse Danielle told me as She Slaps me She was going to put tubes in me I request some water they made me wait 3 hours Before take a rag Soaking in the Sink for me (Carmelo) to drink from Both on my hand were hand cuff to the Bed. Fanaly X-ray Came and I had a Broken Bone in my finger the every body start to tell me I was going to get release next step sheriff officer Dwyne Haillet came to read me my marenda Rights I was Arrested At 7 a.m. But was not Book till 7:30 p.m. they were at my House Searching Illegally and they all so state in the Police Report. They violated:-18. U.S. CoDe 8792 Harbor or Concealing Persons.
- 18 US CoDe § 799- Violation of regulations.
National Aeronautics and
Space Administrations.
By Flying over my house Spying on me.
Hate Crime Prevetion Act of 2009 18 USC § 249



I turn Evidence to the State Attorneys office 2 week Before I file a lewsuit- looking for Help against Dcf violating my rights ant I wanted to press Charges on Dcf Agents too.

on the 13 of Feb. the State Attorney violated my 8th Amendments Right when they demand me the Judge to give me a High Bond. On all 3 Charges that is illegally put on me. And also follow 2 more Court Apperance with Judge Griffen Illegally on Family Court where I ask to represent my self in Court its all on the record when I told the Judge it a Conspiracy and she Still wanted to proceed with prosecution on me. I sued on the 9th of Feb for Hate Crime Racist Conspiracy

- Courts violated : Judicial Misconduct

- Hate Crime Prevention Act of 2009 - 18 U.S.C. § 249

- Conspiracy Against Rights - 18 USC § 241

- FEDERAL CRIMINAL ENForcement - 18 USC § 241, 242

- Indian River County Courts violated :

- Treason § 2381  § 2382   § 2384

Treason, Sedition, Subversive, Activities.

- Kidnapping - 18 U.S.C. § 1201  A, c, D.

Malicious Prosecution, False Imprisonment

On Jan. 26. 2018  Sophia recieve a Call
from  Ashley Dalaney stating  that she recieved
a Call from the Abuse Hot line, And wanted
to Check on the wellbeing of the Children.
Ashley Dalaney maybe related to w. Dalaney
US Marshals and also Related to Jarr Dalaney
on the news with the mass Shooting telling
her side of the fake events while on the
26 of Jan 2018. Ashley ~~Eitell~~ Illegally violated
Sophia 4th Amendment Rights. By searching Sophia
property illegally and Sophia have evidence of the
text messeges to prove Ashley Dalaney Maliciously
use the Color of Law. - 18 U.S.C. §241, 242.
Ashley Dalaney report Clearly say there no Crime
How do the Conspire to put Sophia on the News
Illegally on the 13th of Feb while Carmelo was
in Jail on fake Crimes. Violation of the Act°
- Police Misconduct Provision - 42 USC §14141
• Conspiracy Against Rights. - 18 USC § 241
• Treason §.2381, §2382, § 2384
- Kidnapping - 18 U.S.C. §1201 A, C, D.
- Malicious Prosecution
- False Arrest



On Jan 25 the police was called By Sophia
On the Behalf of Carmelo Etienne For His
Property was Stolen By William Lee and
Maurice Restrespo the Cpl that Arive was
in Jail for Battery 9 days Before on the 16th
of Jan For punching a Girl. He was a Chauvinist
he did not take out a pen or pad. to take the
report, his name is Derryl Rivers he didn't Care
about anything I was saying after he left I
went to the Vero Beach Police Department to
try to get a none Bias Report I also Have
video to support All that Im Saying And Also
physical Hard Evidence, I Spoke to cpt Kevin Martin.
Lt Nlat Manaco, No one wanted to let me
file a police report or Charges For my Stolen
property. The VBPD illegally Change Carmelo
Address to Homeless. And Sophia Address to Homeless
to illegally. violation of Rule 41.

on the 26 of Jan the Police Chief david Currey
Call Carmelo to Come sit down and talk with to
fix the matter of the Fake Police report
that Derryl rivers wrote. I Carmelo went to
VBPD to me the Chief witness John Pedersen
The police Chief Jump a Cross a Conference
Desk try to Assult Carmelo which Carmelo
Had to tell hime to get Back in his Seat.

That was police misconduct, Lt John Pederson was a witness But didn't Stand up to his Boss to tell the Chief he was out of line. Shortly after I ask for the police report realise it was not my words and have Support videos to Show where I ASK the Chief why was william lee listed as my landlord and was the repport not in my words. that happend arround @ 11:30 or So a.m. I get up to leave the door wouldn't open and Lt John Persen walk me out the office But didn't want me to get on the Elevator. I Call the news as I was outside the VBPD And Sophia went upstairs to speek to the Chief which is also on a recording. Nex I Call FDLE where a Dictective By the name of Capollo Called us Back and Start Cursing At us telling us thats not how it happend. And being very racist, Bias, and predjudice. Capollo Phone # is 407-205-4761 And I also Spoke to His Supervisor Jason that was the Same way. Violations. Treason §2381 §2382 §2384 Conspiracy Against Rights. 18 USC 241 Color Of Law 18. U.S.C. § 241, 242



13

Proceed to Arround later that After noon
to make a non Bias Police Report at the
Indian River Sheriff office I ASK to Speek
to the Sheriff Him self the gave us officer
Bgage that took the report and Change it
around illegally, Change my Address to Sophia
Address to go Horress her with 15 min of
leaving the Sheriff office . Ashley Dalaney.
Now today is 3-6-2018  the present
day we have a federal lawsuit since feb 16
we still get harrass, Car Been Broken into
at the Court House Illegal mail about Jurry
Summons from the indian river County Court
House, I did my research they are killing
people we need protection from the court.
Beceuse they don't respect no Civil Rights,
I even spoke to Rich Scott office, Her name
Lisa Meyers, the Same Racist, Bias, Pretudices.
I even spoke to pam Bondi Before I filled
lawsuit She told me to get a lawyer She
would Be help the other Side.

For the record I am suing Well Fargo Bank on the grounds of Treason according 18. USC Code ss 792, section 793, 794. By violatinging all of my constitutional rights, Refusing me service on my money. Assulting me with her shoes, and threating me to call the police after explaining to her the situation that the state of florida was trying to kill me. The Commited This violation by also asking for extra identification to run through a different data base. And while asking for a manager, she snapped on me, reach over to the counter grabbed my idea slammed it down, also violated my Personal space which is in violation of my 4th Amendment Right. She also violated my 1st Amendment Right By Not letting me speak and stomping her feet at me everytime I opened my mouth. And she threaten to call the police on me which is in violation of the 14th Amendment Rights. I know the bank works for me to guard, and protect my interest, with out the bias, prejudice, or racist and when they do it gives me grounds to sue for treason, and for taking part in a hate crime as big as this.

"A"  On the 7th of January 2018. Carmelo went to Lowes to return a battery charger. It was his turn in line, when a cashier who was older and caucasian told carmelo to go to the end of the line against his will. Carmelo said No... then Lowes called the police. violating my 1st amendment right through bias, prejudice, racism, descrimination, treason, hate crime. Tw 4 Days later Carmelo and Sophia were at Lowes and was targeted by a Lowes employee that maliciously rammed a cart into the side of Carmelos car not knowing that Sophia was in the car with the kids.

"B"  On Dec 21-22, 2017 around or after 1 met with with Fred, Teddy Floyd (Sheriff department) and Julian Price from the Private Investigations department -- from the Department of Health in Tallahassee Florida, about a bias employee at the Vero Beach Health department not making a true and honest report about findings of the condition of the house. Lead paint, active rat droppings, mold, peeling paint, poor air and heat conditions, exposed outlets, rotten wood,

UNTRIMMED TREES, BROKEN WINDOWS THAT DON'T OPEN, ETC. HE WAS BIAS BECAUSE HE WAS IN SOME WAY FRIENDS OR FAMILIAR OF MY LANDLORD AT THE TIME WILLIAM LEE. AND THEY WERE SENT TO PROTECT WILLIAM LEES INTEREST, BECAUSE NOT ONLY DID THEY IGNORE THE FACT OF THE HOUSE BEING IN VIOLATION OF THE ENVIROMENTAL PROTECTION AGENCY ACT, BUT THEY ALSO IGNORED THE FACT THAT WILLIAM LEE CAUSED HARM AND ABUSE TO A VULNERABLE ADULT AND CHILDREN ALL UNDER 7 YEARS OLD. DID NOT NOTIFY DEPARTMENT OF CHILDREN AND FAMILIES OF THE FINDING OF ABUSE CAUSED BY WILLIAM LEE. INSTEAD JULIAN PRICE AND TEDDY FLOYD AND INDIAN RIVER COUNTY SHERIFF DEPARTMENT SET SOPHIA UP FOR AN UNDER COVER / STING / PLOT BY ARRANGING FOR SOPHIA AND KIDS TO STAY CHRISTMAS WEEK FOR 2 WEEKS AT A MOTEL THE MOTEL 6 LOCATED AT                    IN VERO BEACH FL 329 . SOPHIA CAUGHT ON TO THE FACT THAT THE MOTEL WAS BEING BIAS WHEN THE MOTEL 6 ALREADY HAD SOPHIA'S INFORMATION FROM THE TREASURE COAST HOMELESS COALITION ABOUT HER 2 WEEK VISIT AND UPON MEETING HER AND

BOOKING HER, WERE ALREADY WAS BEING RUDE TO HER. THEY Provided her with poor customer service, extremely dissatisfying, they gave her a total of 8 cards, 2 for each defective room the put her in. All of the rooms were adjacent vertically and/or horizontally AND ALL ROOM KEYS WERE DEFECTIVE AND VOID. THE DOORS LOOKED THEY HAD BEEN PREVIOUSLY KICKED IN, IN FACT THERE WERE PIECES MISSING FROM DOOR AND SHAFT AND LOCKING MECHENISM. SOPHIA TOOK NOTE AND PICTURES AND BROUGHT THE SAFTEY CONCERNS TO BOTH MAINTENCE AND FRONT DESK TO INFORM THEM OF THE DAMAGED DOOR(S) AND TO REQUEST NEW ROOMS. THE REQUEST FOR A NEW ROOM WAS GRANTED 3 MORE TIMES BUT ALL WERE DEFECTIVE AND DID NOT HAVE SAFE ENTRY. ON THE 22ND OF DECEMBER SOPHIA MADE A PHONE CALL TO MOTEL 6 FRONT DESK TO SPEAK WITH THE SUPERVISOR TO ADDRESS THE SAFTEY CONCERNS. DESHAWNA Lockett WAS the supervisor THAT ANSWER SOPHIA RUDELY AND THREATENED SOPHIA THAT IF SHE REQUESTED ANOTHER ROOM THAT SHE'D TERMINATE HER STAY AND REPORT HER FOR HAVING GUEST STAY THE NIGHT. SOPHIA EXPLAINED THAT IT'D BE IMMPOSIBLE BECAUSE

18



NO GUEST OVER. DASHAWNA Came UP TO PROVIDE SOPHIA with her last set of keys to the last room change room 4 were once again it was defective and deshawna who was also fighting to open the door had a real bad attitude, still trying to Ignore the fact that the doors were defective. The maintence man was rude as well blaming Sophia for inturpping his slumber while being paid to maintain the property.

Carmelo Came the next morning with Clothes he Just Bought for Sophia And the kids, Carmelo adress the maintnance men under Camera about why all the rooms ARE Deflective, The Maintnance man Flip out start yelling and then Carmelo Ask for the manager, THAT IS WHEN DESHAWNA CARRIED OUT THE THREAT To TERMINATE MY STAY AT THE MOTEL

6 REPORTING FALSIFYING A REPORT TO THE TREASURE COAST HOMELESS COALITION THAT I HAD GUEST OVER NIGHT, AND THAT THE GUEST WHO SHE CLAIMED SPENT THE NIGHT. TRIED TO FIGHT THE MAINTENCE GUY.

THEY VIOLATED MANY US CONSTITUTIONAL RIGHTS The FIRST AMENDMENT RIGHT TO FILE A

19

COMPLAINT BY Julian Price, TEDDY FLYOD, Motel 6, Motel 6 supervisor and EMPLOYEES, VERO BEACH Indian River HEALTH DEPARTMENT AND BY COMMITING THE FEDERAL CRIME BY BEING A MANDATED REPORTER AND NOT REPORTING THE NEGLECT OF WILLIAM LEES . NEGLIEGENCE TO THE ADULT SOPHIA THELISMA AND HER 3 CHILDREN. HOW COME LEGACY MY SONS THERAPIST DID NOT REPORT IT ETHIER WHEN I TOLD THEM AND SHOWED DOCUMENTS OF THE LANDLORD TENANT ACT. . AND THE WHITE COLLARD CRIME ON THE NON REPORTING OF ENVIROMENTAL LAW BEING BROKEN BY WILLIAM LEE IN VIOLATION OF THE EPA. MEDICAL RECORDS FOR SOPHA AND CHILDREN SHOW THAT THE HOUSE DESTORYED THE FAMILIES HEALTH IN VARIOUS ILLMENTS SUCH AS, ALLERGIES, SKIN DISEASES, ADHD, BEHAVIORAL PROBLEMS, MEMORY LOSS, KIDNEY FAILURE, ANEMIA, LOW IRON, BLOODY STOOL, ETC... WILLIAM LEE AND CONSPIRATORS WERE ALL IN VIOLATION OF 40. CFR. PROTECTION OF ENVIROMENT. AND FAILURE TO REPORT



On 3-17-17 Sophia Thelisma gave Birth at Indian River medical Center to her 3rd Child. She was ~~Rightly~~ Diagnosed with lead in her Blood, the hospital Kept it from Her But Add to her report, as She giving Birth her Kidneys failed and were shutting down completely they had to do an emergency chelation procedure to revive her Kidneys which lead chelation is used to treat lead poisoned patients which puts/ties william Lee and Indian River Medical Center in Conspiracy with each other Also 2017 Around Nov/Dec Sophia had extremely and predominately blood for stool and could not stop the bleeding medics were called to 2431 20th ave were sophia and children reside. Not just Sophia but Carmelo had a problem with IRMC that would support the bias, prejudice and racism and Sophia & Carmelo can provide hard evidence to prove statements and reportings to be true.



Carmelo Etienne

On 8-27-2016 I was At Publix on 53 Street Vero Beach Fl, I was making a money transfer using the western union Services the Coshier took my information infrent of me and hand it over to a Caucasin male look like an FBI Agent, I ask for a manager mr. Allen Brown came out and I told him they violated my Rights. 4th Amendment Rights. and Also all my right to privacy I have supporting police report. on 6-3-2017 I went back to the same publix as soon I give my name to make a money transfer the same thing happend I been watching for months. The Camera Start recording So I ask for the manager Mr. Allen Brew I ask why was he recording my money transaction was he the US Government he told me he was going to Call the police on me for asking why was he illegally recording me. violation. 18 U.S. code part 1 - Chapter 88 - Privacy § 1801
- Chapter 105 - SABOTAGE § 2151 to 2157
- Treason §§ 2381 to 2391
- Chapter 113 § 2311 to 2323
- Chapter 37 - Espionage § 791 to 799
Chapter 19 Conspiracy § 371 to 373

3 - 6 - 2018
_____
Dated: Month, day, year

Respectfully submitted,

_Carmele Etienne/Sophia Thelisma_
Name of Filer

_Pro Se_
Attorney Bar Number *(if applicable)*

_We are equal People live @ gmail.com_
Attorney E-mail Address *(if applicable)*

_We Are Equal People_
Firm Name *(if applicable)*

_1725  38 Street_
Street Address

_Vero Beach Fl 32960_
City, State, Zip Code

Telephone: _772  480 0811_

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_Carmele Etienne_ [specify method of service] on _3-6-18_ [date]

on all counsel or parties of record on the Service List below.

_____
Signature of Filer

**SERVICE LIST**

_(signature)_
_____
Party or Attorney Name

We are equal People live@gmail.com
Attorney E–mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: (772) 480 0811

Facsimile: _____

_(signature)_
_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

_(signature)_
_____
Party or Attorney Name

We are equal People live@gmail.com
Attorney E–mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: 772 480 0811

Facsimile: _____

_(signature)_
_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*