(1" from top of page, and centered, begin title of Court)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. __18-14061__ -CV- __ROSENBERG/MAYNARD__
(Judge's Last Name/Magistrate's Last Name)

__CARMELO ETIENNE__
__SOPHIA THELISMA__
__1725 38th street VERO BEACH FL 32960__
(Full Name of Plaintiff/s),

    Plaintiff (s)

vs. __UNITED STATES OF__
__AMERICA ET ALL__
__DONALD TRUMP__
(Full Name of Defendant/s),

    Defendant(s).

FILED by ___ D.C.
MAR 08 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

ORDER/MOTION TO GRANT IMMUNITY FROM ANY FUTURE PROSICUTION From State or USA Et ALL.

I, __CARMELO ETIENNE/SOPHA THELISMA__ [plaintiff or defendant], in the above styled cause, OF ALL US CONSTITUTIONAL RIGHTS THAT WERE ILLEGALLY VIOLATED UNDER THE COLOR OF LAW WHICH IS A FEDERAL CRIME 18. USC ss 241, 242.
- CONSPIRACY AGAINST RIGHTS 18 USC ss 241
I FILLED A CIVIL COMPLAINT AGAINST INDIAN RIVER COUNTY ITS SELF AND THE STATE OF FLORIDA

AS WELL, AND IN RETURN THE INDIAN RIVER SHERIFF'S DEPARTMENT, FBI, AND DCF RETALIATED BY REPORTING FAKE NEWS, SLANDERING MY NAME AND REPUTATION, AND ILLEGALL KIDNAPPING MY 3 CHILDREN BECAUSE THEY WERE TRYING TO SURPRESS US INTO NOT EXPOSING THE CORRUPTION WITHIN THE COUNTY AND STATE, IT'S SELF. FOR THE FALSE INFORMATION AND HOAXES IS a violation of 18 US CODE ss 1038, which states "in section (a) CRIMINAL VIOLATION (1) IN GENERAL - who ever engages in any conduct with intent to convey false or misleading information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, OR 113B. OF THIS TITLE SECTION 236 of the ATOMIC ENERGY ACT OF 1954 (42 USC 2284) OR Section 46502, the second sentence of section 46504, Section 46505 (B)(3) OR (C), OR SECTION 46506, IF HOMICIDE OR ATTEMPTED HOMICIDE IS INVOLVED, OR SECTION 60123 (b) of tittle 49 -

(A) BE FINED UNDER THIS TITTLE OR IMPRISIONED NOT MORE THAN 5 YEARS OR BOTH.

(B) IF SERIOUS BODILY INJURY RESULTS, BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN 20 YEARS, OR BOTH; AND (C) IF DEATH RESULTS, BE FINED UNDER THIS TITLE OR IMPRISONED FOR ANY NUMBER OF YEARS UP TO LIFE OR BOTH.

(b) CIVIL ACTION — whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title, Section 236 of the Atomic Energy Act of 1954 (42. USC 2284), or section 46502, the 2nd sentence of section 46504, section 46505 (b)(3) or (c) section 60123(b) of title 49 is liable in civil ation to any party incurring expenses incident to any emergency or investigateve response to that conduct, for those expenses. (c) REIMBURSTMEN. — (1) IN GENERAL, (2) LIABLITY. — (3) CIVIL JUDGMENT. — (d) ACTIVITIES OF LAW ENFORCEMENT. —

AND VIOLATES 26 U.S. CODE Ss 7206 — FRAUD AND FALSE STATEMENTS — ANY ONE WHO — (1) Declaration under penalties of Perjury (2) AID OR ASSISTANCE (3) FRADULENT BONDS, PERMITS, ENTRIES. (4) REMOVAL OR CONCEALMENT WITH INTENT TO DEFRAUD (5) compromises and closing Agreements (A) concealment of PROPERTY (B) with holding, falsifying and destroying records.

THERE IS MORE FEDERAL CRIMES THAT HAVE TOOK PLACE IN THIS CIVIL CASE(S) ALONE THAN ANY OTHER CASE IN THE HISTORY OF THE UNITED STATES OF AMERICA, WHERE EVEN THE NEWS STATIONS ARE SURPRESSING US WHICH SHOWS THAT IT HAS SOME AFFLIATION OR ARE DIRECT ORDERS FROM THE WHITE HOUSE/AND OR DONALD TRUMP, HISSELF. THEY HAVE SURPRESSED US SINCE 01-25-2018 WE HAVE REACHED OUT TO EVERYONE, INCLUDING CITIZENS COMPLAINT EMAIL LINE AND US ATTORNEYS OFFICE EMAIL LINE. WE HAVE FILED AN ORDER OF PROTECTION AGAINST THE UNITED STATES FOR THE CONTINOUS OF THESE HANIS CRIMES AND WHITE COLLARD CRIMES AND VIOLATIONS OF MY US CONSTITUTIONAL RIGHTS, DUE TO ALL PERSONAL FAVORS PULLED FOR WILLIAM LEE OWNER/PRESIDENT OF KEYSTONE PROPERTY MANAGEMENT/YELLOW KID INC FOR RENTING TO ME WHILE I WAS PREGNANT WITH KIDS 6 AND UNDER A LEAD BASED PAINT HOUSE, THE NONE OF THE MANDATED REPORTERS REPORTED TO THE EPA BECAUSE IT WAS NOT STATED IN THE LEASE AGREEMENT. BOTH YEARS I RESIDED AT 2431 20th AVE VERO BEACH FL 32960

MANDATE REPORTER INCLUDE: INDIAN RIVER HEALTH DEPARTMENT, DCF, BUILDING, CODE ENFORCEMENT, LEGACY, ET ALL WHO WHERE AWARE AND MADE AWARE OF LEAD PAINT FINDINGS/TEST BY SOPHIA.

# SERVICE LIST

_[signature]_  
Party or Attorney Name

Attorney E-mail Address *(if applicable)*: we are equal people live@gmail.com

Firm Name *(if applicable)*: We are Equal People

Street Address: 1725 38 Street

City, State, Zip Code: Vero Beach Fl 32960

Telephone: 772 480 0811

Facsimile: _____

_____  
Attorneys for Plaintiff/Defendant  
*[Party's Name(s)] (if applicable)*

_[signature]_  
Party or Attorney Name

Attorney E-mail Address *(if applicable)*: we are equal People

Firm Name *(if applicable)*: We are Equal People

Street Address: 1725 38 Street

City, State, Zip Code: Vero Beach Fl 32960

Telephone: 772 480 0811

Facsimile: _____

_____  
Attorneys for Plaintiff/Defendant  
*[Party's Name(s)] (if applicable)*

3-8-2018
Dated: Month, day, year

Respectfully submitted,

Carmele Etienne/Sophia Thelisma
Name of Filer

Pro Se
Attorney Bar Number *(if applicable)*

we are equal people live@gmail.com
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: 772 480 0811

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by Carmele Etienne [specify method of service] on 3-8-18 [date] on all counsel or parties of record on the Service List below.

_____
Signature of Filer