(1" from top of page, and centered, begin title of Court)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 18-14061 -CV- ROSENBERG/MAYNARD
(Judge's Last Name/Magistrate's Last Name)

Carmelo Etienne
Sophia Thelisma
1725 38th street Vero Beach Fl 32960
(Full Name of Plaintiff/s),

Plaintiff(s)

vs. United States of America et all
Donald Trump
(Full Name of Defendant/s),

Defendant(s).

FILED by ___ D.C.
MAR 08 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**TITLE OF DOCUMENT**: ORDER/MOTION TO WAIVE IMMUNITY FROM STATE ET ALL PROSECUTION

I, Sophia Thelisma / Carmelo Etienne [plaintiff or defendant], in the above styled cause, NO ONE IS ABOVE THE LAW, AND VARIOUS, NUMEROUS FEDERAL CRIMES HAVE BEEN COMMITED BY LOCAL, STATE AND GOVERNMENT OFFICIALS, AND ONLY THE FEDERAL COURTS CAN PROVIDE US RELIEF. AS A RELIEF WE, SOPHA THELISMA, CARMELO ETIENNE, WOULD LIKE MAXIMUM LENGTH PUNISHMENT AND FINES

FOR ALL PARTIES/DEFENDANTS ET ALL INVOLVED IN THEESE HANIS AND UNCONSTITUTIONAL CRIMES, FEDERAL CRIMES COMMITED. OUR BILL OF RIGHTS HAVE BEEN VIOLATED WHICH ARE THE 1st ten AMENDMENTS IN THE US CONSTITUTION THAT WAS SET IN PLACE TO PROTECT "WE THE PEOPLE" FROM PUBLIC CORRUPTION, AND INTERSTATE TERRORIST ORGANIZATIONS, RUN BY THE US GOVERNMENT OFFICIALS THAT ARE CORRUPTED. EVEN THE JUDGES AT THE 19th JUDICIAL COURTHOUSE OF INDIAN RIVER COUNTY ARE CORRUPTED, BIAS, AND PREJUDICE, AND RACIST. I SAY THIS BECAUSE VICTORIA GRIFFIN, PROCEEDED TO PROSECUTE CARMELO IN FAMILY court AFTER HE STATED FOR THE RECORD (WHICH IS RECORDED BY THE COURTROOM) "THIS A "CONSPIRACY" "RACIST HATE CRIME" JUDGE GRIFFIN'S RESPONSE TO CARMELO'S STATEMENT THAT "HE SHOULD GIVE UP HIS RIGHTS OF FREEDOM OF SPEECH TO DEFEND HIMSELF AND TO SEEK AID FROM A COURT APPOINTED LAWYER/PUBLIC DEFENDER IS STILL AN EMPLOYEE OF THE STATE. WHICH IS A CONFLICT OF INTEREST AND WOULD BE A SELF INFLICTED VIOLATION OF HIS (MY) FIRST AMENDMENT RIGHT. TO DO SO BECAUSE HE WAS ALREADY SUING THE STATE OF FLORIDA, AND APPOINTED/PUBLIC DEFENDERS PLAY THE ROLE OF THE DEVILS ADVOCATE, SO IT WOULD NOT BE IN CARMELOS BEST INTEREST TO TAKE HEED TO JUDGE VICTORIA GRIFFINS MISLEADING PROCLAIMATION.

- 18 US CODE 47 ss 1038 FALSE INFORMATION AND HOAX
- CONSPIRACY AGAINST RIGHTS 18 USC ss 241 CHAPTER
- 18 US CODE 79 ss.1623 FALSE DECLARATION BEFORE GRAND JURY OR COURT.

On the 10th of February 2018. Judge Robert L. Pegg also signed off on knowingly false declarations as retaliation to Sophia for the civil complaint filed a day before on 02-09-2018. Judge Pegg knew it was false because Sophia and Carmelo both filed restraining orders, civil complaints, and turned in evidence to the ~~false~~ state attorneys office about the false allegations conjured up by the state attorneys, DCF, and Indian River Sheriffs Department. Judge Pegg obviously ignored everything and aided to knowingly try to prosecute both Sophia and Carmelo, and try to remove children from a safe, good home as a form of retaliation. Judge Pegg already has a personal vendetta against Sophia, on account that he had already wrongfully prosecuted Sophia as a minor and threatened to lock her up at the age of 17 to 19 if she'd ever appeared in his courthouse again. Which until this situation Sophia has never been back, and for the record it's on the recording of 02-2009. This also is in violation of 18 US Code 73 ss 1514a ~~other crimes~~ and 18 US Code 47 ss 1038 false information and hoax. 18 US Code 73 ss 1512 - Tampering with a witness

18 US CODE 115 ss 2387 - TREASON

18 US CODE 115 ss 2384 - SEDITIOUS CONSPIRACY

18 US CODE 113B - TORTURE ss.2340A

18 US CODE ss. 2235 - SEARCH WARRANT PROCURED MALICIOUSLY

18 US CODE ss 241 - CONSPIRACY AGAINST RIGHTS

18 US CODE US CODE CHAPTER 13 CIVIL RIGHTS ss 241, 242, 243, 246, 247, 249, ETC.

18 US CODE ss 371 CONSPIRACY TO COMMIT OFFENSE OR TO DEFRAUD UNITED STATES.

FOR EVERYONE ELSE INCLUDING THESE JUDGES HAVE COMMITED VARIOUS AND/OR NUMEROUS CRIMES ATTACHED TO THIS DOCUMENT AND IT PERTAINS TO ALL DEFENDANTS INVOLVED.

<u>3-8-2018</u>
Dated: Month, day, year

Respectfully submitted,

<u>Carmelo Etienne / Sophia Thelisma</u>
Name of Filer

<u>Pro se</u>
Attorney Bar Number *(if applicable)*

<u>WE ARE EQUAL PEOPLE LIVE@GMAIL.COM</u>
Attorney E-mail Address *(if applicable)*

<u>WE ARE EQUAL PEOPLE</u>
Firm Name *(if applicable)*

<u>1725 38th Street</u>
Street Address

<u>Vero Beach FL 32960</u>
City, State, Zip Code

Telephone: <u>772 480 0811</u>

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by <u>Sophia Thelisma / Carmelo Etienne</u> [specify method of service] on <u>3-8-2018</u> [date] on all counsel or parties of record on the Service List below.

_____
Signature of Filer

# SERVICE LIST

*[signature]*
Party or Attorney Name

weareequalpeople.live@gmail.com
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: (772) 480 0811

Facsimile: _____

*[signature]*
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

*[signature]*
Party or Attorney Name

weareequalpeople.live@gmail.com
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: 772 480 0811

Facsimile: _____

*[signature]*
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

CASE# 18-14061 CV ROSENBERG/MAYNARD

USA / FEDERAL CRIMES COMMITED BY FBI, IRC SHERIFF
STATE ATTORNEYS, STATE OF FLORIDA, FDLE, INDIAN RIVER COUNTY PUBLIC AND PRIVATE STATE EMPLOYEES.
DEPARTMENT, DCF, VERO BEACH POLICE DEPARTMENT, 19 JDC CIRCUIT COURT HOUSE ET ALL

AND IN VIOLATION OF 18 US CODE(S)
- CHAPTER 47 ss 1038 FALSE INFORMATION & HOAXES (a)(b)(c)(d)
- CHAPTER 79 ss 1623 FALSE DECLARATIONS BEFORE GRAND JURY OR COURT
- CHAPTER 77 ss 1583 ENTICEMENT INTO SLAVERY
- CHAPTER 73 ss 1514a CIVIL ACTION TO PROTECT AGAINST RETALIATION IN FRAUD CASES
- CHAPTER 73 ss 1506 THEFT OR ALTERATION OF RECORD OR PROCESS; FALSE BAIL
- CHAPTER 73 ss 1512 TAMPERING WITH A WITNESS, VICTIM OR AN INFORMANT.
- CHAPTER 55 ss 1203 - HOSTAGE TAKING
- CHAPTER 55 ss 1201 - KIDNAPPING
- CHAPTER 50A ss 1091 - GENOCIDE
- CHAPTER 47 ss 1035 - FALSE STATEMENTS RELATING TO HEALTH CARE MATTERS
- CHAPTER 47 ss 1028 - FRAUD, AND RELATED ACTIVITY IN CONNECTION WITH IDENTIFICATION DOCUMENTS, AUTHENTICATION FEATURES, AND INFORMATION.
- CHAPTER 47 ss 1030 FRAUD AND RELATED ACTIVITY IN CONNECTION WITH COMPUTERS

- 18. US CODE ss 2521 CHAPTER 2521 - INJUNCTION AGAINST ILLEGAL INTERCEPTION
- 18 US CODE ss 2511 INTERCEPTION AND DISCLOUSERE OF WIRE, ORAL, OR ELECTRONIC COMMUNICATIONS PROHIBITED.
- 18 US CODE ss 2389 - RECRUITING FOR SERVICE AGAINST UNITED STATES CHAPTER
- 18 US CODE SS. 2382 CHAPTER 115 - MISPRISION OF TREASON
- 18 US CODE ss 2381 - TREASON - CHAPTER 115
- 18 US CODE ss. 2384 - SEDITIOUS CONSPIRACY CHAPTER 115
- 18 US CODE ss 2340 B - EXCLUSIVE REMEDIES CHAPTER 113c
- 18 US CODE ss 2340 A - TORTURE CHAPTER 113c
- 18. US CODE ss. 2340 - DEFINITIONS
- 18. US CODE ss 2332 - CRIMINAL PENALTIES CH. 113B
- 18. US CODE SS 2331 - DEFINITIONS - "INTERTERROISM" CH. 113B
- 18 US CODE ss 1622 CHAPTER 79 - SUBORNATION OF PERJURY
- 18 US CODE ss 1621 - PERJURY GENERALLY
- 34 US CODE CHAPTER 2044 JUSTICE FOR UNITED STATES VICTIMS OF STATE SPONSORED TERROISM
- 34 US CODE ss 20141 - SERVICE TO VICTIMS - CHAPTER 201
- 18 US CODE ss 1701 - OBSTRUCTION OF MAILS GENERALLY

- CHAPTER 37 ss. 799 VIOLATIONS OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION.
- CHAPTER 41 ss 873 BLACK MAIL
- CHAPTER 7 ss 113 ASSULT WITHIN MARITIME AND TERRITORIAL JURISDICTION.
- AND IN 26 US CODE: ss -7206 FRAUD AND FALSE STATEMENTS
- 18 US CODE CHAPTER 13 - CIVIL RIGHTS - ss 241, 242, 243, 246, 247, 249.
- 18 US CODE ss 371 CONSPIRACY TO COMMITS OFFENSE OR TO DEFRAUD UNITED STATE
- 18 US CODE ss 2520 - RECOVERY OF CIVIL DAMAGES AUTHORIZED
- 18 US CODE ss 2521 INJUCTION AGAINST ILLEGAL INTERCEPTITION
- 18 US CODE ss 2707 CIVIL ACTION chapter 121
- 18 US CODE ss 2707 CHAPTER 121 - VOLUNTARY DISCLOSURE OF CUSTOMER Communications OR RECORD
- 18 US CODE ss 2701 UNLAWFUL ACCESS TO STORED COMMUNICATIONS CHAPTER 121
- 18 US CODE ss 2515 CHAPTER 119 - PROHIBITION OF USE AS EVIEDENCE OF INTERCEPTED WIRE OR ORAL COMMUNICATIONS.
- 18 US CODE ss 2522 CHAPTER 119 - ENFORCEMENT OF THE COMMUNICATIONS ASSISTANCE FOR LAW ENFORCEMENT ACT.

- 18 US CODE ss 1703 - DELAY OR DESTRUCTION OF MAIL OR NEWSPAPERS CHAPTER 83
- 18 US CODE ss 1962 - PROHIBITED Activities CHAPTER 96
- 18a US CODE ss 2075 CHAPTER 101 - OFFICER FAILING TO MAKE RETURNS OR REPORTS
- 18 US CODE - Section, 664, 1028, 1029, 1425, 1503, 1510, 1511, 1512, 1513, 1542, 1581-1592, 1952, 1958, RACKETEERING.
- 18 US CODE ss 2332 CHAPTER 113B - CRIMINAL PENALTIES
- 18 US CODE ss 2335 CHAPTER 113B - LIMITATIONS OF ACTIONS
- 18 US CODE ss 2338 EXCLUSIVE FEDERAL JURISDICTION
- 18 US CODE ss 2339C - CHAPTER 113B - PROHIBITIONS AGAINST THE FINANCING OF TERROISM
- 18 US CODE ss 2332B ACTS OF TERROISM transcending national Bounderies
- 18 US CODE ss 2337 CHAPTER 113B - SUITS AGAINST Government Officials.
- 18 US CODE 2326 - ENHANCED PENALTIES CHAPTER 113A
- 18 US CODE 2328 MANDATORY FORFEITURE - CHAPTER 113A
- 18 US CODE ss 2327 MANDATORY RESTITUTION CHAPTER 113A
- 18 US CODE CHAPTER 113 - STOLEN Property
- 18 US CODE ss 2235 - SEARCH WARRANT PROCURED MALICIOUSLY

18 US CODE ss. 2236 - SEARCHES WITHOUT WARRANT CHAPTER 109

- 18 US CODE ss 2232 - DESTRUCTION OR REMOVAL OF PROPERTY TO PREVENT SEIZURE
- 18 US CODE ss 2112 - PERSONAL PROPERTY OF UNITED STATES CHAPTER 103
- 18 US CODE ss 2111 - Special Maritime and Territorial Jurisdiction - CHAPTER 301
- 18 US CODE ss 2237 - Criminal SANCTIONS FOR FAILURE TO HEAVE TO, OBSTRUCTION OF BOARDING OR PROVIDING FALSE INFORMATION

3-8-2018
Carmelo Etienne / Sophia Thelisma (Pro Se).
1725 38 Street Vero Beach
Florida 32960