MAGISTRATE FORMS
SAMPLE FORM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-14061-RLR

Carmelo Etienne )

Plaintiff, )

)

vs. )

Thomas Loveland
(DCF Defendants) CPI Supervisor )

Defendant. )

_____/

FILED by _____ D.C.

MAR 1 _ 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case [Magistrate Judge Shaniek M. Maynard] conduct any and all further proceedings in the case (including the trial) and order the entry of judgment. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

*Carmelo Etienne*
*Sophia Thelisma*

Facsimile: (xxx)xxx-xxxx

Attorneys for Plaintiff
[Party Name(s)]

Attorneys for Defendant
[Party Name(s)]

NOTE: Return this form to the Clerk of the Court only if it has been executed by all parties to the case.