**Return Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: (cop) Thomas Loveland, 1145 18th Place, Vero Beach Fl 32960

9590 9402 1770 6074 6314 68

7016 3010 0000 5080 7848

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): A. Sanchez   C. Date of Delivery: 3/8/18
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

FILED by _____ D.C.
MAR 12 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**Return Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Victoria Griffin, 2000 16th Avenue 374, Vero Beach Fl 32960, (772) 978-0054

9590 9402 1770 6074 6312 84

7016 3010 0000 5080 7886

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X Ann Murphy ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Ann Murphy   C. Date of Delivery: 3/8/2018
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: (same as above)

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

18-14061-CIV-Rosenberg