**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Robert Pegg, 2000 16th Ave #384, Vero Beach Fl 32960

9590 9402 1770 6074 6314 99

7016 3010 0000 5080 7824

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Ann Murphy
B. Received by (Printed Name): Ann Murphy
C. Date of Delivery: 3/8/2018
D. Is delivery address different from item 1? ☐ Yes ☐ No

Service Type: Certified Mail

Domestic Return Receipt

FILED by ___ D.C.
MAR 12 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
1. Article Addressed to: Patrick O'Brian, State Attorney office, 2000 16th Ave #384, Vero Beach Fl 32960

9590 9402 1770 6074 6315 12

7017 0190 0001 0993 4276

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Ann Murphy
B. Received by (Printed Name): Ann Murphy
C. Date of Delivery: 3/8/2018

Domestic Return Receipt

18-14061-CIV-Rosenberg