Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA/ U.S CITIZENS
CARMELO ETIENNE
SOPHIA THELISMA
(V.E.B., Z.L.W, M.C.E, M.A.E, H.M.E)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

UNITED STATES DISTRICT COURTS FOR THE SOUTHERN DISTRICT OF FLORIDA CIVIL DIVISION
COLETTE L. GRIFFIN / ROBBIN L. ROSENBERG
STEVEN M. LARIMORE / JULIANNE PRICE ET ALL

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 18-14061-CV-ROSENBERG/MAYNARD
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED by _____ D.C.
MAR 19 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

Amended

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CARMELO ETIENNE SOPHIA THELISMA ET ALL |
| Street Address | 1725 38TH STREET |
| City and County | VERO BEACH |
| State and Zip Code | FLORIDA 32960 |
| Telephone Number | (772 )480-0811 |
| E-mail Address | WEAREEQUALPEOPLELIVE@GMAIL.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

**Defendant No. 1**

| | |
|---|---|
| Name | COLETTE L. GRIFFIN |
| Job or Title *(if known)* | U. S. D. C. SOUTHERN D.O.F CIVIL DIVISION CLERK |
| Street Address | 300 S. 6TH STREET |
| City and County | DISTRICT OF FORT PIERCE SAINT LUCIE COUNTY |
| State and Zip Code | FLORIDA 34950 |
| Telephone Number | (772) 467-2300 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | STEVEN M. LARIMORE |
| Job or Title *(if known)* | U. S. D. C. SOUTHERN D.O.F CIVIL DIVISION CLERK |
| Street Address | 300 S. 6TH STREET |
| City and County | DISTRICT OF FORT PIERCE SAINT LUCIE COUNTY |
| State and Zip Code | FLORIDA 34950 |
| Telephone Number | (772) 467-2300 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | ROBBIN L. ROSENBERG (JUDGE) |
| Job or Title *(if known)* | U. S. D. C. SOUTHERN D.O.F JUDGE |
| Street Address | 300 S. 6TH STREET |
| City and County | DISTRICT OF FORT PIERCE SAINT LUCIE COUNTY |
| State and Zip Code | FLORIDA 34950 |
| Telephone Number | (772) 467-2300 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | INDIAN RIVER COUNTY COURT HOUSE |
| Job or Title *(if known)* | COURT HOUSE |
| Street Address | 2000 16TH AVE |
| City and County | VERO BEACH INDIAN RIVER COUNTY |
| State and Zip Code | FLORIDA 32960 |
| Telephone Number | (772) 770-5185 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* CARMELO ETIENNE/ SOPHIA THELISMA , is a citizen of the State of *(name)* USA, FLORIDA .

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* COLETTE L. GRIFFIN, STEVEN M. LARIMORE, , is a citizen of the State of *(name)* FLORIDA . Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* UNITED STATES DISTRICT COURTS FOR THE , is incorporated under the laws of the State of *(name)* UNITED STATES OF AMERICA , and has its principal place of business in the State of *(name)* FLORIDA .

   Or is incorporated under the laws of *(foreign nation)* UNITED STATES CONSTITUTION ,

   and has its principal place of business in *(name)* STATE OF FLORIDA .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE AMOUNT IN CONTROVERSY IS 600 TRILLION DOLLARS; TREASON, FOR BREACH OF CONTRACT,JUDICIAL MIS CONDUCT, MISPRISON, PERJURY IN COURT, FALSE INFORMATION &HOAX, ILLEGAL KIDNAPPING OF 3 VICTIMS/ PLANTIFFS (UNDER 6) OF CIVIL COMPAINTS, JUDGE P. KANAREK VOILATED OUR CIVIL AGREEMENT/RIGHTS/AND CONTRACT ALL AT ONCE, WHEN CARMELO AND SOPHIA ~~BOTH FILED A CIVIL COMPLAINT FEBRUARY 9TH. JUDGE PEGG VIOLATION OF THE 1ST, 4TH, 5TH, AND~~

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, (name) CARMELO ETIENNE/SOPHIA THELISMA, and the defendant, (name) UNITED STATES DISTRICT COURTS FOR THE SOUTHERN ET A, made an agreement or contract on (date) _____. The agreement or contract was (oral or written) Written. Under that agreement or contract, the parties were required to (specify what the agreement or contract required each party to do) THE AGREEMENT WITH INDIAN RIVER COUNTY COURT HOUSE WAS THE LAWSUIT CASE NUMBERS; 2018-CA-000102, CASE NUMBERS 2018-CA-000103, 2018 DP00028, 2018 DP00029. WHICH WAS BREACHED BY THE JUDGES PEGG AND KANAREK. JUDGE PEGG ON 02/10/2018 BY SENDING THE POLICE AND DCF TO SOPHIA'S HOUSE TO TELL HER ABOUT ORDERS FROM JUDGE PEGG TO REMOVE THE CHILDREN FROM SOPHIA'S CARE WHEN THE CHILDREN ARE SUING THE COURT HOUSE ET ALL TOO.

The defendant failed to comply because (specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)
VIOLATIONS OF; U.S. CONSTITUTION, FLORIDA CONSITUTION, CODE OF ETHICS, JUDICIAL CODE OF ETHICS, JUDGES AND CLERK OF CLERKS OATH,CONSTITUTIONAL RIGHTS VIOLATIONS, THE COLOR OF LAW VIOLATION, HIPAA, LEASE AGREEMENT, PATIENTS RIGHTS, NON DISCRIMINATION AND ACCESSIBILITY REQUIREMENT STATEMENT, ETC.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-19-2018

Signature of Plaintiff: *(signed)* Pro Se

Printed Name of Plaintiff: Carmelo Etienne    SOPHIA THELISMA

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

## SERVICE LIST

_[signature]_  
**Party or Attorney Name**

we are equal people.live@gmail.com  
**Attorney E-mail Address** *(if applicable)*

We Are Equal People  
**Firm Name** *(if applicable)*

1725 38 Street  
**Street Address**

Vero Beach Fl 32960  
**City, State, Zip Code**

Telephone: (772) 480 0811

Facsimile: _____

_[signature]_  
**Attorneys for Plaintiff/Defendant**  
*[Party's Name(s)] (if applicable)*

---

_[signature]_  
**Party or Attorney Name**

We are equal people live@gmail.com  
**Attorney E-mail Address** *(if applicable)*

We Are Equal People  
**Firm Name** *(if applicable)*

1725 38 Street  
**Street Address**

Vero Beach Fl 32960  
**City, State, Zip Code**

Telephone: 772 480 0811

Facsimile: _[signature]_

**Attorneys for Plaintiff/Defendant**  
*[Party's Name(s)] (if applicable)*

DEFENDANTS:

JULIANNE PRICE
HEALTH DEPARTMENT ADMINISTRATOR
1900 27TH STREET
VERO BEACH FL., 32960

HEALTH DEPARTMENT ADMINISTRATOR
1900 27TH STREET
VERO BEACH FL., 32960

INDIAN RIVER MEDICAL CENTER
1000 36TH STREET
VER BEACH FL.,32960

FLORIDA SHERIFFS ASSOCIATION
2617 MAHAN DRIVE
TALLAHASSEE 32308

INDIAN RIVER SHERIFF OFFICE
4055 41ST AVE
 VERO BEACH FL,32960

YELLOW KID INC
WLLIAM LEE
KEY STONE PROPERTY MANAGEMENT GROUP
2001 9TH AVE #308
VERO BEACH FL., 32960

 PRESIDENT DONALD TRUMP
1600 PENNSYLVANIA AVE N.W.
WASHINGTON DC., 20500

DEPARTMENT OF HEALTH
4052 BALD CYPRESS WAY
TALLAHASSEE FL 32399

DEPARTMENT OF CHILDREN AND FAMILIES
1317 WINEWOOD BlVD #202
TALLAHASSE FL 32399

IV. Relief

AS A RELIEF CARMELO AND SOPHIA ET ALL ,SEEK RELIEF IN THE FORM OF WITNESS PROTECTION, FULL NAME CHANGES FOR ALL, ORDERS OF PROTECTION FOR ALL, FULL CUSTODY BACK FROM ALL GOVERNMENT ENTITIES AND THE RETURN ALL CHILDREN BACK TO THE RIGHTFUL OWNERS WHO NEVER LOST CUSTODY DUE TO LACK OF JURISDICTION THAT THE UNITED STATES DID NOT POSSESS OVER THIS MATTER DUE TO THE SAME CHILDREN WERE PLANTIFF/VICTIMS ON CASE NUMBER 2018CA000103 FILED SINCE FEBRUARY 9TH 2018 WHICH PROVES IN THIS CASE THAT IT WAS A KIDNAPPING NOT A CUSTODY OR CHILD SAFETY CONCERN.WHICH IS WHAT IS KNOWN AS INTERSTATE TERROISM, ESPIONAGE, RACKETEERING, HOSTAGE TAKING,TAMPRING WITH A WITNESS AND TREASON. SEEK IMMUNITY FROM ALL FURTHER PROSECUTION, FULL SENTENCE AND MAXIMUM FINES FOR THE VIOLATING PARTIES. INVESTIGATION O THE 19TH JUDICIAL TO GRANT ORDER TO WIN BY DEFAULT. FULL COMPENSATION FOR PARENTS AND CHILDREN. REALESE TO MEDIA.

CIVIL DIVISION THEY MET WITH STEVEN LARIMORE THE CLERK WHO DENIED CARMELO AND SOPHIA THE RIGHT TO FILE A PETITION WHICH IS IN VIOLATION OF THE 1,4, AND 14TH AMENDEMENT RIGHTS ACCORDING TO THE UNITED STATES CONSTITUTION WHEN MR. LARIMORE TOLD SOPHIA AND CARMELO TO REWRITE THEIR COMPLAINT AND NOT TO SUE THE UNITED STATES OF AMERICA BUT TO SUE A SPECIFIC PORTION OF THE UNITED STATE. UNDER LARIMORES ADVICE CARMELO AND SOPHIA PROCEEDED TO SUE THE STATE OF FLORIDA INSTEAD OF THE UNITED STATES OF AMERICA LIKE THEY ORIGINALLY INTENDED., WHICH IS ALSO IN VIOLATION OF THE 1ST, 4TH, AND 14TH AMENDMENT RIGHTS. ON THE 16TH OF FEBRUAURY CASE NUMBER 18-14061-CV- ROSENBERG/MAYNARD, EVERYDAY FOR THEREOF FOR 2 WEEKS CARMELO AND SOPHIA HAVE BROUGHTEN IN EVIEDENCE AND VARIOUS OTHER FORMS AND MOTION/ORDERS TO FILE INTO THE CASE AS CLERK HE NEGLECTED TO DO HIS JOB VIOLATING THE CONTRACT OF THE 400 DOLLAR FILING FEE CARMELO AND SOPHIA PAID TO BE ABLE TO FILE OUR COMPLAINT LEGALLY. AFTER STAYING UP ALL NIGHT WRITITING A 21 PAGE MOTION FOR PROTECTION WHICH WAS DENIED WITH 2-3 OTHER MOTIONS THAT WHERE FILED WHICH ALSO GOT DENIED. CARMELO DECIDED TO FIRE THE JUDGE OFF THE CASE DUE TO CONFLICT OF INTEREST IN THAT HER NAME HAS LEE AND ALSO ASK FOR MR.LARIMORE SUPERVISOR , CARMELO AND SOPHIA THEN MET COLETTE GRIFFIN AS THE SUPERVISOR. FOR THE 2 WEEKS THE COUPLE HAS MET WITH COLETTE THEY HAVE BEEN TURNING IN PAPER WORK THAT HAS REJECTED WITH OUT PROPER EVALUATION, CAUSED BY THE BUSINESS/FRIENDSHIP/AQUAINTENCE OF COLETTE AND JULIANNE PRICE OF THE INDIAN RIVER HEALTH DEPARTMENT THAT FAILED AS A MANDATE REPORTER TO REPORT THE FINDING OF LEAD. FOR THE LAST WEEKS CARMELO AND SOPHIA HAVE BEEN TURNING OVER PAPER WORK SHE BEEN READING THE EVIEDENCE BUT IS NOT SUBMITTING IT INTO THE SYSTEM RATHER SHE IS GIVING IT BACK AFTER READING THE DOCUMENTS AND SUPPORTING DOCUMENTS WHICH ARE EXHIBITS TO THE CASE.

ON THE 16TH OF MARCH COLETTE TURNED VERY GHETTO BY DEMEANOR AND TONE WHILE ASKING RUDELY IF CARMELO AND SOPHIA HAD 400 MORE DOLLARS TO FILE THE ORIGINAL LAWSUIT THE COUPLE HAS BEEN TRYING TO SUBMIT SINCE 02/15/2018. WHICH PUTS THE UNITED STATES COURTS IN VIOLATION OF CARMELOS AND SOPHIAS 1ST, 4TH, AND 14TH, AMENDMENT RIGHTS, YET AGAIN. THE DOCUMENTS ARE STILL IN THE POSSESION OF THE COURTS DUE TO CLERK COLETTES RUDE AND SASSY BEHAVIOR AND REMARK THAT 'SHE WOULD THINK ABOUT FILING OUR PAPER WORK.THIS IS IN BREACH OF CONTRACT.

**SUPPORTING DOCUMENTS**


**CASE NUMBERS:**
**2018DP00028, 2018DP00029, DCF CASE #10003830242HIPAA, SURVEILENCE FOOTAGE.**

CHILDREN, THEY KIDNAPPED THE CHILDREN! NO QUESTIONS ASKED ALTHOUGH THE CHILDREN WERE IN GOOD HEALTH, AND HAPPY AS CAUGHT ON VIDEO SURVEILLANCE IN IRCSO LOBBY. WHICH BRINGS ME TO STATE THE FACTS THAT IS A FALSE INFORMATION AND HOAX,RACKETEERING,ESPIONAGE IN ORDER TO EXPLOIT, KIDNAP, SABATOGE, TO COMMIT CONSPRACY AGAINST CITIZENS RIGHTS, AND TREASON,ET ALL.

ON 03/13/2018 CARMELO SHOWED UP TO COURT AFTER THROWN IN JAIL ILLEGALLY, WITH THE CHARGES OF ABUSING 911, RESISTING ARREST WITH OUT VIOLENCE, ENTERFERING WITH CUSTODY, ALL FAKE CRIMES THAT HE CARMELO NEVER COMMITTED. EARLY THAT MORNIG IN FIRST APPEARENCE CARMELO TOLD JUDGE KANAREK (ON THE RECORD)THAT HE WAS IN JAIL ILLEGALLY, WHICH WAS IN VIOLATION OF HIS FIRST AMENDMENT RIGHT TO FILE A PETITION ACCORDING TO THE UNTIED STATED CONSTITUTION.

AFTER CARMELO STATED THE FACT THAT THEY WERE IN VIOLATION THEY( THE DEFENDANTS) STILL PROCEEDED TO TAKE CARMELO WHO WAS IN SHACKLES TO ANOTHER COURT ROOM, ROOM 7 BE EXACT WHERE THE HONORABLE JUDGE GRIFFIN DECIDED TO PROSECUTE CARMELO ON FAMILY MATTERS, MATTERS THAT DID NOT EXSIST BEFORE GOING TO JAIL THE DAY PRIOR, BECAUSE DCF, SHERIFFS, JUDGES, STATE ATTORNEYS OFFICE AND 19TH JUDICIAL CIRCUIT COURT SYSTEM PLANNED THE DEMISE OF HIS FAMILY AND RELATIONSHIP WITH MICHELLE SCHERMERHORN, (CARMELO'S CHILDRENS MOTHER A CAUCASIAN LADY) WHO THEY COVIENCED TO JOIN THEIR CONSPIRACY BY THREATING TO TAKE HER CHILDREN AWAY FROM HER, AND GIVING MICHELLE MOTIVE FOR RETALIATION AGINST CARMELO BY EXPOSING CONFIDENTAL INFORMATION BETWEEN CARMELO AND SOPHIA AND VIOLATING HIPAA BY DISCUSSING CARMELO AND SOPHIAS PERSONAL LIFE INCLUDING THE FACT THAT CARMELO HAD A SECRET LIFE AND CHILDREN WITH SOPHIA, WHICH IS ALSO IN VIOLATION OF THE 1ST, 4TH , AND 14TH AMENDMENT AS STATED IN THE U.S. CONSTITUTION. IN THE COURT ROOM CARMELO ASLO TOLD JUDGE GRIIFIN ON THE RECORD THAT IT WAS A RACIST HATE CRIME CONSPIRACY THAT HIM AND SOPHIA HAD SUED THE DCF ET ALL SINCE THE 9TH OF FEBRUARY 2018.

RIGHT AFTER THAT COURT SESSION THEY HAD ANOTHER CASE AGAISNT CARMELO BETWEEN CARMELO AND SOPHIA, ILEGALLY IN SOPHIA'S ABSENCE, IN WHICH SOPHIA WAS NOT PRESENT AND WHEREABOUTS WERE UNKNOWN, ALL WHICH TOOK PLACE BEFORE THEY(IRSCO AND THE CONSPIRATORS) PUT SOPHIA AND CARMELO AGAINST THEIR WILL, ON THE NEWS ILLEGALLY THAT SAME NIGHT.

ALL OF WHICH COULD HAVE BEEN AVIODED IF ONLY JUDGE PEGG AND CLERKS DID NOT DENY THE 34 RESTRAINING ORDERS BETWEEN CARMELO AND SOPHIA ON THE 1ST AND 9TH OF FEBRUAURY 2018. DCF, IRSCO, AND DEPARTMENT OF HEALTH, JULIANNE PRICE, INDIAN RIVER MEDICAL CENTER VIOLATED HIPAA AND BREACHED AGREEMENT.

ON THE 15TH OF FEBRUARY CARMELO AND SOPHIA WENT TO THE UNITED STATES DISTRICT COURTS OF THE SOUTHERN DIVISION IN FORT PIERCE FLORIDA TO FILE A NEW CIVIL COMPLAINT AGAINST THE UNITED STATES FOR THE ILLEGAL KIDNAPPING OF THEIR CHILDREN. UPON ARRIVAL TO THE CLERKS OFFICE OF THE

### III. STATEMENT OF CLAIM

THE AGREEMENT WITH INDIAN RIVER COUNTY COURT HOUSE WAS THE LAWSUIT CASE NUMBERS; 2018-CA-000102, 2018-CA-000103 WHICH WAS BREACHED BY THE JUDGES PEGG AND KANAREK. JUDGE PEGG ON 02/10/2018 BY SENDING THE POLICE AND DCF TO SOPHIA'S HOUSE TO TELL HER ABOUT ORDERS FROM JUDGE PEGG TO REMOVE THE CHILDREN FROM SOPHIA'S CARE AFTER LAWSUIT WAS FILED ON 02/09/2018, WHEN THE CHILDREN ON CASE 2018-CA-000103 ARE PLANTIFFS/VICTIMS SUING THE COURT HOUSE ET ALL TOO.

THE FOLLOWING DAY ON 02/11/2018 THE JUDGE KANAREK ORDER TO REMOVE SOPHIA CHILDREN FROM HER HOME WHEN LAWSUITS 2018-CA-000102, AND 2018-CA-000103 WERE BOTH ASSIGNED TO JUDGE KANAREK. THE POLICE ILLEGALLY BROKE INTO SOPHIA'S HOUSE VIOLATING THE 1ST, 4TH, AND 14TH AMENDMENTS WITH GUNS DRAWN SECURITY FOOTAGE SHOWS INTENT TO MURDER HE SOPHIA. WHEN SOPHIA RETURNED HOMEAFTER NOTICING THE BUGARLARY OF HER PROPERTY CAUSED BY THE SHERIFFS DEPARTMENT AND DCF AND WITNESSED BY SOPHIA'S NEIGHBORS, AND ALSO CAUGHT ON SURVEILLANCE.

ON 02/12/2018 OTHER BREACHES OF CONTRACT OCCURED WHEN CARMELO CALLED 911 TO REPORT A CRIME THAT HE WITNESSED THE DAY PRIOR ON SOPHIAS SECURITY SURVEILLANCE. WHILE CARMELO WAS ON THE PHONE WITH 911 HE ALSO WAS RECORDING ON FACEBOOK LIVE AND DISCLOSED HE WAS RECORDING TO THE DISPATCHER/OPERATOR. THE DISPATCHER SENT 7 SHERIFFS OFFICERS TO CARMELOS RESIDENCE, AGAINST HIS WILL, THAT TRESSPASSED AND ENTERED HIS PREMISES ILLEGALLY ,BEATING HIM, HAND CUFFING HIM, AND COUNTINUALLY BRUTALLY BEATING HIM TO THE POINT WHERE A BONE WAS BROKEN AND INTERNAL BRUISES OCCURED. CARMELO BLEAD OVER A LITTER OF BLOOD,AND WAS TAKEN TO THE HOSPITAL RECEIVING NO FORM OF REAL TREATMENT THEN WAS TAKEN TO JAIL 4 HOURS FROM BEING AT THE ER WITH NO TREAMENT. ON INDIAN RIVER SHERIFFS OFFICE ARREST AFFIDAVIT CASE REPORT#2018-00025973 STATES THAT IT WAS A COURT ORDER SIGNED BY THE SAME HONORABLE JUDGE KANAREK (SAME JUDGE ASSIGNED TO CIVIL CASES2018-CA-000102 AND 2018-CA-000103). THE JUDGE AND POLICE VIOLATED THEIR OWN 'CODES OF ETHICS' ACCORDING TO EACH INDIVIUALS AND OFFICIALS AUTHORITATIVE POSTION AND CAPCITY, ACTING OUT OF RETALIATION AND PERSONAL GAIN ,WHICH ALSO REFLECTS ON THE FACT THAT THEY DID NOT ACT UNDER 'THE COLOR OF LAW' OR UPHOLD THE CONSTITUTION THAT A.

ON 02/13/2018 THE SHERRIFFS OFFICE, DCF, JUDGES, AND 19TH JUDICIAL COURT HOUSE PUT SOPHIA ON THE NEWS ILLEGALLY, AS A MISSING PERSON WITH 3 CHILDREN STATING THAT DCF JUST WANTED TO CHECK THE WELL BEING OF THE CHILDREN. SOPHIA SAW THE NEWS AND IMMEDIATEDLY CALLED THE SHERIFFS OFFICE TO LET THEM KNW THAT HER AND HER CHILDREN WERE OK, AND NOT MISSING. SHE AGREED WITH THE DETECTIVE TO COME TO THE SHERIFFS LOBBY SO THAT THEY CAN VERIFY THAT EVERYONE WAS OK BUT IT WAS ALL A PLAN TO KIDNAP THE CHILDREN AND WHEN SOPHIA WENT TO THE LOBBY WITH THE

__3-19-18__
Dated: Month, day, year

Respectfully submitted,

__Carmela Etienne/Sophia Thelisma__
Name of Filer

__Pro Se__
Attorney Bar Number *(if applicable)*

__we are equal People live@gmail.com__
Attorney E-mail Address *(if applicable)*

__We Are Equal People__
Firm Name *(if applicable)*

__1725 38 Street__
Street Address

__Vero Beech Fl 32960__
City, State, Zip Code

Telephone: __772 480 0811__

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by __Carmela Etienne__ [specify method of service] on __3-19-18__ [date]
on all counsel or parties of record on the Service List below.

_____
Signature of Filer

AO 310 (Rev. 03/16)

Judicial Council of the ___19TH___ Circuit

# COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below). The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. The Rules are available in federal court clerks' offices, on individual federal courts' websites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible. For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed. Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court. **Do not put the name of any judge on the envelope.**

1. Name of Complainant: SOPHIA THELISMA/ CARMELO ETIENNE

   Contact Address: 1725 38TH STREET
   VERO BEACH FL. 32960

   Daytime telephone: ( 772 ) 480-0811

2. Name(s) of Judge(s): VICTORIA L. GRIFFIN
   Court: ROBERT L. PEGG

3. Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?

   [✔] Yes    [ ] No

   If "yes," give the following information about each lawsuit:

   Court: INDIAN RIVER COUNTY 19TH CIRCUIT COURT
   Case Number: 2018CA000102/2018CA000103/2018DP28/2018DP29
   Docket number of any appeal to the ___ Circuit: 19
   Are (were) you a party or lawyer in the lawsuit?
   [✔] Party    [✔] Lawyer    [ ] Neither
   If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number:
   WE ARE EQUAL PEOPLE (PRO SE)

Page 1 of 2

AO 310  (Rev. 03/16)

Judicial Council of the _____19TH_____ Circuit

# COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

4. **Brief Statement of Facts.** Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

5. **Declaration and signature:**

I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

Signature: _____SOPHIA THELISMA/ CARMELO ETIENNE_____   Date: ___03/12/2018___

Page: 1



Indian River Medical Center
Emergency Department
1000 36th Street
Vero Beach, FL 32960
(772) 567-4311 Ext.2105

CARMELO ETIENNE
PatID: 000561976  Age: 32
Acct#: 10720639  DOB: 7/3/1985
Printed: 02/12/2018 10:54 AM
By: P. GLENN TREMML, MD 1588632954

# After Care Instructions

INSTRUCTIONS

PHALANX FRACTURE (HAND)


*** MEDICALLY CLEARED TO GO TO JAIL***


1. You have been diagnosed with a fracture of a bone in your finger.

2. A fracture is a break in a bone. It means the same thing as saying a "broken bone." In general, fractures heal over about 6-8 weeks. Over time, the broken area gets stronger than the area around it. At first, fractures are often treated with a splint. The splint will help keep your finger from moving. However, an orthopedic (bone) doctor may replace it with a cast. Most fractures heal with a splint or cast. Some require surgery. An orthopedic doctor will help decide if your fracture needs surgery.

3. Fractures are treated with medicine to lower pain and splints or casts to reduce movement. They are also treated with Resting, Icing, Compressing and Elevating the injured area. Remember this as "RICE."
   - REST: Limit the use of the injured body part.
   - ICE: By applying ice to the affected area, swelling and pain can be reduced. Place some ice cubes in a re-sealable (Ziploc®) bag and add some water. Put a thin washcloth between the bag and the skin. Apply the ice bag to the area for at least 20 minutes. Do this at least 4 times per day. Using the ice for longer times and more frequently is OK. NEVER APPLY ICE DIRECTLY TO THE SKIN.
   - ELEVATE: Elevate the injured part. A fractured hand can be elevated by placing the arm in a sling while awake and propped up on pillows while lying down.

4. Your finger has been placed in a dynamic splint. This is often called "buddy taping." The injured finger is taped to an uninjured one. This allows for maximum use of the finger. It also helps prevent stiffness by allowing movement. Use the splint until follow-up with the referral orthopedic (bone) doctor. Take off the buddy tape every 2-3 days. Then, replace it with fresh tape. Put some cotton or soft gauze between the fingers before taping them together.

5. YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
   - Severe increase in pain or swelling in the injured area.
   - New numbness or tingling in or below the injured area.
   - You develop a cold, pale finger that seems to have blood supply problems.


FOLLOW UP

Follow up with JOHN ATWATER, MD, at 1260 37th Street Suite 102, Vero Beach, FL 32960, Phone: 772-213-9800 ONLY IF needed. Call as soon as possible to arrange.


**MEDICAL RECORDS COPY**

# 18-14061-CV-ROSENBERG/MAYNARD

## 4. BRIEF STATEMENT OF FACTS.

CASE NO.:2018DP28
CASE NO: 2018DP29
Case: No: 2018CA000102
Case No: 2018CA000103

SOPHIA THELISMA
CARMELO ETIENNE

VS.

JUDGE VICTORIA L. GRIFFIN,
JUDGE ROBERT L. PEGG
19TH JUDICIAL STATE ATTORNEYS OFFICE
INDIAN RIVER COUNTY 19th JUDICIAL COURTHOUSE
DEPARTMENT OF CHILDREN AND FAMILIES

## FACTS OF MISCONDUCT AND DISABILITY

All Parties Involved COMMITTED THESE ACTS
Racist Hate Crime Conspiracy with the Intent to Murder

CONSPIRACY, RETALIATION, KIDNAPPING, VIOLATION OF OATH OF OFFICE CLERKS AND DEPUTYS AND BY COMMITING ACTS OF TREASON BY GRANTING FALSE JUDGEMENT, WITH PRJUDICE AND BY COMMITING THE FOLLOWING FEDERAL CRIMES

On the 7th and 8th of February, Sophia and Carmelo, went to the 19th judicial court house to seek information on how to file a Pro Se federal civil complaint. immediately upon talking with 2-3 different civil clerk staff members Sophia and Carmelo Explained to them the situation they were going through as to why they needed to file a civil complaint immediately because there lives were in danger. They

were both intentionally given the wrong information by the civil division of the clerks office and Family division. The clerk of courts were deceitful and prejudice, racist and bias, in that they did not want Carmelo and Sophia to file in federal courts , rather for Carmelo and Sophia to file through them, who was explaining that it would be submitted to federal courts directly upon receiving payment, in which they filed 2 separate civil complaints 2 days later. One civil complaint from Carmelo and one from Sophia and 3 children. They both Asked for cover sheets and were denied of them and told the couple that they did not provide cover sheets, which is a lie (and which gives arise to the violation of 1st and 14th amendment rights, and is also in violation of (28 USC 16 SS 351, Complaints,) (United states v. American-Foreign ss corp., 363 U.S. 685(1960) to write there own along with the complaint. They were not given any written instructions.

On the 1st of February there where 6 protective orders filed for stalking and intimidation by Dcf agents, sheriffs officer and Vb pd officers, which was denied by Judge Pegg. The matter of stalking worsened so much that both Sophia and Carmelo filed 11 more protective orders individually on Friday the 9th of February the same day the filed a complaint.
    By Saturday evening on the 11th of February 8 sheriffs officers and Dcf came out to Sophia's home around 10 pm stating that she needed to show for Sunday Court by word of mouth because no form of paper work was provided to Sophia but officer scribbler did hold up a parsec (order to remove children from home) order by Judge Pegg. whi Although 2 weeks prior on the 26th of January Ashley Delaney Dcf investigator came out illegally of a falsified report that was generated by Dcf itself, which proves their racist, prejudice and bias and all the above. Ashley Delaney forced her way in with the sheriff and illegally searched the home and premises that Sophia was residing at ( and reported that the children were all in good health, well groomed, and happy and case was unfounded meaning no crime occurred) and due to trying to make a complaint on chief David Currey for police misconduct and attempted assault on Carmelo by David Currey. Vbpd officers Darryl rivers, Kevin Martin, John Pedersen, Mat Monaco, and chief David Currey failed to make a proper no bias police report on William lee for stealing Carmelo's property who was not a tenant of William Lee. On the report generated by Darryl Rivers it stated that Sophia was the victim, but in reality Carmelo was victim. The case number to the police report 2018-000201-IR Begin date/ time is 01/25/2018 at 4:02 pm dated printed is 10:36 01/26/2018 at 10:36 am. By 11 am on the 26 of January Carmelo was called in by David Currey to meet with him to try to resolve the matter and after the meeting it only made things worst.

Feb. 9 2018 Carmelo and Sophia filled suit on the ground on Hate Crime / racist conspiracy and also filed 11 protection order Judge Pegg denied and 6 more previously filed were also denied.

    On the 10th of February 2018 Dcf came back to ask Sophia to go to Sunday court illegally and on the 11 of Feb. Dcf came back with 6 officers and said it was an order to remove the kids Carmelo told them the were violating federal law they said the

order were sign by Judge Pegg the left came back illegally and kick in Sophia door with guns drawn with intent to kill, which is all caught on security camera. Lee Shane was present in this matter as well.

     On the 12 of Feb 2018 at 6:50am while Carmelo was on the phone trying to report this with 911 and also have evidence of this call on Facebook live video the dispatcher ask do Carmelo need a deputy, Carmelo said no, but Sgt Paul Mewborn still show up to Carmelo house 6 other sheriff officers illegally force their way in Carmelo house they came to kill Carmelo. Carmelo been brutally beaten where he was kicked, punch, elbowed, broken bone and also loss over a liter of blood where Carmelo was taking to the ER ,remember lawsuit been filed since the 9th of Fab. When Carmelo got to the hospital they handcuff Carmelo for 4 hours to the bed no medical treatment they didn't let him use the bath room this is 4 days after he filed a lawsuits Carmelo told Peter Tremml the Dr. At the time told Carmelo he don't give a fuck and he don't care because Carmelo mention he was at ER illegally then took him to jail .Carmelo been arrested at 7 am. Did not get book for 12 hours that they were conspiring Carmelo got book at 7:30pm. Where in jail waiting to get book DCF agent by name Tony v Collins and Tiffany Perry came to ask question about his kids. All of this caused by the retaliatory actions of the denial of protection by Judge Pegg also a conspirator, because he knew of the harassment and knew the couple sued the court house on the 9th on the clerk of courts behalf and state attorneys office and denied the motions (which give arise to the violation of the 1, 4, 14, amendment rights by the US Constitution and violation of (42 USC SS 12203 prohibition against retaliation and coercion)( United States v. Goodwin,457 U.S. 368(1982) and violation of 14th amendment and (18 USC ss 241 Conspiracy against citizens rights)(Willaims v. United States,341 U.S. 97(1951)

On the 13 of   Feb. 2018 Carmelo go to first appearance it was 3 illegal court dates Carmelo, told judge Kanerack the violate my 1 amendments right he wanted to know more , Judge Griffin while Carmelo was in her court room he had already filed lawsuit since the 9th it was a hate crime racist conspiracy. Carmelo was there illegally she didn't care that is why i sue her for being part of this conspiracy, and later on that night the Sheriff put Sophia on the news CBS, ABC,WPBN, against her will and Sophia called the sheriff office they ask to see the kids Sophia went to the sheriff office and the sheriff office kidnapped them this is violate of the false information hoax ss1038 the kids that been kidnapped by the sheriff and Dcf are on Sophia Lawsuit how do the violating more civil right trying to make us go to court against our will in reality is countless amount of crimes committed against us like hostage taken, keeping the kids for ransom when the kids are suing that is treason .

     On the lawsuit field on the 9th of February, 2018 Indian River Sheriff , Dcf, Vero Beach Police Department and Mayor were sued.

4.     When Carmelo bailed out 8 o'clock    pm on the 13th of February but didn't get released until 2 am on the 14th his neighbors stated that the police were in his car and house searching illegally with no warrant or proper documents until 1 a clock

am, while he was still being held captive. They also wash the evidence from the crime scene from his clothes, they bleached out his clothes to the point that it is faded. Michelle Schermerhorn also left a note, text messages, and Facebook messages stating and admitting that the cops were in the house beating Carmelo up, she cleaned up the blood and destroyed the evidence at the crime scene, she also wrote a hand written letter to Carmelo stating that "he needs to leave these fucking people alone for the love of God. And also sent text messages say that Carmelo "thinks he's going to win some law suit. That alone shows the conspiracy between Michelle and Dcf, Vbpd, Sheriffs Office, ET All including the Courthouse, motives for retaliation because both Sophia and Carmelo's Family and children are suing them. This is what Treason looks like including courthouse, state attorneys ET all trying to prosecute on illegal charges. All judges conspired and allowed the illegal kidnapping of victims in civil court which gives rise to the violation of the 1,4, and 14 amendments and violation of (18 US CODE 55 SS 1201Kidnapping)(United States   of America v. Vankirk Moore and Harold Burnell (571 F.2d 76(2nd Cir.1978)

Carmelo and Sophia have both been falsely imprisoned for a year in the past and or maximum sentence, which they still seek compensation for as well.
This is a racist hate crime conspiracy to commit treason with the intent to murder.

All plaintiffs involved seek for the return of kidnapped children held hostage, witness protection, full custody of all 5 kids to Sophia Thelisma and Carmelo Etienne and full compensation

1. CONSPIRACY AGAINST CITIZEN RIGHTS- (18 US CODE SS 241)

2. TREASON - (18 US CODE SS 2381 CHAPTER 115)
3. MISPRISON OF TREASON- (18 US CODE SS 2382)

3. DECLARATION BEFORE GRAND JURY OR COURT -(18 US CODE 79 SS 1623)
4. PERJURY (18 US CODE SS 1621)

5. KNOWINGLY AIDING IN THE ILLEGAL KIDKNAPPING (18 US CODE 55 SS 1201)

6. HOSTAGE TAKING OF 3 CHILDREN
(18 US CODE 55 SS , 1203)

6. BY DENYING THE RESTRAINING ORDERS (ABOUT 20) AGAINST PARTIES AND ALLOWING THEM TO RETALIATE ILLEGALLY .

INJUNCTION AGAINST ILLEGAL INTERCERPTION (18 US CODE 2521)
(INTERSTATE TERRORISM (18 US CODE 113B SS2331)

7. TORTURE-(18 US 113 CODE 2340A)   BY WILLFULLY AND INTENTIONALLY   IGNORING SUPPORTING EVIEDENCE TURNED INTO STATE ATTORNEYS OFFICE OF CRIMAINAL AND TREASON ACTIVITIES FROM PLANTIFFS IN LAW SUIT FILED FEBRUARY 9TH 2018.

8. TAMPERING WITH A WITNESS, VICTIM,PLANTIFF, OR INFORMANT (18 US CODE 73 SS 1512)