**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:18-CV-14061-ROSENBERG/MAYNARD**

CARMELO ETIENNE and SOPHIA THELISMA,

  Plaintiffs,

v.

THOMAS LOVELAND, et al.,

  Defendants.
_____/

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. 455 and the Court's Internal Operating Procedures, the undersigned hereby recuses herself and refers this matter to the Clerk of the Court for reassignment.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 21st day of March, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record