Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the

*MOORISH EMPIRE*
MOORS CARMELO ETIENNE
SOPHIA THELISMA
(V.E.B., Z.L.W, M.C.E, M.A.E, H.M.E)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

UNITED STATES DISTRICT COURTS FOR THE SOUTHERN DISTRICT OF FLORIDA CIVIL DIVISION
COLETTE L. GRIFFIN / ROBBIN L. ROSENBERG
STEVEN M. LARIMORE / JULIANNE PRICE ET ALL

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 18-14061-CV-ROSENBERG/MAYNARD
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED by ___ D.C.
MAR 21 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

AMENDED CROSS SUIT

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CARMELO ETIENNE SOPHIA THELISMA ET ALL |
| Street Address | 1725 38TH STREET |
| City and County | VERO BEACH |
| State and Zip Code | FLORIDA 32960 |
| Telephone Number | (772 )480-0811 |
| E-mail Address | WEAREEQUALPEOPLELIVE@GMAIL.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* CARMELO ETIENNE/ SOPHIA THELISMA, is a citizen of the State of *(name)* USA, FLORIDA.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* COLETTE L. GRIFFIN, STEVEN M. LARIMORE, is a citizen of the State of *(name)* FLORIDA. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* UNITED STATES DISTRICT COURTS FOR THE, is incorporated under the laws of the State of *(name)* UNITED STATES OF AMERICA, and has its principal place of business in the State of *(name)* FLORIDA. Or is incorporated under the laws of *(foreign nation)* UNITED STATES CONSTITUTION, and has its principal place of business in *(name)* STATE OF FLORIDA.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE AMOUNT IN CONTROVERSY IS 600 TRILLION DOLLARS; TREASON, FOR BREACH OF CONTRACT,JUDICIAL MIS CONDUCT, MISPRISON, PERJURY IN COURT, FALSE INFORMATION &HOAX, ILLEGAL KIDNAPPING OF 3 VICTIMS/ PLANTIFFS (UNDER 6) OF CIVIL COMPAINTS, JUDGE P. KANAREK VOILATED OUR CIVIL AGREEMENT/RIGHTS/AND CONTRACT ALL AT ONCE, WHEN CARMELO AND SOPHIA BOTH FILED A CIVIL COMPLAINT FEBRUARY 9TH. JUDGE PEGG VIOLATION OF THE 1ST, 4TH, 5TH, AND

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* CARMELO ETIENNE/SOPHIA THELISMA , and the defendant, *(name)* UNITED STATES DISTRICT COURTS FOR THE SOUTHERN ET A , made an agreement or contract on *(date)* _____ . The agreement or contract was *(oral or written)* Written . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)* THE AGREEMENT WITH INDIAN RIVER COUNTY COURT HOUSE WAS THE LAWSUIT CASE NUMBERS; 2018-CA-000102, CASE NUMBERS 2018-CA-000103, 2018 DP00028, 2018 DP00029. WHICH WAS BREACHED BY THE JUDGES PEGG AND KANAREK. JUDGE PEGG ON 02/10/2018 BY SENDING THE POLICE AND DCF TO SOPHIA'S HOUSE TO TELL HER ABOUT ORDERS FROM JUDGE PEGG TO REMOVE THE CHILDREN FROM SOPHIA'S CARE WHEN THE CHILDREN ARE SUING THE COURT HOUSE ET ALL TOO.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*
VIOLATIONS OF; U.S. CONSTITUTION, FLORIDA CONSITUTION, CODE OF ETHICS, JUDICIAL CODE OF ETHICS, JUDGES AND CLERK OF CLERKS OATH,CONSTITUTIONAL RIGHTS VIOLATIONS, THE COLOR OF LAW VIOLATION, HIPAA, LEASE AGREEMENT, PATIENTS RIGHTS, NON DISCRIMINATION AND ACCESSIBILITY REQUIREMENT STATEMENT,

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

### Defendant No. 1

| | |
|---|---|
| Name | MICHELLE LYNN SCHERMERHORN   DCF |
| Job or Title *(if known)* | |
| Street Address | DCF KNOWS( CONTACT DCF) |
| City and County | VERO BEACH INDIAN RIVER |
| State and Zip Code | FL 32960 |
| Telephone Number | |
| E-mail Address *(if known)* | MIALOVE421@GMAIL.COM |

### Defendant No. 2

| | |
|---|---|
| Name | DARRYL WILLIAMS   DCF |
| Job or Title *(if known)* | NATIONAL GAURD RESERVE |
| Street Address | 1441 SW Abingdon Ave, |
| City and County | Port St. Lucie, ST.LUCIE |
| State and Zip Code | FLORIDA 34953 |
| Telephone Number | DCF |
| E-mail Address *(if known)* | FACEBOOK |

### Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1

| | |
|---|---|
| Name | COLETTE L. GRIFFIN |
| Job or Title *(if known)* | U. S. D. C. SOUTHERN D.O.F CIVIL DIVISION CLERK |
| Street Address | 300 S. 6TH STREET |
| City and County | DISTRICT OF FORT PIERCE SAINT LUCIE COUNTY |
| State and Zip Code | FLORIDA 34950 |
| Telephone Number | (772) 467-2300 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | STEVEN M. LARIMORE |
| Job or Title *(if known)* | U. S. D. C. SOUTHERN D.O.F CIVIL DIVISION CLERK |
| Street Address | 300 S. 6TH STREET |
| City and County | DISTRICT OF FORT PIERCE SAINT LUCIE COUNTY |
| State and Zip Code | FLORIDA 34950 |
| Telephone Number | (772) 467-2300 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | ROBBIN L. ROSENBERG (JUDGE) |
| Job or Title *(if known)* | U. S. D. C. SOUTHERN D.O.F JUDGE |
| Street Address | 300 S. 6TH STREET |
| City and County | DISTRICT OF FORT PIERCE SAINT LUCIE COUNTY |
| State and Zip Code | FLORIDA 34950 |
| Telephone Number | (772) 467-2300 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | INDIAN RIVER COUNTY COURT HOUSE |
| Job or Title *(if known)* | COURT HOUSE |
| Street Address | 2000 16TH AVE |
| City and County | VERO BEACH INDIAN RIVER COUNTY |
| State and Zip Code | FLORIDA 32960 |
| Telephone Number | (772) 770-5185 |
| E-mail Address *(if known)* | |

DEFENDANTS:

JULIANNE PRICE
HEALTH DEPARTMENT ADMINISTRATOR
1900 27TH STREET
VERO BEACH FL., 32960

HEALTH DEPARTMENT ADMINISTRATOR
1900 27TH STREET
VERO BEACH FL., 32960

INDIAN RIVER MEDICAL CENTER
1000 36TH STREET
VER BEACH FL.,32960

FLORIDA SHERIFFS ASSOCIATION
2617 MAHAN DRIVE
TALLAHASSEE 32308

INDIAN RIVER SHERIFF OFFICE
4055 41ST AVE
 VERO BEACH FL,32960

YELLOW KID INC
WLLIAM LEE
KEY STONE PROPERTY MANAGEMENT GROUP
2001 9TH AVE #308
VERO BEACH FL., 32960

 PRESIDENT DONALD TRUMP
1600 PENNSYLVANIA AVE N.W.
WASHINGTON DC., 20500

DEPARTMENT OF HEALTH
4052 BALD CYPRESS WAY
TALLAHASSEE FL 32399

DEPARTMENT OF CHILDREN AND FAMILIES
1317 WINEWOOD BlVD #202
TALLAHASSE FL 32399

### III. STATEMENT OF CLAIM

SINCE JANUARY 26 ,2018 UNITED STATES, FLORIDA, IRSCO AND THE DEPARTMENT OF CHILDREN AND FAMILIES VIOLATED THE PEACE AND FRIENDSHIP TREATY OF 1786.

THE AGREEMENT WITH INDIAN RIVER COUNTY COURT HOUSE WAS THE LAWSUIT CASE NUMBERS; 2018-CA-000102, 2018-CA-000103 WHICH WAS BREACHED BY THE JUDGES PEGG AND KANAREK. JUDGE PEGG ON 02/10/2018 BY SENDING THE POLICE AND DCF TO SOPHIA'S HOUSE TO TELL HER ABOUT ORDERS FROM JUDGE PEGG TO REMOVE THE CHILDREN FROM SOPHIA'S CARE AFTER LAWSUIT WAS FILED ON 02/09/2018, WHEN THE CHILDREN ON CASE 2018-CA-000103 ARE PLANTIFFS/VICTIMS SUING THE COURT HOUSE ET ALL TOO.

THE FOLLOWING DAY ON 02/11/2018 THE JUDGE KANAREK ORDER TO REMOVE SOPHIA CHILDREN FROM HER HOME WHEN LAWSUITS 2018-CA-000102, AND 2018-CA-000103 WERE BOTH ASSIGNED TO JUDGE KANAREK. THE POLICE ILLEGALLY BROKE INTO SOPHIA'S HOUSE VIOLATING THE 1ST, 4TH, AND 14TH AMENDMENTS WITH GUNS DRAWN SECURITY FOOTAGE SHOWS INTENT TO MURDER HE SOPHIA. WHEN SOPHIA RETURNED HOMEAFTER NOTICING THE BUGARLARY OF HER PROPERTY CAUSED BY THE SHERIFFS DEPARTMENT AND DCF AND WITNESSED BY SOPHIA'S NEIGHBORS, AND ALSO CAUGHT ON SURVEILLANCE.

ON 02/12/2018 OTHER BREACHES OF CONTRACT OCCURED WHEN CARMELO CALLED 911 TO REPORT A CRIME THAT HE WITNESSED THE DAY PRIOR ON SOPHIAS SECURITY SURVEILLANCE. WHILE CARMELO WAS ON THE PHONE WITH 911 HE ALSO WAS RECORDING ON FACEBOOK LIVE AND DISCLOSED HE WAS RECORDING TO THE DISPATCHER/OPERATOR. THE DISPATCHER SENT 7 SHERIFFS OFFICERS TO CARMELOS RESIDENCE, AGAINST HIS WILL, THAT TRESSPASSED AND ENTERED HIS PREMISES ILLEGALLY ,BEATING HIM, HAND CUFFING HIM, AND COUNTINUALLY BRUTALLY BEATING HIM TO THE POINT WHERE A BONE WAS BROKEN AND INTERNAL BRUISES OCCURED. CARMELO BLEAD OVER A LITTER OF BLOOD,AND WAS TAKEN TO THE HOSPITAL RECEIVING NO FORM OF REAL TREATMENT THEN WAS TAKEN TO JAIL 4 HOURS FROM BEING AT THE ER WITH NO TREAMENT. ON INDIAN RIVER SHERIFFS OFFICE ARREST AFFIDAVIT CASE REPORT#2018-00025973 STATES THAT IT WAS A COURT ORDER SIGNED BY THE SAME HONORABLE JUDGE KANAREK (SAME JUDGE ASSIGNED TO CIVIL CASES2018-CA-000102 AND 2018-CA-000103). THE JUDGE AND POLICE VIOLATED THEIR OWN 'CODES OF ETHICS' ACCORDING TO EACH INDIVIUALS AND OFFICIALS   AUTHORITATIVE POSTION AND CAPCITY,   ACTING OUT OF RETALIATION AND PERSONAL GAIN ,WHICH ALSO REFLECTS ON THE FACT THAT THEY DID NOT ACT UNDER 'THE COLOR OF LAW' OR UPHOLD THE CONSTITUTION THAT A.

ON 02/13/2018 THE SHERRIFFS OFFICE, DCF, JUDGES, AND 19TH JUDICIAL COURT HOUSE PUT SOPHIA ON THE NEWS ILLEGALLY, AS A MISSING PERSON WITH 3 CHILDREN STATING THAT DCF JUST WANTED TO CHECK THE WELL BEING OF THE CHILDREN. SOPHIA SAW THE NEWS AND IMMEDIATEDLY CALLED THE SHERIFFS OFFICE TO LET THEM KNW THAT HER AND HER CHILDREN WERE OK, AND NOT MISSING. SHE AGREED WITH THE DETECTIVE TO COME TO THE SHERIFFS LOBBY

SO THAT THEY CAN VERIFY THAT EVERYONE WAS OK BUT IT WAS ALL A PLAN TO KIDNAP THE CHILDREN AND WHEN SOPHIA WENT TO THE LOBBY WITH THE CHILDREN, THEY KIDNAPPED THE CHILDREN! NO QUESTIONS ASKED ALTHOUGH THE CHILDREN WERE IN GOOD HEALTH, AND HAPPY AS CAUGHT ON VIDEO SURVEILLANCE IN IRCSO LOBBY. WHICH BRINGS ME TO STATE THE FACTS THAT IS A FALSE INFORMATION AND HOAX,RACKETEERING,ESPIONAGE IN ORDER TO EXPLOIT, KIDNAP, SABATOGE, TO COMMIT CONSPRACY AGAINST CITIZENS RIGHTS, AND TREASON,ET ALL.

ON 03/13/2018 CARMELO SHOWED UP TO COURT AFTER THROWN IN JAIL ILLEGALLY, WITH THE CHARGES OF ABUSING 911, RESISTING ARREST WITH OUT VIOLENCE, ENTERFERING WITH CUSTODY, ALL FAKE CRIMES THAT HE CARMELO NEVER COMMITTED. EARLY THAT MORNIG IN FIRST APPEERENCE CARMELO TOLD JUDGE KANAREK (ON THE RECORD)THAT HE WAS IN JAIL ILLEGALLY, WHICH WAS IN VIOLATION OF HIS FIRST AMENDMENT RIGHT TO FILE A PETITION ACCORDING TO THE UNTIED STATED CONSTITUTION.

AFTER CARMELO STATED THE FACT THAT THEY WERE IN VIOLATION THEY( THE DEFENDANTS) STILL PROCEEDED TO TAKE CARMELO WHO WAS IN SHACKLES TO ANOTHER COURT ROOM, ROOM 7 BE EXACT WHERE THE HONORABLE JUDGE GRIFFIN DECIDED TO PROSECUTE CARMELO ON FAMILY MATTERS, MATTERS THAT DID NOT EXSIST BEFORE GOING TO JAIL THE DAY PRIOR, BECAUSE DCF, SHERIFFS, JUDGES, STATE ATTORNEYS OFFICE AND 19TH JUDICIAL CIRCUIT COURT SYSTEM PLANNED THE DEMISE OF HIS FAMILY AND RELATIONSHIP WITH MICHELLE SCHERMERHORN, (CARMELO'S CHILDRENS MOTHER A CAUCASIAN LADY) WHO THEY COVIENCED TO JOIN THEIR CONSPIRACY BY THREATING TO TAKE HER CHILDREN AWAY FROM HER, AND GIVING MICHELLE MOTIVE FOR RETALIATION AGINST CARMELO BY EXPOSING CONFIDENTAL INFORMATION BETWEEN CARMELO AND SOPHIA AND VIOLATING HIPAA BY DISCUSSING CARMELO AND SOPHIAS PERSONAL LIFE INCLUDING THE FACT THAT CARMELO HAD A SECRET LIFE AND CHILDREN WITH SOPHIA, WHICH IS ALSO IN VIOLATION OF THE 1ST, 4TH , AND 14TH AMENDMENT AS STATED IN THE U.S. CONSTITUTION. IN THE COURT ROOM CARMELO ASLO TOLD JUDGE GRIIFIN ON THE RECORD THAT IT WAS A RACIST HATE CRIME CONSPIRACY THAT HIM AND SOPHIA HAD SUED THE DCF ET ALL SINCE THE 9TH OF FEBRUARY 2018.

RIGHT AFTER THAT COURT SESSION THEY HAD ANOTHER CASE AGAISNT CARMELO BETWEEN CARMELO AND SOPHIA, ILEGALLY IN SOPHIA'S ABSENCE, IN WHICH SOPHIA WAS NOT PRESENT AND WHEREABOUTS WERE UNKNOWN, ALL WHICH TOOK PLACE BEFORE THEY(IRSCO AND THE CONSPIRATORS) PUT SOPHIA AND CARMELO AGAINST THEIR WILL, ON THE NEWS ILLEGALLY THAT SAME NIGHT.

ALL OF WHICH COULD HAVE BEEN AVIODED IF ONLY JUDGE PEGG AND CLERKS DID NOT DENY THE 34 RESTRAINING ORDERS BETWEEN CARMELO AND SOPHIA ON THE 1ST AND 9TH OF FEBRUARY 2018. DCF, IRSCO, AND DEPARTMENT OF HEALTH, JULIANNE PRICE, INDIAN RIVER MEDICAL CENTER VIOLATED HIPAA AND BREACHED AGREEMENT.

ON THE 15TH OF FEBRUARY CARMELO AND SOPHIA WENT TO THE UNITED STATES DISTRICT COURTS OF THE SOUTHERN DIVISION IN FORT PIERCE FLORIDA

TO FILE A NEW CIVIL COMPLAINT AGAINST THE UNITED STATES FOR THE ILLEGAL KIDNAPPING OF THEIR CHILDREN. UPON ARRIVAL TO THE CLERKS OFFICE OF THE CIVIL DIVISION THEY MET WITH STEVEN LARIMORE THE CLERK WHO DENIED CARMELO AND SOPHIA THE RIGHT TO FILE A PETITION WHICH IS IN VIOLATION OF THE 1,4, AND 14TH AMENDEMENT RIGHTS ACCORDING TO THE UNITED STATES CONSTITUTION WHEN MR. LARIMORE TOLD SOPHIA AND CARMELO TO REWRITE THEIR COMPLAINT AND NOT TO SUE THE UNITED STATES OF AMERICA BUT TO SUE A SPECIFIC PORTION OF THE UNITED STATE. UNDER LARIMORES ADVICE CARMELO AND SOPHIA PROCEEDED TO SUE THE STATE OF FLORIDA INSTEAD OF THE UNITED STATES OF AMERICA LIKE THEY ORIGINALLY INTENDED., WHICH IS ALSO IN VIOLATION OF THE 1ST, 4TH, AND 14TH AMENDMENT RIGHTS. ON THE 16TH OF FEBRUAURY CASE NUMBER 18-14061-CV- ROSENBERG/MAYNARD, EVERYDAY FOR THEREOF FOR 2 WEEKS CARMELO AND SOPHIA HAVE BROUGHTEN IN EVIEDENCE AND VARIOUS OTHER FORMS AND MOTION/ORDERS TO FILE INTO THE CASE AS CLERK HE NEGLECTED TO DO HIS JOB VIOLATING THE CONTRACT OF THE 400 DOLLAR FILING FEE CARMELO AND SOPHIA PAID TO BE ABLE TO FILE OUR COMPLAINT LEGALLY. AFTER STAYING UP ALL NIGHT WRITTING A 21 PAGE MOTION FOR PROTECTION WHICH WAS DENIED WITH 2-3 OTHER MOTIONS THAT WHERE FILED WHICH ALSO GOT DENIED. CARMELO DECIDED TO FIRE THE JUDGE OFF THE CASE DUE TO CONFLICT OF INTEREST IN THAT HER NAME HAS LEE AND ALSO ASK FOR MR.LARIMORE SUPERVISOR , CARMELO AND SOPHIA THEN MET COLETTE GRIFFIN AS THE SUPERVISOR. FOR THE 2 WEEKS THE COUPLE HAS MET WITH COLETTE THEY HAVE BEEN TURNING IN PAPER WORK THAT HAS REJECTED WITH OUT PROPER EVALUATION, CAUSED BY THE BUSINESS/FRIENDSHIP/AQUAINTENCE OF COLETTE AND JULIANNE PRICE OF THE INDIAN RIVER HEALTH DEPARTMENT THAT FAILED AS A MANDATE REPORTER TO REPORT THE FINDING OF LEAD. FOR THE LAST WEEKS CARMELO AND SOPHIA HAVE BEEN TURNING OVER PAPER WORK SHE BEEN READING THE EVIEDENCE BUT IS NOT SUBMITTING IT INTO THE SYSTEM RATHER SHE IS GIVING IT BACK AFTER READING THE DOCUMENTS AND SUPPORTING DOCUMENTS WHICH ARE EXHIBITS TO THE CASE.

ON THE 16TH OF MARCH COLETTE TURNED VERY GHETTO BY DEMEANOR AND TONE WHILE ASKING RUDELY IF CARMELO AND SOPHIA HAD 400 MORE DOLLARS TO FILE THE ORIGINAL LAWSUIT THE COUPLE HAS BEEN TRYING TO SUBMIT SINCE 02/15/2018. WHICH PUTS THE UNITED STATES COURTS IN VIOLATION OF CARMELOS AND SOPHIAS 1ST, 4TH, AND 14TH, AMENDMENT RIGHTS, YET AGAIN. THE DOCUMENTS ARE STILL IN THE POSSESION OF THE COURTS DUE TO CLERK COLETTES RUDE AND SASSY BEHAVIOR AND REMARK THAT 'SHE WOULD THINK ABOUT FILING OUR PAPER WORK.THIS IS IN BREACH OF CONTRACT.

**SUPPORTING DOCUMENTS**

**CASE NUMBERS:**
**2018DP00028, 2018DP00029, DCF CASE #10003830242HIPAA, SURVEILENCE FOOTAGE, PEACE TREATY, EXHIBITS A-E, CODE OF ETHICS, HUMAN RIGHTS, ETC.**

IV. Relief

AS A RELIEF CARMELO AND SOPHIA ET ALL ,SEEK RELIEF IN THE FORM OF UNITED STATES HONORING THE PEACE AND FRIENDSHIP TREATY. RECOGNITION OF THE PLAINTIFFS MOORISH HERITAGE AND NATIONALITY. FULL NAME CHANGES FOR ALL PALNTIFFS, ORDERS OF PROTECTION AGAINST ALL UNITED STATES GOVERNMENT CORPORATIONS AND THE RETURN ALL CHILDREN BACK TO THE RIGHTFUL OWNERS WHO NEVER LOST CUSTODY DUE TO LACK OF JURISDICTION THAT THE UNITED STATES DID NOT POSSESS OVER THIS MATTER DUE TO THE PEACE TREATY OF 1786 AND DUE TO THE FACT THAT THE SAME CHILDREN WERE PLANTIFF/VICTIMS ON CASE NUMBER 2018CA000103 FILED SINCE FEBRUARY 9TH 2018 WHICH PROVES IN THIS CASE THAT IT WAS AN ACT OF TERROR, AND RETALIATION TO CAPTURE AND ENSLAVE. KIDNAPPING AND HUMAN TRAFFICING. NOT A CUSTODY OR CHILD SAFETY CONCERN.WHICH IS WHAT IS KNOWN AS TERROISM, ESPIONAGE, RACKETEERING, HOSTAGE TAKING,TAMPRING WITH A WITNESS AND TREASON ACCORDING TO YOUR US CONSTITITUION. WE ORDER FULL PROTECTION AGAGINST THE UNITED STATES AND FULL COMPENSTAION AND REQUEST FULL SENTENCE AND MAXIMUM FINES FOR THE VIOLATING PARTIES. INVESTIGATION O THE 19TH JUDICIAL TO GRANT ORDER TO WIN BY DEFAULT FOR VIOLATIONS OF PEACE AND FRIENDSHIP TREATY, US CONSTITUTION, AND CODE OF ETHICS, ETC. FULL COMPENSATION FOR PARENTS AND CHILDREN. PRESS REALESE TO MEDIA.

Case 2:18-cv-14061-JEM Document 18 Entered on FLSD Docket 03/23/2018 Page 10 of 20

# SERVICE LIST

_[signature]_  
Party or Attorney Name

we are equal people.1.ve@gmail.com  
Attorney E-mail Address *(if applicable)*

We Are Equal People  
Firm Name *(if applicable)*

1725 38 Street  
Street Address

Vero Beach Fl 32960  
City, State, Zip Code

Telephone: (772) 480 0811

Facsimile: _____

_[signature]_  
Attorneys for Plaintiff/Defendant  
*[Party's Name(s)] (if applicable)*

_[signature]_  
Party or Attorney Name

We are equal people live@gmail.com  
Attorney E-mail Address *(if applicable)*

We Are Equal People  
Firm Name *(if applicable)*

1725 38 Street  
Street Address

Vero Beach Fl 32960  
City, State, Zip Code

Telephone: 772 480 0811

Facsimile: _[signature]_

_[signature]_  
Attorneys for Plaintiff/Defendant  
*[Party's Name(s)] (if applicable)*

3 - 21/8
Dated: Month, day, year

Respectfully submitted,

Carmela Etienne/Sophia Thelisma
Name of Filer

Pro Se
Attorney Bar Number *(if applicable)*

we are equal people live @ gmail.co
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beech Fl 32960
City, State, Zip Code

Telephone: 772 480 0811

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by

Carmela Etienne [specify method of service] on 3-21-18 [date]

on all counsel or parties of record on the Service List below.

_____
Signature of Filer

*WE Are living in year 1432 Right Now in 2018*

# Morocco[1]

## PEACE AND FRIENDSHIP

*Treaty sealed by the Emperor of Morocco June 23, 1786, and delivered to the American agent at Morocco June 28, 1786; additional article signed and sealed on behalf of Morocco July 15, 1786; ship-signals agreement signed at Morocco July 6, 1786[2]*
*Entered into force July 15, 1786* → *was year 1,200*
*Treaty and additional article ratified and proclaimed by the President of the United States July 18, 1787*
*Expired; replaced January 28, 1837, by treaty of September 16, 1836[3]*

8 Stat. 100; Treaty Series 244-1

### TREATY
#### [TRANSLATION]

To all Persons to whom these Presents shall come or be made known—
Whereas the United States of America in Congress assembled by their Commission bearing date the twelvth day of May One thousand Seven hundred and Eighty four thought proper to constitute John Adams, Benjamin Franklin and Thomas Jefferson their Ministers Plenipotentiary, giving to them or a Majority of them full Powers to confer, treat & negotiate with the Ambassador, Minister or Commissioner of His Majesty the Emperor of Morocco concerning a Treaty of Amity and Commerce, to make & receive propositions for such Treaty and to conclude and sign the same, transmitting it to the United States in Congress assembled for their final Ratification, And by one other Commission bearing date the Eleventh day of March One thousand Seven hundred & Eighty five did further empower the said Min-

---

[1] Certain agreements between the United States and France were applicable to Morocco. See *ante*, Vol. 7, p. 763, FRANCE.
[2] For a detailed study of these procedures and other features of the negotiations, see 2 Miller 185. The document printed here, incorporating a certified English translation of the treaty and the additional article, was signed and sealed by Ministers Plenipotentiary of the United States, Thomas Jefferson at Paris, Jan. 1, 1787, and John Adams at London Jan. 25, 1787.
[3] TS 244-2, *post*, p. 1286.

isters Plenipotentiary or a majority of them, by writing under their hands and Seals to appoint such Agent in the said Business as they might think proper with Authority under the directions and Instructions of the said Ministers to commence & prosecute the said Negotiations & Conferences for the said Treaty provided that the said Treaty should be signed by the said Ministers: And Whereas, We the said John Adams & Thomas Jefferson two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the Hand and Seal of the said John Adams at London October the fifth, One thousand Seven hundred and Eighty five, & of the said Thomas Jefferson at Paris October the Eleventh of the same Year, did appoint Thomas Barclay, Agent in the Business aforesaid, giving him the Powers therein, which by the said second Commission we were authorized to give, and the said Thomas Barclay in pursuance thereof, hath arranged Articles for a Treaty of Amity and Commerce between the United States of America and His Majesty the Emperor of Morocco, which Articles written in the Arabic Language, confirmed by His said Majesty the Emperor of Morocco & seal'd with His Royal Seal, being translated into the Language of the said United States of America, together with the Attestations thereto annexed are in the following Words, To Wit.

In the name of Almighty God,
This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in this Book and sealed with our Royal Seal at our Court of Morocco on the twenty fifth day of the blessed Month of Shaban, in the Year One thousand two hundred, trusting in God it will remain permanent.

*[handwritten annotation:]* WE Are living in Year 1432 Right Now we Are MOORS.

.1.

We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their Part, to treat with us concerning all the Matters contained therein.

.2.

If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.

.3.

If either of the Parties shall be at War with any Nation whatever and take a Prize belonging to that Nation, and there shall be found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty and the Effects returned to the Owners. And if any Goods belonging to any

Nation, with whom either of the Parties shall be at War, shall be loaded on Vessels belonging to the other Party, they shall pass free and unmolested without any attempt being made to take or detain them.

.4.

A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.

.5.

If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be fired and injury done without Reason, the offending Party shall make good all damages.

.6.

If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.

.7.

If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.

.8.

If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.

.9.

If any Vessel of the United States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put into our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proceed on his Voyage.

.10.[4]

If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon or any Coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.

.11.

If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.—be their enemies Moors or Christians.

.12.

If any Ship of War belonging to the United States shall put into any of our Ports, she shall not be examined on any Pretence whatever, even though she should have fugitive Slaves on Board, nor shall the Governor or Commander of the Place compel them to be brought on Shore on any pretext, nor require any payment for them.

.13.

If a Ship of War of either Party shall put into a Port of the other and salute, it shall be returned from the Fort, with an equal Number of Guns, not with more or less.

.14.

The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.

.15.

Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.

---

[4] See also additional article, p. 1284.

**1282**      **MOROCCO**

.16.

In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a defficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties.

.17.

Merchants shall not be compelled to buy or Sell any kind of Goods but such as they shall think proper; and may buy and sell all sorts of Merchandise but such as are prohibited to the other Christian Nations.

.18.

All goods shall be weighed and examined before they are sent on board, and to avoid all detention of Vessels, no examination shall afterwards be made, unless it shall first be proved, that contraband Goods have been sent on board, in which Case the Persons who took the contraband Goods on board shall be punished according to the Usage and Custom of the Country and no other Person whatever shall be injured, nor shall the Ship or Cargo incur any Penalty or damage whatever.

.19.

No vessel shall be detained in Port on any pretence whatever, nor be obliged to take on board any Article without the consent of the Commander, who shall be at full Liberty to agree for the Freight of any Goods he takes on board.

.20.

If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.

.21.

If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.

.22.

If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof.

.23.

The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.

.24.

If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.

.25.

This Treaty shall continue in full Force, with the help of God for Fifty Years.

We have delivered this Book into the Hands of the before-mentioned Thomas Barclay on the first day of the blessed Month of Ramadan, in the Year One thousand two hundred.

I certify that the annex'd is a true Copy of the Translation made by Issac Cardoza Nuñez, Interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

THO' BARCLAY

1284             MOROCCO

## Additional Article

[TRANSLATION]

Grace to the only God

I the underwritten the Servant of God, Taher Ben Abdelhack Fennish do certify that His Imperial Majesty my Master /whom God preserve/ having concluded a Treaty of Peace and Commerce with the United States of America has ordered me the better to compleat it and in addition of the tenth Article of the Treaty to declare "That, if any Vessel belonging to the United States shall be in any of the Ports of His Majesty's Dominions, or within Gunshot of his Forts, she shall be protected as much as possible and no Vessel whatever belonging either to Moorish or Christian Powers with whom the United States may be at War, shall be permitted to follow or engage her, as we now deem the Citizens of America our good Friends."

And in obedience to His Majesty's Commands I certify this Declaration by putting my hand and Seal to it, on the Eighteenth day of Ramadan in the Year One thousand two hundred.

(Signed)

    The Servant of the King my Master whom God preserve

                            TAHER BEN ABDELHACK FENNISH

I Do Certify that the above is a True Copy of the Translation Made at Morocco by Isaac Cardoza Nunes, Interpreter, of a Declaration Made and Signed by Sidi Hage Tahar Fennish in addition to the Treaty between the Emperor of Morocco and the United States of America which Declaration the said Tahar Fennish Made by the Express Directions of His Majesty.

                                                            THO$^s$ BARCLAY

Note, The Ramadan of the Year of the Hegira 1200 Commenced on the 28th June in the Year of our Lord 1786.

Now know Ye that We the said John Adams & Thomas Jefferson Ministers Plenipotentiary aforesaid do approve & conclude the said Treaty and every Article and Clause therein contained, reserving the same nevertheless to the United States in Congress assembled for their final Ratification.

In testimony whereof we have signed the same with our Names and Seals, at the places of our respective residence and at the dates expressed under our signatures respectively.

                                       JOHN ADAMS      [SEAL]

LONDON *January* 25. 1787.

                                       TH: JEFFERSON    [SEAL]

PARIS *January* 1. 1787.

PEACE AND FRIENDSHIP—JUNE 23–JULY 15, 1786          1285

### SHIP-SIGNALS AGREEMENT

The following Signals are agreed upon between Commodore Rais Farache, on the Part of His Majesty the Emperor of Morocco, and the Honorable Thomas Barclay Esquire Agent for the United States of America on their Part, to the End that the Vessels of both Parties may be known to each other at Sea.

#### For Vessels of two or of three Masts,

In the Day, a blue Pendant is to be hoisted on the End of the Main Yard, and in the Night a Lantern is to be hoisted on the same Place.

#### For Vessels of one Mast only,

In the Day, a blue Pendant is to be hoisted at the Mast-Head, and in the Night a Lantern is to be hoisted on the Ensign Staff.

Done at Morocco the Ninth day of the Month of Ramadan in the Year One thousand two hundred.

THO<sup>s</sup> BARCLAY

From the Great in Position, the High in God
    By authorization: Rais Faraj