Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida
### Fort Pierce Division

FILED BY _____ D.C.

MAR 22 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

morish Empire
Carmelo Etienne

Sophia Thelisma

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Rick Scott
US Marshalls  Donald trump  Congress (usa)
FSA  william Lee, FBI, white House  CIA
United States of America
Pam Bondi    State of Florida
CIA    Defendant(s)
DCF

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Michelle Lynn Schermerhorn, Lee Shane, Robert Shay, Victoria Griffin
W. DELANEY      STATE Attorneys.

Case No. 18-14061cv- Rosenberg / Maynard

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [✓] Yes  [ ] No

ADream Bennette, US Attorney, Diandra Costa
Indian River Court House,
Paul mewiBorn, Republican party,
VBPD, IRC Sheriff, Deryl Loar
Vero Beach utilities, Lugner Thelisma
Julian Price, Teddy Floyd,
Robert L. Pegg, 19 Judicial circuit court
19 Judicial State Attorneys

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
*(Non-Prisoner Complaint)* STATE Attorneys, william Lee.
US MARSHALL
Republican Party, white house, Congress, Pam Bondi, Lisa meyers, FDLE
Et
ALL.

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

We Want are Kids
Back HSAP 24 hours.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I.     **The Parties to This Complaint**

   A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name     *Carmelo Etienne/Sophia Thelismo*
Address    *1725  38 Street*
      *Vero Beach    Fl   32960*
       City         State    Zip Code
County      *Indian River Canty*
Telephone Number   *772 480 0811*
E-Mail Address   *Melobaron@gmail.Com*

   B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name      *DCF, Department Children Families*
Job or Title *(if known)*   *Federal Agents.*
Address    *Indian River Canty.*
      *VeroBeach    Fl   32960*
       City         State    Zip Code
County      *Indian River Canty*
Telephone Number   *850-487 1111*
E-Mail Address *(if known)*

☑ Individual capacity   ☑ Official capacity

Defendant No. 2
Name      *William   Lee/Amelia*
Job or Title *(if known)*   *2001*
Address    *20th Street*
      *Vero Beach    Fl   32960*
       City         State    Zip Code
County      *Indian River County.*
Telephone Number   *561-373 9453*
E-Mail Address *(if known)*

☑ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

*Kidnapping my Kids Illegally after I file suit.*

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Department Children*

*Vero Beach Police Department, DCF Families.*

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

*Vero Beach Florida, Indian River County*

B.      What date and approximate time did the events giving rise to your claim(s) occur?

*Vero Beach Police Department, around 3 p.m.*

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*Life and Death matter Sophia Toelisme was a witness and a victim by what happend they took our Kids and DCF illigally made false aligations. Illegal wiretapping. I want to press Charge on everybody. Kidnapping, Treason, Hate Crime Racist Conspiracy Falsely imprison Enough's Enough.*

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name                  _Indian River County Sheriff_
    Job or Title *(if known)*  _Sheriff Deryl Loar_
    Address               _Sheriff_
                           _Vero Beach_   _Fl_   _32968_
                           City       State     Zip Code
    County                 _Indian River County_
    Telephone Number      _772 569 6700_
    E-Mail Address *(if known)*

    [✓] Individual capacity   [ ] Official capacity

Defendant No. 4
    Name                  _State Attorney_
    Job or Title *(if known)*  _Court House Judge Peggy Griffen_
    Address                _2000 16th Ave # 329_
                           _Vero Bleen_   _32960_
                           City       State     Zip Code
    County                 _Indian River County._
    Telephone Number      _772 226-3300_
    E-Mail Address *(if known)*

    [✓] Individual capacity   [✓] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.    Are you bringing suit against *(check all that apply)*:

        [✓] Federal officials (a *Bivens* claim)

        [✓] State or local officials (a § 1983 claim)

   B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? _Hostage Taken_

    _18 U.S. Code chapter 55 §§ 2381 - Treason   Kidnapping - §§ 1201, 1203_

    _1st, 2nd, 4th, 5th, 6th, 7th, 9th, 10th, 14th Amend_

   C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    _Indian River County Sheriff Officers._

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Yes Carmele Etienne Have a Broken finger and sore Body from police Brutallity and false Jail Charges. And the United States of America Kidnapped our Kids. I want our Kids Back ASAP please Tiffany Perry Been sued Before and she had 30 death of kids on her hands that she did not Report. And Def Kept 500 Kids Death from Being Reported. They Kidnapped our Kids After I filled suit. Illegal wire tapping.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

18 U.S.C chapter 37 § 791-799    United States Constitutional Right violated, 1,2, 4,5, 6, 7,8, 9,14

Damages. 950 Billion for Kidnapping Illegally. Illegal wire tapping.

stolen property 18 U.S.C 113 § 2311, 2323    Punitive Damages 950 Billion for not returning. That is our Request for taking our Kids away and the illegal Searches plus Broken Bones I suffered from the police playing God in my life

Crime Committed! After I spoke to Mis Pam Bondi State Attorney.

Color of LAW
- 18 U.S.C. § 241, 242
Conspiracy Against Rights.
- 18 USC § 241
Police Misconduct Provision
- 42 USC § 14141

Treason § 2381  Treason, Sedition
- 18 U.S.C Chapter 115, Subversive Activities,
Kidnapping                    § 2382
- 18. U.S.C. § 1201 A,C,D   § 2384
- Malicious Prosecution
- Excessive Force
- False Arrest, False Imprisonment

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   2-15-18

Signature of Plaintiff

Printed Name of Plaintiff   *Carmelo Etienne / Sophia Thelisma*

### B.   For Attorneys

Date of signing:   2-15-18

Signature of Attorney   *Pro Se*

Printed Name of Attorney

Bar Number   *Pro Se*

Name of Law Firm   *Carmelo Etienne / Sophia*

Address   *Vero Beach*        *Fl*        *32960*
                City           State          Zip Code

Telephone Number   *772  480 0811*

E-mail Address   *Melobaron@gmail.com.*

**SERVICE LIST**

_[signature]_

_____
Party or Attorney Name

we are equal people.live@gmail.com
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: (772) 480 0811

Facsimile: _____

_[signature]_
_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

_[signature]_

_____
Party or Attorney Name

We are equal people live@gmail. Com
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725  38 Street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: 772 480 0811

Facsimile: _____

_[signature]_
_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

3 - 22-18
_____
Dated: Month, day, year

Respectfully submitted,

_Carmela Etienne/Sophia Thelisma_
Name of Filer

_Pro Se_
Attorney Bar Number *(if applicable)*

_we are equal People live @ gmail.ca_
Attorney E-mail Address *(if applicable)*

_We Are Equal People_
Firm Name *(if applicable)*

_1725 38 Street_
Street Address

_Vero Beach Fl 32960_
City, State, Zip Code

Telephone: _772 480 0811_

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_Carmela Etienne_ [specify method of service] on _3 -22-18_ [date]

on all counsel or parties of record on the Service List below.

_____
Signature of Filer

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

Carmelo Etienne

Sophia Thelisma
_____
Plaintiff(s)
v.

W. Delaney.   US Marshal
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

1215 S Clerk St Arlinton
VA 22202
202 307 9100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carmelo Etienne/Sophia Thelisma
1725 38 Street Vero Beech Fl 32960
772 480 0811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

*Carmelo Etienne*

*Sophia Thelisma*

_____

Plaintiff(s)

v.

*Michelle lynn Schermerhorn*
_____
& Defendant(s)
AKA mia Love on Facebook

Civil Action No. *18-14061-CV-Rosenberg Maynard*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   *1145 18th Pl.*
*Vero Beach Fl 32960*
*772 770 6701   Her case workers.*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   *Carmelo Etienne / Sophia Thelisma*
*1725 38 Street Vero Beach Fl 32960*
*772 480 0811*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

*Carmelo / Sophia Etienne / Thelisma*

_____
*Plaintiff(s)*

v.

*Vero Beach Utilities*

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*1053 20th Place Vero Beach Fl 32960 772 978 5151*

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Carmelo Etienne/Sophia Thelisma 1725 38 Street Vero Beach Fl 32960 772 480 0811*

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

Carmelo Etienne

Sophia Thelisma

_____
Plaintiff(s)

v.

State of Florida

_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 18-14061-Cv-Rosenberg
Maynard.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

State of Florida The Capitol
400 S. Monroe St Tallahasse Fl 32399
850 488 7146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carmelo Etienne / Sophia Thelisma
1725 38 Street Vero Beach Fl 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

*Sophia Thelisma*
*Carmelo Etienne*
_____
*Plaintiff(s)*

v.

*Pam Bondi*
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)

Civil Action No. *18-14061-CV-Rosenberg*
*Maynard*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   *State of Florida The Capitol*
*400 S Monroe St. Tallahasse Fl 32399*
*850 488 7146*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   *Carmelo Etienne /Sophie Thelisma.*
*1725 38 Street vero Beech Fl 32760*
*772 480 0811*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

Carmelo Etienne

Sophia Thelisma
_____
Plaintiff(s)

v.

Rick Scott
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)

Civil Action No. 18-14061-CV-Rosenberg
Maynard.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   State of Florida  The Capitol
400 S. Monroe St. Tallahassee Fl 32399
850  488  7146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carmelo  Etienne/ Sophia  Thelisma
1725  38 Street  Vero Beach  Fl 32960
772  480 0811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Carmelo  Etienne

Sophia  Thelisma
_____
                Plaintiff(s)

v.                                                          Civil Action No.  18 - 14061-Cv-Rosenberg/
                                                                                                   Maynard.

United States of America
_____
                Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     935  Pennsylvania  Ave
                                                              NW , Washington  DC 20535
                                                                          202

A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Carmelo  Etienne/Sophia Thelisma
                                                                1725  38  Street  Vero Beach FL
                                                                                    32960

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                *CLERK OF COURT*

Date: _____          _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

Sophia Thelisma

Carmelo Etienne

_____
Plaintiff(s)

v.

C I A

_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 18-14061-cv-Rosenberg/
maynard.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

935 Pennsylvania Ave
NW. Washington DC 20535

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carmelo Etienne/Sophia Thelisma
1725  38 Street  Vero Beach
Fl 32960
772  480 0841

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

Carmelo Etienne

Sophia Thelisma

_____
Plaintiff(s)
v.

FBI
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

935 Pennsylvania Ave
NW, Washington DC 20535
202 324 3000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carmelo Etienne / Sophia Thelisma
1725 38 Street Vero Beach Fl 32960
772 480 0811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

Carmelo Etienne

Sophia Thelisma
_____
Plaintiff(s)

v.

White House
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 18-14061-CV-Rosenberg/Maynard

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

1600 Pennsylvania Ave NW.
Washington D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carmelo Etienne/Sophia Thelisma
1725 38 street vero Beach Fl 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Carmelo Etienne Sophia Thelisma. _____ *Plaintiff(s)* v. Donald Trump _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 18-14061-CV-Rosenberg/Maynard |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

1600 Pennsylvania Ave Nw. Washington DC. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carmelo Etienne/Sophia Thelisma 1725 38 Street Vero Beach Fl 32960 772 480 0811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Carmelo Etienne

Sophia Thelisma

_Plaintiff(s)_

v.

United States

Congress

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)

Civil Action No. 18-14061-cv-Rosenberg
maynard.

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

1100 Vermont Ave Nw #700
Washington, Dc 20005
202 293-5922

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carmelo Etienne/Sophia Thelisma
1725 38 Street vero Beach Fl 32960
772 480 0811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Sophia Thelisma

Carmelo Etienne
_____
Plaintiff(s)

v.

U.S. Marshals
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)

Civil Action No. 18-14061-cv-Rosenberg/
Maynard

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

1215 S Clerk St Arlinton
VA 22202
202 307 9100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carmelo Etienne/Sophia Thelisma
1725 38 Street Vero Beach Fl 32960
772 480 0811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

IV. ORDER AND Relief

AS AN ORDER TO RELIEF (I,WE )AS MOORS OF THE MOORISH EMPIRE ET ALL DESCENDANTS THEREOF ,SEEK RELIEF FROM THE UNITED STATES BY THE IMMEDIATE RETURN OF ALL 5 MOOR CHILDREN NO LATER THEN 1PM. 02/23/2018., THE RETURN ALL 5 MOOR CHILDREN BACK TO THE RIGHTFUL WOMAN AND MAN, WHO NEVER LOST CUSTODY DUE TO NO OF JURISDICTION THAT THE UNITED STATES DID NOT POSSESS OVER THIS MATTER OR PERSONS DUE TO AND AGREED BY THE PEACE TREATY OF 1786 AND DUE TO THE FACT THAT THE SAME CHILDREN WERE PLANTIIFF AND VICTIMS ON CASE NUMBER 2018CA000103 FILED SINCE FEBRUARY 9TH 2018 WHICH PROVES IN THIS CASE THAT IT WAS AN ACT OF TERROR, AND RETALIATION TO CAPTURE AND ENSLAVE. KIDNAPPING AND HUMAN TRAFFICING. NOT A CUSTODY OR CHILD SAFETY CONCERN.WHICH IS WHAT IS KNOWN AS TERROISM, ESPIONAGE, RACKETEERING, HOSTAGE TAKING,TAMPRING WITH A WITNESS AND TREASON, ETC (SEE ATTACHMENT) ACCORDING TO YOUR US CONSTITUION AND ARE ORDERING FULL PROSECUTION   FOR VIOLATIONS, AND SLAVERY AND FULL AND IMMEDIATE COMPENSATION AND PAYMENT FOR ALL DEBTS OWED TO THE MOORISH EMPIRE, BEFORE AND AFTER THE CONSTITUTION, AND PEACE TREATY AGREEMENT. CRIMINAL CHARGES TO BE FILED ON ALL DEFENDANTS/ CRIMINALS AND CITIZENS OF UNITED STATES AND EUROPEAN DESCENDANTS ALIKE THAT VIOLATED THE PEACE TREATY AND ARTICLE 6 OF US CONSTITION. PROTECTION ORDER AGAINST ALL UNITED STATES GOVERNMENT CORPORATIONS BY MAXIMUM IMPRISIONMENT AND DEPORTATION AFTER COMPLETE SERVED SENTENCE AND .WE ORDER FULL PROTECTION   AGAGINST THE UNITED STATES AND FULL COMPENSTAION AND REQUEST FULL SENTENCE AND MAXIMUM FINES FOR THE VIOLATING PARTIES. INVESTIGATION O THE 19TH JUDICIAL TO GRANT ORDER TO WIN BY DEFAULT FOR VIOLATIONS OF PEACE AND FRIENDSHIP TREATY, US CONSTITUTION, AND CODE OF ETHICS, ETC. FULL COMPENSATION FOR PARENTS AND CHILDREN. PRESS REALESE TO MEDIA.