(1" from top of page, and centered, begin title of Court)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. __18-14061__ -CV- __Martinez / Maynard__
(Judge's Last Name/Magistrate's Last Name)

Moorish Empire.
Carmelo Etienne / Sophia Thelisma
1725 38 Street Vero
Beach Fl 32960
(Full Name of Plaintiff/s),

Case No. 030118-119
Somoza 426

Plaintiff (s)

vs. Wells Fargo Bank
600 21 Street
Vero Beach Fl 32960
(Full Name of Defendant/s),

FILED BY _____ D.C.
MAR 23 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

Defendant(s).
_____/

Cross Suit          Complaint
**TITLE OF DOCUMENT**

I, Carmelo Etienne _____ [plaintiff or defendant], in the above styled cause, On Thursday the 1st of March 2018 I was At my Bank trying to take 1000 dollars from my Acct. when the Banker ask me for a form of ID, She was writing Down my license number, I ask her why was she Typping my ID in the Computre and ask for

A Manager. a day Before Same Bank violated my 1st Amend rights to link my Accts to my Card. And gave me the run arround Because I toll them I sued the State of florida. in federal Courts.

Back to 3-1-2018 when the Manager came up she was hostle all in my face squeeze her self between the Counter and me also violating my person space pick up my I and Card Slam it on the Counter every time I speak she slam her feet Down on me - Like I was a Roach yelling at my violating my fist Amendment Right at lease 5 time and my 4th Amendment Right when they were typping and also when She pick up my ID She should of Been Behind the Counter if She was try to help. She end up kicking my Shoe with her painty Shoes step all over my Shoes, when I told her she was violating my US Constitional Righs, She Replyed She the Manager Denied me my money and Also threatening to Call the Police on me Because A I ASK was was Why was my ID Being type in your Computer.

- 18 U.S.C Chapter 37 § 791-799
- Treason § 2381, 2382, 2384
- Conspiracy Against Rights. 18 U.S.C § 241
  violation of peace and Friedship treaty. 1786.

## SERVICE LIST

*[signature]*
Party or Attorney Name

we are equal people.live@gmail.com
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: (772) 480 0811

Facsimile: _____

*[signature]*
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*


*[signature]*
Party or Attorney Name

We are equal people live@gmail.com
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: 772 480 0811

Facsimile: *[signature]*

*[signature]*
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

__3-12-18__
Dated: Month, day, year

Respectfully submitted,

__Carmela Etienne/Sophia Thelisma__
Name of Filer

__Pro Se__
Attorney Bar Number *(if applicable)*

__We are equal people live@gmail.co__
Attorney E-mail Address *(if applicable)*

__We Are Equal People__
Firm Name *(if applicable)*

__1725 38 Street__
Street Address

__Vero Beech Fl 32960__
City, State, Zip Code

Telephone: __772 480 0811__

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by __Carmela Etienne__ [specify method of service] on __3-12-18__ [date] on all counsel or parties of record on the Service List below.

_____
Signature of Filer

# UNITED STATES DISTRICT COURT
## for the

### Corporate Disclosure Statement and Statement of Financial Interest

No. 18-14061 CV MAYNARD

v.

### Instructions

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure any nongovernmental corporate party to a proceeding before this Court must file a statement identifying all of its parent corporations and listing any publicly held company that owns 10% or more of the party's stock.

Third Circuit LAR 26.1(b) requires that every party to an appeal must identify on the Corporate Disclosure Statement required by Rule 26.1, Federal Rules of Appellate Procedure, every publicly owned corporation not a party to the appeal, if any, that has a financial interest in the outcome of the litigation and the nature of that interest. This information need be provided only if a party has something to report under that section of the LAR.

In all bankruptcy appeals counsel for the debtor or trustee of the bankruptcy estate shall provide a list identifying: 1) the debtor if not named in the caption; 2) the members of the creditors' committee or the top 20 unsecured creditors; and, 3) any entity not named in the caption which is an active participant in the bankruptcy proceedings. If the debtor or the bankruptcy estate is not a party to the proceedings before this Court, the appellant must file this list. LAR 26.1(c).

The purpose of collecting the information in the Corporate Disclosure and Financial Interest Statements is to provide the judges with information about any conflicts of interest which would prevent them from hearing the case.

The completed Corporate Disclosure Statement and Statement of Financial Interest Form must, if required, must be filed upon the filing of a motion, response, petition or answer in this Court, or upon the filing of the party's principal brief, whichever occurs first. A copy of the statement must also be included in the party's principal brief before the table of contents regardless of whether the statement has previously been filed. Rule 26.1(b) and (c), Federal Rules of Appellate Procedure.

If additional space is needed, please attach a new page.

(Page 1 of 2)

Carmelo Etienne/Sophia Thelisma

Pursuant to Rule 26.1 and _____ 26.1, **We Are Equal People**
makes the following disclosure:                (Name of Party)

1) For non-governmental corporate parties please list all parent corporations:
- We Are Equal People
- Baron House Entertainment
- Exclusive Millionaire Clothing
- Green green and Greener Lawn Care and Cleaning Services

2) For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock:

3) If there is a publicly held corporation which is not a party to the proceeding before this Court but which has as a financial interest in the outcome of the proceeding, please identify all such parties and specify the nature of the financial interest or interests:

4) In all bankruptcy appeals counsel for the debtor or trustee of the bankruptcy estate must list: 1) the debtor, if not identified in the case caption; 2) the members of the creditors' committee or the top 20 unsecured creditors; and, 3) any entity not named in the caption which is active participant in the bankruptcy proceeding. If the debtor or trustee is not participating in the appeal, this information must be provided by appellant.

_____    Dated: 3-12-2018
(Signature of Counsel or Party)

rev: 09/2014                     (Page 2 of 2)

AO 310 (Rev. 03/16)

Judicial Council of the ___Nineteenth___ Circuit

# COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below). The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. The Rules are available in federal court clerks' offices, on individual federal courts' websites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible. For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed. Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court. **Do not put the name of any judge on the envelope.**

1. Name of Complainant: ___SOPHIA THELISMA / CARMELO ETIENNE___
   Contact Address: ___1725 38th Street___
   ___VERO BEACH FL 32960___

   Daytime telephone: ___(772) 480 0811___

2. Name(s) of Judge(s): ___VICTORIA L. GRIFFIN / ROBERT L. PEGG___
   Court: ___INDIAN RIVER CIRCUIT COURT 19TH JUDICIAL___

3. Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?
   [✓] Yes    [ ] No
   If "yes," give the following information about each lawsuit:
   Court: ___INDIAN RIVER CIRCUIT COURT 19th JUDICIAL___
   Case Number: ___2018-CA-000102 000103 / 2018 DP 28 29___
   Docket number of any appeal to the ___ Circuit: ___19th JUDICIAL___
   Are (were) you a party or lawyer in the lawsuit?
   [✓] Party    [✓] Lawyer    [ ] Neither
   If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number: ___PRO SE, we are Eque people.___

Page 1 of 2

AO 310 (Rev. 03/16)

Judicial Council of the ____Nineteenth____ Circuit

# COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

4. **Brief Statement of Facts.** Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

5. **Declaration and signature:**

I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

Signature: _[signed]_   Date: 03/05/18

Page 2 of 2

Print    Save As...    Reset

## SERVICE LIST

_[signature]_
Party or Attorney Name

weareequalpeoplelive@gmail.com
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: (772) 480 0811

Facsimile: _____

_[signature]_
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*


_[signature]_
Party or Attorney Name

weareequalpeoplelive@gmail.com
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: 772 480 0811

Facsimile: _[signature]_

_[signature]_
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

3-12-18
Dated: Month, day, year

Respectfully submitted,

Carmela Etienne/Sophia Thelisma
Name of Filer

Pro Se
Attorney Bar Number *(if applicable)*

We are equal people live @ gmail.co
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beech Fl 32960
City, State, Zip Code

Telephone: 772 480 0811

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by Carmela Etienne [specify method of service] on 3-12-18 [date] on all counsel or parties of record on the Service List below.

_____
Signature of Filer

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Moorish Empire
Carmelo Etienne / Sophia Thelisma
*Plaintiff(s)*

v.

Civil Action No. 18-14061-cv-martinez maynard.

Wells Fargo Bank
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

600 21 Street
Vero Beach Fl 32960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carmelo Etienne / Sophia Thelisma / Moorish Empire
1725 38 Street Vero Beach Fl 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-23-18

*Signature of Clerk or Deputy Clerk*