(1" from top of page, and centered, begin title of Court)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 18-14061 -CV- MARTINEZ

(Judge's Last Name/Magistrate's Last Name)

Moors

Carmelo Etienne

Sophia Thelisma

(Full Name of Plaintiff/s),

Plaintiff(s)

FILED by _____ D.C.

MAR 23 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - FT. PIERCE

vs.

Thomas Loveland ET

ALL

(Full Name of Defendant/s),

Defendant(s).

_____/

**TITLE OF DOCUMENT**: MOTION FOR ORDER OF DEFAULT AN Emergency Motion

I, MOORS; Artificially known as Sophia Thelisma / Carmelo Etienne [plaintiff or defendant], . . the above styled cause, _____ A DEFAULT IS ENTERED IN THIS ACTION AGAINST DEFENDANTS FOR FAILURE TO FILE A RESPONSE OR ANY PAPERS AS REQUIRED BY LAW. DEFENDANTS; TONY V COLLINS, ASHLEY DELANEY, DEPARTMENT OF CHILDREN AND FAMILIES, TIFFANY PERRY, MILTON PERINON, TIM SLAVENS,

OWENS THOMAS, JUDGE PEGG, JUDGE GRIFFIN.

PATRICK OBRIEN STATE ATTORNEY, ROBERT SHAE

ALL PARTIES/DEFENDANTS ENVOLVED.

AS STATED IN THE RELIEF WE ORDER THE RETURN OF ALL CHILDREN TAKEN FROM (WITHIN 24 HOURS) MOORS / OR Sophia Thelisma AND Carmelo Etienne; IMMEDIATE AND FULL INVESTIGATION, PROSECUTION, AND COMPENSATION AND AM WILLING TO TAKE PARTIAL PAYMENTS AFTER THE AMOUNT OF 60 BILLION IS PAID AND PARTIAL PAYMENT DURATION MUST NOT EXCEED 24 MONTHS.

WE ALSO NEED EVERYBODY ENVOLVED TO SHOW PROOF OF STATUS IN THIS COUNTRY OF MOROCCO AND JURISDICTION OVER MATTER, AND HOSTAGES VICTIM, KINGS, PRINCE & PRINCESS

UPON FAILURE OF PROOF OF STATUS WE ORDER FOR DEPORTATION OF ALL ENVOLED DEFENDANTS.

# SERVICE LIST

_[signature]_
Party or Attorney Name

weareequalpeople.live@gmail.com
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: (772) 480 0811

Facsimile: _____

_[signature]_
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

_[signature]_
Party or Attorney Name

weareequalpeople.live@gmail.com
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: 772 480 0811

Facsimile: _[signature]_

Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

3-23-2018
Dated: Month, day, year

Respectfully submitted,

Carmela Etienne/Sophia Thelisma
Name of Filer

Pro Se
Attorney Bar Number *(if applicable)*

we are equal People live@gmail.com
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beech Fl 32960
City, State, Zip Code

Telephone: 772 480 0811

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

Carmelo Etienne [specify method of service] on 3-23-2018 [date]

on all counsel or parties of record on the Service List below.

_____
Signature of Filer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 18-14061  CV/CR Martinez / MAYNARD
(Judge's Last Name/Magistrate's Last Name)

moorish Empire
Carmelo Etienne
Sophia THELISMA / Plaintiff(s)
(Full Name of Plaintiff/s)

v.

19TH STATE ATTORNEY / DCF / MICHELLE SCHERMERHORN, SATONYA EARLY, DARRYL RIVERS, VANTRELL BROWN SR., INDIAN RIVER COUNTY SHERIFFS OFFICE / Defendant(s) VERO BEACH PDO POLICE DEPARTMENT / ALL OTHERS INVOLVED
(Full Name of Defendant/s)

**CERTIFICATION OF EMERGENCY**

I hereby certify that, as a PLAINTIFFS of this Court, I have carefully examined this matter and it is a true emergency.

I further certify that the necessity for this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by the circumstances of this case. The issues presented by this matter have been submitted to the Judge assigned to this case or any other Judge or Magistrate Judge of the Southern District of Florida prior hereto.

I further certify that I have made a bona fide effort to resolve this matter without the necessity of emergency action.

Dated this 23 day of March, 20 18

Signature: _____

Printed Name: SOPHIA THELISMA

Telephone Number: 772 480 0841

KEVIN MCMAHON
MY COMMISSION # FF243916
EXPIRES June 24, 2019
(407) 398-0153  FloridaNotaryService.com

=====================================================

**FOR CLERK'S OFFICE USE ONLY**

I hereby certify that the Judge assigned to this case is unavailable for this emergency. (A copy of notification to the Clerk is on file). In accordance with the Court's Internal Operating Procedures, the matter has been assigned to the Honorable _____.

Dated this _____ day of _____, 20____.

Court Administrator - Clerk of Court

By: _____, Deputy Clerk