UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number: 18-14061-CIV-MARTINEZ-MAYNARD

SOPHIA THELISMA, et al.,

    Plaintiffs,

vs.

THE STATE OF FLORIDA, et al.,

    Defendants.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PRETRIAL PROCEEDINGS

PURSUANT to 28 U.S.C. § 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **Shaniek Maynard** for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on all dispositive matters.[1]

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO.: 18-14061-CIV-MARTINEZ-MAYNARD).

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of March, 2018.

                                        JOSE E. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record
Plaintiffs, *pro se*

---

[1] This includes any pending motion. [ECF No. 21].