18 - 14061 - CV - MARTINEZ

FILED by __AMO__ D.C.
MAR 27 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## NAME AFFIDAVIT

Before me, the undersigned authority, this day personally appeared SOPHIA THELISMA ("Affiant") who being by me first duly sworn, affirmed as follows:

Affiant is one and the same person as: AMARYAA AL MOROC

_(signature)_
(SIGNATURE)
SOPHIA THELISMA
(PRINT NAME OF AFFIANT)

STATE OF FLORIDA

COUNTY OF INDIAN RIVER

MARC J. RICHARD
(Printed name of Notary)

Sworn to and subscribed before me this 27th day of MARCH, 2018, by SOPHIA THELISMA, who was personally known to me or who presented US PASSPORT as identification.

Commission No. FF153821
Commission Expiration: 9/16/2018

_(Signature of Notary)_
MARC J. RICHARD

MARC J RICHARD
MY COMMISSION #FF153821
EXPIRES September 16, 2018
(407) 398-0153   FloridaNotaryService.com

3120180017936 RECORDED IN THE RECORDS OF JEFFREY R. SMITH, CLERK OF CIRCUIT COURT INDIAN RIVER CO FL
BK: 3102 PG: 2102, 3/26/2018 3:34 PM

Case 2:18-cv-14061-JEM   Document 24   Entered on FLSD Docket 03/28/2018   Page 2 of 5

# Declaration of Nationality as Moorish Empire and Kingdom of Morocco, Al, Moroc, Al Maghrib Al Aqsa.

3/25/2018

I, Empress Amaryaa Al Moroc, in propria Persona( my own proper self), formerly known as the artificial person, (Sophia Thelisma)( the biological mother of artificially named children: Zakiyah L. Williams, Vantrell E. Brown Jr, Mellino C. Etienne, biological mother of artificial names: Melanna Z. Etienne, Carmela Etienne, Akeya C. Etienne, Aikessia M. Etienne, Melody A. Etienne, Harmony M Etienne, by marriage to their father Emperor Muhammad Al Moroc artificially known as Carmelo Etienne )(all of these children are heirs to the Moorish Empire they are not white, black, or colored) and declaring my Nationality, Birth Right, and name change as an Aboriginal Indigenous Emperess to this land of Morocco, Al Moroc.

Al Maghrib Al Aqsa, also known to the corporate Ward as the Americas I was birth on August 21st 1991 in Worcester County Hospital in the Country of Morocco, Al Roc, Al Maghrib Al Aqsa for the record Moorish Empire year 1406 which is known as 1991, in corporate Ward time.

*[signature]*

SOPHIA THELISMA

A TRUE COPY
CERTIFICATION ON LAST PAGE
J.R. SMITH, CLERK

AT THIS TIME I WOULD LIKE THE UNITED STATES, AND JUDGES ET ALL TO SHOW STATUS OF NATIONALITY IN THE LANDS OF MOROCCO.

I, Empress Amaryaa Al Moroc formerly known by the artificial name Sophia Thelisma descendant of the emperor of Morocco which agreed to the Treaty of peace and friendship that was violated in the years of 2018 as known as 1432 to the Moorish Empire. The treaty was violated by the nation state Ward known as the United States of America and US government and officials and corporations and various other nation-state wards, and for the crimes of kidnapping, human trafficking, camping with a witness and plaintiff, Treason, Genocide and countless other violations of all Constitution, U. S. codes and violations by the parties, and corporations involved; President Donald Trump, Indian River County Sheriff's Office, Vero Beach Police Department, the 19th Judicial Circuit Court of Indian River County, Florida Department of Law Enforcement, Federal Bureau of Investigations, United States Marshals, Department of Children and Families, State Attorney's office of Florida, United States attorneys, Indian River Medical Center, William Lee Keystone Property Management Group, Department of Health the Mayor of Florida, State of Florida Governor Rick, Scott Pamela Bondi, Director Generals office Lisa Myers Us Citizens Michelle Schermerhorn, Darrell Williams and others for Conspiracy, Hate Crime, Treason. In this Declaration, I, am establishing my Kingdom, Estate, Trusts, Inheritance in silver and gold and all unpaid debt indefinite owed to me in The Land of Morocco, Al Moroc Moorish Empire.

*[signature]*

SOPHIA THELISMA

A TRUE COPY
CERTIFICATION ON LAST PAGE
J.R. SMITH, CLERK

I, Empress Amaryaa Al Moroc, affirm that everything is true under the Moorish Empires law on this 25th day of March 2018 also known as year 1432

*[Signature]*
SOPHIA THEUSMA

*[Signature]*

**MARC J RICHARD**
MY COMMISSION #FF153821
EXPIRES September 16, 2018
(407) 398 0153    FloridaNotaryService.com

3/26/2018

A TRUE COPY
CERTIFICATION ON LAST PAGE
J.R. SMITH, CLERK

# Acknowledgment by Individual

State of Florida

County of _Indian River_

The foregoing instrument was acknowledged before me this _26TH_ day of _March_, 20_18_, by _Sophia Theusma_ (name of person acknowledging).

☐ Personally known to me
☑ Produced Identification
   Type of Identification Produced _US Passport_

Notary signature _Marc Richard_

Notary name (typed or printed) _Marc J. Richard_

Title (e.g., Notary Public) _Notary Public_

Place Seal Here

> MARC J RICHARD
> MY COMMISSION #FF153821
> EXPIRES September 16, 2018
> (407) 398 0153   FloridaNotaryService.com

## Description of Attached Document

Type or Title of Document
_Declaration Of Nationality, Name Change, Birthright, Renouncement Of Children's Birthright, Inheritance, U.S. Citizenship_

Document Date _3/25/2018_    Number of Pages _8_

Signer(s) Other Than Named Above

SOPHIA THEUSMA



STATE OF FLORIDA
INDIAN RIVER COUNTY
THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE. THIS ORIGINAL MAY HAVE REDACTED INFORMATION AS STATED IN FLORIDA STATUE 119.07.
BY _____ DEPUTY CLERK
DATE 03/26/2018