18-14061 - CV-Martinez

FILED by _____ D.C.
MAR 27 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## NAME AFFIDAVIT

Before me, the undersigned authority, this day personally appeared CARMELO ETIENNE ("Affiant") who being by me first duly sworn, affirmed as follows:

Affiant is one and the same person as: MUHAMMAD AL MOROC

_____
(SIGNATURE)

Carmelo Etienne
(PRINT NAME OF AFFIANT)

STATE OF FLORIDA

COUNTY OF INDIAN RIVER

MARC J. RICHARD
(Printed name of Notary)

Sworn to and subscribed before me this 27TH day of MARCH, 2018, by CARMELO ETIENNE, who was personally known to me or who presented US PASSPORT as identification.

Commission No. FF 153821
Commission Expiration: 9/16/2018

_____
(Signature of Notary)
MARC J. RICHARD



MARC J RICHARD
MY COMMISSION #FF153821
EXPIRES September 16, 2018
(407) 398-0153   FloridaNotaryService.com

# Declaration of Nationality as Moorish Empire and Kingdom of Morocco, Al, Moroc, Al Maghrib Al Aqsa.

3/25/2018

I, Emperor Muhammad Al Moroc, in propria Persona( my own proper self), formerly known as the artificial person, (Carmelo Etienne)(biological father of artificial names: Melanna Z. Etienne, Carmela Etienne, Akeya C. Etienne, Aikessia M. Etienne, Melody A. Etienne, Harmony M Etienne, Mellino C. Etienne, and also father of Vantrell E. Brown, Zakiyah L. Williams through marriage to Amaryaa Al Moroc artificially known as Sophia Thelisma )( All of These children are moors and heirs to the Moorish Empire, they are not white, black, or colored) and declaring my Birthright and name changed as Emperor Muhammad Al Moroc, an Aboriginal Indigenous Emperor to this land of Morocco, Al Moroc, Al Maghrib Al Aqsa, also known to the corporate ward as the Americas. I was birthed on July 3rd 1985 in Broward County Hospital in the country of Morocco, Al Moroc, Al Maghrib Al Aqsa, for the record Moorish Empire year 1400 which is known as 1985, corporate Ward time.

AT THIS TIME I WOULD LIKE FOR THE UNITED STATES JUDGES ET ALL TO SHOW STATUS AND NATIONALITY.

Carmelo Etienne

A TRUE COPY
CERTIFICATION ON LAST PAGE
J.R. SMITH, CLERK

I, Emperor Muhammad Al Moroc, formerly known by the artificial name ( Carmelo Etienne) descendant of the emperor of Morocco which agreed to the Treaty of Peace and Friendship that was violated in the years of 2018 as known as 1432 to the Moorish Empire the treaty was violated by the nation state Ward known as the United States of America and US government and officials and corporations and various other nation-state wards for the crimes of kidnapping, human trafficking, tampering with a witness and plaintiff, treason, genocide, and countless U.S. codes and violations of the parties involved Donald Trump, Indian River County Sheriff's Office, Vero Beach Police Department, the 19th Judicial Circuit Court of Indian River County, Florida Department of Law Enforcement, Federal Bureau of Investigations, United States Marshals, Department of Children and Families, State Attorney's office of Florida, United States attorneys, Indian River Medical Center, William Lee, Keystone Property Management Group, Yellow Kid Inc, Department of Health, the Mayor of Florida, State of Florida Governor Rick, Scott Pamela Bondi, Director General office Lisa Myers, Us Citizens; Michelle Schermerhorn, Darrell Williams and others for Conspiracy, Hate crime, Treason.

In this Declaration is I am establishing my Kingdom Estate and inheritance, Trust of unpaid debt owed to me in and from The Land of Morocco, Al Moroc, Al Maghrib Al Aqsa, Moorish Empire.

I, Emperor Muhammad Al Moroc, affirm that everything is true under the Moorish Empires law on this 25th day of March 2018 also known as year 1432.

Carmelo Etienne

MARC J RICHARD
MY COMMISSION #FF153821
EXPIRES September 16, 2018
(407) 398 0153   FloridaNotaryService.com

3/26/2018

A TRUE COPY
CERTIFICATION ON LAST PAGE
J.R. SMITH, CLERK

# Acknowledgment by Individual

State of Florida

County of __Indian River__

The foregoing instrument was acknowledged before me this __26TH__ day of __Marc__, 20__18__, by __Carmelo Etienne__ (name of person acknowledging).

- ☐ Personally known to me
- ☒ Produced Identification
  Type of Identification Produced __US Passport__

Notary signature __Marc Richard__

Notary name (typed or printed) __Marc J. Richard__

Title (e.g., Notary Public) __Notary Public__

Place Seal Here

```
MARC J RICHARD
MY COMMISSION #FF153821
EXPIRES September 16, 2018
(407) 398-0153    FloridaNotaryService.com
```

## Description of Attached Document

Type or Title of Document

__Declaration of Nationality, Name Change, Birthright, Renouncement of US Citizenship, Children's Birthright, Inheritance__

Document Date __3/25/2018__

Number of Pages __2__

Signer(s) Other Than Named Above __Carmelo Etienne__

STATE OF FLORIDA
INDIAN RIVER COUNTY
THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE. THIS ORIGINAL MAY HAVE REDACTED INFORMATION AS STATED IN FLORIDA STATUE 119.07.
J.R. SMITH, CLERK
BY _____
DEPUTY CLERK
DATE __03/26/2018__