18-14061-CV- MARTINES

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _____ COUNTY, FLORIDA
MOORISH EMPIRE
MOORS; SOPHIA THELISMA
CARMELO ETIENNE

Case No.: 2018-CA-000102, 2018-DP-00028
2018-CA-000103, 2018-DP-00029
Division: FAMILY / CIVIL

Petitioner,

and

INDIAN RIVER COURT, DEF, IRCSO

Respondent.

FILED by _____ D.C.
MAR 27 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT (UCCJEA) AFFIDAVIT**

I, {full legal name} SOPHIA THELISMA / CARMELO ETIENNE being sworn, certify that the following statements are true:

1. The number of minor child(ren) subject to this proceeding is __5__. The name, place of birth, birth date, and sex of each child; the present address, periods of residence, and places where each child has lived **within the past five (5) years**; and the name, present address, and relationship to the child of each person with whom the child has lived during that time are:

**THE FOLLOWING INFORMATION IS TRUE ABOUT CHILD # __1__:**

Child's Full Legal Name: V█████ E██ B█████
Place of Birth: BROWARD COUNTY   Date of Birth: 05/13/2011   Sex: MALE
MOROCCO / FL

**Child's Residence for the past 5 years:**

| Dates (From/To) | Address (including city and state) where child lived | Name and present address of person child lived with | Relationship to child |
|---|---|---|---|
| 2018/present* | 4498 51st AVE VB FL 32967 | SOPHIA THELISMA CARMELO ETIENNE | mom / STEPDAD |
| 02/13/2018 | 4498 51st AVE VB FL 32967 | SOPHIA THELISMA CARMELO ETIENNE 1725 38TH ST VB 32960 | MOM / STEPDAD |
| 1/2017 | 2431 20TH AVE VB FL 32960 | SOPHIA THELISMA CARMELO ETIENNE 1725 38th STREET VB FL 32960 | mom / STEPDAD |
| 05/2016 | 2431 20TH AVE VB FL 32960 | SOPHIA THELISMA CARMELO ETIENNE 1725 38TH ST VB FL 32960 | mom / STEPDAD |
| 1/2015 | 4086 42nd SQUARE VB FL 32967 | SOPHIA THELISMA CARMELO ETIENNE 1725 38th STREET VB FL 32960 | mom / STEP DAD |
| 1/2014 | 1422 16th STREET VB FL 32960 | SOPHIA / CARMELO 1725 38 TH STREET VB FL 32960 | mom / STEP DAD |

Florida Supreme Court Approved Family Law Form 12.902(d), Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit (12/10)

| _/_ | | | |
|---|---|---|---|

\* If you are the petitioner in an injunction for protection against domestic violence case and you have filed a Request for Confidential Filing of Address, Florida Supreme Court Approved Family Law Form 12.980(h), you should write confidential in any space on this form that would require you to enter the address where you are currently living.

**THE FOLLOWING INFORMATION IS TRUE ABOUT CHILD # 2 :**

Child's Full Legal Name: Z~~ikeriah~~ L~~eonardo~~ W~~illiams~~
Place of Birth: INDIAN RIVER COUNTY   Date of Birth: 05/06/2015   Sex: FEMALE

Child's Residence for the past 5 years:

| Dates (From/To) | Address (including city and state) where child lived | Name and present address of person child lived with | Relationship to child |
|---|---|---|---|
| 18/present | 4498 51ST AVE VB FL 32967 | SOPHIA THELISMA CARMELO ETIENNE 1725 38TH STREET VERO BEACH FL S | mom STEP DAD |
| _/_ | 2431 20TH AVE VB FL 32960 | SOPHIA THELISMA CARMELO ETIENNE SAME AS ABOVE | |
| _/_ | 4096 42nd SQ VB FL 32967 | SOPHIA THELISMA CARMELO ETIENNE SAME AS ABOVE | SAME AS ABOVE |
| _/_ | | | |
| _/_ | | | |
| _/_ | | | |

**THE FOLLOWING INFORMATION IS TRUE ABOUT CHILD # 3 :**

Child's Full Legal Name: M~~atteo~~ C~~armelo~~ E~~tienne~~
Place of Birth: Indian River Morocco   Date of Birth: 3-17-17   Sex: Male

Child's Residence for the past 5 years:

| Dates (From/To) | Address (including city and state) where child lived | Name and present address of person child lived with | Relationship to child |
|---|---|---|---|
| 2/13/18 /present | 1725 38 Street Vero Beach Fl 32960 | Sophia Thelisma/Carmelo Etien 1725 38 Street Vero Beach 32960 | mom/mother DaD/Father |
| _/_ | 2431 20th Ave Vero Beach Fl 32960 | | |

Florida Supreme Court Approved Family Law Form 12.902(d), Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit (12/10)

|  |  |  |  |
|---|---|---|---|
| __/__ |  |  |  |

* If you are the petitioner in an injunction for protection against domestic violence case and you have filed a Request for Confidential Filing of Address, Florida Supreme Court Approved Family Law Form 12.980(h), you should write confidential in any space on this form that would require you to enter the address where you are currently living.

THE FOLLOWING INFORMATION IS TRUE ABOUT CHILD # __4__:

Child's Full Legal Name: M▓▓▓ E▓▓▓▓
Place of Birth: _Indian River, Morocco_ / _Floride._ Date of Birth: _9-5-12_ Sex: _Female_
Child's Residence for the past 5 years:

| Dates (From/To) | Address (including city and state) where child lived | Name and present address of person child lived with | Relationship to child |
|---|---|---|---|
| 2-12-18 /present | 1725 38 Street Vero Beach Fl 32960 | Carmelo Etienne 1725 38 Street Vero Beach | Father/Dad |
| 1/16 |  |  |  |
| 1/15 |  |  |  |
| 1/14 |  |  |  |
| 1/13 |  |  |  |
| 9/12 | Same as Above |  |  |

THE FOLLOWING INFORMATION IS TRUE ABOUT CHILD # __5__:

Child's Full Legal Name: H▓▓▓▓ E▓▓▓▓▓
Place of Birth: _Indian River, Morocco_ Date of Birth: _10-8-15_ Sex: _Female_
Child's Residence for the past 5 years:

| Dates (From/To) | Address (including city and state) where child lived | Name and present address of person child lived with | Relationship to child |
|---|---|---|---|
| 2-12-18 /present | 1725 38 Street Vero Beach Fl 32960 | Carmelo Etienne 1725 38 Street Vero Beach | Father/Dad |
| __/__ |  |  |  |

Florida Supreme Court Approved Family Law Form 12.902(d), Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit (12/10)

| __/__ | | | |
|---|---|---|---|
| __/__ | | | |
| __/__ | | | |
| __/__ | | | |

2. **Participation in custody or time-sharing proceeding(s):**
   [ Choose only one]
   ☐ I HAVE NOT participated as a party, witness, or in any capacity in any other litigation or custody proceeding in this or any other state, concerning custody of or time-sharing with a child subject to this proceeding.
   ☑ I HAVE participated as a party, witness, or in any capacity in any other litigation or custody proceeding in this or another state, concerning custody of or time-sharing with a child subject to this proceeding. Explain: (1) VB   2 ZW   3 MCE
   a. Name of each child: ~~VANESSA BROWN~~, ~~ZACKARY WILLIAMS~~, ~~MADISON EDWARDS~~
   b. Type of proceeding: DCF (FALSE REPORT)(CIVIL LAWSUIT)
   c. Court and state: INDIAN RIVER COUNTY COURTHOUSE FL. AND FEDERAL
   d. Date of court order or judgment (if any): 02-11-2018 AFTER EVERYONE GOT SUED.

   4 ME  5 HE
   M~~ADISON~~ (H~~ARMON~~)
   E~~DWARDS~~
   (DCF FALSE REPORT)
   INDIAN RIVER COUNTY
   2/12/2018
   AFTER THEY GOT SUED

3. **Information about custody or time-sharing proceeding(s):**
   [Choose only one]
   ☑ I HAVE NO INFORMATION of any custody or time-sharing proceeding pending in a court of this or any other state concerning a child subject to this proceeding.
   ☐ I HAVE THE FOLLOWING INFORMATION concerning a custody or time-sharing proceeding pending in a court of this or another state concerning a child subject to this proceeding, other than set out in item 2. Explain:
   a. Name of each child: _____
   b. Type of proceeding: _____
   c. Court and state: _____
   d. Date of court order or judgment (if any): _____

4. **Persons not a party to this proceeding:**
   [Choose only one]
   ☑ I DO NOT KNOW OF ANY PERSON not a party to this proceeding who has physical custody or claims to have custody, visitation or time-sharing with respect to any child subject to this proceeding.
   ☐ I KNOW THAT THE FOLLOWING NAMED PERSON(S) not a party to this proceeding has (have) physical custody or claim(s) to have custody, visitation, or time-sharing with respect to any child subject to this proceeding:
   a. Name and address of person: _____
   _____
   ☐ has physical custody (☐) claims custody rights (☐) claims visitation or time-sharing
   Name of each child: _____

Florida Supreme Court Approved Family Law Form 12.902(d), Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit (12/10)

A certified copy of said final judgment or order is attached, has not been modified, and is still in effect. *{Indicate if applicable}* _____. This order is an out-of-state court order which is entitled to full faith and credit enforcement under the Uniform Child Custody Jurisdiction and Enforcement Act and/or the federal Parental Kidnaping Prevention Act.

b. [✓] **Custody or time-sharing is established as an operation of law.** I am the birth mother of the minor child(ren) who was (were) born out of wedlock and there is no final judgment or order awarding custody of or time-sharing with the following minor child(ren): *{list name(s) of the child(ren) or write all}*
V~~~~~~~ B~~~~, Z~~~~~ W~~~~~, M~~~~~ E~~~~~
VB, ZW, M·E, MCE

1. [ ] **Paternity has NOT been established.** A certified copy of the minor child(ren)'s ~~birth~~ certificate is attached and has not been amended.
2. [✓] **Paternity has been established.** A certified copy of the final judgment of paternity, which shows no award of custody or time-sharing was made, is attached. This order has not been changed and is still in effect. DARRY WILLIAMS, SATONYA EARLY, VANTRELL BROWN

c. [✓] Other: DCF, MICHELLE DOES NOT HAVE PROPER CUSTODY, NO JURISDICTION OVER MATTER OR CHILDREN, DUE TO THE CHILDREN AND PARENTS BEING MOORS; INDIAN-AMERICANS.

5. A completed Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit, Florida Supreme Court Approved Family Law Form 12.902(d), is filed with this motion.

6. **Facts relating to the minor child(ren)'s current situation.**
   *[Indicate all that apply]*
   a. [✓] The person named in paragraph 2 wrongfully removed or wrongfully detained the minor child(ren) on *{date}* 02/13/2018 as follows: MADE FAKE AND FALSE REPORT FOR WILLIAM LEE, VBPD-CURREY, IRSCO-DARLY LOAR, IRMC AND DOH, ETC, TO STOP CLAIM OF NATIONALITY AND TO TAMPER WITH LAWSUIT FILED AGAINST THEM. ETC.

   [✓] Please indicate here if you are attaching additional pages to continue these facts.

   b. [✓] I believe that the minor child(ren) is (are) in immediate danger of harm or removal from this court's jurisdiction while with the person named in paragraph 2 based on the following: ASHLEY DELANEYS VISIT, TIFFANY PERRY NO TEXTS, VARIOUS VIDEOS WITH PRIOR ATTACKS TO TRY TO SEIZE CHILDREN ILLEGALLY TO DRUG AND TREAT KIDS TO THROW OF CASE.
   c. The current location of the minor child(ren) is: *{choose only one}* [ ] unknown [✓] believed to be at the following address(es) with the following people *{list both the address and the people you believe will be there}*: DCF, STAR BRIGHT, MICHELLE SCHERMERHORN

Florida Supreme Court Approved Family Law Form 12.941(d), Emergency Verified Motion for Child Pick-Up Order (11/15)

7. Advance notice of this motion to the individual named in paragraph 2 should **not** be required because: THEY WILL TRY TO HIDE OR RUN AWAY, POSSIBLLY KILL CHILDREN.

8. If needed, I can be contacted for notice of an emergency or expedited hearing at the following addresses/locations: 1725 36TH STREET VERO BEACH FL 32960
Name of Contact Person: SOPHIA THELISMA / CARMELO ETIENNE
Address: 1725 38TH STREET
Telephone number(s) where I (or my designee) can be reached: {give name of individual to call} 772 480 0811
Name of Contact Person: SOPHIA THELISMA / CARMELO ETIENNE
Address: ___
Telephone number(s) where I (or my designee) can be reached: {give name of individual to call} ___

9. **Attorneys' Fees, Costs, and Suit Monies.**
   [Indicate if applicable]
   [✓] I have filed this motion because of wrongful acts of the person listed in paragraph 2 above. I request that this Court award reasonable attorney's fees, costs, and suit monies as applicable or authorized under Florida law, the UCCJEA, and other legal authorities.

WHEREFORE, I request an Emergency Order to Pick-Up Minor Child(ren), without advance notice, directing all sheriffs of the State of Florida or other authorized law enforcement officers in this state or any other state to pick up the previously named minor child(ren) and deliver them to my physical custody.

Florida Supreme Court Approved Family Law Form 12.941(d), Emergency Verified Motion for Child Pick-Up Order (11/15)

I understand that I am swearing or affirming under oath to the truthfulness of the claims made above and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated: 3-27-18

_Moer. Anfrf_ _[signature]_
Signature of Party
Printed Name: Moer. Carmelo Etienne / Sophia Thelisma
Address: 1725 38 Street
City, State, Zip: Vero Beach Fl 32960
Telephone Number: 772 480 0811
Fax Number: _____
Designated E-mail Address(es): Melobaronhouse @ gmail.com

STATE OF FLORIDA
COUNTY OF Indian River

Sworn to or affirmed and signed before me on March 27, 2018 by Carmelo Etienne & Sophia Thelisma

NOTARY PUBLIC or DEPUTY CLERK
Mark J. Richard
[Print, type, or stamp commissioned name of notary or clerk.]

____ Personally known
__X__ Produced identification
Type of identification produced Florida DL

**MARC J RICHARD**
MY COMMISSION #FF153821
EXPIRES September 16, 2018
(407) 398-0153  • FloridaNotaryService.com

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in all blanks] This form was prepared for the: {choose only one} ☐ Petitioner ☐ Respondent
This form was completed with the assistance of:

{name of individual}, _____,

{name of business}_____,

{address} _____,

{city}_____,{state} _____, {zip code}_____,{telephone number}_____.

Florida Supreme Court Approved Family Law Form 12.941(d), Emergency Verified Motion for Child Pick-Up Order (11/15)