18-14061-CV-Martinez

IN THE CIRCUIT COURT OF THE __19th__ JUDICIAL CIRCUIT,
Moorish Empire IN AND FOR __Indian River__ COUNTY, FLORIDA  2018 CA 000 102
Moor, Sophia Thelisma                                                          2018 CA 000 103
Carmelo Etienne                     Case No.: __2018 DP00028 / 2018 DP00029__
_____,               Division: __Family / Civil__
                Petitioner,
                                    Case Federal: 18-14061-cv-Martinez

and

__Indian river Court, DCF, Sheriff__
                Respondent,

FILED by ___ D.C.
MAR 27 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## EMERGENCY VERIFIED MOTION FOR CHILD PICK-UP ORDER

I, {full legal name} __Sophia Thelisma, Carmelo Etienne__ being sworn, certify that the following information is true:

1. This is a motion to enforce existing custody or time-sharing rights (as an operation of law or court-ordered) regarding the following minor child(ren):

**Name**      **Sex**    **Birth Date**    **Race**    **Physical Description**

VB - V[redacted] B[redacted]  Male   05-13-11   Moor/Indian American
Long Dreads 6 years old Copper tone Complexion.
ZW - Z[redacted] W[redacted]  Female  05-06-15  Moor/Indian American
2 years old Copper tone Complexion Beautiful Smile
MCE - M[redacted] C[redacted] E[redacted]  male  3-17-17  Moor/Indian American
ME - Just turn 1 year old  Copper tone Complexion Beautiful Baby.
HE - M[redacted] E[redacted]  Female  9-5-12  Moor/Indian American  Aboriginal Indigenous
     [redacted] E[redacted]  Female  10-8-15  Moor/Indian American  to morocco. Al moroc

2. Currently, the child(ren) subject to this motion is (are) in the physical possession of
{full legal name} __Indian River Court, DCF, Michelle Lynn Schermerhorn__
whose address or present physical location is: __2000 16th Ave vero Beach Fl 32960__
__1145 18th Pl, vero Beach Fl 32960__
This individual's relationship to the minor child(ren) is: __none  retaliation__
__on the children for filling a Lawsuit Against Court, DCF, et al.__

3. I ☐ am ☒ am not married to the person named in paragraph 2.

4. **Status of minor child(ren).** I have a superior right to custody of or time-sharing with the minor child(ren) over the person named in paragraph 2 because:
{Indicate all that apply}: ☒ __Full Custody Moorish Empire__
   a. ☐ **Custody or Time-Sharing has been established by a court.**
      A final judgment or order awarding custody of or time-sharing with the minor child(ren) was made on {date} _____ in {name of court} _____
      {case number} _____. This order awarded custody of or specific time-sharing with the minor child(ren) to me. This final judgment or order applies to the following minor child(ren): {list name(s) of the child(ren) or write all}

Florida Supreme Court Approved Family Law Form 12.941(d), Emergency Verified Motion for Child Pick-Up Order (11/15)

_____
_____

A certified copy of said final judgment or order is attached, has not been modified, and is still in effect. *{Indicate if applicable}* _____. This order is an out-of-state court order which is entitled to full faith and credit enforcement under the Uniform Child Custody Jurisdiction and Enforcement Act and/or the federal Parental Kidnaping Prevention Act.

b. [ ] **Custody or time-sharing is established as an operation of law.** I am the birth mother of the minor child(ren) who was (were) born out of wedlock and there is no final judgment or order awarding custody of or time-sharing with the following minor child(ren): *{list name(s) of the child(ren) or write all}* Melody Etienne, Harmony Etienne, Vantrell Brown, Zakiyah Williams, Mellino Carmelo Etienne

1. [ ] **Paternity has NOT been established.** A certified copy of the minor child(ren)'s birth certificate is attached and has not been amended.
2. [ ] **Paternity has been established.** A certified copy of the final judgment of paternity, which shows no award of custody or time-sharing was made, is attached. This order has not been changed and is still in effect.

c. [X] Other: We are Moors from the Moorish Empire we are Black, white or Colored, we are not part of your society called the United States of America, we Aboriginals Indigenous people to this of morocco, AL moroc, we are Sovereign people who Claim our Birth Rights.

5. A completed Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit, Florida Supreme Court Approved Family Law Form 12.902(d), is filed with this motion.

6. **Facts relating to the minor child(ren)'s current situation.**
   *[Indicate all that apply]*
   a. [X] The person named in paragraph 2 wrongfully removed or wrongfully detained the minor child(ren) on *{date}* 2-12-18 as follows: The Sheriff officer lead By Paul New Born and 6 other Come in to mayor Carmelo Etienne House illegaly Broke bones and take Him to Jail on 2-13-18 Sophia Thelisma was put on the News as missing person when Sophia is not even of the United States of America, we are Moorish from the land of morocco, Kid were Kidnapped, Hostage taken against their will.
   [X] Please indicate here if you are attaching additional pages to continue these facts.

   b. [X] I believe that the minor child(ren) is (are) in immediate danger of harm or removal from this court's jurisdiction while with the person named in paragraph 2 based on the following: The Children was Kidnapped By the Government with out no medicine its almost 2 months now, they are Moors at this time we need the Courts and the USA to show Status. Nationality

   c. The current location of the minor child(ren) is: *{choose only one}* [ ] unknown [X] believed to be at the following address(es) with the following people *{list both the address and the people you believe will be there}*: The Court, DCF, State Attorneys, Sheriff Tiffany Perry, Tony v. Collins, Lee Shane Knows Where they at that the Kidnappers.

Florida Supreme Court Approved Family Law Form 12.941(d), Emergency Verified Motion for Child Pick-Up Order (11/15)

7. Advance notice of this motion to the individual named in paragraph 2 should **not** be required because: We are Moors, from our Moorish Empire Aboriginal to this land Morocco. We are Copper tone people we are neither Black or Colored. we are Indian American.

8. If needed, I can be contacted for notice of an emergency or expedited hearing at the following addresses/locations: 1725 38 Street Vero Beach Fl 32960
Name of Contact Person: Moor, Carmelo Etienne, Sophia Thelisma
Address: 1725 38 Street Vero Beach Fl 32960
Telephone number(s) where I (or my designee) can be reached: {give name of individual to call} 772 480-0811 Melobaronhouse@gmail.com
Name of Contact Person: _____
Address: _____
Telephone number(s) where I (or my designee) can be reached: {give name of individual to call} _____

9. **Attorneys' Fees, Costs, and Suit Monies.**
   *[Indicate if applicable]*
   [X] I have filed this motion because of wrongful acts of the person listed in paragraph 2 above. I request that this Court award reasonable attorney's fees, costs, and suit monies as applicable or authorized under Florida law, the UCCJEA, and other legal authorities.

WHEREFORE, I request an Emergency Order to Pick-Up Minor Child(ren), without advance notice, directing all sheriffs of the State of Florida or other authorized law enforcement officers in this state or any other state to pick up the previously named minor child(ren) and deliver them to my physical custody.

This is an Order from the Moorish Empire, the 19th Judicicial Circuit is Acting out of the Color of Law, with the acts of Treason, Genocide, Hostage taken, Breach of Amity and (~~Peace~~) Commerce Treaty and Also the Peace and Friendship treaty.

Please Return future Kings and Queens of the land of Morocco ASAP.
We as parents and Free people want to press charges on these people for Human Trafficking and Child Abduction,

Florida Supreme Court Approved Family Law Form 12.941(d), Emergency Verified Motion for Child Pick-Up Order (11/15)

I understand that I am swearing or affirming under oath to the truthfulness of the claims made above and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated: 3-27-18

_Moer. Cnfpl / [signature]_
Signature of Party
Printed Name: Moor. Carmelo Etienne / Sophia Thelisma
Address: 1725 38 Street
City, State, Zip: Vero Beach Fl 32960
Telephone Number: 772 480 0811
Fax Number: _____
Designated E-mail Address(es): Melobaronhouse@gmail.com

STATE OF FLORIDA
COUNTY OF Indian River

Sworn to or affirmed and signed before me on March 27, 2018 by Carmelo Etienne & Sophia Thelisma.

_[signature]_
NOTARY PUBLIC or DEPUTY CLERK
Marc J. Richard
[Print, type, or stamp commissioned name of notary or clerk.]

____ Personally known
__X__ Produced identification
Type of identification produced Florida DL

> MARC J RICHARD
> MY COMMISSION #FF153821
> EXPIRES September 16, 2018
> (407) 398-0153   FloridaNotaryService.com

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the: {choose only one} ☐ Petitioner ☐ Respondent
This form was completed with the assistance of:

{name of individual}, _____,

{name of business} _____,

{address} _____,

{city} _____, {state} _____, {zip code} _____, {telephone number} _____.

Florida Supreme Court Approved Family Law Form 12.941(d), Emergency Verified Motion for Child Pick-Up Order (11/15)