William Lee Case.18-14061-CV-Martinez,

William Lee did not try to maintain the house or property. The air quality was very poor in fact the heat did not work it was central heat and it did not work nor did they see the windows did not open because they did not have the proper handles on them some of them just did not open the paint was chipping rats were living in the roof of the house and came into the house because he did not maintain the building. He was trying to get the maintenance man who is not a licensed mold or inspector to rip open and repair the house while the children and myself were in the house for the record I am an Aboriginal indigenous woman of this land call the Morocco, Al Moroc, Al Maghrib Al-Aqsa. I have reasonable belief to believe that William Lee even conspired with Mick Nash residence and other parties involved and or mentioned previously and this brief statement to temper with property and 2 make the house more uninhabitable buy sabotage and conspiracy and other us codes violations.

After about 6 months of staying at 2431 20th Avenue renting a room from Ronnie G at 2431 20th Avenue Vero Beach Florida 32960 for 600 dollars a month in 2016. Ronnie stop playing the rent for 3 months which caused an eviction notice that I ended up receiving and personally called William Lee to let him know that I had just paid rent to Ronnie G who had sublet the house to me. William Lee worked a lease agreement in June 2016 as the tenant with the security deposit of $1,000 after I just paid Ronnie G rent. Although I had a new lease he still requested for Ronnie to stay there an additional month on my lease for free. I was pregnant around the time of signing the lease and William Lee new he did not tell me about the lead paint or the environmental hazards of the building. After dealing with the building and its problems thinking that it was coming from natural causes and trying to self remedy all of the members residing in the house started to become sick at various times through especially the kids AND mother throughout the year and even Carmelo who did not resign at the address became sick as well. As a matter of fact in 2017 the mother gave birth to the third child and was positive for lead and suffered from kidney failure while giving birth due to the lead. Not only that do to the negligence of William Lee and the property even though he is the owner of a Keystone management property and also yellow kid ink which I have legal documents to prove this didn't not take care of the house in any way shape or form. William Lee treated me like a slave he was taking my money but refuse to fix on the house refuse to send out pest control for the for the mice rat rodents etc.He did not try to maintain the trees or property.

The conspiracy starts with William Lee department of health in Tallahassee knows about the lead did not report it code enforcement came out from vbpd they didn't report the lead building department came out they didn't report the lead base paint Teddy Floyd came out from the sheriff office he didn't report the lead base paint Julia price came out representing the health department she didn't report the lead-based paint the hospital found lead in Sophia's system treat her with a chelation treatment but they didn't report to Sophia or to the EPA the lead-based paint there was another two different inspectors that came out from the health department they didn't report the lead-based paint to the EPA so everybody is in on this the police the sheriff building code enforcement Health Department Hospital Courthouse state attorneys so everybody even DCF knows about the lead-based paint but they did not report the lead based paint and all these people are mandated reporters they have to do this by their law we are Moors the children you hold which are kings and queens are Moors the conspiracy go so far William Lee ordered kidnapping of those kids because before then with the house there was no problem with the city with the courts with the police with the health department with anybody with the hospital all parties can be connected through the use of Sophia's address and personal records and contracts also the parties involved can all be linked through Association and direct Association, community groups, work affiliation,city and county meetings boards, committees, and all other conjoining associations and organizations, affiliations of United States of America, Florida, City of vero beach, Indian River County, etc.

```
FILED by ___ D.C.

MAR 27 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE
```

- Illegal keeping security deposit in violation of Florida statute 83 .49 (3A)
- Not following states security deposit law Florida statue 83.44
- Housing discrimination Florida statue SS. <u>760. 20 - 760. 60</u>
- Illegal clauses in lease agreement Florida statute 83.67 (1,3,6,7,8,)
- Unihabital unit Florida statute 83.51[( 1)a,b,)][(2) (a,)(1,3,5,( b)3)
- Did not disclose lead paint hazards / mold issue violation of

1. residential lead-based paint act title 10
2. toxic substance abuse Control Act section 11 C of 15 u.s. C SS. 2610 C
3. Disclosure rule title 40. Cfr.745(f)

- Injuries from rental property Florida statute 83.63
- Retaliatory conduct 83.64
- Violated Good faith statue 83.44
- Stolen property

Sophia plus 3 child 4 counts each violation.

Constitution violations,
1,4,14,
Various U.S.. Codes violated as well

As A relief
83.54, 83.55,
- full compensation for epa violations for each individual in total (5)
- 100 million more in punitive damages ( to be continued)