18-14061-CV-MARTINEZ/MAYNARD



# Indian River County Sheriff's Office
## ~~Citizen's~~ Complaint Form

┌─────────────────────────┐
│ IRCSO USE ONLY          │
│ Complaint Number:       │
└─────────────────────────┘

Date and Time Reported: _____

**Complainant:**
TITLE: MOOR
Name: SOPHIA THELISMA   Date of Birth: _____   Sex: F

Home Address: _____   Phone: 772-

City, State, Zip Code: VERO BEACH FL   (MAROCCO)

Business Address: SAME AS ABOVE   Phone: _____

City, State, Zip Code: SAME AS ABOVE

┌──────────────────────────────────┐
│ FILED by [initials] D.C.          │
│                                   │
│ MAR 29 2018                       │
│                                   │
│ STEVEN M. LARIMORE                │
│ CLERK U.S. DIST. CT.              │
│ S.D. OF FLA. - FT. PIERCE         │
└──────────────────────────────────┘

**Complaint:**

News ← → Lobby
6in 10pm

Date and Time of Incident: 02·13·18 · (ALL DAY)

Location of the Incident: IRCS, DCF, ALL LOCAL NEWS

Nature of Complaint: VIOLATION OF TREATY, US CONSTITUTION, FL CONSTITUTION, CODE OF ETHICS, MISSION STATEMENT (3)
BREACH OF CONTRACT, TAMPERING W VICTIMS, HOSTAGE TAKING, CLAIMING CIVIL RIGHTS
(3) KIDNAPPING, HUMAN TRAFFICING PIRACY, GENOCIDE,
(3) ENTICEMENT OF SLAVERY, FALSE INFORMATION AND HOAX, DEFAMATION OF CHARACTER, RETALIATION (4)

Arrest/Accident/Incident Number (If Known): _____ / _____

Witness: IRCSO; LOBBY LOBBY FOOTAGE   SUBPEONA   Phone: _____

Address: _____

Witness: _____   Phone: _____

Address: _____

**Agency Personnel Involved:** IRCSO, DCF, ALL LOCAL NEWS (TREASURE COAST)
CATHERINE BRONDER   DCF
Name: DCF - TONY V COLLINS Title: (CPI) (CPI SUPERVISOR)
MAJOR ERIC FLOWERS   IRCSO
Name: IRCSO - JUSTIN ENOTTS   Title: (MAJOR) (DETECTIVE) (DETECTIVE)
ISAMAEL HAO

MOOR;
Complainant's Signature: [signature]   Date: 3/28/18

Received By: _____   Date: _____

OTHER IRESO OFFICERS ON TAPE.

ALL LOCAL NEWS STATIONS IN TREASURE COAST.

IE - 14061 - CV - MARTINEZ - MAYNARD

# Indian River County Sheriff's Office
## ~~Citizen's~~ Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: ON 02·13·18 MAJOR ERIC FLOWERS (IRCSO) WAS SPOKESMAN FOR FALSE INFORMATION, HOAX, AND DEFAMATION OF CHARACTER TO MOORS; CARMELO ETIENNE, SOPHIA THELISMA (MOOR) MOOR; CHILDREN (3) BY BROADCASTING DCF'S ALLEGATIONS AND MISSING PERSONS REPORT ALSO A BREACH OF CONTRACT.

ON THIS SAME DAY SOPHIA (MOOR) REPORTED TO THE LOBBY OF IRCSO (WITH 3 MOOR CHILDREN) ~~AND~~ BECAUSE SHE SAW HERE SELF ON THE NEWS AND KNEW SHE WAS NOT MISSING AND BECAUSE THEY SAID IRCSO AND DCF WANTED TO CHECK ON CHILDRENS WELL BEING, SOPHIA BROUGHT CHILDREN, AND TONY V COLLINS (DCF) CATHERINE BROWDER (DCF) ILLEGALLY KIDNAPPED, HUMAN TRAFFICING ~~KIDS~~ CHILDREN), HOSTAGE TAKING, AND TAMPERING WITH VICTIME IN LAWSUIT, IN THE PRESENCE OF ISMAEL HAO - DETECTIVE, WHO SOPHIA (MOOR) EXPLAINED THE SITUATION OF FALSE INFO AND FRAUD ON DCF'S ACCOUNT. JUSTIN KNOTTS (IRCSO) Human Resources DETECTIVE AT (IA) ALSO AIDED IN THIS MATTER BY THREATING SOPHIA'S

**IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION** FAMILY AND BROTHER TO MAKE SON BRING THE CHILDREN OR ELSE THEY WOULD ARREST AND THROW HER IN JAIL.

I, MOOR: SOPHIA THELISMA hereby certify and affirm that the statements contained herein are true and correct. I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

Moor: _____          MOOR SOPHIA THELISMA
            Signature                                  Print Name

Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20___.

_____
Notary Public or Law Enforcement Officer

*18-14061-CV-MARTINEZ/MAYNARD*

# Indian River County Sheriff's Office
## ~~Citizen's~~ Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: MAKING AN ILLEGAL REPORT AS IN TOTALLY FRAUDULENT, AND FALSIFIED: AS A PLOT TO RETALIATE AND SEEK REVENGE UPON MOOR SOPHIA, MOOR CARMELO ETIENNE; AND MOOR CHILDREN(3), AFTER LEAVII MAKING A REPORT WITH B.GAGE (BOBBY) (A DEPUTY) ABOUT DERRYL RIVERS REFUSAL TO ~~see~~ TAKE A REPORT ON STOLEN PROPERTY FROM WILLIAM LEE'S RENTAL UNIT AND ALSO A REPORT ON CHEIF DAVID CURREYS MISCONDUCT OF JUMPING ACROSS THE TABLE AT CARMELO, AND VIOLATING THE FIRST AMENDMENT RIGHT OF THE FICTICIOUS-SELF NAMED SOPHIA. SOPHIA ALSO, MADE A FULL RECORDS REQUEST AND WAS CHASED OUT BY CAPTIN ANTHONY CONSALLO; SOPHIA AND CARMELO LEFT TO TAKE THE KIDS TO CHIC-A-FILA AND WHILE ORDERING FOOD SOPHIA RECEIVED A PHONE CALL FROM ASHLEY DELANEY AND K.SKNISSARD IN REGAURDS TO DRUG ALLEGATIONS ■ DCF INTERNAL INVESTIGATORS; ThomasSpwens; PERINON MILTON; ADRIAN D; CONJURED UP RACISTLY AND FAXED IN ETC

**IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION** conspired ➡ THEY CAME TO SOPHIAS ADDRESS AND ILLEGAL SEARCHED AND INTERROGATED SOPHIA AND CARMELO AND STILL STATED NO CRIME OCCURED.

MOOR;

I, SOPHIA THELISMA (Artifically) hereby certify and affirm that the statements contained herein are true and correct. I further certify and I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

<u>837.02 Perjury in official proceedings</u> (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

<u>837.06 False official statements</u> (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

MOOR; _____     MOOR; SOPHIA THELISMA
                    Signature                              Print Name

Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20___.

_____
Notary Public or Law Enforcement Officer

18- 14061-CV-MARTINEZ/MAYNARD



# Indian River County Sheriff's Office
## Citizen's Complaint Form

> **IRCSO USE ONLY**
> Complaint Number:

Date and Time Reported: _____

**Complainant:**
TITLE: MOOR
Name: SOPHIA THELISMA   Date of Birth: _____   Sex: F

Home Address: _____ STREET _____ Phone: 772.

City, State, Zip Code: VERO BEACH   FL   _____

Business Address: SAME AS ABOVE Phone: _____

City, State, Zip Code: SAME AS ABOVE

**Complaint:**

Date and Time of Incident: JAN. 26. 2018 AT APPROXIMATELY (RV)

Location of the Incident: _____ VERO BEACH FL.

Nature of Complaint: VIOLATION OF TREATY, ALL US. CONSTITUTION,
AND STATE STATUES, MISSION STATEMENT, CODE OF ETHICS,
• HATE CRIME, RACIST, CONSPIRACY, FRAUD, FALSE INFORMATION HOAX

Arrest/Accident/Incident Number *(If Known):* _____
MOOR;
Witness: CARMELO ETIENNE Phone: O SAME AS ABOVE

Address: SAME AS ABOVE

Witness: _____ Phone: _____

Address: _____

**Agency Personnel Involved:** DCF, IRCSO

Name: ASHLEY DELANEY Title: (CPI) CHILD PROTECTOR INVESTIGATOR

Name: KRISTOFFER SKOUSGARD Title: DEPUTY (IRCSO)
MOOR;
Complainant's Signature: Sophia _____ Date: 3/28/18

Received By: _____ Date: _____

18-14061 CV MAR 30 2018 / MAYNARD



# Indian River County Sheriff's Office
## ~~Citizen's~~ Complaint Form

IRCSO USE ONLY
Complaint Number:

Date and Time Reported: _____

**Complainant:**
TITLE: MOOR
Name: SOPHIA THELISMA    Date of Birth: _____  Sex: F

Home Address: _____    Phone: 772-480-0811

City, State, Zip Code: VERO BEACH FL    (MOROCCO)

Business Address: SAME AS ABOVE    Phone: _____

City, State, Zip Code: SAME AS ABOVE

**Complaint:**

Date and Time of Incident: _____ 2·11·18 (×3) AROUND 11:00am, AROUND 3:00 AND IN BETWEEN

Location of the Incident: _____ VERO BEACH FL. (MOOR SOPHIA'S LOT AND RV)

Nature of Complaint: VIOLATION OF TREATY, US CONSTITUTION, FL CONSTITUTION.
TREASON, BURGLARY, TRESPASSING; CONTINUANCE OF HATE CRIME
RACIST CONSPIRACY, PREMEDITATED ATTEMPTED MURDER, HOME INVASION
BREACH OF CONTRACT, INTERFERING WITH VICTIMS IN LAWSUIT, (BREAKING AND ENTERING)

Arrest/Accident/Incident Number *(If Known)*: _____

Witness: HOME SURVEILLANCE Footage Phone: _____

Address: _____

Witness: CARMELO ETIENNE    Phone: _____

Address: _____

**Agency Personnel Involved:** DCF, IRCSO

Name: TIFFANY PERRY    Title: CPI - DCF

Name: RYAN HOLLY (    Title: IRCSO - DEPUTY )

Complainant's Signature: MOOR SOPHIA THELISMA Sophia SG    Date: 3/28/18

Received By: _____    Date: _____

LINDA NOLAN (IRCSO)
( SGT )

- PAUL MWEBORN (IRCSO)
( SGT )

CHRISTOPHER
SCRIBNER (IRCSO)
(CPL, OR DEPUTY)

OTHER DCF WORKERS

TONY V COLLINS - CPI
LEE SHANE

18-14061-CV-MARTINEZ/MAYNARD

# Indian River County Sheriff's Office
## ~~Citizen's Complaint Form~~
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: ON FEB 11 DCF, IRCSO CAME BACK WITH ILLEGAL FRAUDULENT PAPER WORK THAT SCRIBNER SAID AND SHOWED TO CAMERA AND SOPHIA FALSE DOCUMENTS SIGNED BY JUDGE PEGG TO REMOVE CHILDREN; WHICH IS A BREACH OF CONTRACT WHEN SOPHIA (moor) AND (moor) (3) CHILDREN WERE SUING SINCE 2·9·18 DCF AGENCY, IRCSO, INDIAN RIVER COURT HOUSE, SURVEILLANCE SHOWS EVERY THING ELSE WITH THE GROUP: INCLUDING RYAN HOLLY, CHRISTOPHER SCRIBNER, TIFFANY PERRY, AND OTHER DCF WORKERS AND PAUL NEWBORN GOING INTO THE OTHER HOUSE AND BREAKING AND ENTERING (HOLLY & SCRIBNERS TOOK ORDERS FROM MWEBORN TO DRAW GUNS WHILE ENTERING IN SEARCH OF SOPHIA AND 100 CHILDREN) (Scribner and Nolan crow BARED OPEN RV. ALL OF THIS BREAKING AND ENTERING HAPPENED WHILE SOPHIA WAS HOME AT 11:00 AND LEFT AFTERWARDS

**IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION**

I, MOOR  SOPHIA  THELISMA  hereby certify and affirm that the statements contained herein are true and correct. I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

Moor _____    MOOR ; SOPHIA THELISMA
        Signature                                      Print Name

Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20___.

_____
Notary Public or Law Enforcement Officer

# NOTICE TO APPEAR

Date: 3/28/18    18-14061-cv-Martinez/maynard.    2018-536,96
Agency Case Number

## STATE OF FLORIDA, COUNTY OF INDIAN RIVER

In the name of Indian River County Florida: The Undersigned certifies that there are just and reasonable grounds to believe, and does believe that:

On the **28** day of **March** 20**18**, at **2100** ☒ AM ☐ PM

| Name (Last) | (First) | (Middle) | (Alias) |
|---|---|---|---|
| Etienne | Carmelo | NA | NA |

| Address | City | State | Zip |
|---|---|---|---|
| ___ St. | Vero Beach | FL | 32960 |

| Date of Birth | Race/Sex | Height/Weight | Hair / Eyes | Phone |
|---|---|---|---|---|
| moer. | B/M | 5'7" / 234 | Blk / Bro | 772-141-6509 |

| Occupation | Business Phone | DL # | SSN |
|---|---|---|---|

In Indian River County, Florida, committed the following offenses: Abuse of 911 X 5

In violation of section (s) 365.172 (13) X 5     ☒ State Statue  ☐ Municipal

Facts of offense: Capias CP120180578

FILED by _____ D.C.
MAR 29 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

| Officer (Print) | ID# | Agency |
|---|---|---|
| Larimore | 5762 | IRCSO |

**You must appear in County Court of ~~Indian River County~~ at the Indian River County Courthouse located at 2000 16th Avenue, Vero Beach, Florida on**

| Month | Day | Year | Time | |
|---|---|---|---|---|
| 5 | 1 | 20 18 | 0630 | ☐ AM ☐ PM |

Co-Defendant (s) _____  ☐ Cited  ☐ Jailed      _____  ☐ Cited  ☐ Jailed

**I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED ABOVE TO ANSWER TO THE OFFENSE CHARGED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT, THAT I MAY BE HELD IN CONTEMP OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.**

_____
Signature of Defendant

Sworn to and subscribed before me this **28**

Day of **March**, 20 **18**

I swear the attached statement are true and correct to the best of my knowledge and belief.

_____  5762
Complainant / Agency

_____
Notary Public, State of Florida

White: **CLERK**     Yellow: **STATE ATTORNEY**     Pink: **LE AGENCY**     Gold: **DEFENDANT**

Rev. 11/30/2010

*Violation of a Treaty "ALL" And All U.S Constitution et.a. Treason.*



# Indian River County Sheriff's Office
*Moor,* ## ~~Citizen's~~ Complaint Form

| IRCSO USE ONLY |
|---|
| Complaint Number: |

Date and Time Reported: _____

**Complainant:**

Name: *moor, Carmelo Etienne* Date of Birth: *7-3-85* Sex: *Male*

Home Address: _____ *street* _____ Phone: *772 __ =84*

City, State, Zip Code: *Vero Beach Fl 32960 (morocco)*

Business Address: _____ Phone: _____

City, State, Zip Code: _____

**Complaint:**

Date and Time of Incident: *8-25-2016 - 3-28-2018, 6-10-10, 7-9-2005*

Location of the Incident: ___, *street vero Beach Fl 32960.*

Nature of Complaint: *Acts of Terrorism Transcending national Boundaries, Breach of Treaty "All", Kidnapping, Genocide, Treason, Human Trafficking.*

Arrest/Accident/Incident Number (If Known): _____

Witness: *Sophia Thelisma* Phone: *772 __ ___*

Address: _____

Witness: _____ Phone: _____

Address: _____

**Agency Personnel Involved:** *IRCSO, VBPD, DcF, Indian River Court, State Attorneys.*

Name: *Paul Kanarek* Title: *Judge* *David C. Morgan.*

Name: *Victoria Griffin* Title: *Judge*
*David C. Morgan*
*moor.*

Complainant's Signature: _____ Date: *3-28-18*

Received By: _____ Date: _____

# Indian River County Sheriff's Office
_moor,_ ~~Citizen's~~ Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: These Coporations are Commiting federal Crimes under the County, City and also state ~~(Times)~~ Jobs by targetting people for thier friends I called rick Scotts office, I am a bondi said there will Be no Back door deal, At this time I Need the State of Florida to show Status and Nationality, Also the United States of America need to show status and Nationality, I am an Aboriginal indigenous man to the land of Marrocco, It's time for the United State of America to go Back Home, to which it Came from do to violation of treety Art. 2nd and also violation to the U.S. Constitution that the United State of America need to operate it you can up keep it, it's time for you to go Back to Europe.

**IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION**

_moor,_

I, _Carmelo Etienne_ hereby certify and affirm that the statements contained herein are true and correct. I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

_Moor, _____
**Signature**

_Carmelo Etienne_
**Print Name**

Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20___.

_____
Notary Public or Law Enforcement Officer

*A Treaty "Law" And All U.S. Constitutio.*
*Violation*
*Treason*



# Indian River County Sheriff's Office

*Moor,* ~~Citizen's~~ Complaint Form

| IRCSO USE ONLY |
|---|
| Complaint Number: |

Date and Time Reported: _____

**Complainant:**

Name: *Moor,* Carmela Etienne   Date of Birth: 7-3-85   Sex: Male

Home Address: _____ 24 _____ Phone: 772 _____

City, State, Zip Code: Vero Beach Fl 32960  (Morocco)

Business Address: _____ Phone: _____

City, State, Zip Code: _____

**Complaint:**

Date and Time of Incident: Conspiracy Hate Crime, 1-25-18, 1-26-18

Location of the Incident: 2431 20th Ave 1 p.m. / VBPD 2 p.m. / Next Day.

Nature of Complaint: Illegally Change my address.
Police misconduct the chief David Currey
Jump, across a table at me When I try to complain/
every Body is trying to Kill me. I am a moor.

Arrest/Accident/Incident Number (If Known): 2018 000 201

Witness: *moor,* "Sophia Thelisma   Phone: 772 ___ ____

Address: 1725 38 Street vero Beach Fl 32960

Witness: _____ Phone: _____

Address: _____

**Agency Personnel Involved:** VBPD.

Name: David Currey _____ Title: Chief _____

Name: Derryl Rivers _____ Title: Cpl.
Kevin Martin, John Pedersen
*moor,*
Complainant's Signature: _____ Date: 3-28-18

Received By: _____ Date: _____

# Indian River County Sheriff's Office
Moor, ~~Citizen's~~ Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: The Attempt on my life, The Kidnapping of the kids, the fake DCF Intake reports all was made to pull strings for Chief David Currey and william Lee I tried to complain on the chief all the way down to derry rivers who came out for my stolen property report and also state in the report its a civil matter now I take the civil rout Every Body is trying to kill me the IRCSO broke my finger because I sued them and David Currey/VBPD for violation of the treaty and the u.s. Constitution failure to fill a petition when I demanding help as an Aboriginal Indigenous Moor Right here in the Country of morocco I want VBPD and IRCSO Investigated on a federal level. The report State Im Homeless, is because they were trying kill me off.

## IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION

Moor, I, ___Carmelo Etienre___ hereby certify and affirm that the statements contained herein are true and correct.  I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

Moor, ___[signature]___          ___Carmelo Etienre___
        Signature                              Print Name

Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20___.

_____
Notary Public or Law Enforcement Officer

*Arrest "All" And All U.S. Constitution et. al.*
*Violation Of The ? Treason.*



# Indian River County Sheriff's Office
*Moor,* ## ~~Citizen's~~ Complaint Form

| IRCSO USE ONLY |
| --- |
| Complaint Number: |

Date and Time Reported: _____

**Complainant:**
*Moor,*
Name: _Carmelo Etienne_____ Date of Birth: _____ Sex: _Male_

Home Address: _1____ reel_____ Phone: _772-___

City, State, Zip Code: _Vero Beach Fl 32960_ (_Morocca_)

Business Address: _____ Phone: _____

City, State, Zip Code: _____

**Complaint:**

Date and Time of Incident: _2-11-18    11:17 AM_

Location of the Incident: _____ _Vero Beach Fl 32967_ (RV)

Nature of Complaint: _Home Invasion, Hate Crime Racist Conspiracy._
_Illegal Brake in to Moor, Sophia Thelisma_
_with out any real Document, no search warrant 3 different Times._

Arrest/Accident/Incident Number (If Known): _____

*Moor,*
Witness: _Carmelo Etienne___ Phone: _____

Address: _____

*Moor,*
Witness: _Sophia Thelisma___ Phone: _772 480-0866_

Address: _____

**Agency Personnel Involved:** _D C F, I R C S O_

Name: _Tony V. Collins_ Title: _DCF_

Name: _Tiffany Perry_ Title: _DCF_

*Moor,*
Complainant's Signature: _[signature]_ Date: _3-28-18_

Received By: _____ Date: _____

# Indian River County Sheriff's Office
*Moor,* ## Citizen's Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: On 2-11-18 Tony V. Collins, Tiffany Perry Came with the gang member names are Paul Newborn, Christopher Scribner, Linda Nolan, Ryan Holly and 2 other officer I did not make out the rest of the name I think Lee Shane was there too with no search warrant you will see them on security footage with a crowbar or committing Burglary, Home invasion all on video there is Hard evidence proof is in the pudding this is interstate terrorism, on the 13 of Feb the Sheriff office kidnapped the Kids with DCF that already was suing DCF, and the Sheriff office this is Treason, Guns were drawn upon entering the premissis illegally Trying to kill Sophia Thelisma & Carmelo entervike the first time they tryed and took Sophia to her Deals, They end up Kidnapp The Kids. but didn't take any medication for the

## IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION

*Moor,*

I, _____Carmelo Etienne_____ hereby certify and affirm that the statements contained herein are true and correct.  I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

*moor,* _____
Signature

_____Carmelo Etienne_____
Print Name

Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20__.

_____
Notary Public or Law Enforcement Officer

*By Treaty "All" And All U.S. Constitution et al.*
*Violation          Treason*



# Indian River County Sheriff's Office
*Moor.* ## Citizen's Complaint Form

IRCSO USE ONLY
Complaint Number:

Date and Time Reported: _____

**Complaint:**

**Complainant:**

Name: *Moor.* _Carmelo Etienne_____ Date of Birth: _ ~ ~ ~ Sex: _Male_

Home Address: _____ _Street_____ Phone: _772 ___-0811_

City, State, Zip Code: _Vero Beach Fl 32960 (Morocco)_

Business Address: _____ Phone: _____

City, State, Zip Code: _____

**Complaint:**

Date and Time of Incident: _2-12-18, 2-13-18, 3-13-18, 1-26-18_

Location of the Incident: _Indian River county Court House and County Court of_ _Indian river county._

Nature of Complaint: _Falsified documents to the Sheriff, to the court And Illegally kidnapping the kids that sued DCF and Sheriff_ _since the 9th of Feb._

Arrest/Accident/Incident Number (If Known): _2018OP00028/2018OP00029_

Witness: *Moor.* _Sophia Thelisma_ Phone: _772 480-0811_

Address: _i ___ ___ _Street Vero Beach, Fl 32960_

Witness: _Michelle Lynn Schermerhorn_ Phone: _DCF_

Address: _____

**Agency Personnel Involved:**

Name: _Perinon Milton_ Title: _DCF_

Name: _Lee Shane_ Title: _DCF_

Complainant's Signature: _____ Date: _3-28-18_

Received By: _____ Date: _____

# Indian River County Sheriff's Office
## ~~Citizen's~~ Complaint Form
## Supplement

*Moor,*

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: Lee Shane Conspired with Michelle Lynn Schermerhern to illegally lock me up, after me and my Love Michelle spent 7 years together we was going to get married and all, She conspired against me with IRCSO and DCF Agency and also the Judges and lawyers all against me because I filled a Law suit Because, the sheriff officers told me to go civil even I told them I was not black or colored I am not a slave the the police Chief Jump across a table and me trying to Assault me in the presence of John Ferderson string were pulled and Lee shane, and Verinon Milton, Ashley Delray, Tiffany Perry all these people are illegally changing my address, And also framing me illegally I have evidence Court documents. that is falsefied, illegal News ~~(in the after noon)~~, I need DCF to Defamation of Caracter, Illegal intake forms filled out, I need DCF to produce a contract of we agreed to all these Crime that Been Committed against me, I want to press Charge for kidnapping, treason,.

### IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION

*Moor,*

I, Carmelo Etienne _____ hereby certify and affirm that the statements contained herein are true and correct. I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

*Moor,* _____
Signature

Carmelo Etienne _____
Print Name

Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20___.

_____
Notary Public or Law Enforcement Officer

*Violation of Treaty of Peace and Friendship 2nd all of U.S. Constitution et al.*
*Treason*



# Indian River County Sheriff's Office
*Moor,* ~~Citizen's~~ Complaint Form

| IRCSO USE ONLY |
| --- |
| Complaint Number: |

Date and Time Reported: _____

**Complainant:**

Name: *Moor,* Carmelo Etienne   Date of Birth: 7-3-85  Sex: male

Home Address: _____   Phone: 772 ___ ___

City, State, Zip Code: Vero Beach Fl 32960  (Moreno)

Business Address: _____  Phone: _____

City, State, Zip Code: _____

**Complaint:**

Date and Time of Incident: 2-14-18 till 3-27-18  Court House

Location of the Incident: Indian River County Court House.

Nature of Complaint: _____ Harrasment Every time I Step my feet
in to the Court House, The IRcso Dpty's always trying to
find a new way to come sit around me it all on the court video log.

Arrest/Accident/Incident Number (If Known): _____

Witness: *moor,* Sophia Thelisma  Phone: 772 ___ ___

Address: _____  Vero Beach Fl 32960

Witness: _____  Phone: _____

Address: _____

**Agency Personnel Involved:**

Name: Robert Jr. HAAS  Title: Sgt

Name: Roger Harrington  Title: Lt

Complainant's Signature: *moor,* Carmelo Etienne  Date: 3-28-18

Received By: _____  Date: _____

# Indian River County Sheriff's Office

*Moer*

## ~~Citizen's Complaint Form~~
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: Every time I step my feet into the Court house the IRCSO Dpty. Trying to provoke me to make me lose my cool they are like my Body Guards Except they are always Jumping in my Conversation with the Clerk of courts which is illegal to keep forcing me to leave or Im going to Jail, I know my rights, I Am Moer, This is my land the Courts, Sheriff and Corporate America is operating illegally please tell your Court house dogs to Back Down this is illegal Racist, Prejudice and Bais.
This is Terrorism.

## IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION

*Moer,*

I, Carmelo Etienne _____ hereby certify and affirm that the statements contained herein are true and correct. I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

*Moer,* _____          Carmelo Etienne
              Signature                                    Print Name

Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20___.

_____
Notary Public or Law Enforcement Officer

*Violation of Treaty of Peace And Friendship And aka Treason US Constitution et al.*

# Indian River County Sheriff's Office
## *Moor,* Citizen's Complaint Form

**IRCSO USE ONLY**
Complaint Number:

Date and Time Reported: _____

**Complainant:**

Name: *moor,* Carmelo Etienne   Date of Birth: 7-3-85   Sex: Male

Home Address: _____   Phone: 772

City, State, Zip Code: vero Beach Fl 32960 (moroCCo)

Business Address: _____   Phone: _____

City, State, Zip Code: _____

**Complaint:**

Date and Time of Incident: 2-6-18   3.p.m - 4.p.m

Location of the Incident: IRCSO 4055 41Ave veroBeach Fl 32967

Nature of Complaint: I spoke to the Cpt. Antony Consallo and Teddy Floyd. Explain to them I been arrested, with out Committing no Crimes more then 2 times An prove my Case that the Sheriff office falsely imprison me.

Arrest/Accident/Incident Number (If Known): _____

*Moor,* Witness: Carmelo Etienne   Phone: _____

Address: _____

*moor,* Witness: Sophia Thelions   Phone: 772

Address: _____ ....reet vero Beach Fl 32960

**Agency Personnel Involved:**

Name: Antony Consallo   Title: Cpt.

Name: Teddy Floyd.   Title: _____

Complainant's Signature: *moor,* [signature]   Date: 3-28-18

Received By: _____   Date: _____

# Indian River County Sheriff's Office
## Citizen's Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: _Ever since I spoke to Consello and explain the sheriff owe me 50,000 $ By law for false imprisonment against my will for a crime I did not commit, ever since the police, sheriff, etc. UCK Been trying to Kill me. I request to speak to the sheriff to resolve that issue they refuse me Service and Became very Hostile, Ever since the the Sheriff Been making Attempt on my life. on 6-10-10 I had the Sheriff come get me out of my house illegally on fake Allegations. on July 9 2005, I was a victum and the sheriff officer/show up and take me to Jail didn't give me freedom of Speech to tell my Story and did a year in the County Jail illegal. And the Cpt. Consello Chase Sophia out of the Building threatening her not to Come Back Because she ask for a records request and they gave her Carmelo records violating 4th Amendment rights._

**IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION**

I, _Moer, Carmelo Etienne_ hereby certify and affirm that the statements contained herein are true and correct. I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

<u>837.02 Perjury in official proceedings</u> (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

<u>837.06 False official statements</u> (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

Moer, _(Signature)_                    _Carmelo Etienne_
Signature                                  Print Name

Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20__.

_____
Notary Public or Law Enforcement Officer

*Violation of Treaty of Peace And Friendship and Bill of Treason* *U.S. Constitution et al.*



# Indian River County Sheriff's Office
*Moor,* ~~Citizen~~'s Complaint Form

<div style="border:1px solid">IRCSO USE ONLY<br>Complaint Number:</div>

Date and Time Reported: _____

**Complainant:**
Name: *Moor,* Carmelo Etienne    Date of Birth: _____ Sex: Male
Home Address: _____ et _____ Phone: 772 ___ __-11
City, State, Zip Code: Vero Beach Fl 32960 (morocco)
Business Address: _____ Phone: _____
City, State, Zip Code: _____

**Complaint:**
Date and Time of Incident: 3-22-18    11:30 Am
Location of the Incident: Indian River court House
Nature of Complaint: John Cronenberg put his hands on me, after I ~~closely~~ told Him and also Dcf all 7 of them I a Moor, from Moorish Empire. And they were in violation of the peace and friendship treaty.
Arrest/Accident/Incident Number (If Known): 2018 DP00028/2018DP00029
*Moor,* Witness: Sophia Thelisma    Phone: 772 ___ __
Address: _____
Witness: _____ Phone: _____
Address: _____

**Agency Personnel Involved:**
Name: John Cronenberg    Title: Sgt.
Name: Roger Harrington    Title: Lt
Complainant's Signature: *Moor,* [signature]    Date: 3-28-18

Received By: _____ Date: _____

# Indian River County Sheriff's Office
Moor, ~~Citizen's~~ Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: _Ever Since the 9th of feb. 2018
so I was filling a lawsuit against the sheriff for
Hate crime Racist Conspirzcy and Countless other people
on it, like the mayor, Court House, state attorney, william Lee,
VBPD, etc, after I filled 4 days later I was in Jail on the
14 I went Back to the Court House, at the Civil division
John Cronenberg and Roger Harrington are Harrassing me
always near by violating my rights that they have to upHold,
it is a Conflict of interest to always Be present while Im
suing the sheriff office since the 9th of feb. 2018
Cronenberg and Haas Basicly Stoled property out of
Sophia purse a Burberry perfume price at 90.15 that
they told her to take out her purse and kept on the way
wn they refuse to give it Back and got Hostile.
And very Boligerent tell us to leave like slaves we are neither Black or
This is Racist, predice, Bias._                                    _Color._

**IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION**

Moor,
I, _Carmelo Etienne_ hereby certify and affirm that the statements contained
herein are true and correct. I further certify and affirm I make these statements subject to the penalties
outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false
statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any
material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s.
775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to
mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the
second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

Moor, _____          _Carmelo Etienne_
       Signature                    Print Name

Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has
presented the following document as identification _____ this, _____
day of _____, 20__.

_____
Notary Public or Law Enforcement Officer

*Violation of Treaty "ALL" and All of U.S. Constitution et al*
*Treason*



# Indian River County Sheriff's Office

*Moor,* ~~Citizen's~~ Complaint Form

IRCSO USE ONLY
Complaint Number:

Date and Time Reported: _____

**Complainant:**

*Moor,*
Name: Carmelo Etienne      Date of Birth: 7-3-85  Sex: Male

Home Address: _____ Street      Phone: (772) ___ ___

City, State, Zip Code: Vero Beach Fl 32960  (morocco)

Business Address: _____  Phone: _____

City, State, Zip Code: _____

**Complaint:**

Date and Time of Incident: 3-28-18      8:30 p.m.

Location of the Incident: 1725  38 Street

Nature of Complaint: Dylan Farinacci IRCSO, Dpty Lee ~~and~~ his Driver was pretty nice
David Flores
But the Sgt that Come to Arrest me illegally against my with wik
said word for word He don't Give a fuck about my sovereign Bull Shit;

Arrest/Accident/Incident Number (If Known): 2018-53696

*Moor,*
Witness: Sophia Thelisma      Phone: 772-___ ___

Address: _____

Witness: _____  Phone: _____

Address: _____

**Agency Personnel Involved:** IRCSO, Court House Illegal Charges.

Name: David Flores      Title: Sgt

Name: _____  Title: _____

*Moor,*
Complainant's Signature: _____      Date: 3-28-18

Received By: _____  Date: _____

# Indian River County Sheriff's Office

*Moor,* ~~Citizen's~~ Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: Sgt David Flores came to my House while I sitting on my porch listening to music, A total of 5 cops on foot came to arrest me for 5 counts of abusing 911, when sheriff officer came they put me in hand cuff with out showing me any proof I committed a crime and David Flores told me that he dont have to show me nothing even after I ask him to give me freedom of speech, I told him I was a Moor, from the Moorish Empire, I had Declare my Nationality on the courts public Records as a moor (Aboriginal Indigenous to this's land of Maraco the Sgt David Flores said he dont give a fuck in the presence of his officer Being very rude, Took me to jail illegaly and also took me back Home.

## IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION

*Moor.*
I, Carmelo Etienne _____ hereby certify and affirm that the statements contained herein are true and correct. I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

_Moor_ _____              Carmelo Etienne _____
Signature                                                                Print Name

*Affirm*
Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20___.

_____
Notary Public or Law Enforcement Officer

*Violation of Treaty, All And All of U.S. Constitutions et al.*

*Treason*



# Indian River County Sheriff's Office

*Moor,* Citizen's Complaint Form

| IRCSO USE ONLY |
|---|
| Complaint Number: |

Date and Time Reported: _____

**Complainant:**

*Moor,*
Name: Carmelo Etienne _____ Date of Birth: _ _ 85 Sex: Male

Home Address: _____ Street _____ Phone: 772 _ _ _ _ 11

City, State, Zip Code: Vero Beach Fl 32960 (morocco)

Business Address: _____ Phone: _____

City, State, Zip Code: _____

**Complaint:**

Date and Time of Incident: 3-11-2018   10:AM

Location of the Incident: 4055 41 Ave IRCSO Vero Beach Fl 32967

Nature of Complaint: I call 911 and then went to the Sheriff office to filed a report the Deputy got hostile and got all in my face on Camera also called Newborn I was trying to make a report or Refuse to take report And Newborn told me if I call 911 Im going to jail.

Arrest/Accident/Incident Number (If Known): Case # 2018-000 25973

*Moor,*
Witness: Sophia Thelisma _____ Phone: 772 480 0811

Address: _____ reet Vero Beach Fl 32960

Witness: _____ Phone: _____

Address: _____

**Agency Personnel Involved:** IRCSO    2 strips on shirt sleeves

Name: Moskowitz _____ Title: _____

Name: Barcaro Brianna Title: reserve

moor
Complainant's Signature: [signature]    Date: 3-28-2018

Received By: _____ Date: _____

# Indian River County Sheriff's Office

*Moor,*  ~~Citizen's~~ Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: On 3-11-2018 around 10 A.M. I call 911 About Stolen property for Sophia Thelisma. The person name is Jason Kelley commit a Burglary after Pay New Born Illegally went in with a crime Bar, we went to the IRCSO and met with Moskowitz who didn't want to let us file a real police report. He was trying to find a way to put his hands on me By stepping in to my space trying to provoke a reaction from us, instead of taking out a pen and taking the report Moskowitz call for Paul Newborn, to come harrass us when All we was trying to do is make a report, Brianna Barbare took out her paper work trying to transpass us instead of trying to take the report. IRCO Stoled my property and Illegally put Carmelo and Sophia on the news illegally and refuse to let us filed a report of Kidnapping, Hostage taken, false Information & Hoax.

## IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION

*Moor,*

I, _Carmelo Etienne_ hereby certify and affirm that the statements contained herein are true and correct. I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

_____ /Signature

_Carmelo Etienne_ Print Name

*Affirm*
~~Sworn~~ to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20__.

_____
Notary Public or Law Enforcement Officer

*violation of Treaty "ALL" And All of U.S. Constitution et al.*
*Treason*



# Indian River County Sheriff's Office
*Moor,* ~~Citizen's~~ Complaint Form

IRCSO USE ONLY
Complaint Number:

Date and Time Reported: _____

**Complainant:**

*Moor,*
Name: *Carmelo Etienne*          Date of Birth: _____ Sex: *Male*

Home Address: _____ *treet*          Phone: *772 480-08/1*

City, State, Zip Code: *Vero Beach Fl 32960  (Morocco)*

Business Address: _____ Phone: _____

City, State, Zip Code: _____

**Complaint:**

Date and Time of Incident: *2-12-2018      7:Am*

Location of the Incident: *,    `o` Street Vero Beach Fl 32960*

Nature of Complaint:
*Human Trafficking, Stolen property, Interstate Terrorism, Illegal Home Invasi.*
*Ashley Delaney and Tiffany Perry came to Conspire with michele Scherman*
*After I sued Dcf and Ashley Delaney Since friday the 9th of feb. 2018. Horn*
*Breach of contract by Dcf, IRCSo, Court House. Kidnapping, Interference with*
Arrest/Accident/Incident Number (If Known): *Case # 2018-00025973           custody.*

Witness: *Michelle lynn Scherman horn* Phone: *DCF.*

Address: _____

Witness: _____ Phone: _____

Address: _____

**Agency Personnel Involved:** *DCF, IRCSO*

Name: *Ashley Delaney*          Title: *CPI*

Name: *Tiffany Perry.*          Title: *CPI*

*Moor,*
Complainant's Signature: _____          Date: *3-28-2018*

Received By: _____ Date: _____

# Indian River County Sheriff's Office
## *Moor,* ~~Citizen's~~ Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: On 2-11-2018 a day Before they came to my House Illegally, Tiffany Perry and DCF! and Paul Mewbeen with the rest of His crew was Braking in to Sophia House with a crew Bar Illegally, Tiffany Has no power She illegally braking the rules of falsify Document before the court and to the sheriff office to kidnapped Kids that already sued the State ge, DCF, sheriff, VBPD, Mayor Office, court House, with Tony v. Collins came to visit me while I was in Jail around 6 p.m. Before I got Book in to your system, illegally on 2-12-2018 Tiffany also came to carmelo House with Lee Shane, Tony v. Collins to help them set up this illegal plot costing me money to get out of Jail when i never committed a crime to start with. This is treason Rocketeering Conspiracy, Hate Crime, Genocide, conspiracy against citizens Rights, I Am An aboriginal indegenous to this land of Morocco I Am not part of your Society, I Am Moor from Moorish Empire.

### IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION

*Moor,*
I, _Carmelo Etienne_ hereby certify and affirm that the statements contained herein are true and correct. I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

_____                    _Carmelo Etienne_
Signature                                    Print Name

*Affirm*
~~Sworn~~ to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20__.


_____
Notary Public or Law Enforcement Officer

*Violation Of Treaty "ALL" And Of U.S. Constitution et al.*
*Treason*

# Indian River County Sheriff's Office
## *Moor*, ~~Citizen's~~ Complaint Form



IRCSO USE ONLY
Complaint Number:

Date and Time Reported: _____

**Complainant:**

TITLE: MOOR
~~Name:~~ Carmelo Etienne   Date of Birth: 2-3-85   Sex: Male

Home Address: _____ Street _____ Phone: 772 480 0811

City, State, Zip Code: Vero Beach Fl 32960 (Morocco)

Business Address: _____ Phone: _____

City, State, Zip Code: _____

**Complaint:**

Date and Time of Incident: 2-12-2018   7:AM

Location of the Incident: _____ __ Street Vero Beach Fl 32960

Nature of Complaint: Human Trafficking
Stolen property Paul New Born Illegally Came in to my
house, illegal home invasion, Attempt murder on my life.
Illegally take me to Jail with no Search warrant or grounds.

Arrest/Accident/Incident Number (If Known): CASE # 2018-00025973

Witness: Michelle Lynn Schermerhorn Phone: DCF Knows her contact.

Address: _____

Witness: Neighbors.   Phone: _____

Address: _____

**Agency Personnel Involved:** IRCSO

Name: PAUL MWEBORN   Title: SGT

Name: DEWAYNE HOILETT   Title: DPTY

Complainant's Signature: _[signature]_   Date: 3-28-2018

Received By: _____ Date: _____

# Indian River County Sheriff's Office
*Moor,* ~~Citizen's~~ Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: In 2011 Paul mewborn went it to michelle Lynn Schermerhorn House illegally and told me to her address illegally when at the time my address was 1730 45 Ave. The address was at mike cut rate appt. 32 nd Street list outside of Paul mewBorn Jurisdiction, he later pass it to vero beach Pd. Now in 2018 he did it again as I told the 911 Dispatch I did not need any officers at my residence I just wanted to Document the saphid the lisma property was Broken in to By the sheriff officers and Def agent pulling strings for william Lee and Chief David curred. Paul mewBorn told Michelle Schermerhorn to help him conspire against Carmelo Etienne do to the officer injured Carmelo they came to kill him after Carmelo filed lawsuit But Carmelo was not home alone Michelle was a sleep in the bedroom with the k.ds. So Paul mewBorn plot and pland illegal charges on Carmelo stoled camera, laptop, cell phones, Beat Headphone

**IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION** I want to press charge for the pain. and suffering I went through and This is treason violation 18 usc §2381

Moor;

I, Carmelo Etienne _____ hereby certify and affirm that the statements contained Kidnapping herein are true and correct. I further certify and affirm I make these statements subject to the penalties Hostage tatten; outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

_____          Carmelo Etienne
Signature                                    Print Name

Affirm
~~Sworn~~ to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20__.

_____
Notary Public or Law Enforcement Officer

*Violation of Treaty "All" Kind of U.S. Constitution etal.
Treason*



# Indian River County Sheriff's Office
*Moor,* Citizen's Complaint Form

IRCSO USE ONLY
Complaint Number:

Date and Time Reported: _____

**Complainant:**
*Moor,*
Name: _Carmela Etienne_ Date of Birth: __ _ _ Sex: _Male_

Home Address: _____ Phone: _772- _ _ _811_

City, State, Zip Code: _Vero Beach Fl 32960 (morocco_

Business Address: _____ Phone: _____

City, State, Zip Code: _____

**Complaint:**

Date and Time of Incident: _2-12-2018   7:Am_

Location of the Incident: _17 - 20 street vero Beach M32960_
                          _Human Trafficking_

Nature of Complaint: _Stolen Property Paul newbern come with a total of 6 officers_
_plus his self to Illegally come try to Kill me Because I sued IRCSO_

Arrest/Accident/Incident Number (if Known): _Case # 2018-00025973_

Witness: _Michelle lynn Schermerhorn_ Phone: _DCF._

Address: _____

Witness: _Neighbors._ Phone: _____

Address: _____

**Agency Personnel Involved:** _Vi3PD, IRCSO_

Name: _Ryan Eggers_ Title: _DPTy_

Name: _Corporal Scribner_ Title: _Corporal_

                          *Moor,*
Complainant's Signature: _____ Date: _3-28-2018_

Received By: _____ Date: _____

# Indian River County Sheriff's Office

*Moor,* ~~Citizen's~~ Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: Scribner is also on my Arrest Affidavit Report saying Judge Kanarek order for my kids to be remove, I made contact with Scribner on 2-11-2018 before they illegally broke into Sophia's House which is also on video recording scribner said it was Judge Pegg that order it this is perjury. And also Ryan Eggers Been trying to kill me and Sophia Theli'sma, Ryan Eggers Been man hunting sophia Do to Back in 2014 Sophia Came from work and found a gun on the stairs to Her Appt. Sophia called 911 and Report it that had a Deputy Came out which was not eggers from VBPD, on the Report the Gun that Sophia reported was actually Eggers's property. Ryan went in the system and did the narative and illegally in the VBPD system, in 2016 Ryan Egger pulled Sophia Over after h in Her for 3 or 4 miles after Sophia left 911, Egger told Sophia She was suspicious going home when she stay at 2431 20th Ave, Now following Ryan Eggers is working IRCSO, Illegally Committing home invasion and Attemp murder on Carmelo Etienne life with His son Paul Mew Born, Cpl Scribner

**IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION** I am Not Black or colored I demand both of our name was tied to the Car Sophia was drivin Justice. J.

moor,

I, *Carmelo Etienne* hereby certify and affirm that the statements contained herein are true and correct. I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

_____
Signature

*Carmelo Etienne*
_____
Print Name

Affirm

Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20___.

_____
Notary Public or Law Enforcement Officer

*Violation of Treaty "All" + U.S. Constitution et.al*

*Treason*



# Indian River County Sheriff's Office

*Moor* ~~Citizen's~~ Complaint Form

IRCSO USE ONLY
Complaint Number:

Date and Time Reported: _____

**Complainant:**

*Moor,*
Name: _Carmelo Etienne_ Date of Birth: _7-3-85_ Sex: _Male_

Home Address: _____ Phone: _____

City, State, Zip Code: _Vero Beach Fl 32960_ (morocco)

Business Address: _____ Phone: _____

City, State, Zip Code: _____

**Complaint:**

Date and Time of Incident: _2-12-2018  7:Am_

Location of the Incident: _____ _Vero Beach Fl 32960_

Nature of Complaint: *Human Trafficking.*
_Stolen Property, Paul MewBern Came with Ryan Holly_
_to my house as they drove me to the hospital, I seen Both Paul MewB._
_And Ryan Holly with my properties cameras canon, laptop, cell phone Illega_
_Taking my properties with a search warrant to Be on my property._

Arrest/Accident/Incident Number (If Known) Case# _2018-00025973_

Witness: _Michelle lynn Schermer_ Phone: _DCF Knows._

Address: _____

Witness: _____ Phone: _____

Address: _____

**Agency Personnel Involved:** _JRESO_

Name: _RYAN Holly_ Title: _DPty_

Name: _____ Title: _DPty Drove me to Hospital Fake worker_
_comp. claim._

Complainant's Signature: _Moor,_ _____ Date: _3-28-2018_

Received By: _____ Date: _____

# Indian River County Sheriff's Office

*Moor,* ~~Citizen's~~ Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: Ryan Holly was one of the officers that come to also kill me to I had michelle wroke up out of her sleep and all the officer ran out leaving Dwayne Hoillett on me with his knee on my throat choking me tell me I going to fucking stop and they illegally force michelle out the house, to have her help them with this conspiracy I lost over a litter of blood and my bone is broken why is it not mention in the report. they made michelle clean the blood Destroying Evidence. In Jail they Bleach my clothes that had blood on it. The Deputy that Drove me to the hospital took a knife and cut his self and told me He got cut Just so he can claim workers comp Dr. Peter Tremml is part of this conspiracy I told him I was there illegally against my will Peter response he dont care and he didn't give ~~out~~ a fuck about me I was handcuff to a hospital Bed for 4 hours with no treatment and they also let me pass out 3 or 4 times. they refuse to let me use the restroom Derryl Green Hospital Security can confirm it. The Hospital took my blood Illegal

**IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION** Nurse Danille was napping me every time I pass out I ask for some water nobody help me..

*Moor,*

I, Carmelo Etienne hereby certify and affirm that the statements contained herein are true and correct. I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

_____          Carmelo Etienne
Signature                                    Print Name

*Affirm*
Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20___.

_____
Notary Public or Law Enforcement Officer



# Indian River County Sheriff's Office
## *Moor,* ~~Citizen's~~ Complaint Form

| IRCSO USE ONLY |
| Complaint Number: |

Date and Time Reported: _____

**Complaint:**

Name: *Moor,* *Carmelo Etienne* Date of Birth: *7-3-85* Sex: *male*

Home Address: _____ *Street* _____ Phone: *772 ___-_____*

City, State, Zip Code: *Vero Beach Fl 32960 (Morocco)*

Business Address: _____ Phone: _____

City, State, Zip Code: _____

**Complaint:**

Date and Time of Incident: *Feb 1, 2018, 2-11-2018*

Location of the Incident: *4055 41Ave Vero Beach/ 4498 51 Ave Vero Beach Fl 329c7*

Nature of Complaint: *Home Invasion, Treason, violation of treaty. Kidnapping, Human Trafficking, Genocide, Defamation of Character.*

Arrest/Accident/Incident Number (If Known): *2018-000 25973*

Witness: *Moor* *Sophia Thelisma* Phone: *772 100-0071*

Address: _____

Witness: _____ Phone: _____

Address: _____

**Agency Personnel Involved:** *IRCSO, Human Resource*

Name: *Linda Nolan* Title: *Sgt*

Name: *Justin Knotts* Title: *Detective*

Complainant's Signature: *Moor* [signature] Date: *3-28-18*

Received By: _____ Date: _____

# Indian River County Sheriff's Office
## Citizen's Complaint Form
## Supplement

(This section may be used by you and/or the agency to summarize or further your complaint.)

Additional Information: On Feb 1 2018 I Carmelo Etienne Called Human Resource And Spoke to Debbie from IA Justin Knotts Assistant. told her I need the right Address cause the Jail Loby sent me off of the property some where else, she refuse to give me the Address, I found the place my self when I get in Jason Came out Hostile not trying to hear nothin I had to say so I left while Sophia Thelisma fill him in on what been going on 2-11-2018 Linda Nolan Broke in to Sophia House on camera with a crow Bar, on 2-12-2018 Carmelo went to Jail illegally, on 2-13-2018 Carmelo to Judge Victoria L. Griffen its a Hate crime, that same night Jason Knotts come had me pulled out my cell and ask me for Sophia and told me if it was him he would been put me in Jail when I'm making videos about what was going on. He left me sitting in that Room Come to my House Illegally my Neighbors saw a video of Jason Knotts they said while I was in Jail Jason Came and search my House and Car. Michelle gave him my

**IMPORTANT, READ AND SIGN THE FOLLOWING INFORMATION** House Keys before she left.

Moer,
I, Carmelo Etienne _____ hereby certify and affirm that the statements contained herein are true and correct. I further certify and affirm I make these statements subject to the penalties outlined in Florida Statute 837.02 and Florida Statute 837.06.

837.02 Perjury in official proceedings (1) Except as provided in subsection (2), whoever makes a false statement, which he or she does not believe to be true, under oath in an official proceeding in regard to any material matter, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.
837.06 False official statements (2) Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

I have read and understand the above statement

Moer, _____  Carmelo Etienne
Signature                Print Name

Sworn to and subscribed to before me, the undersigned authority, by who is personally known or has presented the following document as identification _____ this, _____ day of _____, 20__.

_____
Notary Public or Law Enforcement Officer

Links of the sheriff and dcf

https://youtu.be/wA5LxYBCPkM

https://youtu.be/R5_kO245ek0

https://youtu.be/CNqZpvDc4VY

https://youtu.be/pLMUlrjThP4

https://youtu.be/qshC06C4KT4

https://youtu.be/T6Or3xAIURM

https://youtu.be/gQqSSv_Z_0A

https://youtu.be/CLVMa-bZFp0

https://youtu.be/D416ruuANsE

https://youtu.be/g4K25ITBhUA

Case numbers

# All parties involved individually

**Hate crime racist conspiracy Against Moor Family, Voilation of peace and Friendship Treaty, Retaliation, Tampering with witness/victims/plaintiffs of lawsuit, False Information and Hoax, Defamation of character, Misprison, Sabotage,  Racketeering, INTENT/Attempt to murder, Child Endangerment, (3cts) Kidnapping of Aboriginal Indigenous Children,  Enticement into Slavery, Deprivation of Human Rights, Treason, STATE sponsored TERRORISM Etc.**

### Real Estate Owners
- William lee (keystones management group owner)
- Julianne Price( Every dream has a price)

### Department of Health
- Julianne Price
- Charlie/Thomas

### Vero Beach Police Department
- David Currey
- Matt Monaco
- Kevin Martin
- John Pedersen
- Darryl Rivers
- Casey mayers
- Ryan Eggers
- Helen Boil
- Rosie Lopez

### Indian River Court House
- Clerk of court Jeffery R. Smith
- Judge Robert Pegg
- Judge Victoria Griffin
- Judge Paul Kanarek
- Judge David Morgan
- Florida State Attorneys 19th Judicial Circuit

### Lawyers
- E.Clayton Yates

### Starbright Lawyers Dcf:
- Katharine Cline

- Jeffery Battista

## Dcf

- Ashley Delaney
- Tiffany Perry
- Perinon Milton
- Lee Shane
- Catherine Browder
- Tony V. Collins
- Thomas Loveland
- Tim Slavens
- Adrain D
- Thomas Owens
- Sharon Smart

## Indian River County Sheriffs Department

- Daryl Loar
- Anthony Consalo
- Kristoffer Skovsgard
- Paul Mweborn
- Linda Nolan
- Ryan Holly
- Christopher Scribner
- John Cronenberg
- John Curley
- Justin Seigler
- Roger Harrington
- Robert Hass
- Ismael Hau
- Justin Knott
- Erick Flowers
- Teddy Floyd
- Ryan Eggers
- Moskowitz
- Brianna Barcaro
- David Flores
- Brain Aguiar

**Individuals**

- Darryl Williams
- Michelle Schermerhorn
- Satonya Early
- Vantrell Brown JR
- Shawanda Buckner