Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT

### for the

*MOORISH EMPIRE*

MOORS CARMELO ETIENNE
SOPHIA THELISMA
(V.E.B., Z.L.W, M.C.E, M.A.E, H.M.E)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

UNITED STATES DISTRICT COURTS FOR THE SOUTHERN
DISTRICT OF FLORIDA CIVIL DIVISION
ROBBIN L ROSENBERG
/ JULIANNE PRICE ET ALL

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

*MARTINEZ*

Case No.   18-14061-CV-_____7MAYNARD

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  [ ] Yes  [✓] No

MAR 2 0 2018

AMENDED *CROSS SUIT* (A

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CARMELO ETIENNE SOPHIA THELISMA ET ALL |
| Street Address | 1725 38TH STREET |
| City and County | VERO BEACH |
| State and Zip Code | FLORIDA 32960 |
| Telephone Number | (772 )480-0811 |
| E-mail Address | WEAREEQUALPEOPLELIVE@GMAIL.COM |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)*   CARMELO ETIENNE/ SOPHIA THELISMA   , is a citizen of the

State of *(name)*   USA, FLORIDA   .

2.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)*   SRGT FLORES (IRCSO)   , is a citizen of

the State of *(name)*   FLORIDA   . Or is a citizen of

*(foreign nation)* _____ .

2.   If the defendant is a corporation

The defendant, *(name)*   UNITED STATES DISTRICT COURTS FOR THE , is incorporated under

the laws of the State of *(name)*   UNITED STATES OF AMERICA   , and has its

principal place of business in the State of *(name)*   FLORIDA   .

Or is incorporated under the laws of *(foreign nation)*   UNITED STATES CONSTITUTION   ,

and has its principal place of business in *(name)*   STATE OF FLORIDA   .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. STATEMENT OF CLAIM

SINCE JANUARY 26 ,2018 UNITED STATES, FLORIDA, IRSCO AND THE DEPARTMENT OF CHILDREN AND FAMILIES VIOLATED THE PEACE AND FRIENDSHIP TREATY OF 1786.

THE AGREEMENT WITH INDIAN RIVER COUNTY COURT HOUSE WAS THE LAWSUIT CASE NUMBERS; 2018-CA-000102, 2018-CA-000103 WHICH WAS BREACHED BY THE JUDGES PEGG AND KANAREK. JUDGE PEGG ON 02/10/2018 BY SENDING THE POLICE AND DCF TO SOPHIA'S HOUSE TO TELL HER ABOUT ORDERS FROM JUDGE PEGG TO REMOVE THE CHILDREN FROM SOPHIA'S CARE AFTER LAWSUIT WAS FILED ON 02/09/2018, WHEN THE CHILDREN ON CASE 2018-CA-000103 ARE PLANTIFFS/VICTIMS SUING THE COURT HOUSE ET ALL TOO.

THE FOLLOWING DAY ON 02/11/2018 THE JUDGE KANAREK ORDER TO REMOVE SOPHIA CHILDREN FROM HER HOME WHEN LAWSUITS 2018-CA-000102, AND 2018-CA-000103 WERE BOTH ASSIGNED TO JUDGE KANAREK. THE POLICE ILLEGALLY BROKE INTO SOPHIA'S HOUSE VIOLATING THE $1^{ST},4^{TH},AND 14^{TH}$ AMENDMENTS WITH GUNS DRAWN SECURITY FOOTAGE SHOWS INTENT TO MURDER HE SOPHIA. WHEN SOPHIA RETURNED HOMEAFTER NOTICING THE BUGARLARY OF HER PROPERTY CAUSED BY THE SHERIFFS DEPARTMENT AND DCF AND WITNESSED BY SOPHIA'S NEIGHBORS, AND ALSO CAUGHT ON SURVEILLANCE.

ON 02/12/2018 OTHER BREACHES OF CONTRACT OCCURED WHEN CARMELO CALLED 911 TO REPORT A CRIME THAT HE WITNESSED THE DAY PRIOR ON SOPHIAS SECURITY SURVEILLANCE. WHILE CARMELO WAS ON THE PHONE WITH 911 HE ALSO WAS RECORDING ON FACEBOOK LIVE AND DISCLOSED HE WAS RECORDING TO THE DISPATCHER/OPERATOR. THE DISPATCHER SENT 7 SHERIFFS OFFICERS TO CARMELOS RESIDENCE, AGAINST HIS WILL, THAT TRESSPASSED AND ENTERED HIS PREMISES ILLEGALLY ,BEATING HIM, HAND CUFFING HIM, AND COUNTINUALLY BRUTALLY BEATING HIM TO THE POINT WHERE A BONE WAS BROKEN AND INTERNAL BRUISES OCCURED. CARMELO BLEAD OVER A LITTER OF BLOOD,AND WAS TAKEN TO THE HOSPITAL RECEIVING NO FORM OF REAL TREATMENT THEN WAS TAKEN TO JAIL 4 HOURS FROM BEING AT THE ER WITH NO TREAMENT. ON INDIAN RIVER SHERIFFS OFFICE ARREST AFFIDAVIT CASE REPORT#2018-00025973 STATES THAT IT WAS A COURT ORDER SIGNED BY THE SAME HONORABLE JUDGE KANAREK (SAME JUDGE ASSIGNED TO CIVIL CASES2018-CA-000102 AND 2018-CA-000103). THE JUDGE AND POLICE VIOLATED THEIR OWN 'CODES OF ETHICS' ACCORDING TO EACH INDIVIUALS AND OFFICIALS   AUTHORITATIVE POSTION AND CAPCITY,   ACTING OUT OF RETALIATION AND PERSONAL GAIN ,WHICH ALSO REFLECTS ON THE FACT THAT THEY DID NOT ACT UNDER 'THE COLOR OF LAW' OR UPHOLD THE CONSTITUTION THAT A.

ON 02/13/2018 THE SHERRIFFS OFFICE, DCF, JUDGES, AND 19TH JUDICIAL COURT HOUSE PUT SOPHIA ON THE NEWS ILLEGALLY, AS A MISSING PERSON WITH 3 CHILDREN STATING THAT DCF JUST WANTED TO CHECK THE WELL BEING OF THE CHILDREN. SOPHIA SAW THE NEWS AND IMMEDIATELY CALLED THE SHERIFFS OFFICE TO LET THEM KNW THAT HER AND HER CHILDREN WERE OK, AND NOT MISSING. SHE AGREED WITH THE DETECTIVE TO COME TO THE SHERIFFS LOBBY

SO THAT THEY CAN VERIFY THAT EVERYONE WAS OK BUT IT WAS ALL A PLAN TO KIDNAP THE CHILDREN AND WHEN SOPHIA WENT TO THE LOBBY WITH THE CHILDREN, THEY KIDNAPPED THE CHILDREN! NO QUESTIONS ASKED ALTHOUGH THE CHILDREN WERE IN GOOD HEALTH, AND HAPPY AS CAUGHT ON VIDEO SURVEILLANCE IN IRCSO LOBBY. WHICH BRINGS ME TO STATE THE FACTS THAT IS A FALSE INFORMATION AND HOAX,RACKETEERING,ESPIONAGE IN ORDER TO EXPLOIT, KIDNAP, SABATOGE, TO COMMIT CONSPRACY AGAINST CITIZENS RIGHTS, AND TREASON,ET ALL.

ON 03/13/2018 CARMELO SHOWED UP TO COURT AFTER THROWN IN JAIL ILLEGALLY, WITH THE CHARGES OF ABUSING 911, RESISTING ARREST WITH OUT VIOLENCE, ENTERFERING WITH CUSTODY, ALL FAKE CRIMES THAT HE CARMELO NEVER COMMITTED. EARLY THAT MORNIG IN FIRST APPEARENCE CARMELO TOLD JUDGE KANAREK (ON THE RECORD)THAT HE WAS IN JAIL ILLEGALLY, WHICH WAS IN VIOLATION OF HIS FIRST AMENDMENT RIGHT TO FILE A PETITION ACCORDING TO THE UNTIED STATED CONSTITUTION.

AFTER CARMELO STATED THE FACT THAT THEY WERE IN VIOLATION THEY( THE DEFENDANTS) STILL PROCEEDED TO TAKE CARMELO WHO WAS IN SHACKLES TO ANOTHER COURT ROOM, ROOM 7 BE EXACT WHERE THE HONORABLE JUDGE GRIFFIN DECIDED TO PROSECUTE CARMELO ON FAMILY MATTERS, MATTERS THAT DID NOT EXSIST BEFORE GOING TO JAIL THE DAY PRIOR, BECAUSE DCF, SHERIFFS, JUDGES, STATE ATTORNEYS OFFICE AND 19TH JUDICIAL CIRCUIT COURT SYSTEM PLANNED THE DEMISE OF HIS FAMILY AND RELATIONSHIP WITH MICHELLE SCHERMERHORN, (CARMELO'S CHILDRENS MOTHER A CAUCASIAN LADY) WHO THEY COVIENCED TO JOIN THEIR CONSPIRACY BY THREATING TO TAKE HER CHILDREN AWAY FROM HER, AND GIVING MICHELLE MOTIVE FOR RETALIATION AGINST CARMELO BY EXPOSING CONFIDENTIAL INFORMATION BETWEEN CARMELO AND SOPHIA AND VIOLATING HIPAA BY DISCUSSING CARMELO AND SOPHIAS PERSONAL LIFE INCLUDING THE FACT THAT CARMELO HAD A SECRET LIFE AND CHILDREN WITH SOPHIA, WHICH IS ALSO IN VIOLATION OF THE 1ST, 4TH , AND 14TH AMENDMENT AS STATED IN THE U.S. CONSTITUTION. IN THE COURT ROOM CARMELO ASLO TOLD JUDGE GRIIFIN ON THE RECORD THAT IT WAS A RACIST HATE CRIME CONSPIRACY THAT HIM AND SOPHIA HAD SUED THE DCF ET ALL SINCE THE 9TH OF FEBRUARY 2018.

RIGHT AFTER THAT COURT SESSION THEY HAD ANOTHER CASE AGAISNT CARMELO BETWEEN CARMELO AND SOPHIA, ILEGALLY IN SOPHIA'S ABSENCE, IN WHICH SOPHIA WAS NOT PRESENT AND WHEREABOUTS WERE UNKNOWN, ALL WHICH TOOK PLACE BEFORE THEY(IRSCO AND THE CONSPIRATORS) PUT SOPHIA AND CARMELO AGAINST THEIR WILL, ON THE NEWS ILLEGALLY THAT SAME NIGHT.

ALL OF WHICH COULD HAVE BEEN AVIODED IF ONLY JUDGE PEGG AND CLERKS DID NOT DENY THE 34 RESTRAINING ORDERS BETWEEN CARMELO AND SOPHIA ON THE 1ST AND 9TH OF FEBRUARY 2018. DCF, IRSCO, AND DEPARTMENT OF HEALTH, JULIANNE PRICE, INDIAN RIVER MEDICAL CENTER VIOLATED HIPAA AND BREACHED AGREEMENT.

III. Statement of claim

William Lee did not to maintain the house or property, he neglected it and made promises he did not keep. In fact the children and Sophia where with out hot water for almost a month. The air quality was very poor in fact the central heat/ ac did not work as it was damaged before moving in but sophia was unaware, and it did not work properly when it ran. The windows did not open because they did not have the proper handles on them and some of them just did not open at all. The paint was chipping because it was a old from 1961 and poorly painted. There were rats were living in the trees around and over the house and entered through the roof of the house and worked their way inside the house while contaminating by urinating and defecating and other diseases that they release by presence, all throughout the house and infrastructure. The rats entered through the holes in roof and Ac vents came into the house because he did not maintain the building. He was trying to get the maintenance man, Maurice Restrepo, who is not a licensed mold inspector or re-mediator to rip open and repair the house while the children and myself were in the house for the record, I am an Aboriginal indigenous woman to this land called the Morocco, Al Moroc, Al Maghrib Al-Aqsa ,and my children are aboriginals and indigenous as well. I have enough evidence and reasonable belief to believe that William Lee even conspired with Mc Nash residents and other Government, State,County, City, Public and Private Entities, Us.citizens and other Parties involved and or mentioned previously and this brief statement to tamper with property and to make the house more uninhabitable to force Sophia and children out unexpectedly for personal profit reasons, harass, stalk, defamation of character, enslavement, commit genocide, state sponsored terrorism against the family and sabotage and other violations of peace and friendship treaty, constitutional laws, us code violations,Florida state constitution and statues, human rights violations, etc.

After about 6 months of residing at William Lee's rental renting a room from Ronnie G at 2431 20th Avenue Vero Beach Florida 32960 for 600 dollars a month in 2016. Ronnie stop playing the rent for 3 months which caused numerous an eviction notices that Sophia ended up receiving and personally called William Lee to let him know that Sophia had just paid rent to Ronnie G who had sublet the house to Sophia and managed to owed William Lee $1300 for non payment. William Lee worked a lease agreement in June 2016 as the tenant with the security deposit of $1,000 after I just paid Ronnie G rent. Although, I had a new lease he still requested for Ronnie to stay there an additional month on my lease for free. Sophia, was pregnant around the time of signing the lease and William Lee knew he did not tell me about the lead paint or the environmental hazards, of sick estate of the building nor did he try . After dealing with the building and its problems thinking that it was coming from natural causes and trying to self  remedy all of the members residing in the house started to become sick at various times through especially the children AND mother throughout the year and even Carmelo who did not resign at the address became sick as well. As a matter of fact in   March 2017 the mother gave birth to the third child and was positive for lead but was kept from Sophia and suffered from kidney failure while giving birth due to the lead as shown in Sophias medical records due to the ill-will of William Lee,not only that do to the negligence of William Lee and the property even though he is the owner and president of "Keystone Project Management and also yellow kid inc, which I have legal documents to prove this didn't not take care of the house in any way shape or form. The lee's and Indian River medical center conspired to not tell her about the lead paint but treat Sophia and possible baby for lead by chelation therapy .William Lee treated Sophia like a slave he was taking her money but refusing to uphold his part of contract to fix on the house. He also, refuse to send out pest control for the for the mice, rat rodents, termites, roaches, etc. He did not try to maintain the trees, house structure, or property.

The conspiracy continues with William Lee, Indian River Health Department, and Vbpd, when sophia Thelisma finds out in November 2017 about the lead in the House and reported it to everyone all mandated reporters even in different States.   Sophia finally Adam from the Department of health in Tallahassee, knows about the lead and sent out a worker who only mentioned the lead in certain areas. I report it code enforcement came out from vbpd they didn't report the lead building department came out they didn't report the lead base paint Teddy Floyd came out from the sheriff office he didn't report the lead base paint Julia price came out representing the health department she didn't report the lead-based paint the hospital found lead in Sophia's system treat her with a chelation treatment but they didn't report to Sophia or to the EPA the lead-based paint there was another two different inspectors that

came out from the health department they didn't report the lead-based paint to the EPA so everybody was in on the matter the police, sheriff ,building, code enforcement, Health Department, Hospital, Courthouse, state attorneys, so everybody even DCF knows about the lead-based paint but they did not report the lead based paint and all these people are mandated reporters they have to do this by their law we are Moors the children you hold which are kings and queens are Moors the conspiracy go so far William Lee, caused kidnapping [(and all crimes by organized crimes of conspiracy between various entities and corporation, like vbpd-(IA Lt Manaco and top tier employees and david currey to dcf) who then passed it on to (IA- Justin Knotts and top tier Employees and Daryl Loar) (Justin knotts to judges, dcf,and others etc.)] of all children because before then Sophia did not have any issues with these    any of entities (except for Vbpd Ryan Eggers who was stalking Sophia because Sophia found his gun (not police gun) on the steps of 1422 16th street of her apartment and reported it 911 back in 2014 in August) and there was no problem with the city with the courts with the police with the health department with anybody with the hospital all parties can be connected through the use of Sophia's address and personal records and contracts also the parties involved can all be linked through Association via telephone, fax, email, social media groups, online groups website boards and direct Association or contact, community groups, work affiliation,city and county meetings boards, committees, and all other conjoining associations and organizations, Affiliations of United States of America, State of Florida, City of Vero beach,County of Indian river, etc.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1

| | |
|---|---|
| Name | MICHELLE LYNN SCHERMERHORN   DCF |
| Job or Title *(if known)* | |
| Street Address | DCF KNOWS( CONTACT DCF) |
| City and County | VERO BEACH INDIAN RIVER |
| State and Zip Code | FL 32960 |
| Telephone Number | |
| E-mail Address *(if known)* | MIALOVE421@GMAIL.COM |

Defendant No. 2

| | |
|---|---|
| Name | DARRYL WILLIAMS   DCF |
| Job or Title *(if known)* | NATIONAL GAURD RESERVE |
| Street Address | 1441 SW Abingdon Ave, |
| City and County | Port St. Lucie, ST.LUCIE |
| State and Zip Code | FLORIDA 34953 |
| Telephone Number | DCF |
| E-mail Address *(if known)* | FACEBOOK |

Defendant No. 3

| | |
|---|---|
| Name | RYAN EGGERS |
| Job or Title *(if known)* | DEPUTY IRSSO |
| Street Address | 4055 41ST AVE |
| City and County | VERO BEACH, INDIAN RIVER |
| State and Zip Code | FL 32967 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

**Defendant No. 1**

Name                              JUSTIN  KNOTTS

Job or Title *(if known)*         DETECTIVE /LUTENIENT

Street Address                    4055  41ST  AVE

City and County                   VERO BEACH

State and Zip Code                4055     FL. 32967

Telephone Number                  (772) 569 6700

E-mail Address *(if known)*

**Defendant No. 2**

Name                              JEFFERY  SMITH

Job or Title *(if known)*         CLERK  OF  COURT

Street Address                    2000 16th ave

City and County                   VERO BEACH   USA

State and Zip Code                FLORIDA , 32960

Telephone Number                  (772) 770 5185

E-mail Address *(if known)*

**Defendant No. 3**

Name                              ROBBIN L. ROSENBERG (JUDGE)

Job or Title *(if known)*         U. S. D. C. SOUTHERN D.O.F JUDGE

Street Address                    300 S. 6TH STREET

City and County                   DISTRICT OF FORT PIERCE  SAINT LUCIE COUNTY

State and Zip Code                FLORIDA  34950

Telephone Number                  (772) 467-2300

E-mail Address *(if known)*

**Defendant No. 4**

Name                              INDIAN RIVER COUNTY COURT HOUSE

Job or Title *(if known)*         COURT HOUSE

Street Address                    2000 16TH AVE

City and County                   VERO BEACH INDIAN RIVER COUNTY

State and Zip Code                FLORIDA 32960

Telephone Number                  (772) 770-5185

E-mail Address *(if known)*

DEFENDANTS:

JULIANNE PRICE
HEALTH DEPARTMENT ADMINISTRATOR
1900 27TH STREET
VERO BEACH FL., 32960

HEALTH DEPARTMENT ADMINISTRATOR
1900 27TH STREET
VERO BEACH FL., 32960

INDIAN RIVER MEDICAL CENTER
1000 36TH STREET
VER BEACH FL.,32960

FLORIDA SHERIFFS ASSOCIATION
2617 MAHAN DRIVE
TALLAHASSEE 32308
                COUNTY
INDIAN RIVER SHERIFF OFFICE
4055 41ST AVE
  VERO BEACH FL,32960

YELLOW KID INC
WLLIAM LEE
KEY STONE PROPERTY MANAGEMENT GROUP
2001 9TH AVE #308
VERO BEACH FL., 32960

  PRESIDENT DONALD TRUMP
1600 PENNSYLVANIA AVE N.W.
WASHINGTON DC., 20500

DEPARTMENT OF HEALTH
4052 BALD CYPRESS WAY
TALLAHASSEE FL 32399

DEPARTMENT OF CHILDREN AND FAMILIES
1317 WINEWOOD BIVD #202
TALLAHASSE FL 32399

Statement of claim

William Lee did not to maintain the house or property, he neglected it and made promises he did not keep. In fact the children and Sophia where with out hot water for almost a month. The air quality was very poor in fact the central heat/ ac did not work as it was damaged before moving in but sophia was unaware, and it did not work properly when it ran. The windows did not open because they did not have the proper handles on them and some of them just did not open at all. The paint was chipping because it was a old from 1961 and poorly painted. There were rats were living in the trees around and over the house and entered through the roof of the house and worked their way inside the house while contaminating by urinating and defecating and other diseases that they release by presence, all throughout the house and infrastructure. The rats entered through the holes in roof and Ac vents came into the house because he did not maintain the building. He was trying to get the maintenance man, Maurice Restrepo, who is not a licensed mold inspector or re-mediator to rip open and repair the house while the children and myself were in the house for the record, I am an Aboriginal indigenous woman to this land called the Morocco, Al Moroc, Al Maghrib Al-Aqsa ,and my children are aboriginals and indigenous as well. I have enough evidence and reasonable belief to believe that William Lee even conspired with Mc Nash residents and other Government, State,County, City, Public and Private Entities, Us.citizens and other Parties involved and or mentioned previously and this brief statement to tamper with property and to make the house more uninhabitable to force Sophia and children out unexpectedly for personal profit reasons, harass, stalk, defamation of character, enslavement, commit genocide, state sponsored terrorism against the family and sabotage and other violations of peace and friendship treaty, constitutional laws, us code violations,Florida state constitution and statues, human rights violations, etc.

After about 6 months of residing at William Lee's rental renting a room from Ronnie G at 2431 20th Avenue Vero Beach Florida 32960 for 600 dollars a month in 2016. Ronnie stop playing the rent for 3 months which caused numerous an eviction notices that Sophia ended up receiving and personally called William Lee to let him know that Sophia had just paid rent to Ronnie G who had sublet the house to Sophia and managed to owed William Lee $1300 for non payment. William Lee worked a lease agreement in June 2016 as the tenant with the security deposit of $1,000 after I just paid Ronnie G rent. Although, I had a new lease he still requested for Ronnie to stay there an additional month on my lease for free. Sophia, was pregnant around the time of signing the lease and William Lee knew he did not tell me about the lead paint or the environmental hazards, of sick estate of the building nor did he try . After dealing with the building and its problems thinking that it was coming from natural causes and trying to self   remedy all of the members residing in the house started to become sick at various times through especially the children AND mother throughout the year and even Carmelo who did not resign at the address became sick as well. As a matter of fact in   March 2017 the mother gave birth to the third child and was positive for lead but was kept from Sophia and suffered from kidney failure while giving birth due to the lead as shown in Sophias medical records due to the ill-will of William Lee,not only that do to the negligence of William Lee and the property even though he is the owner and president of "Keystone Project Management and also yellow kid inc, which I have legal documents to prove this didn't not take care of the house in any way shape or form. The lee's and Indian River medical center conspired to not tell her about the lead paint but treat Sophia and possible baby for lead by chelation therapy .William Lee treated Sophia like a slave he was taking her money but refusing to uphold his part of contract to fix on the house. He also, refuse to send out pest control for the for the mice, rat rodents, termites, roaches, etc. He did not try to maintain the trees, house structure, or property.

The conspiracy continues with William Lee, Indian River Health Department, and Vbpd, when sophia Thelisma finds out in November 2017 about the lead in the House and reported it to everyone all mandated reporters even in different States.   Sophia finally Adam from the Department of health in Tallahassee, knows about the lead and sent out a worker who only mentioned the lead in certain areas. I report it code enforcement came out from vbpd they didn't report the lead building department came out they didn't report the lead base paint Teddy Floyd came out from the sheriff office he didn't report the lead base paint Julia price came out representing the health department she didn't report the lead-based paint the hospital found lead in Sophia's system treat her with a chelation treatment but they didn't report to Sophia or to the EPA the lead-based paint there was another two different inspectors that

### III. STATEMENT OF CLAIM

SINCE JANUARY 26 ,2018 UNITED STATESOF AMERICA,FACEBOOK,VERO BEACH FLORIDA, IRSCO AND THE DEPARTMENT OF CHILDREN AND FAMILIES VIOLATED THE PEACE AND FRIENDSHIP TREATY OF 1786, US CONSTITUTION AND CODES, HUMAN RIGHTS, CODE OF ETHICS,AND MISSION STATEMENT.

    THE AGREEMENT WITH INDIAN RIVER COUNTY COURT HOUSE WAS THE LAWSUIT CASE NUMBERS; 2018-CA-000102, 2018-CA-000103 WHICH WAS BREACHED BY THE JUDGES PEGG AND KANAREK. JUDGE PEGG ON 02/10/2018 BY SENDING THE POLICE AND DCF TO SOPHIA'S HOUSE TO TELL HER ABOUT ORDERS FROM JUDGE PEGG TO REMOVE THE CHILDREN FROM SOPHIA'S CARE AFTER LAWSUIT WAS FILED ON 02/09/2018, WHEN THE CHILDREN ON CASE 2018-CA-000103 ARE PLANTIFFS/VICTIMS SUING THE COURT HOUSE ET ALL TOO.

    THE FOLLOWING DAY ON 02/11/2018 THE JUDGE PEGG/KANAREK ORDER TO REMOVE   CHILDREN FROM HER HOME WHEN LAWSUITS 2018-CA-000102, AND 2018-CA-000103 WERE BOTH ASSIGNED TO JUDGE KANAREK. THE POLICE ILLEGALLY BROKE INTO SOPHIA'S HOUSE VIOLATING THE $1^{ST}, 4^{TH}$, AND 14TH AMENDMENTS THE US CONSTITUION, WITH GUNS DRAWN SECURITY FOOTAGE SHOWS INTENT TO MURDER SOPHIA. WHEN SOPHIA RETURNED HOMEAFTER NOTICING THE BUGARLARY OF HER PROPERTY CAUSED BY THE SHERIFFS DEPARTMENT AND DCF AND WITNESSED BY SOPHIA'S NEIGHBORS, AND ALSO CAUGHT ON SURVEILLANCE.

    ON 02/12/2018 OTHER BREACHES OF CONTRACT OCCURED WHEN CARMELO CALLED 911 TO REPORT A CRIME THAT HE WITNESSED THE DAY PRIOR ON SOPHIAS SECURITY SURVEILLANCE. WHILE CARMELO WAS ON THE PHONE WITH 911 HE ALSO WAS RECORDING ON FACEBOOK LIVE AND DISCLOSED HE WAS RECORDING TO THE DISPATCHER/OPERATOR. THE DISPATCHER SENT 7 SHERIFFS OFFICERS TO CARMELOS RESIDENCE, AGAINST HIS WILL, THAT TRESSPASSED AND ENTERED HIS PREMISES ILLEGALLY ,BEATING HIM, HAND CUFFING HIM, AND COUNTINUALLY BRUTALLY BEATING HIM TO THE POINT WHERE A BONE WAS BROKEN AND INTERNAL BRUISES OCCURED. CARMELO BLEAD OVER A LITTER OF BLOOD,AND WAS TAKEN TO THE HOSPITAL RECEIVING NO FORM OF REAL TREATMENT THEN WAS TAKEN TO JAIL 4 HOURS FROM BEING AT THE ER WITH NO TREAMENT. ON INDIAN RIVER SHERIFFS OFFICE ARREST AFFIDAVIT CASE REPORT#2018-00025973 STATES THAT IT WAS A COURT ORDER SIGNED BY THE SAME HONORABLE JUDGE KANAREK (SAME JUDGE ASSIGNED TO CIVIL CASES2018-CA-000102 AND 2018-CA-000103). THE JUDGE AND POLICE VIOLATED THEIR OWN 'CODES OF ETHICS' ACCORDING TO EACH   INDIRVIUALS AND OFFICIALS   AUTHORATIVE POSTION AND CAPCITY,   ACTING OUT OF RETALIATION AND PERSONAL GAIN ,WHICH ALSO REFLECTS ON THE FACT THAT THEY DID NOT ACT UNDER 'THE COLOR OF LAW' AND FAILED TO UPHOLD THE CONSTITUTION IN WHICH YOUR UNITED STATES IS BASED UPON   .

    ON 02/13/2018 THE SHERRIFFS OFFICE, DCF, JUDGES, AND 19TH JUDICIAL COURT HOUSE PUT SOPHIA ON THE NEWS ILLEGALLY, AS A MISSING PERSON WITH 3 CHILDREN STATING THAT   DCF JUST WANTED TO CHECK THE WELL BEING OF THE CHILDREN. SOPHIA SAW THE NEWS AND IMMEDIATEDLY CALLED THE

(1" from top of page, and centered, begin title of Court)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _18-14061_ -CV- _Rosenberg / Maynard_
(Judge's Last Name/Magistrate's Last Name)

_Moorish Empire_

Moor, _Carmelo Etienne_

moor; _Sophia Thelisma_

_____ _no Been Fl_

(Full Name of Plaintiff/s)

       Plaintiff (s)

vs. _United States of_

_America et al._

_Donald Trump._

(Full Name of Defendant/s),

       Defendant(s).

```
FILED by _____ D.C.

MAR 0 6 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE
```

_Order / Motion_ **to Order** PROTECTIVE ORDER

I, SOPHIA THELISMA / CARMELO ETIENNE [plaintiff or defendant], in the above styled

cause, WE ARE IN FEAR FOR OUR LIVES AND IN IMMENT

DANGER FROM THE USA, ESPECIALLY THE STATE OF

FLORIDA, INDIAN RIVER COUNTY, AND THE ENTIRE

TREASURE COAST. WE ARE SEEKING WITNESS

PROTECTION FOR OUR FAMILY AND OURSELVES AGAINST

THE HANIS UNLAWFUL ACTS THAT THE USA.

9TH OF FEBRUARY, WHICH IS A CIVIL COMPLAINT
AGAINST THE STATE OF FLORIDA, CASE NUMBER :
2018 CA 000102 / 2018 CA 000103. WHEN FILING
WE NOTED THE FACT THAT THE 19th JUDICIAL
COURT HOUSE OF INDIAN RIVER COUNTY WAS
VERY BIAS, PREJUDICE, AND RACIST, BY INTENTION-
ALLY MISLEADING US TO FILE THROUGH THERE
COURTS AS FEDERAL COURT, THAT IS JUDICIAL
MISCONDUCT, AND IS SO WHEN JUDGE PEGG
AND CLERK STAFF DENIES ORDERS OF PROTECTION
WHICH GAVE THE SHERIFF OFFICERS GROUND TO
COME HARASS AND ILLEGALLY VIOLATE 4th Amendment
rights over and over by harassing, and breaking
and entering 2 locations with guns drawn,
weapon used to break in crobar captured on
Survellence camera on the 11th February @
          Vero Beach FL          IN Violation
of the 18 USC ss 241, 242 "COLOR OF LAW". IT
IS A HATE CRIME WHEN THEY CHANGED CARMELO
AND ONE OF THE CHILDRENS ETHNICITY TO HAITIAN
AND ALSO INTENTIONALL VIOLATED THE HIPAA
LAW BY TAKING the oldest childs last name
V.K      and attaching it to carmelos copy righted
Fititious name.

(3)

HAS COMMITED AND CONTINUES TO COMMIT WE HAVE ALSO FILED FOR ASYLUM AGAINST THE UNITED STATES OF AMERICA, AS YOU MAY KNOW THAT IT CAN BE SOME WHAT OF A PROCESS SO until it IS GRANTED I AM ASKING FOR WITNESS PROTECTION, FOR MY FAMILY AND MYSELF. THEY HAVE COMMITED THE FOLLOWING HANIS AND UNLAWFUL ACTS ILLEGALLY: KIDNAPPING, IN VIOLATION OF THE 18 USC s.s. 1201 (A,C, AND D) AND THEY STILL HAVE ILLEGAL POSSESION OF MY KIDS. THEY HAVE ALSO COMMITED THE ACT OF CONSPIRACY AGAINST RIGHTS IN VIOLATION OF THE 18 USC s.s. 241. THEY HAVE TARGETED US BY OUR ETHNICTY AND ANCESTRAL ORIGIN, AND BY OUR POLITICAL PREFRENCE AND STATUS, AND THAT IN ITS SELF IS AN ACT OF TREASON ESPECIALLY WHEN THE USA ITS SELF, TAKES APON ITSELF TO CHANGE MY NATIONALITY, BY BIRTH IN THE USA TO A MINORITY. THAT IS IN VIOLATION OF THE 18. USC CHAPTER 15 SUBVERSIVE ACTIVITES, TREASON SEDITION. SS 2381, SS 2382, SS 2384. ALL OF THESE ACTS HAVE BEEN COMMITED AFTER I FILED LAWSUITS ON THE

ESPECIALLY WHEN THE GOVERNMENT ALREADY RECOGNIZES "MELO BARON" THE FITICIOUS NAME ON ALL MUSIC PLATFORMS INCLUDING APPLE MUSIC AND SPOTIFY, which is a COPY WRITTEN NAME SO THEY ARE ALSO IN VIOLATION OF 17 USC. SS 501 INFRINGEMENT OF COPY WRIGT (A,B,C.) THEY HAD THE "PLEEZY BARON" FACEBOOK SHUT DOWN WHICH IS ALSO IN VIOLATION OF 17 USC SS. 501 INFRINGMENT, BECAUSE IT IS COPY WRITTEN TO CARMELO Etienne. ON THE 12th of FEBRUARY 2018 CARMELO CALLED 911 to report ALL OF THE POLICES MALICIOUS, AND ILLEGALO BREAKINS AND HARRASSMENT THAT HAPPENED THE DAY PRIOR AT SOPHIA'S OLD ADDRESS AT ____ Vero Beach FL ____ THERE IS video evidence of this call, where Carmelo told 911 DISPATCHER he did not want them to come out due to the previous violation of the USConstitution civil rights. Carmelo's ADDRESS IS ____ ____ Vero Beach FL. ____ where dispatch violated Carmelos 1st Amendment right by Ignoring/denying him the right to file a petition, and also his 4th amendment



right by sending officers in the amount of
7 officers and the leader of the organized crime
was Sergeant Mwcborn, to only trespass on
private property but to then proceed to
commit Federal Crimes by breaking and entering
which is in violation of the fourth amendment
right, and violation of the act Federal Criminal
ENFORCEMENT. 18. USC ss 241, 242, "color of law"
It was also Police misconduct and home invasion
attempted premeditated murder. LET ME EXPLAIN:
WHEN THEY USED A KNIFE TO BREAKIN INTO THE
DOOR OF THE HOUSE CARMELO WAS ALREADY
ON THE FLOOR, FLAT, WITH HANDS BEHIND HIS
BACK, 6 OFFICERS RUSHED IN AND TACKLED CARMELO
WHILE ALREADY ON THE GROUND - WHILE SOME OF
THEM PUT THEIR KNEES ON HIS BACK AS IF THEY
WERE TRYING TO SUFFERCATE CARMELO. As I was
in handcuff they proceed to kick me, Punch me,
elbow me till the point they Broke a Bone in my
hand and I Bleed over a liter of Blood as
I was passing out Officer Dwayne Hoillet my
Arresting officer told me I going to fucking
Stop. As the got me to the police car I seen

Sgt Paul Mewborn with my Cameras Canon styles. and my phone looking for the evidence they came to kill Carmelo the only reason it didn't happen Michelle lynn was in the Bed Sleep Carmelo was calling her name to wake up the kids Start Crying. That is when the Sgt Paul Mewborn Start yelling at Michelle to get out the house like She was doing Something wrong, Now Come to find out she Been working with the Government to Conspire Against me By Cleaning my Blood and telling me on text messages I'm not going to win my Law Against Florida I have the proof.

This is in violation of the Act:

- Color of Law 18 U.S.C. § 241, 242
- Conspiracy Against Rights 18 U.S.C. § 241
- Police Misconduct Provision - 42 U.S.C § 14141
- Malicious Prosecution
- Treason § 2381, § 2382, § 2384
- Excessive Force
- False Arrest, False Imprisonment

Also in violation of the US Constitutional Rights that protect us from Crimes like this. 1 - 27 Rights Violated.



They took Carmelo to the ER, the Ambulence Side, where the rest of the Conspiracy was Being Conjured up, the Sheriff officer cut him self At the Hospital to Claim workers Comp by the order of the General, which was a women running the Area, it look funny when the room already had 2 older people I seen some where Before like a political flyer, It was Room 19 my document was Already printed in that room Before any body ask what my name was. Carmelo (me) was Handcuff to a Bed for the Amount of 4 hours Bleeding, Bed Sheets was change 3 times. I finally saw my dr. Peter tremml at the Indian River County medical Center I told I was At the hospital Against my will, I was not a Prisoner, Can He ask the Sheriff office to provide him my Dr. with the legal Documents to treat me He the Dr. Told me word for word He Don't Care and He Don't Give a Fuck, which is Medical Malpractice I didn't recieve no tretment But was Clear to go to Jail. Peter Tremml And The Medical Center of Indian River County violated.
22 U.S. Code § 2702

The Hospital Illegally Drug test me, Illegally took Carmelo Etienne Blood. and Denied him the right to use the rest room. Guarded by Derryl Green, I lost so much Blood I pass out 3 time Nurse Danielle told me as She Slaps me She was going to put tubes in me I request some water they made me wait 3 hours Before take a rag Soaking in the Sink for me (Carmelo) to drink from Both on my hand were hand cuff to the Bed. Fanaly Xray Came And I had a Broken Bone in my finger the every body Start to tell me I was going to get release next Step Sheriff officer Dawayne Haillet Came to read me my marenda Rights I was Arrested At 7 a.m. But was not Book till 7:30 p.m. they were at my House Searching Illegally and they all so State in the Police Report. They violated:- 18. U.S. Code 8792 Harbor or Concealing Persons.
- 18 US Code § 799 - Violation of regulations.
National Aeronautics and
Space Administrations
By Flying over my house Spying on me.
Hate Crime Prevetion Act Of 2009 18 USC § 249



I turn Evidence to the State Attorneys office
a week Before I file a lawsuit- looking for
Help against Dcf violating my rights ant I wanted
to press Charges on Dcf Agents teo.
on the 13 of Feb. the State Attorney violated
my 8th Amendments Right when they demand
me The Judge to give me a High Bond. On all
3 Charges that is illegally put on me. And
also fallow 2 more Court Apperance with Judge
Griffen Illegally on Family Court where I ask
to represent my self in court its all on
the record when I told the Judge it a Conspiracy
and she still wanted to proceed with prosecution
on me. I sued on the 9th of Feb for Hate Crime Racist
Conspracy
- Courts violated: Judicial Misconduct
- Hate Crime Prevention Act of 2009 - 18 U.S.C. § 249
- Conspiracy Against Rights - 18 USC § 241
- FEDERAL CRIMINAL ENForcement - 18 USC § 241, 242
- Indian River County Courts violated:
- Treason § 2381 § 2382 § 2384
Treason, Sedition, Subversive, Activities.
- Kidnapping - 18 U.S.C. § 1201 A, C, D.
Malicious Prosecution, False Imprisonment

On Jan. 26. 2018  Sophia recieve a Call from Ashley Delaney stating that she recieved a Call from the Abuse Hot line, And wanted to Check on the well being of the Children. Ashley Delaney may be related to W. Delaney US Marshals and also Related to Tarr Delaney on the news with the mass Shooting telling her side of the fake events. while on the 26 of Jan 2018. Ashley     Illegally violated Sophia 4th Amendment Rights. By searching Sophia property illegally and Sophia have evidence of the text messeges to prove Ashley Delaney Maliciously use the Color of Law. - 18 U.S.C. §241, 242.

Ashley Delaney report Clearly say there no Crime How do the Conspire to put Sophia on the News Illegally on the 13th of feb while Carmelo was in Jail on fake Crimes. Violation of the Act.

- Police Misconduct Provision - 42 USC §14141
- Conspiracy Against Rights. - 18 USC §241
- Treason §2381, §2382, §2384
- Kidnapping - 18 U.S.C. §1201 A, C, D.
- Malicious Prosecution
- False Arrest



On Jan 25 the police was called By Sophia
on the Behalf of Carmelo Etienne for His
Property was Stolen By William Lee and
Maurice Restrespo the Cpl that Arive was
in Jail for Battery 9 days Before on the 16th
of Jan for punching a Girl. He was a Chauvinist
he did not take out a pen or pad. to take the
report, his name is Derryl Rivers he didn't care
about anything I was saying after he left I
went to the Vero Beach Police Department to
try to get a none Bias Report I also Have
video to Support All that Im Saying And Also
physical Hard Evidence, I spoke to cpt Kevin Martin.
Lt Nat Manaco, No one wanted to let me
file a police report or Charges for my Stolen
property. The VBPD Illegally Change Carmelo
Address to Homeless. And Sophia Address to Homeless
to illegally. violation of Rule 41.
on the 26 of Jan the Police Chief david Currey
Call Carmelo to Come sit down and talk with to
fix the matter of the fake Police report
that Derryl rivers wrote. I Carmelo went to
VBPD) to me the, Chief witness John Pedersen
The police Chief Jump a cross a Conference
Desk try to Assult Carmelo which Carmelo
Had to tell hime to get Back in his Seat.

(12)

That was police misconduct, Lt John Pederson was a witness But didn't stand up to his Boss to tell the Chief he was out of line. Shortly after I ask for the police report realise it was not my words and have support videos to show where I ask the Chief why was william lee listed as my landlord and was the repport not in my words. that happend arround 11:30 or so a.m. I got up to leave the door wouldn't open and Lt John Persen walk me out the office But didn't want me to get on the Elevator. I call the news as I was outside the VBPD And Saphia went upstairs to speek to the Chief whilch is also on a reeording. Next I call FDLC where a Dictective By the name of Copollo Called us Back and start Cursing At us telling us thats not how it happend. And being very racist, Bias, and predjudice. Copollo Phone # is 407-205-4761 And I also Spoke to His Supervisor Jeson that was the same way. violations. Treason §2381 §2382 §2384 Conspiracy Against Rights. 18 USC 241 Color of Law 18. U.S.C. § 241, 242



Proceed to Arround later that After noon to make a non Bias Police Report at the Indian River Sheriff office I ASK to speek to the sheriff Him self the gave us officer Bgage that took the report and Change it around illegally, Change my Address to Sophia Address to go Horress her with 15 min of leaving the sheriff office. Ashley Delaney. Now today is 3-6-2018 the present day we have a federal lawsuit since feb 16 we still get harrass, Car Been Broken into at the Court House Illegal mail about Jurry Summons from the indian river County Court House, I did my research they are Killing people we need protection from the Court, Because they don't respect no Civil Rights, I even spoke to Rich Scott office, Her name LiSA Meyers, the Same Racist, Bias, Prejudices. I even spoke to pam Bondi Before I filled law suit She told me to get a lawyer She would Be help the other Side.

For the record I am suing Well Fargo Bank on the grounds of treason according 18. USC code ss 792, section 793, 794. By violatinging all of my constitutional rights, refusing me service on my money, assulting me with her shoes, and threating me to call the police after explaining to her the situation that the state of Florida was trying to kill me. The commited this violation by also asking for extra identification to run through a different data base. And while asking for a manager, she snapped on me, reach over to the counter grabbed my idea slammed it down, also violated my personal space which is in violation of my 4th amendment right. She also violated my 1st amendment right by not letting me speak and stomping her feet at me everytime I opened my mouth. And she threaten to call the police on me which is in violation of the 14th amendment rights. I know the bank works for me to guard, and protect my interest, with out the bias, prejudice, or racist and when they do it gives me grounds to sue for treason, and for taking part in a hate crime as big as this.

"A"  On the 7th of January 2018. Carmelo went to Lowes to return a battery charger. It was his turn in line, when a cashier who was older and caucasian told carmelo to go to the end of the line against his will. Carmelo said No... then Lowes called the police. violating my 1st amendment right through bias, prejudice, racism, descrimination, treason, hate crime. Tw 4 Days later Carmelo and Sophia were at Lowes and was targeted by a Lowes employee that maliciously rammed a cart into the side of Carmelos car not knowing that Sophia was in the car with the kids.

"B"  On Dec. 21-22, 2017 around or after I met with with Fred, Teddy Floyd (sheriff department) and Julian Price from the Private Investigations Department from the Department of Health in Tallahassee Florida, about a bias employee at the Vero Beach Health Depaptment not making a true and honest report about findings of the condition of the house. Lead Paint, active rat droppings, mold, Peeling paint, poor air and heat conditions, exposed outlets, rotten wood,

UNTRIMMED TREES, BROKEN WINDOWS THAT DON'T OPEN, ETC. HE WAS BIAS BECAUSE HE WAS IN SOME WAY FRIENDS OR FAMILIAR OF MY LANDLORD AT THE TIME WILLIAM LEE. AND THEY WERE SENT TO PROTECT WILLIAM LEES INTEREST, BECAUSE NOT ONLY DID THEY IGNORE THE FACT OF THE HOUSE BEING IN VIOLATION OF THE ENVIROMENTAL PROTECTION AGENCY ACT, BUT THEY ALSO IGNORED THE FACT THAT WILLIAM LEE CAUSED HARM AND ABUSE TO A VULNERABLE ADULT AND CHILDREN ALL UNDER 7 YEARS OLD. DID NOT NOTIFY DEPARTMENT OF CHILDREN AND FAMILIES OF THE FINDING OF ABUSE CAUSED BY WILLIAM LEE. INSTEAD JULIAN PRICE AND TEDDY FLOYD AND INDIAN RIVER COUNTY SHERIFF DEPARTMENT SET SOPHIA UP FOR AN UNDER COVER/STING/PLOT BY ARRANGING FOR SOPHIA AND KIDS TO STAY CHRISTMAS WEEK FOR 2 WEEKS AT A MOTEL THE MOTEL 6 LOCATED AT                   IN VERO BEACH FL    . SOPHIA CAUGHT ON TO THE FACT THAT THE MOTEL WAS BEING BIAS WHEN THE MOTEL 6 ALREADY HAD SOPHIA'S INFORMATION FROM THE TREASURE COAST HOMELESS COALITION ABOUT HER 2 WEEK VISIT AND UPON MEETING HER AND

BOOKING HER, WERE ALREADY WAS BEING RUDE TO
HER. THEY Provided her with poor customer service,
extremely dissatisfying, they gave her a total of
8 cards, 2 for each defective room the put her in.
All of the rooms were adjacent vertically and/or horizontally
AND ALL ROOM KEYS WERE DEFECTIVE AND VOID. THE DOORS
LOOKED THEY HAD BEEN PREVIOUSLY KICKED IN, IN
FACT THERE WERE PIECES MISSING FROM DOOR
AND SHAFT AND LOCKING MECHENISM. SOPHIA
TOOK NOTE AND PICTURES AND BROUGHT THE
SAFTEY CONCERNS TO BOTH MAINTENCE AND
FRONT DESK TO INFORM THEM OF THE DAMAGED
DOOR(S) AND TO REQUEST NEW ROOMS. THE
REQUEST FOR A NEW ROOM WAS GRANTED 3 MORE
TIMES BUT ALL WERE DEFECTIVE AND DID NOT HAVE
SAFE ENTRY. ON THE 22ND OF DECEMBER SOPHIA
MADE A PHONE CALL TO MOTEL 6 FRONT DESK TO
SPEAK WITH THE SUPERVISOR TO ADDRESS THE SAFETY
CONCERNS. DESHAWNA LOCKETT WAS the supervisor THAT
ANSWER SOPHIA RUDELY AND THREATENED SOPHIA THAT IF
SHE REQUESTED ANOTHER ROOM THAT SHE'D TERMINATE HER
STAY AND REPORT HER FOR HAVING GUEST STAY THE NIGHT.
SOPHIA EXPLAINED THAT IT'D BE IMMPOSIBLE BECAUSE



NO GUEST OVER. DASHAWNA came up to Provide SOPHIA with her last set of keys to the last room change room 4 were once again it was defective and deshawna who was also fighting to open the door had a real bad attitude, still trying to Ignore the fact that the doors were defective. The maintence man was rude as well blaming Sophia for inturpping his slumber while being paid to maintain the property.

Carmelo came the next morning with Clothes he Just Bought for Sophia And the kids, Carmelo adress the maintnance men under Camera about why all the rooms ARE Deffective, The Maintnance man Flip out start yelling and then Carmelo Ask for the manager, THAT IS WHEN DESHAWNA CARRIED OUT THE THREAT TO TERMINATE MY STAY AT THE MOTEL 6 REPORTING FALSEFYING A REPORT TO THE TREASURE COAST HOMELESS COALITION THAT I HAD GUEST OVER NIGHT, AND THAT THE GUEST WHO SHE CLAIMED SPENT THE NIGHT. TRIED TO FIGHT THE MAINTENCE GUY.

THEY VIOLATED MANY US CONSTITUTIONAL RIGHTS THE FIRST AMENDMENT RIGHT TO FILE A

(19)

COMPLAINT BY Julian Price, TEDDY FLYOD, Motel 6, motel 6 supervisor and EMPLOYEES, VERO BEACH INDIAN RIVER HEALTH DEPARTMENT AND BY COMMITING THE FEDERAL CRIME BY BEING A MANDATED REPORTER AND NOT REPORTING THE NEGLECT OF WILLIAM LEES . NEGLIEGENCE TO THE ADULT SOPHIA THELISMA AND HER 3 CHILDREN. HOW COME LEGACY MY SONS THERAPIST DID NOT REPORT IT ETHIER WHEN I TOLD THEM AND SHOWED DOCUMENTS OF THE LANDLORD TENANT ACT.                    . AND THE WHITE COLLARD CRIME ON THE NON REPORTING OF ENVIROMENTAL LAW BEING BROKEN BY WILLIAM LEE IN VIOLATION OF THE EPA. MEDICAL RECORDS FOR SOPHA AND CHILDREN SHOW THAT THE HOUSE DESTORYED THE FAMILIES HEALTH IN VARIOUS ILLMENTS SUCH AS, ALLERGIES, SKIN DISEASES, ADHD, BEHAVIORAL PROBLEMS, MEMORY LOSS, KIDNEY FAILURE, ANEMIA, LOW IRON, BLOODY STOOL, ETC.. . WILLIAM LEE AND CONSPIRATORS WERE ALL IN VIOLATION OF 40. CFR. PROTECTION OF ENVIROMENT. AND FAILURE TO REPORT



On 3-17-17 Sophia Thelisma gave Birth at Indian River medical Center to her 3rd Child, She was — Diagnosed with lead in her Blood, the hospital kept it from Her But Add to her report, as She giving Birth her Kidneys failed and were shutting down completely they had to do an emergency chelation procedure to revive her Kidneys which lead chelation is used to treat lead poisoned patients which puts/ties william Lee and Indian River Medical Center in Conspiracy with each other Also 2017 Around Nov/Dec Sophia had extremely and prodominately blood for stool and could not stop the bleeding medics were called to           were sophia and children reside. Not just Sophia but Carmelo had a problem with IRMC that would support the bias, prejudice and racism and Sophia & Carmelo can provide hard evidence to prove statements and reportings to be true.



Carmelo Etienne

On 8-27-2016 I was At Publix on Vero Beach Fl, I was making a money transfer. using the western union Services the Cashier took my information infront of me and hand it over to a Caucasin male look like an FBI Agent, I ask for a manager mr. Allen Brown Came out and I told him they violated my Rights. 4th Amendment Rights. and Also all my right to privacy I have supporting police report. on 6-3-2017 I went back to the Same publix as Soon I give my name to make a money transfer the Same thing happend I been watching for months. The Camera Start recording So I ask for the manager Mr. Allen Brow I ask why was he recording my money transaction was he the US Government he                told me he was going to Call the police on me for asking why was he illegally recording me. Violation. 18 U.S.code part 1-Chapter 88-Privacy §1801
                - Chapter 105-SABOTAGE §2151 to 2157
                -Treason §§ 2381 to 2391
                - Chapter 113 § 2311 to 2323
                - Chapter 37 -Espionage § 791 to 799
                Chapter 19 Conspiracy § 371 to 373

**SERVICE LIST**

_____
Party or Attorney Name

_We are equal People.live@gmail.com_
Attorney E–mail Address *(if applicable)*

_We Are Equal People_
Firm Name *(if applicable)*

_1725 38 Street_
Street Address

_Vero Beach Fl 32960_
City, State, Zip Code

Telephone: _(772) 480 0811_

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

_____
Party or Attorney Name

_We are equal People live@gmail.com_
Attorney E–mail Address *(if applicable)*

_We Are Equal People_
Firm Name *(if applicable)*

_1725  38 Street_
Street Address

_Vero Beach Fl 32960_
City, State, Zip Code

Telephone: _772 480 0811_

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

_3-30-18_
Dated: Month, day, year

Respectfully submitted,

_Carmela Etienne/Sophia Thelisma_
Name of Filer

_Pro Se_
Attorney Bar Number *(if applicable)*

_We are equal people live @ gmail.co_
Attorney E-mail Address *(if applicable)*

_We Are Equal People_
Firm Name *(if applicable)*

_1725 38 Street_
Street Address

_Vero Beech Fl 32960_
City, State, Zip Code

Telephone: _772 480 0811_

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_Carmela Etienne_ *[specify method of service]* on ___3-30-18___ *[date]*

on all counsel or parties of record on the Service List below.

_____
Signature of Filer

# NOTICE TO APPEAR

3/28/                                    2018-

Date                                     Agency Case Number

## STATE OF FLORIDA, COUNTY OF INDIAN RIVER

In the name of Indian River County Florida: The Undersigned certifies that there are just and reasonable grounds to believe, and does believe that:

On the ___ 28 day of ___ March ___ 2018, at ___ 2100 ☒ AM ☐ PM

Etienne                    Carmelo              NA              NA
Name (Last)                (First)              (Middle)        (Alias)

1725 28th St.              Van Bran          FL        32960
Address                    City              State     Zip

7/3/85      B/M      5'7"/125    Blk/Brn    772-141-6009
Date of Birth    Race/Sex    Height/Weight    Hair / Eyes    Phone

E350M152430
Occupation       Business Phone       DL #              SSN

In Indian River County, Florida, committed the following offenses:   Abuse of 911 X 5

In violation of section (s)  365.172 (13)  X 5         ☒ State Statue
                                                        ☐ Municipal
Facts of offense:   Capias  CP120180578

D Laimacci                    5705              IRCSO
Officer (Print)               ID#               Agency

**You must appear in County Court at the Indian River County Courthouse located at 2000 16th Avenue, Vero Beach, Florida on**

5          1          , 20 18  at  0630   ☐ AM ☐ PM
Month      Day          Year       Time

Co-Defendant (s)        ☐ Cited                        ☐ Cited
                        ☐ Jailed                       ☐ Jailed

**I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED ABOVE TO ANSWER TO THE OFFENSE CHARGED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT, THAT I MAY BE HELD IN CONTEMP OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.**

_____
Signature of Defendant

Sworn to and subscribed before me this  28      I swear the attached statement are true and correct to the best of my knowledge and belief.

Day of  March  , 20 18

_____              _____
Notary Public, State of Florida       Complainant / Agency

White: CLERK    Yellow: STATE ATTORNEY    Pink: LE AGENCY    Gold: DEFENDANT

Rev. 11/30/2010