# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Fort Pierce Division

Morocco, AL Moroc
Moorish Empire
moor, Carmelo Etienne
Sophia Thelisma
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v- Ryan Eggers
United States of America, IRCSO
Judge Paul B. Kanarek, Indian river County Court House
Judge David C. Morgan, Jeffery R. Smith
Justin Knotts        Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 18-14061-CV-Martinez/Maynard
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No

FILED by _____ D.C.

MAR 30 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## COMPLAINT FOR A CIVIL CASE
Cross Suit

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Moor, Carmelo Etienne / Sophia Thelisma
   Street Address:
   City and County:
   State and Zip Code: "Morocco"
   Telephone Number: 772 480-0811
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

- Name: Judge Paul B Kanarek / Indian river county Courthouse
- Job or Title (if known): Judge
- Street Address: 2000 16th Ave #375
- City and County: Vero Beach, Indian river
- State and Zip Code: Florida 32960 "Morocco"
- Telephone Number: 772-770-5052
- E-mail Address (if known):

Defendant No. 2

- Name: Jeffery R. Smith
- Job or Title (if known): Clerk of Court
- Street Address: 2000 16th Ave
- City and County: Vero Beach, Indian River
- State and Zip Code: Florida 32960 "morocco"
- Telephone Number: 772 770-5185
- E-mail Address (if known):

Defendant No. 3

- Name: David C. Morgan
- Job or Title (if known): Judge
- Street Address: 2000 16th Ave #263
- City and County: Vero Beach, Indian River
- State and Zip Code: Fl 32960 "Morocco"
- Telephone Number: 772-770-5070
- E-mail Address (if known):

Defendant No. 4

- Name: Indian River County Sheriff Office
- Job or Title (if known): IRCSO, protect and serve.
- Street Address: 4055 41 Ave
- City and County: Vero Beach, Indian River
- State and Zip Code: Florida 32960 "Morocco"
- Telephone Number: 772-569-6700
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [✓] Diversity of citizenship

*Illegal practicing of Law in Morocco.*

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

*misprison of treason 18 U.S.C. 2382*

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- Violation of Treaty "ALL" Peace and Friendship, Amity and Commerce.
- 18 USC Treason § 2381  — ALL of Constitution violation. — Human trafficking 18 USC § 1592, § 1593
- 18 U.S.C. Kidnapping § 1201  — False information and hoaxes 18 U.S.C. § 1038  — Breach of contract 41 U.S.C. § 6503
- 18 U.S.C. Genocide § 1091  — Acts of terrorism transcending national Boundaries 18 U.S.C. § 2332b.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) *Moor, Carmelo Etienne / Sophia Thelisma*, is a citizen of the Moor State of (name) *Florida "Morocco"*.

    b. If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,

    and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) *United States et al.*, is a citizen of the State of (name) *Florid "Morocco"*. Or is a citizen of (foreign nation) _____.

b. If the defendant is a corporation

The defendant, (name) __United States et al.__, is incorporated under the laws of the State of (name) __Florida "Morocco"__, and has its principal place of business in the State of (name) __Florida__.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) __Indian River County Court House IRCSO.__

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

2/12/18 Paul Kanarek Breach of Contract 800 Billion misprison of Treason
2/28/18 David C. Morgan Breach of Contract 850 Billion misprison of Treason Filling illegal Charges.
Jeffery R. Smith Breach of Contract 1.5 Trillion misprison of Treason
Justin Knotts, IRCSO, Ryan Eggers Breach of contract 6 trillion repeat violance misprison of Treason
Indian River County Court House Breach of contract 500 Trillion misprison of Treason violation of Treaty "ALL", Filling illegal Charges. Cont.
violation of Kidnapping our children 950 Decillion our children are worth ever Cent.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Moor, I Carmelo Etienne Been arrested illegaly countless times by the sheriff office with violation to the 1st Amendment right from the US Constitution on 7-9-05 I was a victum I went to jail an spent a year in the County J2.1 against my will, restreming order that Stacy Moore put on me, prove my inriocente, that I did not commit no Crime. again in 6-10-10 The Sheriff officer came into my house Illegally and Take me to Jail against my will again without letting me have freedom of speech, 2-12-18 Same thing again IRCSO came in my house again no real documents Ryan Eggers, Paul Newborn, Jason Knotts etc on 3-28-18 After I made my Declaration of Natitnality Judge David Morgan order my arrest The IRCSO And the Courts Kidnapped our children Illegally, An Trying to convict Carmelo on illegal Charges, I have Justin Knotts refuse to take a Complaint
### IV. Relief on Feb. 1 2018 Before the Sheriff office came to kill me.
Illegally putting Moor, Sophia Thelisma and Moor, Carmelo Etienne on the News. Defamation of Caracter.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any

Moor, Carmelo's punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
Demans      punitive money damages.

As Seen in paragaph 3 above a total of 509.15 Trillion to be paid in Gold, Silver, His Assets, And all properties, Assets Bank Acct., All Business of Defendants, Helicopter Cars, Plains, Boats, Live Stock etc. Moor, Carmelo Etienne, I order Immediete criminal actions Taken against The Defendant for Breach of contract, violation of Treaty, Treason et al.
Punitive Damages: 500 Quintillion   Human Trafficking: 800 Sextillion
Mental Anguish: 700 Septillion      False Information And Hoax: 900 Octillion
Kidnapping: 950 Decillion         Order to pay Moor, Carmelo Etienne and
Moor, Demand Payment of all Treasures Found Past, Present, future. Moor, Sophia Thelisma on violation of Acts of Terrorism Transcending National Boundaries. Everything Avaible Today ASAP

Page 4 of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/30/2018

Signature of Plaintiff
Printed Name of Plaintiff  CARMELO ETIENNE/ SOPHIA THELISMA

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

3-30-2018
_____
Dated: Month, day, year

Respectfully submitted,

Carmela Etienne/Sophia Thelisma
Name of Filer

Pro Se
Attorney Bar Number *(if applicable)*

we are equal people live@gmail.com
Attorney E-mail Address *(if applicable)*

We Are Equal People
Firm Name *(if applicable)*

1725 38 Street
Street Address

Vero Beach Fl 32960
City, State, Zip Code

Telephone: 772 480 0811

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

Carmela Etienne [specify method of service] on 3-8-2018 [date]

on all counsel or parties of record on the Service List below.

_____
Signature of Filer

# SERVICE LIST

_[signature]_         _[signature]_
Party or Attorney Name     Party or Attorney Name

weareequalpeople.live@gmail.com     weareequalpeople.live@gmail.com
Attorney E-mail Address *(if applicable)*     Attorney E-mail Address *(if applicable)*

We Are Equal People     We Are Equal People
Firm Name *(if applicable)*     Firm Name *(if applicable)*

1725 38 Street     1725 38 Street
Street Address     Street Address

Vero Beach Fl 32960     Vero Beach Fl 32960
City, State, Zip Code     City, State, Zip Code

Telephone: (772) 480 0811     Telephone: 772 480 0811

Facsimile: _____     Facsimile: _____

_[signature]_     _[signature]_
Attorneys for Plaintiff/Defendant     Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*     *[Party's Name(s)] (if applicable)*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Morocco, Al Moroe Moorish Empire Carmelo Etienne Sophia Thelisma
*Plaintiff(s)*

v.

Civil Action No. 18-14061-CV-Martinez/Maynard

Judge Paul B. Kanarek
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

2000 16th Ave #375
Vero Beach Fl 32960
772 480-0811
"Marocco"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sophia Thelisma
Carmelo Etienne
1725 38 Street
Vero Beach Fl 32960
772 480 0811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Moor; Morocco, FL moroc.
Moorish Empire
Carmelo Etienne
Sophia Thelisma
*Plaintiff(s)*

v.

Civil Action No. 18-14061-cv-martinez/maynard

Jeffery R. Smith, Indian River County
*Defendant(s)* Court House.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

2000 16th Ave
Vero Beach Fl 32960
"Morocco"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

moor; Sophia Thelisma    772 480-0811
Carmelo Etienne
1725 38 Street
Vero Beach Fl 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Morocco, Al Moroc.
Moorish Empire
Carmelo Etienne
Sophia Thelisma
_____
*Plaintiff(s)*

v.

Civil Action No. 18-14061-CV-martinez/maynard

Judge David C. Morgan
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

2000 16th Ave #263
Vero Beach Fl 32960
"Morocco"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Moor, Sophia Thelisma.
Carmelo Etienne
1725 38 Street
Vero Beach Fl 32960
772 480-0811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Morocco, Al Maroc
Moorish Empire
Moor; Carmelo Etienne
Sophia Thelisma
_____
Plaintiff(s)

v.

IRCSO, Justin Knolls, Ryan Eggers
_____
Defendant(s)

Civil Action No. 18-14061-CV-Martinez/Maynard

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Justin Knolls, Ryan Eggers, IRCSO
4055 41 Ave
Vero Beech Fl 32967
"Marocco"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sophia Thelisma
Carmelo Etienne
1725 38 street
Vero Beach Fl 32960
772 480 0811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*