Unite States District Court
Southern District of Florida (Ft Pierce).

Case: 18-14061-CV-Martinez/Maynard.

INDIAN RIVER COUNTY COURT HOUSE
19TH JUDICIAL

CASE NO.:312018CA000102/312018CA000103
CASE NO.:312018DP000028/312018DP000029

**Moors;**
**Sophia and Carmelo Etienne**
_____/PLANTIFF(S)

FILED by ___ D.C.
APR - 3 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT PIERCE

vs

**State of Florida Dcf**
_____/DEFENDANT(S)

## WRIT OF QUO WARRANTO

WRIT OF QUO WARRANTO, EMERGENCY HEARING STRIKE AGAINTS DCF, STATE OF FLORIDA, ET ALL **AND GRANT JUDGEMENT ORDER BY DEFAULT ON CIVIL CASE**

My honor I am making a special appearance in this letter in my Apropia Persona, I am Moor, aboriginal indigenous to this land of Morocco the

I, hereby certify that, Moors;_Sophia Thelisma & Carmelo Etienne_ have carefully examine this matter and it is a true emergency. The courts Public records recognize that we are Moors,

No Judge, Florida Bar Member or US citizens in the United states corporate America has jurisdiction or status to make any decisions on any children descendants of Moors, so thereof they are moors by birth. The state of Florida, Dcf, Melissa Kay Cline, Jeffrey Battista,Esq. Susan Prado, Esq. Paul B. Kanerek, Et all lacks Jurisdiction, Status, and Nationality to even practice law or sit a bench on any aboriginal Indigenous human being to the land of

Morocco. These, children(Z.W.,V.B.,M.C.E) are not wards of the State, nor are they black or colored, they are Moors, as recognized and recorded in public records. The opposing parties are in Violation of the Peace and Friendship Treaty of Morocco1786/1787, Us Constitution and Florida Constitution for: threat, durrrest, and coercion, retaliation, kidnapping, genocide, tampering with 3 witnesses/ victims OF A LAWSUIT, destruction of evidence, false information hoax and defamation of character, violation of the due process of law/ clause from the 1st, 5th, 15th Amendment of their US Constitution, 28 USC 1602-1611 sovereign Immunity Act.

I, further certify that the necessity for this Emergency hearing has not been caused by my lack of due diligence on my part but has been brought about only by the circumstance of this case the issue presented by the matter of the fact that these are crimes against humanity being committed, violation of indigenous rights, and all Florida law and statues including; interference with custody under Florida statue 787.03(1),787.03(2), false official statement under Florida statue 837.06, kidnapping under Florida statue section 787.01, human trafficking; tampering with a witness, victim, or informant; Florida statue 914.22 as also known as modern day slavery under Florida law 787.06, in case 31-2018-CA-000103 filed February 9th that the same children were suing Dcf for 'hate crime racist conspiracy' and 'false information and hoax' . There also is a federal case against Dcf and the state of Florida State Attorneys office ET all. At this time i would also like for Dcf and the State of Florida to provide contract, Florida only works on contract policy, Do we have a contract where I agreed to the kidnapping of my children? Please provide the evidence and facts that claims of the dependence are based off.

I, further certify that I have made a Bona Fide effort to resolve this matter without the necessity of emergency action.

1. CAN THE ACTIONS TAKEN AGAINST A MAN AND WOMAN; MOOR CARMELO ETIENNE AND MOOR SOPHIA THELISMA BE FOUND TO COMPLY WITH DUE PROCESS?
2. CAN THE ACTIONS TAKEN BY THIS ENITY BE GROUNDED WITH VALID AUTHORITY?
3. CAN THIS ENITY OR AGENT PROVE IT HAS VALID AUTHORITY?

Dated this __3__ day of __April__.
Signature: _Moor, CARMELO ETIENNE_
Printed name: _Moor, CARMELO ETIENNE_
Telephone number: _772-480-0811_

CERTIFICAT OF SEVICE

I DO CERTY IF THAT THE ABOVE NOTICE OF SPECAIL APPEARENCE   NOT GENERAL, UNCONSTITUTIONAL /UNSANCTIONED NON-COMMON LAW COURT HAS BEEN FURNISHED VIA EMAIL, US POSTAL SERVICES, ETC,

**2018-14061-CV-MARTINES/MAYNARD**

**US DISTRICT COURTS OF FLORIDA**
For
The Southern Division

MOORS;
CARMELO ETIENNE, SOPHIA
PLANTIFFS,

V.

THOMAS LOVELAND,
DCF, ET AL,
DEFENDANTS,

_____,

**Writ of Quo Warranto**

**ORDER OF RECUSAL OF JUDGE MARTINEZ DUE TO VOLATION OF EMERGENCY HEARING THAT WAS SUPPOSE TO BE SET IN PLACE BY MAJISTRATE MAYNARD WE ARE TAKING ALL POWER OF DECISION MAKING IN THIS CASE FROM COLLETTE GRIFFIN AND THE CLERK OF COURTS DUE TO THE VOLATION OF THE UNITED NATIONS RIGHT OF INDIGENOUS PEOPLE**
**DUE TO THE FACT THAT WE ARE NOT APART OF THE DEFACTO: UNITED STATES OF AMERICA CORPORATION**
**WE ARE MOORS; WE ARE NOT SLAVES**

1.DUE TO THE FACT THAT WE HAVE FILED OUR DECLARATION INTO THE COURTS PUBLIC RECORDS AND CIVIL/CRIMINAL AFFIDAVITS. WE DONT NEED AN AJUDICATOR WE DEMAND JUSTICE ONCE AND FOR ALL BY MAJESTRATE MAYNARD.

2. DUE TO THE FACT THAT OUR FUNDS ARE BEING MALICIOUSLY DEPLETED, AND WE ARE NOT SUBJECTED TO ANYMORE SHARADES BY THE DELAY AND THE REFUSAL TO GRANT DEFAULT JUDGEMENT, RETURN CHILDREN AND PROSECUTE DEFENDANTS.

( THIS MAY RESULT IN FURTHER LEGAL ACTIONS TAKEN IF JUSTICE IS NOT GRANTED)

1. FOR THE LACK OF RESPONSE BY THE DEFENDANTS WE HAVE SENT EVERYTHING OUT AGAIN VIA CERTIFIED MAIL

## **AS A RELIEF**

1. RETURN OF CHILDREN
2. VERIFICATION OF NAME CHANGE
3. IMMEDIATE CIVIL REMEDIES TO PAY MY BILL DUE TO THE FACT OF DEPLETED FUNDS CAUSED BY THE WHITE COLLAR CRIMES OF DIVERSITY OF CITIZENSHIP AND NATIONALITY CONSPIRACY AGAINST HUMAN RIGHTS, ETC
4. IMMEDIATE PROSECUTION

**2018-14061-CV-MARTINES/MAYNARD**

**US DISTRICT COURTS OF FLORIDA**
For
The Southern Division

MOORS;
CARMELO ETIENNE, SOPHIA
PLANTIFFS,

V.

THOMAS LOVELAND,
DCF, ET AL,
DEFENDANTS,

_____,

**ORDER OF RECUSAL OF JUDGE MARTINEZ DUE TO VOLATION OF EMERGENCY HEARING THAT WAS SUPPOSE TO BE SET IN PLACE BY MAJISTRATE MAYNARD WE ARE TAKING ALL POWER OF DECISION MAKING IN THIS CASE FROM COLLETTE GRIFFIN AND THE CLERK OF COURTS DUE TO THE VOLATION OF THE UNITED NATIONS RIGHT OF INDIGENOUS PEOPLE**
**DUE TO THE FACT THAT WE ARE NOT APART OF THE DEFACTO: UNITED STATES OF AMERICA CORPORATION**
**WE ARE MOORS; WE ARE NOT SLAVES**

1. DUE TO THE FACT THAT WE HAVE FILED OUR DECLARATION INTO THE COURTS PUBLIC RECORDS AND CIVIL/CRIMINAL AFFIDAVITS. WE DONT NEED AN AJUDICATOR WE DEMAND JUSTICE ONCE AND FOR ALL BY MAJESTRATE MAYNARD.

2. DUE TO THE FACT THAT OUR FUNDS ARE BEING MALICIOUSLY DEPLETED, AND WE ARE NOT SUBJECTED TO ANYMORE SHARADES BY THE DELAY AND THE REFUSAL TO GRANT DEFAULT JUDGEMENT, RETURN CHILDREN AND PROSECUTE DEFENDANTS.

( THIS MAY RESULT IN FURTHER LEGAL ACTIONS TAKEN IF JUSTICE IS NOT GRANTED)

1. FOR THE LACK OF RESPONSE BY THE DEFENDANTS WE HAVE SENT EVERYTHING OUT AGAIN VIA CERTIFIED MAIL

### **AS A RELIEF**

1. RETURN OF CHILDREN
2. VERIFICATION OF NAME CHANGE
3. IMMEDIATE CIVIL REMEDIES TO PAY MY BILL DUE TO THE FACT OF DEPLETED FUNDS CAUSED BY THE WHITE COLLAR CRIMES OF DIVERSITY OF CITIZENSHIP AND NATIONALITY CONSPIRACY AGAINST HUMAN RIGHTS, ETC
4. IMMEDIATE PROSECUTION