AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Moor; Morocco, Fl Moroc. Moorish Empire
Carmelo Etienne
Sophia Thelisma

*Plaintiff(s)*

v.

Civil Action No. 18-14061-cv-martinez/maynard

Jeffery R. Smith, Indian River County Court House.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeffery R. Smith
2000 16th Ave
Vero Beach Fl 32960
"Morocco"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

moor: Sophia Thelisma    772 480-0811
Carmelo Etienne
1725 38 Street
Vero Beach Fl 32960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: 4/3/18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Morocco, Al Moroc.
Moorish Empire
Carmelo Etienne
Sophia Thelisma
*Plaintiff(s)*

v.

Civil Action No. 18-14061-CV-martinez/maynard

Judge David C. Morgan
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David C. Morgan
2000 16th Ave #263
Vero Beach Fl 32960
"Morocco"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sophia Thelisma.
Moor, Carmelo Etienne
1725 38 Street
Vero Beach Fl 32960
772 480-0811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: 4/3/18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Morocco, Al Moroe Moorish Empire Carmelo Etienne Sophia Thelisma )
)
)
)
)
**Plaintiff(s)**
v. )
) Civil Action No. 18-14061-CV-Martinez/maynor
)
)
)
Judge Paul B. Kanarek )
)
**Defendant(s)** )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Paul B. Kanarek
2000 16th Ave #375
Vero Beach Fl 32960
772 480-0811
"Marocco"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Moor Sophia Thelisma
Carmelo Etienne
1725 38 Street
Vero Beach Fl 32960
772 480 0811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: 4/3/18

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Moorish Empire Moor,
Carmelo Etienne
Sophia Thelisma
*Plaintiff(s)*

v.

(I.H) (ETAL)
Justin Knotts IRCSO
*Defendant(s)*

Civil Action No. 18-14061-CV-Martinez Maynard

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Justin Knotts IRCSO
4055 41 Ave
Vero Beach Fl 32967 "Morocco"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Moor, Sophia Thelisma
Carmelo Etienne
1725 38 Street
Vero Beach Fl 32960

(772) 480-0811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: 4/3/18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Moorish Empire
Moors, Al moroc
Carmelo Etienne
Sophia Thelisma
_____
Plaintiff(s)

v.

Ryan Eggers
_____
Defendant(s)

Civil Action No. 18-14061 CIV-MARTINEZ/MAYNARD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ryan Eggers (IRCSO)
4055 41 Ave
Vero Beach Fl 32967 "morocco"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sophia Thelisma
(&) Carmelo Etienne
1725 38th Street
Vero Beach Fl 32960 "morocco"

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: 4/3/18

_____
Signature of Clerk or Deputy Clerk