AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Emperor Muhammed AL moroc
Empress Amaryaa AL moroc
moor, CARMELO ETIENNE
moor, SOPHIA THELISMA
Affiants.

v.

Susan Chesnutt, Fl Bar
*Defendant(s)*

Civil Action No. 18-cv-14061-JEM

In propria persona

Affidavit of Facts.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Susan Chesnutt / Florida Bar
1904 12th ct
Vero Beach
Fl 32960
772 492-3330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the Affiants an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or Affiants attorney, whose name and address are: Moors SOPHIA/CARMELO
c/o 1725 38 Street
Vero Beach FL Republic  [none Domestic]
772 480-0811                [none Assumpsit]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 9, 2018

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ L. Harris
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Emperor Muhammed AL moroc
Empress Amaryaa AL Moroe
moor, CARMELO ETIENNE
Moor, SoPHIA THELISMA
, Affiants

v.                                Civil Action No.

                                  18-cv-14061-JEM

Melissa Kay Cline, FDCF
_Defendant(s)_

Affidavit of Facts.
**SUMMONS IN A CIVIL ACTION**
Melissa Kay Cline/FDCF/FL Bar.
1145 18th Place
Vero Beach Fl 32960

To: _(Defendant's name and address)_

772-410-0803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the Affiant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Affiant or plaintiff's attorney, whose name and address are:

Moors; SOPHIA/CARMELO
C/O 1725 38 Street
Vero Beach Fl Republic [none Domestic]
                       [none Assumpsit]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 9, 2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ L. Harris
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Emperor Muhammed AL moroc
Empress Amaryaa AL Moroc
Moor, CARMELO ETIENNE
Moor, SOPHIA THELISMA
Affiants

v.

Civil Action No. 18-cv-14061-JEM

Jeffrey Battista, Fl Bar
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)  Jeffrey Battista/Fl Bar
726 20th Street
Vero Beach Fl 32960
772 234-8025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the Affiant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Affiant or plaintiff's attorney, whose name and address are:

Moors SOPHIA/CARMELO
c/o 1725 38 Street
Vero Beach Fl Republic [none Domestic]
772 480-0811    [none Assumpsit]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 9, 2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ L. Harris
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Emperor Muhammed Al Moroc
Empress Amaryaa Al Moroc
moer, CARMELO ETIENNE
Moer, SOPHIA THELISMH
_____
Plaintiff(s)

v.

Civil Action No. 18-cv-14061-JEM

FDcf, Michelle lynn Schermerhorn
_____
Defendant(s)

Affidavit of Facts.
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Michelle lynn Schermerhorn
1904 12th Ct
Vero Beach Fl 32960
772 492-3330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Moors, SOPHIA/CARMELO
C/o 1725 38 Street
Vero Beach Fl Republic [none Domestic]
32960                              [none Assumpsit]
772 480 0811

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 9, 2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ L. Harris
Deputy Clerk
U.S. District Courts