*Affidavit of Facts.*

Morocco, Al Moroc,
Emperor Moorish Empire
Muhammed AL Moroc
Empress Amaryaa AL Moroc.
Moor, CARMELO ETIENNE
Moor, SOPHIA THELISMA
r. B. Z. w. M.C.E.   , M.E. H.E.

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Michelle Lynn Schermerhorn,
Susan Prado,
Susan Chesnutt, Jeffrey Battista,
STAR Bright, Melissa Kay Cline,
Florida Department of Children and Families
Florida Bar.   Defendant(s)

(Write the full name of each defendant who is being sued. If the name of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 18-14061-CV-Martinez/Maynard
(to be filled in by the Clerk's Office)

In propria persona.

FILED by _____ D.C.
APR - 9 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

Affidavit of facts/Objection
Affidavit AND Order FOR INJUNCTION
violation of Liberties.
18 U.S.C. 241; 18 U.S.C 242; 18 U.S.C. 245

## I. The Parties to This Complaint

### A. The Affiants.

Provide the information below for each Affiant named in the Affidavit. Attach additional pages if needed.

Name: Moor, CARMELO ETIENNE, SOPHIA T.
Street Address: c/o : 1725 38 Street
City and County: Vero Beach Fl (32960) Indian River
State and Zip Code: Florida Republic. ["non Domestic"]
Telephone Number: 772 480-0811 ["non Assumpsit"]
E-mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

## Affidavit of Facts.

**Defendant No. 1**
- Name: Melissa Kay Cline, Florida Department of Children and Families
- Job or Title (if known): Children's Legal Services.
- Street Address: 1145 18th Place
- City and County: Vero Beach Fl 32960  Indian River
- State and Zip Code: Florida
- Telephone Number: 772 410 0803
- E-mail Address (if known):

**Defendant No. 2**
- Name: Melissa Kay Cline, Florida Bar.
- Job or Title (if known): Children's Legal Services.
- Street Address: 1145 18th place
- City and County: Vero Beach Fl 32960
- State and Zip Code:
- Telephone Number: 772 410-0803
- E-mail Address (if known):

**Defendant No. 3**
- Name: Jeffrey Battista, Florida Bar.
- Job or Title (if known): Lawyer
- Street Address: 726 20th Street
- City and County: Vero Beach,
- State and Zip Code: Florida 32960
- Telephone Number: 772 234-8025.
- E-mail Address (if known):

**Defendant No. 4**
- Name: Susan Chesnutt, Florida Bar.
- Job or Title (if known): Lawyer
- Street Address: 1904 12th ct
- City and County: Vero Beach
- State and Zip Code: Florida 32960
- Telephone Number: 772 492-3330
- E-mail Address (if known):

_Affidavit of Facts._

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of **Naturalization** of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any **Affiants**.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [X] Diversity of citizenship

[X] **Diversity of NATURALIZATION**

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. **Violation of the Treaty of Peace and Friendship. Violation of the Treaty of Amity and Commerce. Attempted murder. Violation of the Treaty of Verona. Assault. Violation of Fl and U.S. Constitution. Violation of Human Rights. Violation of Indigenous Rights. Violation of Child Rights. Illegal Kidnaping. Rico Conspiracy, Grand Theft.**

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The **Affiants**.

   a. If the **affiant** is an individual
      The **Affiant** *(name)* **CARMELO E, SOPHIA T.**, is an **Affiant** of the State of *(name)* **Florida Republic "Morocco"**.

   b. If the **affiant** is a corporation
      The **affiant**, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)*
      _____.

   *(If more than one Affiant is named in the complaint, attach an additional page providing the same information for each additional Affiant)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* **Melissa Kay Cline.**, is a citizen of the State of *(name)* **Florida**. Or is a citizen of *(foreign nation)* **United States of America.**

b.  If the defendant is a corporation

The defendant, (name) **Florida Department Of Children and Families**, is incorporated under the laws of the State of (name) **Florida**, and has its principal place of business in the State of (name) **Florida**.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the ____ claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**Do to illegal Kidnaping, false information Hoax By putting us on the news, Treason, Illegal Court, Rico Conspiracy we Seek Justice to the fullest, Citizen Arrest to all the parties involved in these crime. We Seek our children Back And the Amount of 33 Trillion dollers in damages to the Kings and queens in your Captivity. Heirs to throne of Morocco, American Republic.**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each ____ is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the ____ harm or violated the ____ rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**2-9-2018 Hate crime Racist Conspiracy Lawsuit. filled with Judge Hanarek who Illegally Kidnaped our children.**

A.  Where did the events giving rise to your claim(s) occur? **different Lawsuit Complaint do to the on 2-9-2018 Carmen And SOPHIA filled 2 different children and Families, Tiffany police VBPD, Sheriff. IRCSO, DCF AKA Florida Department of children and Families, Tiffany perry, Tony V. Collins, et al. on the 26 of Jan. 2018 Ashley Delaney illegally force her wa into Sophia House with out search warrant also accompanied by a Sheriff with false aligation, Because we tried to Complain on the police Chief Davi Currey and also william Lee for taking of on property. On 2-11-2018 FDCF and IRCSO came and Illegally broKe in S.T. House caught on 3:8am the Dispatcher from IRCSO send 7 Dp Agents Braning the law, on 2-12-2018 on video Beat Carmelo tatte him to the ER and Jail at 7p to CB House Illegally. After FDCF put SOPHIA on the news to have her take the children to the Sheriff IRCSO where**

B.  What date and approximate time did the events giving rise to your claim(s) occur? **They Kidnaped our children on 2-13-2018.**

**1-25-2018 william Lee Complaint
1-26-2018 David Currey Complaint
1-26-2018 Ashley Delaney Illegal search
1-29-2018 met Ashley trying to press charge for false report.
2-7-2018 Sheriff IRCSO retaliation
2-9-2018 Law suit 312018CA000102 / 312018CA000103 for Hate crime Racist Conspirac. Court House Been Sued.
2-10-2018 Illegal stalKing Sophia House.
2-11-2018 Illegal BraKe-in By FDCF and IRCSO. Home invasion.
2-12-2018 Home invasion, Treason, Attempt murder, Kidnapping, Human Trafficki
2-13-2018 Illegal Court in on the record, Kidnaped our children that night
2-13-2018 Illegal court Judge victoria griffin Been Sued.
3-14-2018 Illegal court with Judge Cox who told no charges filed But I paid a 10,000 on Bail.**

## Affidavit of facts.

**C. What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Florida Department of Children and Family, Thomas Lovela Put His agents out trying to kill us Do to the Law Suits we Have filled in the Amount of 100 Billion a piece, All of the Sheriff Dpty like Paul mewBorn Stole Carmelo 3 Cambros Dslr, Laptop and 2 phones and Body Cam to only The phone came out of evidence. IRCSO, FDCF these 3 Agency's Are Corrupted, they told us to VBPL fille a Lawsuit then try to kill us to retrieve our evidence committing Illegal Crimes of kidnaping. retaliation Bodily Injury.

**IV. Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Carmelo Have A problem Breathing Do 6 officer Dpty IRCSO came in to Came in to Carmelo House Illegally Beat Him up and put their knees on my back. Finger Bone Broken Carmelo Have Document from Hospital. Kidnaping of all our kids and Illegally Driving us to Court, when we are not Part of your society, we are not subject to your Government, the United States of America, we need to see the Contract the Court House Claiming to Have the right on our Children who are Moors, from the Moorish Empire that Sued the State and Court since the 9 of Feb 2018 The Children also Sued the Court House on Case: 312018CA000103

**V. Relief** Children are still in captivity, at this date, while this crime takes place. we are funding to ICC, because the children are aborn[indig..] State briefly and precisely what damages or other relief the Affiant asks the court to order. Do not make legal to the arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include LAND. the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Give us ARE CHILDREN, DEFAULT JUDGEMENT (FINAL) ON CASES: 312018-CA-000102, AND CASES 312018CA000103. ON THIS PRESENT CROSS SUIT for the amount of 33 trillion for crimes against the children violation of childrens rights, human rights, indigenous rights, moor's rights, sovereignty rights, hinis acts of kidnapping, Deprivation of reserved rights, Threat, Arrest, Coercion, Treason, State Sponsored Terrorism, Human Trafficing, Child Endangerment. The Court House and Judges. Kanarek, morgan, Griffin, Pegg, SAO. etc. Been Sued since 2-9-2018 in County court and on 2-16-201 The Same parties Been Sued through the Federal Courts to on the Case: 18-14061-CV-martinez/maynard. Order to recusal all Judges recieving any type of payments from the County, conflict of Intrest do to the court, State, And FDCF Been Sued return The Children Imediately. And the 10 million for the special Appearance

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-8-2018

Signature of Affiants: Moor; SOPHIA THELISMA, Moor; CARMELOETIENNE

Printed Name of Affiants: Moor; SOPHIA THELISMA, Moor; CARMELO: IENNE

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____