4. Carmelo Etienne appeared at the Arraignment held on March 13, 2018. He waived counsel and denied the petition. The court order that the children should remain in shelter with their mother and that he should have no contact with them. A Settlement Conference was scheduled for March 22nd, a Settlement Review Hearing was scheduled for April 10, 2018, and a trial was scheduled for April 12, 2018. The Settlement Conference Review Hearing was subsequently reset for April 9th and the trial was rescheduled for April 30th.

*[handwritten: violation of Florida Constitution and also U.S. Constitution, U.S. Codes, Kidnapping, Treason etc.]*

5. On February 9, 2018, Carmelo Etienne filed this civil case for damages.

6. On March 27, 2018, Carmelo Etienne filed this motion entitled Emergency Verified Motion for Child Pick-Up in this case and in the dependency (case nos. 312018DP0028 and 312018DP00029). The court entered an order denying the motion filed in the dependency cases on March 29, 2018.

It is therefore;

Ordered and Adjudged as follows;

A. The Emergency Verified Motion for Child Pick-Up filed by Carmelo Etienne is hereby denied. These children have been placed in the custody of the Department of Children and Families pursuant to a valid order entered by this court.

*[handwritten: The Florida Constitution and US Constitution you violated over rule that. Fl Statute 39.013(4). illegal]*

B. Pursuant to Section 39.013(4), Florida Statutes, the shelter order entered in the dependency cases take precedence over any order that might be entered in this civil case.

Done and Ordered at Vero Beach, Indian River County, Florida, this 3rd day of April, 2018.

_____
PAUL B. KANAREK
Circuit Judge

*[stamp: SIGNED AND DATED APR 3 2018 PAUL B. KANAREK]*

cc: Carmelo Etienne, 1725 38th Street, Vero Beach, FL 32960
E. Clayton Yates, Esq., clay@yateslawfla.com; eservice@yateslawfla.com

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR INDIAN RIVER COUNTY, FLORIDA

Carmelo Etienne,

v.

CASE NO. 312018CA00102
Judge Paul B. Kanarek

Indian River County Sheriffs Office;
Vero Beach Police Department; Department
of Children and Families; William Lee,
President/Owner of Keystone Property
Management; Maurice Restrepo; Cpl. Derryl
Rivers; Cpl. Ashley Delany; Chief David
Curry; Cpt. Kevin Martin; Lt. Matt Manaco;
Lt. John Pederssen; CPI Owens – Thomas;
CPI Adrian D.; CCPI Perinon Milton;
Jim O'Conner; Mayor Harry Howle;
Indian River County Courthouse

Defendants.
_____/

*[handwritten annotation:] Proof of Kidnaping, Contempt, Treason, Genocide, Rico Conspiracy. To Commit Grand Theft etc.*

## AMENDED ORDER DENYING EMERGENCY VERIFIED MOTION FOR CHILD PICK-UP ORDER

This matter came on to be heard upon the Emergency Verified Motion for Child Pick-Up Order filed by Carmelo Etienne and Sophia Thelisma, and the court having reviewed the pleadings and making the following findings of fact;

*[handwritten annotation:] 2 Days prior Feb. 9 2018 Lawsuit filled paragraph 5. proof. Children were on it.*

1. On February 11, 2018, the Florida Department of Children and Families filed a Shelter Petition involving the minor children Vantrell E. Brown, Zakiyah Leslie Williams, and Mellino Carmelo Etienne (case no. 312018DP00028). Carmelo Etienne is the father of Mellino Carmelo Etienne. At the time the Shelter Petition was filed the children were not in the custody of the Department. Based on the allegations contained in the petition the court, on that same date, entered an order to place all three of the children in the shelter care of the Department. The Shelter

Page 1 of 3

*[handwritten annotation:] These Children are not ward of The STate Flor or, Florida Department of Children and Families.*

Order specifically authorized law enforcement to use reasonable force to assist the Department in taking custody of the children. Neither the father nor the mother were present at the shelter hearing. The Shelter Order set a shelter review hearing for February 13, 2018 at 9:30 am.

2. At the time of the shelter review hearing the children were not in custody and their whereabouts were unknown. Sophia Thelisma did not appear at the hearing however Carmelo Etienne appeared at the hearing. At the time of the hearing Carmelo Etienne denied knowing where the children were. The judge reaffirmed the probable cause to shelter the children and issued orders to take the children into custody. The court ordered that the children be placed in the custody of the Department with no contact with the mother. The court also set the matter for arraignment on March 13, 2018. The mother eventually went to the Sheriff's department and turned the children over to the Department of Children and Families. The children are now in the custody of the Florida Department of Children and Families pursuant to the order entered in the dependency case.

3. On February 13, 2018, the Florida Department of Children and Families filed a Shelter Petition involving the minor children Melody Etienne and Harmony Etienne (case no. 312018DP00029). Carmelo Etienne is the prospective father of Melody Etienne and the father of Harmony Etienne. Carmelo Etienne was present at the Shelter Hearing held on February 13, 2018. As a result of the hearing the court entered a Shelter Order placing the children in the custody of their mother, with their mother, Michelle Lynn Schermerhorn, and directing that the father was to have no contact with them until further order of court. The court also ordered the father, Carmelo Etienne to complete a psychological evaluation.

3. On March 1, 2018, the Department filed a Dependency Petition which alleged that the children were dependent by virtue of the acts of the father.

*Affidavit of Facts Evidence*

# Writ of correction to Case Type

Writ of Correction to case type to change any and every case that defines clients as a petitioner to Affiants, and civil complaints to Affidavit of Facts wheather it be in all categories of the department's; civil, dependency criminal, family, misdemeanor, felony, etc.
On all cases related to straw names Sophia Thelisma, Carmelo Etienne and all children in related cases.

Pease find children zw, vb,mce

# All parties involved individually

**White Collard, Hate crime, Racist Conspiracy Against Moor Family, Retaliation, Tampering with Affiants of a case, False Information and Hoax, Perjury, Contempt of Court, Defamation of character, Misprison, Sabotage, Racketeering, INTENT/Attempt to murder, Child Endangerment, (3cts) Kidnapping of Aboriginal Indigenous Children, Human Trafficing, Enticement into Slavery, Deprivation of Human Rights and Children rights, Treason, STATE sponsored TERRORISM, color of office and color of law.**

**Real Estate Owners**
- William lee (keystones management group owner)

**Address**:
2001 9th ave #308
Vero Beach, FL 32960

Department of Health
- Julianne Price
- Charlie/Thomas

**Address**:
1900 27th street
Vero Beach, FL 3296

Vero Beach Police Department
- David Currey
- Matt Monaco
- Kevin Martin
- Deryl Rivers
- Ryan Eggers
- Helen Boil
- Rosie Lopez

Address:
1055 20th street
Vero Beach, FL 32960
Indian River Court House
- Clerk of court Jeffery R. Smith
- Judge Robert Pegg
- Judge Victoria Griffin
- Judge Paul Kanarek
- Judge David Morgan

Case: ~~[redacted]~~ 18-14061-CV-Martinez/Maynard: 2018mm000578A

Court: Circuit — why is this case Temporary violation of Due process law.
County: Indian River
SAO Temporary Case No: 31-2018-CF-000204-A
Defendant: Carmelo Etienne → Human Being

been sued since Feb. 9, 2018

→ false information and HOAX

**Request to Clerk of Court for Misdemeanor**
**Case Number for DIRECT FILE ISSUE CAPIAS/SUMMONS**
Case Type: Felony → I AM Moor, I challeng every thing violation of Uniform Commercial Code

Submitted to Indian River County Clerk of Court at email address: on March 20, 2018   U.C.C. § 1-308

Direction to Clerk: Please respond to the State Attorney's Office at the designated eService email address of SA19eService@sao19.org only.

Defendant: CARMELO ETIENNE → Corporate Entity → Corporate Body → Fictitious Name.
Address: ~~4498 51St Ave., Vero Beach, FL 32967~~   c/o 1725 38 street Vero Beach, FL Republic. (non domestic/non assumpsit) [32960]

DOB: 07/03/1985

Race/Sex: ~~B/M~~ Moor, I AM Moor.

Ht/Wt: 5'7" / 234

Eye/Hair: BRN / BLK

SSN: [redacted] → Social security Administration Do we Have a Contract? To Be adding this to this false report.
DL#: E350-100-85-243-0 → Did I, Moor Aprove Any of this?
FDLE: 06096367 → Do we Have A Contract? Illegal!
FBI: 591166EC7 → FBI → Do we Have A Contract? Illegal!
ALIAS: Carmelo Etienne → I need to see the Contract Please?

I will Be Suing for Damages in The future.

FILED FOR RECORD
2018 MAR 20 PM 4:54
JEFFREY R. SMITH
CLERK OF CIRCUIT COURT
INDIAN RIVER COUNTY, FL
BY _____ DC
TRAFFIC/MISDEMEANORS

Conflict of intrest

*Fraud.* *Conflict of intrest.*

*Corporation do we have a Contract?*

IN THE COUNTY COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR INDIAN RIVER COUNTY, STATE OF FLORIDA

STATE OF FLORIDA → *It is Against the Law to pretent to be Government.*

VS.

ETIENNE, CARMELO
DEFENDANT → *Illegal Address*
4498 51ST AVENUE
VERO BEACH, FL 32967

*Moor*

MALE / BLACK *Moor*
HAIR: BLACK
HGT: 05 07

D.O.B.: 07/03/1985
EYES: BROWN
WGT: 234

Case: 312018MM000578AXXXXXX *Been sued for 800 plus Billion*
Judge: DAVID C MORGAN
Agency:

*FILED SUIT IN FEDERAL COURTS SINCE 16TH OF FEBRUARY RETALIATION FOR RELATED CASES: 18-14061-CV-Maynor 312018CA000102*

**CAPIAS**

TO ALL AND SINGULAR THE SHERIFFS AND CONSTABLES OF THE STATE OF FLORIDA

You are hereby commanded to arrest instanter CARMELO ETIENNE if he be found in your county, and bring him before the Judge of the Indian River County Court at the courthouse in Vero Beach, Indian River County, on the instanter, to answer an information found and now pending in said County Court, for

| | | | |
|---|---|---|---|
| CT 1 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |
| CT 2 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |
| CT 3 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |
| CT 4 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |
| CT 5 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |

The First Appearance Judge may (X) may not ( ) set or modify bail.

Conditions of Bail:
(X) the defendant shall refrain from criminal activity
( ) the defendant shall not have contact of any kind with the victim, _____
( ) _____

*I was ILLEGALLY Arreste and taken to Jail Against my will on 3-28-11 with out presenting any paper work.*

Endorsed by: _____
County/Circuit Judge

and have then and there this writ, with due return of your action endorsed thereon.

Witness Clerk and the seal of said Circuit Court at Vero Beach, Florida, this 22ND day of March, 2018.

JEFFREY R. SMITH
CLERK CIRCUIT COURT

BY: Swafford
DEPUTY CLERK

[stamp: 2018 MAR 22 PM 4:19 INDIAN RIVER COUNTY, FL CLERK OF CIRCUIT COURT JEFFREY R. SMITH — FILED FOR RECORD TRAFFIC/MISDEMEANOR]

*I will Be filling more suits in the future.*

*Produce Contract?*

# NOTICE TO APPEAR

Date: [illegible] ~~ILLEGAL corporations not Government~~   Agency Case Number: 2018-[illegible]

## STATE OF FLORIDA, COUNTY OF INDIAN RIVER

In the name of Indian River County Florida: The Undersigned certifies that there are just and reasonable grounds to believe, and does believe that:

On the __28__ day of __March__ 20_18_, at __2100__ ☒ AM ☐ PM

| Name (Last) | (First) | (Middle) | (Alias) |
|---|---|---|---|
| [illegible] | [illegible] | UA | UA |

| Address | City | State | Zip |
|---|---|---|---|
| [illegible] St, Moor. | Vro Brch | FL | 32[illegible] |

| Date of Birth | Race/Sex | Height/Weight | Hair/Eyes | Phone |
|---|---|---|---|---|
| 12/85 | M | 5'7"/24 | BK/BRO | 772-144-6007 |

| Occupation | Business Phone | DL # | SSN |
|---|---|---|---|
| | | 630[illegible]2430 | 513-24-[illegible] |

In Indian River County, Florida, committed the following offenses: Any of All X 5

In violation of section(s) __365.172(13) X 5__    ☒ State Statue  ☐ Municipal

Facts of offense: __[illegible] CP120180578__

I will Be suing for more DAMages in the future this is Illegal.

| Officer (Print) | ID# | Agency |
|---|---|---|
| [illegible] | [illegible] | IRCSO |

**You must appear in County Court of Indian River County at the Indian River County Courthouse located at 2000 16th Avenue, Vero Beach, Florida on**

_____, 20 _18_ at __0830__  ☐ AM ☐ PM

Co-Defendant(s):  ☐ Cited ☐ Jailed      ☐ Cited ☐ Jailed

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED ABOVE TO ANSWER TO THE OFFENSE CHARGED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT, THAT I MAY BE HELD IN CONTEMP OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

**Signature of Defendant**

Sworn to and subscribed before me this __27__
Day of __March__, 20 _18_

I swear the attached statement are true and correct to the best of my knowledge and belief.

**Notary Public, State of Florida**          **Complainant / Agency**

White: CLERK    Yellow: STATE ATTORNEY    Pink: LE AGENCY    Gold: DEFENDANT

Rev 11/30/2010



**INDIAN RIVER COUNTY SHERIFF'S OFFICE**
ARREST AFFIDAVIT
4055 41st Ave
Vero Beach, Florida 32960

Arrest Affidavit Report

Case Report # 2018-00025973



## NARRATIVE

On February 11, 2018 at approximately 1215 hours, Corporal Scribner and I made contact with the suspect, Carmelo Etienne at his residence located at 4498 51st Avenue, in reference to a CFS Fax.

We spoke with Etienne's girlfriend, Sophia Thelisma, at the aforementioned residence prior to making contact with him and advised to her that we had a court order signed by the Honorable Judge Kanarek, to have her three children removed and placed into DCF custody.

Etienne was belligerent and stated he would not let us onto his property to recover the children while acknowledging DCF's presence as public agents and our presence as law enforcement of the by calling us "federal agents of the Sheriff's Office". We had the court order in hand, parked in front of the residence in our marked patrol vehicles and were dressed in our Class B road patrol attire to make sure we were clearly identified.

After multiple verbal commands to release their custody of the children, Etienne continued to be belligerent and stating we were not allowed to take his children and that we were not going to be able to.

Deputy Eggers wrote the following:

"On 02/12/18 at 0700 hours, I responded to 1745 38th St in reference to a search. Carmelo Etienne was reported on scene and was the subject of an active DCF case. A court ordered child removal was in effect for his children and Mr. Etienne was actively making efforts to hide the children from DCF and law enforcement.

Upon arrival, I observed Mr. Etienne walking from the end of the driveway towards the front door of the residence talking on his cell phone. I ordered Mr. Etienne to walk over to me, he looked directly at me, and quickened his pace towards to the front door. I ordered him to stop and Mr. Etienne ran towards the front door. I chased him on foot to the front door which Mr. Etienne attempted to close and secure to avoid arrest. Mr. Etienne was removed from the residence and placed under arrest for resisting arrest without violence."

Etienne also made four repeated phone calls on February 12, 2018 to 911 prior to arrest for non-emergent purposes with his only goal being to hinder and harass law enforcement. Etienne did not need any public service assistance and made false claims of harrassment from the Sheriff's Office.

Etienne was transported to the Indian River Medical Center and then the Indian River County Jail and was charged with the following:

FSS 843.02- Resisting Without Violence
FSS 787.03- Interference with Child Custody
FSS 365.172(13)- Abuse of 911

The preceding is true to the best of my knowledge or belief

ARRESTING OFFICER / SIGNATURE

Hollett, Dwayne   A726

Sworn and Subscribed before me this 12 day of Feb. 2018

NOTARY/ ASA

My comission expires

Agency   INDIAN RIVER COUNTY SHERIFF'S OFFICE

LEO

Arrest Report Page 3 OF 3

PETITIONER: CARMELO ETIENNE

Vs

JUDGE PAUL B. KANAREK

[WHO]

RESPONDENT: INDIAN RIVER SHERIFFS OFFICE, VERO BEACH POLICE DEPARTMENT, DEPARTMENT OF CHILDREN AND FAMILIES, WILLIAM LEE; PRESIDENT/OWNER OF KEYSTONE PROPERTY MANAGEMENT, MAURICE RESTREPO, cpt DERRYL RIVERS, cpi ASHLEY DELANY, CHIEF DAVID CURREY, cpt KEVIN MARTIN, LT MATT MANACO, LT JOHN PEDERSEN, CPI OWENS-THOMAS, cpi ADRIAN D, SCPI PERINON MILTON; JIM O'CONNER MAYOR HARRY HOWLE, INDIAN RIVER COURT HOUSE

[WHEN] 01-25-2018; 01-26-2018

[DAMAGES] 50 BILLION DOLLARS - MENTAL ANGUISH.

[PUNITIVE DAMAGES] 50 BILLION DOLLARS -

[WHAT] HATE CRIME/RACIST CONSPIRACY

Carmelo Etienne

2-9-18

- On January 25 2018 Sophia Thelisma called "911" for Carmelo Etienne, in regards to his stolen property by William Lee. Keystone Property Management Owner and President of Yellow Kid Inc.. whom fled from the scene 2431 20th Ave Vero Beach FL 32960, upon realizing that a phone call to 911 was being made.

William Lee was not physically present when the police arrived, but Maurice Restrespo was still on the premises. The officer that responded was Cpl. Derryl Rivers who was on the new for going to jail 9 days prior for Domestic Violence. Rivers who violated the 1st Amendment Rights by not taking the Victims Carmelo Etienne report.

He illegally wrote a false report in the witnesses name Sophia Thelisma. While Carmelo was at Vero Beach Police Department trying to make a report about the in justice by Derryl Rivers violation of his 1st Amendment Right.

6. Officers later, no one took a report, another violation of the Civil Rights as stated in the US Constitution Bill of Rights.

On January 26 2018 Carmelo was invited by Chief of Police David Curry on to the 2nd Floor to the conference room, where the Chief of Police David Currey came more than half way across the table as if he was trying to assult Carmelo, in the presence of LT. John Pedersen. Police Misconduct FL ST 112.534 where Carmelo had to demand the Chief of Police to get back in

Because Lt. John said and did nothing. Carmelo had to be the bigger person (to) ~~and~~ tell the chief that it was police misconduct and to ~~get~~ back in his seat. Carmelo proceeded to after stating that "the conversation was 'now' over". Carmelo immediately felt threatened and endanger by the chiefs actions and even more so when the door would not open although he repeatively twisted the door handle and it would not open.

Carmelo then proceeded to Sheriff's office where he demanded to see Darryl Loar the Sheriff. To discuss the matter with him

Instead the denied him the right and gave him a non-ranking officer by the name of B. Gage.

Approximately 15 minutes after leaving the sheriffs office. DCF called Carmelo's witness Sophia Thelisma on the phone to inform that the were at her house with a false allegations generated by DCF employees Owens-Thomas, Adrian D, and also signed by supervisor Perinon Milton which is an act of hate crime, punishable by a 3rd degree felony. - 18 US Code § 249 Hate Crime Act

Ashley Delany violated the 4th constitutional right. By the Bill of Rights.

- 18 US Code § 371 Conspiracy to commit offense

(9) 775.082 or 775.083

I have documents

**DIRECT FILE-ISSUE CAPIAS-COUNTS 1 – 5**
**(REFERENCE # 31-2018-CF-000204-A)**
IN THE COUNTY COURT FOR THE NINETEENTH JUDICIAL CIRCUIT OF THE STATE
OF FLORIDA, FOR INDIAN RIVER COUNTY

STATE OF FLORIDA

Case No. (s):
31-2018-MM-000578-A

-vs-

(A) Carmelo Etienne - 07/03/1985 - B/M
        Defendant(s)

(A) Ct. 1: Misuse Of 911 Or E911 System (M 1)
(A) Ct. 2: Misuse Of 911 Or E911 System (M 1)
(A) Ct. 3: Misuse Of 911 Or E911 System (M 1)
(A) Ct. 4: Misuse Of 911 Or E911 System (M 1)
(A) Ct. 5: Misuse Of 911 Or E911 System (M 1)

**INFORMATION**

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:
    BE IT REMEMBERED that BRUCE H. COLTON, State Attorney for the Nineteenth Judicial Circuit of the State of Florida, prosecuting for the State of Florida, in Indian River County, under oath, information makes that in Indian River County:

COUNT 1: On or about February 11, 2018 Carmelo Etienne did access the number 911 for the purpose of making a false alarm or complaint or for the purpose of reporting false information that could result in the emergency response of any public safety agency, or did knowingly use or attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

COUNT 2: On or about February 11, 2018 Carmelo Etienne did access the number 911 for the purpose of making a false alarm or complaint or for the purpose of reporting false information that could result in the emergency response of any public safety agency, or did knowingly use or attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

COUNT 3: On or about February 11, 2018 Carmelo Etienne did access the number 911 for the purpose of making a false alarm or complaint or for the purpose of reporting false information that could result in the emergency response of any public safety agency, or did knowingly use or attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

COUNT 4: On or about February 12, 2018 Carmelo Etienne did access the number 911 for the purpose of making a false alarm or complaint or for the purpose of reporting false information that could result in the emergency response of any public safety agency, or did knowingly use or attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance

or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

COUNT 5: On or about February 12, 2018 Carmelo Etienne did access the number 911 for the purpose of making a false alarm or complaint or for the purpose of reporting false information that could result in the emergency response of any public safety agency, or did knowingly use or attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Florida.

I do hereby state that I am instituting this prosecution in good faith.

Elise M. Kearney
Assistant State Attorney for the
Nineteenth Judicial Circuit of
Florida, prosecuting for said State
Fla. Bar No. 112846
Designated eService address:
SA19eService@sao19.org

STATE OF FLORIDA
County of Indian River

The foregoing instrument was acknowledged before me this 22 day of March, 2018 by Elise M. Kearney, who is personally known to me and who did take an oath.

Notary Public

SABRINA E. NICHOLAS
Commission # GG 050084
Expires November 27, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

FILED FOR RECORD
TRAFFIC/MISDEMEANOR
2018 MAR 22 AM 11:51
JEFFREY R. SMITH
CLERK OF CIRCUIT COURT
INDIAN RIVER COUNTY, FL
BY_____ DC

IN THE COUNTY COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR INDIAN RIVER COUNTY, STATE OF FLORIDA

STATE OF FLORIDA

VS.

Case: 312018MM000578AXXXXX
Judge: DAVID C MORGAN
Agency:

**ETIENNE, CARMELO**
DEFENDANT
4498 51ST AVENUE
VERO BEACH, FL 32967

MALE / BLACK
HAIR: BLACK
HGT: 05 07

D.O.B.: 07/03/1985
EYES: BROWN
WGT: 234

## CAPIAS

TO ALL AND SINGULAR THE SHERIFFS AND CONSTABLES OF THE STATE OF FLORIDA

You are hereby commanded to arrest instanter **CARMELO ETIENNE** if he be found in your county, and bring him before the Judge of the Indian River County Court at the courthouse in Vero Beach, Indian River County, on the instanter, to answer an information found and now pending in said County Court, for

| | | | |
|---|---|---|---|
| CT 1 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |
| CT 2 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |
| CT 3 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |
| CT 4 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |
| CT 5 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |

The First Appearance Judge may (X) may not ( ) set or modify bail.

Conditions of Bail:
(X) the defendant shall refrain from criminal activity
( ) the defendant shall not have contact of any kind with the victim, _____
( ) _____

Endorsed by: _____
County/Circuit Judge

and have then and there this writ, with due return of your action endorsed thereon.

Witness Clerk and the seal of said Circuit Court at Vero Beach, Florida, this 22ND day of March, 2018.

JEFFREY R. SMITH
CLERK CIRCUIT COURT

BY: _Swatford_
DEPUTY CLERK

[Stamp: FILED FOR RECORD TRAFFIC/MISDEMEANOR 2018 MAR 22 PM 4:19 JEFFREY R. SMITH CLERK OF CIRCUIT COURT INDIAN RIVER COUNTY, FL BY:]




**INDIAN RIVER COUNTY SHERIFF'S OFFICE**
**ARREST AFFIDAVIT**
4055 41st Ave
Vero Beach, Florida 32960

Arrest Affidavit Report

Case Report # 2018-00025973

## NARRATIVE

On February 11, 2018 at approximately 1215 hours, Corporal Scribner and I made contact with the suspect, Carmelo Etienne at his residence located at 4498 51st Avenue, in reference to a CFS Fax.

*[handwritten: Why they never presented the warrent, they say it was in the car]*

We spoke with Etienne's girlfriend, Sophia Thelisma, at the aforementioned residence prior to making contact with him and advised to her that we had a court order signed by the Honorable Judge Kanarek, to have her three children removed and placed into DCF custody.

*[handwritten: pg99]*

Etienne was belligerent and stated he would not let us onto his property to recover the children while acknowledging DCF's presence as public agents and our presence as law enforcement of the by calling us "federal agents of the Sheriff's Office". We had the court order in hand, parked in front of the residence in our marked patrol vehicles and were dressed in our Class B road patrol attire to make sure we were clearly identified.

*[handwritten: The video is on facebook live]*

After multiple verbal commands to release their custody of the children, Etienne continued to be belligerent and stating we were not allowed to take his children and that we were not going to be able to.

Deputy Eggers wrote the following: *[handwritten: 1725]*

*[handwritten: I never seen a search warrent]*

"On 02/12/18 at 0700 hours, I responded to 1745 38th St in reference to a search. Carmelo Etienne was reported on scene and was the subject of an active DCF case. A court ordered child removal was in effect for his children and Mr. Etienne was actively making efforts to hide the children from DCF and law enforcement.

Upon arrival, I observed Mr. Etienne walking from the end of the driveway towards the front door of the residence talking on his cell phone. I ordered Mr. Etienne to walk over to me, he looked directly at me, and quickened his pace towards to the front door. I ordered him to stop and Mr. Etienne ran towards the front door. I chased him on foot to the front door which Mr. Etienne attempted to close and secure to avoid arrest. Mr. Etienne was removed from the residence and placed under arrest for resisting arrest without violence." *[handwritten: They Broke in and get in]*

Etienne also made four repeated phone calls on February 12, 2018 to 911 prior to arrest for non-emergent purposes with his only goal being to hinder and harass law enforcement. Etienne did not need any public service assistance and made false claims of harrassment from the Sheriff's Office. *[handwritten: I told them they illigally]*

*[handwritten: 4498 51ave.]*

Etienne was transported to the Indian River Medical Center and then the Indian River County Jail and was charged with the following: *[handwritten: Bloody and also a Brocken finger in 2 places]*

FSS 843.02- Resisting Without Violence *[handwritten: I was on the phone with 911 waiti]*
FSS 787.03- Interference with Child Custody *[handwritten: for a supervisor. I was also on Facebook]*
FSS 365.172(13)- Abuse of 911 *[handwritten: live that the officers new born took my phone to delette my facebook live video. And the officers went in and illigally search my home.]*

The preceding is true to the best of my knowledge or belief

ARRESTING OFFICER / SIGNATURE

Hoilett, Dwayne / A726

D/S Hoilett D 5826

Sworn and Subscribed before me this 12 day of Feb. 2018
NOTARY/ ASA  S. ___ 1651

My comission expires ___ LEO
Agency  INDIAN RIVER COUNTY SHERIFF'S OFFICE

| INDIAN RIVER COUNTY SHERIFF'S OFFICE<br>ARREST AFFIDAVIT<br>4055 41st Ave<br>Vero Beach, Florida 32960 | Case Report # 2018-000259<br>☒ Arrest Affidavit<br>☐ Notice to appear<br>Court Case # 18-CF-204 | Booking # 18-669<br>☐ Juvenile Arrest Affidavit<br>☐ Juvenile Complaint Affidavit<br>310111 7705 |
|---|---|---|
| Charge Type, check as many as apply: ☐ Felony ☒ Misdemeanor ☐ Ordinance ☐ Traffic Felony ☐ Traffic Misdemeanor ☐ Other | Victim ☐ Domestic Violence<br>STATE OF FLORIDA | Weapons / Seized |

| Location of Arrest | Location of Offense |
|---|---|
| 1745 38TH STREET<br>VERO BEACH, FL 32960- | 1745 38TH STREET<br>VERO BEACH FL 32960- |

| Date of Arrest | Time of Arrest | Date of Offense | Fingerprinted | Fingerprinted By |
|---|---|---|---|---|
| 02/12/2018 | 07:30 | 02/12/2018 | ☐ Identification Only  ☐ AFIS  ☐ Criminal | C. White #5770 |

| Name | Alias |
|---|---|
| Adult - ETIENNE, CARMELO | |

| Race | Sex | Height | Weight | Eye Color | Hair Color | Email Address |
|---|---|---|---|---|---|---|
| Black | Male | 5'7 | 234 | BRO | BLK | |

Scars, Marks, Tattoos:  
School Child Attends:

| Local Address (street, Apt. Number) | Phone | Veteran |
|---|---|---|
| 4498 51ST AVENUE VERO BEACH, FL 32967 | (772)501-3758 | ☐Y ☒N |

Permanent Address or Parent's Name of Juvenile:  
Phone:  
Parent Contacted: Y☐ N☐ N/A☐

| Driver's License Number / State | Social Security Number | DOB | Place Of Birth | Citizen | Occupation |
|---|---|---|---|---|---|
| E350100852430 / FL | | 7/3/1985 | | Y | |

* Collection of social security number from an arrested individual is to verify identity and may be shared with other law enforcement agencies.

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth or Age | ☐Arrested ☐At Large | ☐Felony ☐Juvenile | ☐Misdemeanor |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| Charge Description | Counts | ☒ F.S. ☐ Ord. | Statute/Ordinance # |
|---|---|---|---|
| Resist Arrest Without Violence | 1 | | 843.02 |
| Citation # | Bond Amount<br>500.00 | | Court Case # |

☒ PC ☐ Capias/Warrant ☐ BW ☐ Juv PU ☐ Citation ☐ Domestic Viol Inj. ☐ Writ Att. ☒ Misdemeanor ☐ Felony

| Charge Description | Counts | ☒ F.S. ☐ Ord. | Statute/Ordinance # |
|---|---|---|---|
| Interference with Custody | 1 | | 787.03 |
| Citation # | Bond Amount<br>TO BE SET | | Court Case # |

☒ PC ☐ Capias/Warrant ☐ BW ☐ Juv PU ☐ Citation ☐ Domestic Viol Inj. ☐ Writ Att. ☐ Misdemeanor ☒ Felony

**Mandatory Appearance in Court**

| Location (Address, Court, Room #) | | | | | |
|---|---|---|---|---|---|
| Month | Day | Year | Time | ☐A.M. | ☐P.M. |

I agree to appear at the time and place designated to answer the offense charged or to pay the fine subscribed. I understand that should I willfully fail to appear before the court as required by this notice to appear, that I may be held in contempt of court and a warrant for my arrest or a take into custody order shall be issued.

Signature of Defendant / Juvenile  
Signature of Juv. Parent / Custodian  
Released to : (Name)  
Date  
Time

Adults Only ☐ Hold for First Appearance Do Not Bond Out. Reason:

The preceding is true to the best of my present knowledge or belief.  
Sworn to and subscribed before me, the undersigned Authority this 12 day of Feb 20 18  
Signature  
Print or Type Name  S. Gist  
Notary / Law Enforcement Officer in Performance of Official Duties  
☐ Personally Known ☐ ID Produced

Officer's/Complainant's Signature:  
ID No./Dist. 5826  
Name (Printed): Hollett, Dwayne  A726

Receiving Deputy (Print): Gist  
Received Date / Time: 2/12/18  1503  
Receiving Deputy (Signature): Gist  
Employee ID #: 696

Arrest Report Page 1 OF 3




**INDIAN RIVER COUNTY SHERIFF'S OFFICE**
ARREST AFFIDAVIT
4055 41st Ave
Vero Beach, Florida 32960

**Arrest Affidavit Report**

Case Report # 2018-00025973

## ADDITIONAL CHARGES

| Charge Description | Counts | F.S. / Ord. | Statute/Ordinance # |
|---|---|---|---|
| Abuse of 911 | 1 | ☒ F.S. | 365.172(13) |
| Citation # | Bond Amount 500.00 | | Court Case # |
| ☒ PC ☐ Capias/Warrant ☐ BW ☐ Juv PU ☐ Citation ☐ Domestic Viol Inj. ☐ Writ Att. ☒ Misdemeanor ☐ Felony | | | |

(Remaining charge blocks on the form are blank.)

REPORTING OFFICER & ID #
Hoilett, Dwayne  A726

P/S Hoilett  A726

2018 FEB 13 AM 9:25
FILED FOR RECORD
INDIAN RIVER CO.
CLERK OF THE
CIRCUIT COURT

Arrest Report Page 2 OF 3