

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North America

# Notice Of Public Records Correction

    This correspondence and Public Notice is hereby presented and forwarded to your company or corporate officials, personnel, and employees, relative to my corrected and changed attribute / name, along with proper spelling. You are hereby given honorable notice to correct any records, files, mailings, and other future correspondences, accordingly.

    This correction is made in accord with the honoring of my family bloodline / pedigree, and exercising my natural substantive rights and religious heritage. Please correct your records as soon as possible.

    The former name, Carmelo Etienne, is to be corrected on all records replaced with the name, Emperor Muhammed Al Moroc.

Thank You,

*Moor, Emperor Muhammed Al Moroc.*

Natural Person, In Propria Persona: All Rights Reserved

  

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North America

## Notice Of Public Records Correction

This correspondence and Public Notice is hereby presented and forwarded to your company or corporate officials, personnel, and employees, relative to my corrected and changed attribute / name, along with proper spelling. You are hereby given honorable notice to correct any records, files, mailings, and other future correspondences, accordingly.

This correction is made in accord with the honoring of my family bloodline / pedigree, and exercising my natural substantive rights and religious heritage. Please correct your records as soon as possible.

The former name, Sophia Thelisma, is to be corrected on all records replaced with the name, Empress Amaryaa Al Moroc.

Thank You,
*MOOR; EMPRESS AMARYAA AL MOROC*

Natural Person, In Propria Persona: All Rights Reserved