Case: 18-14061-cv-Martinez-Maynard

# Writ of Mandamus

Case No: Cases:
312018DP00028 & 312018DP00029
(Indian River County Court House of Indian River County)
312018CA000102 & 312018CA000103
(Indian River County Court House of Indian River County)

FILED by _____ D.C.

APR - 9 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

April 6th, 2018

Emperor Muhammed Al Moroc, Authorized Representative, Natural Person, In Propria Persona:
Ex Relatione Carmelo Etienne: All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
c/o:1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic

Empress Amayraa Al Moroc, Authorized Representative, Natural Person, In Propria Persona:
Ex Relatione Sophia Thelisma: All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
c/o:1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic

v.

Indian River Court House
Judge Kanerek, State Of Florida, Et Al

COMES NOW, Emperor Muhammed Al Moroc, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America. Being a descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands-bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States **(http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bevines Law Book of Treaties)** the same as displayed under Treaty Law, Obligation, Authority as

expressed in Article VI of the Constitution for the United States of America (Republic):

## **THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.**
### Between Morocco and the United States
### Article 20

"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21

"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

Petitions this court to issue a Writ of Mandamus to order to enforce Judge Kanerek the Default Judgment filed on _____ as the Writ of Defaualt Judgement & Emergency child pick up submitted was not honored. In support of this petition I state for the record:

1. ON January 25th 2018, Sophia and Carmelo madea call to 911 Vero Beach Police Department in Reference to a Grand Theft matter committed by William Lee, and Conspirators. Derryl Rivers and Casey Myers of vbpd responded, Derryl Rivers, refused to take Report about Carmelo's stolen property after speaking on the phone with William Lee and later falsified a report, after the Vbpd, Failed to file a petition, Sophia and Carmelo drove to vbpd to report the crime, violation of the Constitution, of Vbpd officer Derryl Rivers, where other conspirators; Captin Kevin Martin, and Lt. Matt Manaco (IA) who still did not attempt to make report wrote down all of sophias contact information including email address

2. On January 26th 2018, William Lee, Chief David Currey, Vbpd, IRCSO, DCF, and other Conspirators conspired to frame Sophia Thelisma by shutting down her facebook, drug her, place her in a mental asylum. The conspirators (Dcf employees, Irsc (IA), Vbpd (IA) plotted knowingly made fraudulent reports to Dcf hotline, ELC, Irsco, signed by Adrian D( or Adream Bennette) Thomas-Owens, Perinon Milton, Thomas Loveland Tony V Collins, Dcf's Ashley Delaney and Ircso's Kristofer Scovgaurd illegally searched (Sophia Thelisma's rv/motor home), on their own fraudulent made up reports.

3. On February 1st, 2018, Carmelo Etienne, filed 6 protective orders against defendants that were TURNED INTO BARBRA PEGGS PERSONAL CLERK denied by Judge Pegg without a hearing

4. On February 6th- 10th, 2018, Indian River Sheriff's Department deputy's Stalk and harass Sophia Thelisma and children at night time as soon as Carmelo leaves for the night trying to persuade Sophia to come out of her rv and speak with the 6 officers surrounding home

5. On Febuary 9th, 2018, Dcf, Indian River Court House, Judge Kanerek, State Of Florida, et Al received the Civil Lawsuit, (as advised by the clerk of courts and all parties involved) in the Nature of Discovery in cases 312018CA000102 & 312018CA000103 (Indian River County Court House of Indian River County) about White Collard Racist Hate Crime Conspiracy with vbpd, IRCSO, William lee, et Al. etc.

6. February 11th, 2018, Indian River County Sheriff's officers, Sergeant Paul Mweborn, seargent Linda Nolan, deputy Ryan Holly, Corpral Scribner, crowbarred and kicked in Sophia Thelisma's

Rv and Sheriff's Departments officers Ryan Holly, Corpral Scribner drew guns as the caught on surveillance.

7. On ,Februaury 12th, 2018, Judge Kanerek et al order the children (vb,zw,mce,) to be taken away over UNLAWFUL Fraudulent and illegal activities for HIS OWN financial gain as retaliation for filing suit as advised by all parties.

8. On February 13th, 2018, first appearance court Jugde KANAREK the same person send to kidnap CARMELO and OUR children illegally, CARMELO ,told KANAREK IT WAS VIOLATION OF THE 1ST AMENDMENT ET AL.

9. On March 13th, 2018, WE went to court and told the Judge Victoria Griffin it was treason and CONSPIRACY SHE STLL CONTINUED TO PRACTICE

10. On March 22nd, 2018, We had a settlement with State Of Florida, DCF, WHO KIDNAPPED OUR KIDS BECAUSE CARMELO DID NOT AGREE DO TO THIS IS GENOCIDE DO TO WE COMMIT NO CRIME AND THE USA TARGET US, SHERIFF JOHN CRONENBERG PUT HIS HANDS ON CARMELO WITH OUT ANY PERMISSION.

11. An invitation dated April 9th 2018, was received from Indian River Court in regards to a claim made by, Judge Kanerek, Irsco, Dcf, State of Florida et AL as retaliation against Carmelo Etienne and Sophia Thelisma et Al .

12. On April 9th, 2018, I, we, will come a special appearance to clear up this matter. I advised Judge Kanerek's clerks that a Writ in the Nature of Discovery was submitted to Indian River Court House with a copy to the civil and dependency case."

13. Thirty days (30) after the Writ in the Nature of Discovery, The Notice of Default Judgment was submitted as the request made was not honored.

14. A reply dated _____ was received from Court stating the following: "On _____ MOTION (SEE FILE) DENIED.

## Argument in Support of Writ of Mandamus

## FACTS

All Law is contract therefore in order for any claim to be made the contract must be produced. For Judge Kanerek et AL to imply that the Writ in the Nature of Discovery does not have to be honored is a violation of my Constitutionally Secured Rights to Due Process of Law.

*The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.*

In so refusing to honor the Writ in the Nature of Discovery and denial of the Notice of Default Judgment. Magistrate Name has violated her oath of office to uphold the United States Constitution.

*"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme*

*Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."*

As the small claims court is administrative Judge Kanerek, et all other Judges and parties envolved, does not have jurisdiction to listen to, hear arguments, presentation, or rational.

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

*"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially". Thompson v. Smith 154 SE 583.*

*Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." ASIS v. US, 568 F2d 284.*

*Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." Burns v. Supp. Ct., SF, 140 Cal. 1.*

As a Judge and officer of the court, refusal to honor the Writ in the Nature of Discovery and Notice of Default Judgment is a violation of his oath of office.

As a Judge who should be well versed in law, Judge Kanerek et Al. knowingly committed fraud as he knowingly has been administering in a capacity which he does not have jurisdiction, delegation of authority, or judicial powers delegated from the legislature

## Nature of Relief Sought

This action seeks the Court to issue a Writ of Mandamus compelling Judge Kanerak, to honor the Default Judgment or to pass on to magistrate Hammond.
ALL DEFAULT JUDGEMENT TO BE GRANTED TO AFFIANTS ON ALL CASES, AND ALL RELIEFS IN OTHER RELATED CASES OF MOORS, AND IMMUNITY FOR ALL FAMILY AND FRIENDS OF MOORS, AND EVERYONE ENVOLDED IN RACIST HATE CRIME

As the Writ in the Nature of Discovery was not Honored, the Notice of Default Judgment must be honored and all claims, petitions, suits, fillings with any third party corporations regarding my credit history be dismissed and expunged.

Respectfully submitted this the 6TH day of APRIL, 2018 = 1436 M.C.

Representative

I am: _____
Emperor Muhammed Al Moroc, Authorized

Natural Person, In Propria Persona:
Ex Relatione Carmelo Etienne
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic

Writ of Mandamas     4

[32960 Exempt]
Non-Domestic

I am: _____
Empress Amaryaa Al Moroc, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Sophia Thelisma
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic

Amend Correction on All Lawsuits and Cross Suits.

Respectfully submitted this the 9 day of April, 2018 = 1436 M.C.

MOOR;

I am: *Emperor Muhammed Al Moroc.*

Emperor Muhammed Al Moroc, **Authorized Representative**
Natural Person, In Propria Persona:
Ex Relatione Carmelo Etienne
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic

MOOR;

I am: *EMPRESS AMARYAA AL MOROC*

Empress Amaryaa Al Moroc, **Authorized Representative**
Natural Person, In Propria Persona:
Ex Relatione Sophia Thelisma
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic

Correction of Terms and Conditions
To Contracts/ Adhesion Contracts

Respectfully submitted this the 9 day of *April*, 2018 = 1436 M.C.

I am: *Moor, Emperor Mohammed Al Moroc.*
Emperor Muhammed Al Moroc, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Carmelo Etienne
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic

Case: 18-14061-CV-Martinez/Maynard.

Correction of Terms and Conditions
To Contracts/ Adhesion Contracts

Respectfully submitted this the 9 day of April, 2018 = 1436 M.C.

I am: moor, Emperor Muhammed Al Moroc
Emperor Muhammed Al Moroc, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Carmelo Etienne
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic

Respectfully submitted this the 9 day of April, 2018 = 1436 M.C.

I am: Moor, Empress Amaryaa Al Moroc
Empress Amaryaa Al Moroc, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Sophia Thelisma
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic