# Declaration of 1959
# The Rights of The Child

**Declaration of the Rights of the Child, G.A. res. 1386 (XIV), 14 U.N. GAOR Supp. (No. 16) at 19, U.N. Doc. A/4354 (1959).**

## *PREAMBLE*

Whereas the peoples of the United Nations have, in the Charter, reaffirmed their faith in fundamental human rights and in the dignity and worth of the human person, and have determined to promote social progress and better standards of life in larger freedom,

Whereas the United Nations has, in the Universal Declaration of Human Rights, proclaimed that everyone is entitled to all the rights and freedoms set forth therein, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status,

Whereas the child, by reason of his physical and mental immaturity, needs special safeguards and care, including appropriate legal protection, before as well as after birth,

Whereas the need for such special safeguards has been stated in the **Geneva Declaration of the Rights of the Child of 1924**, and recognized in the Universal Declaration of Human Rights and in the statutes of specialized agencies and international organizations concerned with the welfare of children,

Whereas mankind owes to the child the best it has to give, Now therefore,

The General Assembly

Proclaims this Declaration of the Rights of the Child to the end that he may have a happy childhood and enjoy for his own good and for the good of society the rights and freedoms herein set forth, and calls upon parents, upon men and women as individuals, and upon voluntary organizations, local authorities and national Governments to recognize these rights and strive for their observance by legislative and other measures progressively taken in accordance with the following **principles:**

## *Principle I*

The child shall enjoy all the rights set forth in this Declaration. Every child, without any exception whatsoever, shall be entitled to these rights, without distinction or discrimination on account of race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status, whether of himself or of his family.

## *Principle 2*

The child shall enjoy special protection, and shall be given opportunities and facilities, by law and by other means, to enable him to develop physically, mentally, morally, spiritually and socially in a healthy and normal manner and in conditions of freedom and dignity. In the enactment of laws for this purpose, the best interests of the child shall be the paramount consideration.

## Principle 3

The child shall be entitled from his birth to a name and a nationality.

## Principle 4

The child shall enjoy the benefits of social security. He shall be entitled to grow and develop in health; to this end, special care and protection shall be provided both to him and to his mother, including adequate pre-natal and post-natal care. The child shall have the right to adequate nutrition, housing, recreation and medical services.

## Principle 5

The child who is physically, mentally or socially handicapped shall be given the special treatment, education and care required by his particular condition.

## Principle 6

The child, for the full and harmonious development of his personality, needs love and understanding. He shall, wherever possible, grow up in the care and under the responsibility of his parents, and, in any case, in an atmosphere of affection and of moral and material security; a child of tender years shall not, save in exceptional circumstances, be separated from his mother. Society and the public authorities shall have the duty to extend particular care to children without a family and to those without adequate means of support. Payment of State and other assistance towards the maintenance of children of large families is desirable.

## Principle 7

The child is entitled to receive education, which shall be free and compulsory, at least in the elementary stages. He shall be given an education which will promote his general culture and enable him, on a basis of equal opportunity, to develop his abilities, his individual judgement, and his sense of moral and social responsibility, and to become a useful member of society.

The best interests of the child shall be the guiding principle of those responsible for his education and guidance; that responsibility lies in the first place with his parents.

The child shall have full opportunity for play and recreation, which should be directed to the same purposes as education; society and the public authorities shall endeavour to promote the enjoyment of this right.

## Principle 8

The child shall in all circumstances be among the first to receive protection and relief.

## Principle 9

The child shall be protected against all forms of neglect, cruelty and exploitation. He shall not be the subject of traffic, in any form.

The child shall not be admitted to employment before an appropriate minimum age; he shall in no case be caused or permitted to engage in any occupation or employment which would prejudice his health or education, or interfere with his physical, mental or moral development.

*Principle 10*

The child shall be protected from practices which may foster racial, religious and any other form of discrimination. He shall be brought up in a spirit of understanding, tolerance, friendship among peoples, peace and universal brotherhood, and in full consciousness that his energy and talents should be devoted to the service of his fellow men.



**Will
The Children
Rule The World?**

All individuals are mortal,
and the destiny of the world,
the ruling and the being ruled,
is all in the hands of the children.
Those who rule today were
the children of yesterday and
will be dust tomorrow.

**That is the law of human life.**
It means that "a mother is the holiest
thing alive", that history is made in the
nursery, that the bringing up of children
is the noblest, the purest, and the most
necessary work in the world, and
the most difficult, just because
the human being is so wonderful
and Complicated in the Nature
of his mind and his body.

*—From the
Book of Knowledge
Collection*

The illustration above, and the one below are not in the International Document. They have been inserted here to stimulate effective thought processing of Mothers who bring in children. **Children are expressions of the energies of the Universe, and manifestations of the Mother.**



The varied energies which comprise the human family are described in the Zodiac Signs. The Study of Cosmology gives a greater understanding of human nature.

   

## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
## NAME DECLARATION, CORRECTION
## PROCLAMATION AND PUBLICATION

**I, Emperor Muhammed Al Moroc**, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, **Carmelo Etienne**, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: **Emperor Muhammed Al Moroc**, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
   (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
   Moorish American Credentials: AA 222141- **TRUTH A-1**

3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I, Emperor Muhammed Al Moroc**, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

**I Am**: _____

*Case 18-14061-CV- Martinez (unconst... violation of treaty.*

# Extract from the 1916 Congressional Record
## Senate

**Senator Owen:** I wish to put in the Record the secret treaty of Verona of November 22, 1822, showing what this ancient conflict is between the rule of the few and the rule of the many. I wish to call the attention of the Senate to this treaty because it is the threat of this treaty which was the basis of the Monroe doctrine. It throws a powerful white light upon the conflict between monarchical government and government by the people. The Holy Alliance under the influence of Metternich, the Premier of Austria, in 1822, issued this remarkable secret document:

## SECRET TREATY OF VERONA

## AMERICAN DIPLOMATIC CODE, 1778-1884, vol. 2; Elliott, p. 179.

The undersigned, specially authorized to make some additions to the treaty of the Holy Alliance, after having exchanged their respective credentials, have agreed as follows:

**ARTICLE 1.** The high contracting powers, being convinced that the system of representative government is equally as incompatible with the monarchical principles as the maxim of the sovereignty of the people with the divine right, engage mutually, in the most solemn manner, to use all that their efforts to put an end to the system of representative governments, in whatever county it may exist in Europe, and to prevent it being introduced in those countries where it is not yet known.

**ARTICLE 2.** As it can not be doubted that the liberty of the press is the most powerful means used by the pretended supporters of the rights of nations to the detriment of those of princes, the high contracting parties promise reciprocally to adopt all proper measures to suppress it, not only in their own States but also in the rest of Europe.

**ARTICLE 3.** Convinced that the principles of religion contribute most powerfully to keep nations in the state of passive obedience which they owe to their princes, the high contracting parties declare it to be their intention to sustain in their respective States those measures which clergy may adopt, with the aim of ameliorating their own interests, intimately connected with the preservation of the authority of the princes and the contracting powers join in offering their thanks to the Pope for what he has already done for them, and solicit his constant cooperation in their views of submitting the nations.

**ARTICLE 4.** The situation of Spain and Portugal unite unhappily all the circumstances to which this treaty has particular reference. The contracting parties, in confiding to France the care of putting an end to them, engaged to assist her in the matter which may the least compromit (sic) them with their own people and the people of France by means of a subsidy on the part of the two empires of 20,000,000 of francs every year from the date of the signature of this treaty to the end of the war. → *I will Be Suing for this matter in the future.*

**ARTICLE 5.** In order to establish in the Peninsula in the order of things which existed before the revolution of Cadiz, and to insure the entire execution of the articles of the present treaty, the high contracting parties give to each other the reciprocal assurance that as long as their views

are not fulfilled, rejecting all other ideas of utility or other measure to be taken, they will address themselves with the shortest possible delay to all the authorities existing in their States and to all their agents in foreign countries, with the view to establish connections tending toward the accomplishment of the objects proposed by this treaty.

ARTICLE 6. This treaty shall be renewed with such changes as new circumstances may give occasion for, either at a new congress or at the court of one of the contracting parties, as soon as the war with Spain shall be terminated.

ARTICLE 7. The present treaty shall be ratified and the ratifications exchanged at Paris within the space of six months.

*I will BC Suing in the Future for violation of this Treaty Alarc.*

Made at Verona the 22nd November, 1822.
for Austria: METTERNICH
for France: CHATEAUBRIAND
for Prussia: BERNSTET
for Russia: NESSELRODE

I ask to have printed in the CONGRESSIONAL RECORD this secret treaty, because I think it ought to be called now to the attention of the people of the United States and of the world. This evidence of the conflict between the rule of the few verses popular government should be emphasized on the minds of the people of the United States, that the conflict now waging throughout the world may be more clearly understood, for after all said the great pending war springs from the weakness and frailty of government by the few, where human error is far more probable than the error of the many where aggressive war is only permitted upon the authorizing vote of those whose lives are jeopardized in the trenches of modern war.

Mr. SHAFROTH, Mr. President, I should like to have the senator state whether in that treaty there was not a coalition formed between the powerful countries of Europe to re-establish the sovereignty of Spain in the Republics of South and Central America?

Senator Owen: "I was just going to comment upon that, and I am going to take but a few moments to do so because I realize the pressure of other matters. This Holy Alliance, having put a Bourdon prince upon the throne of France by force, then used France to suppress the condition of Spain, immediately afterwards, and by this very treaty gave her a subsidy of 20,000,000 francs annually to enable her to wage war upon the people of Spain and prevent their exercise of any measure of the right of self-government.

The Holy Alliance immediately did not same thing in Italy, by sending Austrian troops to Italy, where the people there attempted to exercise a like measure of liberal constitutional self-government; and it was not until the printing press, which the Holy Alliance so stoutly opposed, taught the people of Europe the value of liberty that finally one country after another seized a greater and greater right of self-government, until now it may be fairly said that nearly all the nations of Europe have a very large measure of self-government. However, I wish to call the attention of the Senate to this important history in the growth of constitutional popular self-government.

The Holy Alliance made its powers felt by the wholesale drastic suppression of the press in Europe, by universal censorship, by killing free speech and all ideas of popular rights, and by the complete suppression of popular government."

"The Holy Alliance having destroyed popular government in Spain, and Italy, had well-laid plans also to destroy popular government in the American Colonies which had revolted from Spain and Portugal in Central and South America under the influence of the successful example of the United States."

"It was because of this conspiracy against the American Republics by the European monarchies that the great English statesman, Canning, called the attention of our government to it, and our statesmen then, including Thomas Jefferson, who was still living at that time, took an active part to bring about the declaration by President Monroe in his next annual message to the Congress of the United States that the United States would regard it as an act of hostility to the government of the United States and an unfriendly act, if this coalition, or if any power of Europe ever undertook to establish upon the American continent any control of any American republic,

or to acquire any territorial rights."

"This is the so-called Monroe Doctrine. The threat under the secret treaty of Verona to suppress popular government in the American republics is the basis of the Monroe Doctrine. This secret treaty sets fourth clearly the conflict between monarchial government and popular government, and the government of the few as against the government on the many. It is a part, in reality, of developing popular sovereignty when we demand for women equal rights to life, to liberty, to the possession of property, to an equal voice in the making of the laws and the administration of the laws. This demand on the part of the women is made by men, and it ought to be made by men as well as by thinking, progressive women, as it will promote human liberty and human happiness. I sympathize with it, and I hope that all parties will in the national conventions give their approval to this larger measure of liberty to the better half of the human race".

(Senator Owen, Congressional Record 1916)

---

*[Handwritten top margin:]* Case: 2120180DP00  CASE #18-14061-CV MARTINEZ / MAYNARD  2018mm000578A

Court: Circuit
County: Indian River
SAO Temporary Case No: 31-2018-CF-000204-A
✓ Defendant: Carmelo Etienne

*[Handwritten:]* why is this case Temporary violation of Due process Law.

*[Handwritten:]* → Human Being

*[Handwritten left:]* been sued since Feb. 9, 2018

*[Handwritten:]* → False information And HOAX

**Request to Clerk of Court for (Misdemeanor)**
**Case Number for DIRECT FILE ISSUE CAPIAS/SUMMONS**
Case Type: (Felony)

*[Handwritten:]* → I AM Moor, I Challeng Every thing  violation of Uniform Commercial Code  U.C.C. § 1-308

Submitted to Indian River County Clerk of Court at email address:  on March 20, 2018

Direction to Clerk: Please respond to the State Attorney's Office at the designated eService email address of SA19eService@sao19.org only.

*[Handwritten:]* → Corporate Entity → Corporate Body a Fictitious Name.

Defendant: **CARMELO ETIENNE**

*[Handwritten:]* c/o; 1725 38 Street vero Beach El Republic (non domestic/non Assumpsit) [32960]

Address: 4498 51St Ave., Vero Beach, FL 32967

DOB: 07/03/1985

Race/Sex: B/M  *[Handwritten:]* Moor; I AM MOOR.

Ht/Wt: 5'7" / 234

Eye/Hair: BRN / BLK

SSN: ■■■■  *[Handwritten:]* → Social security Administration Do we Have a Contract? To Be adding this to this False report.

DL#: E350-100-85-243-0  *[Handwritten:]* → Did I, Moor Aprove Any of this?

FDLE: 06096367  *[Handwritten:]* FDLE → Do we Have A Contract? ILLegal!

FBI: 591166EC7  *[Handwritten:]* → FBI → Do we Have A Contract? ILLegal!

ALIAS: Carmelo Etienne  *[Handwritten:]* → I need to see the Contract Please?

*[Handwritten lower left:]* I will Be Suing for Damages in the future.

*[Stamp, upside down:]*
BY ___ DC
JEFFREY R. SMITH
CLERK OF CIRCUIT COURT
INDIAN RIVER COUNTY, FL
2018 MAR 20  PM 4: 54
TRAFFIC/MISDEMEANORS
FILED FOR RECORD

*[Handwritten bottom:]* Conflict of intrest

*[Handwritten: CASE 312018 DK]*

*[Handwritten top margin: Fraud. Conflict of intrest. Corporation do We have a Contract?]*

IN THE COUNTY COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR INDIAN RIVER COUNTY, STATE OF FLORIDA

STATE OF FLORIDA

*[Handwritten: It is Against the LAw to pretent to be Government;]*

VS.

| | |
|---|---|
| **Case:** | 312018MM000578AXXXXX |
| **Judge:** | DAVID C MORGAN *[Handwritten: Been sued for 800 plus Billion]* |
| **Agency:** | |

ETIENNE, CARMELO
DEFENDANT *[Handwritten: Illegal Address]*
4498 51ST AVENUE
VERO BEACH, FL 32967

*[Handwritten left margin: Moor]*

MALE / BLACK *[Handwritten: Moor]*
HAIR:    BLACK
HGT:      05 07

D.O.B.: 07/03/1985
EYES: BROWN
WGT: 234

*[Handwritten: FILED SUIT IN FEDERAL COURTS SINCE 16th OF FEBRUARY RETALIATION FOR RELATED CASES: 18-14061-cv-Mayne. 312018CA000102]*

## CAPIAS

TO ALL AND SINGULAR THE SHERIFFS AND CONSTABLES OF THE STATE OF FLORIDA

You are hereby commanded to arrest instanter **CARMELO ETIENNE** if he be found in your county, and bring him before the Judge of the Indian River County Court at the courthouse in Vero Beach, Indian River County, on the instanter, to answer an information found and now pending in said County Court, for

| | | | |
|---|---|---|---|
| CT 1 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ *NTA* |
| CT 2 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ *NTA* |
| CT 3 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ *NTA* |
| CT 4 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ *NTA* |
| CT 5 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ *NTA* |

The First Appearance Judge  may (X)  may not ( ) set or modify bail.

*[Handwritten: I was ILLEGALLY Arreste And taken to Jail Against my will on 3-28-11 with out Presenting any paper work.]*

Conditions of Bail:
(X) the defendant shall refrain from criminal activity
( ) the defendant shall not have contact of any kind with the victim, _____
( )

Endorsed by: _____

County/Circuit Judge

and have then and there this writ, with due return of your action endorsed thereon.

Witness Clerk and the seal of said Circuit Court at Vero Beach, Florida, this 22ND day of March, 2018.

JEFFREY R. SMITH
CLERK CIRCUIT COURT

BY: *Swatford*

DEPUTY CLERK

*[Stamp, rotated: 2018 MAR 22 PH 4:19  FILED FOR RECORD  TRAFFIC/MISDEMEANOR  JEFFERY R. SMITH  CLERK OF CIRCUIT COURT  INDIAN RIVER COUNTY, FL  BY: D.C.]*

*[Handwritten: I will Be filling More Suits in The future.]*

*[Handwritten bottom: Produce Contract?]*

# NOTICE TO APPEAR

Date: *Illegal corporations not Government*  Agency Case Number: 2018-5261

## STATE OF FLORIDA, COUNTY OF INDIAN RIVER

In the name of Indian River County Florida: The Undersigned certifies that there are just and reasonable grounds to believe, and does believe that:

On the ___ 28 ___ day of ___ March ___ 20__, at ___ 2100 ___ [X] AM [ ] PM

| Name (Last) | (First) | (Middle) | (Alias) |
|---|---|---|---|

| Address | City Vero Beach | State FL | Zip |
|---|---|---|---|

| Date of Birth | Race/Sex M/M | Height/Weight 5'7"/24 | Hair/Eyes Blk/Bro | Phone 772-xxx-xxxx |
|---|---|---|---|---|

| Occupation | Business Phone | DL # | SSN |
|---|---|---|---|

In Indian River County, Florida, committed the following offenses: Any of all x5

In violation of section (s) 365.172 (13) x 5   [X] State Statue / [ ] Municipal

Facts of offense: Guns CP120180578

I will Be suing for more DAMoges in the future this is Illegal.

| Officer (Print) | ID# | Agency IRCSO |
|---|---|---|

### You must appear in County Court of Indian River County at the Indian River County Courthouse located at 2000 16th Avenue, Vero Beach, Florida on

| Month | Day | 20 __ Year | 0630 Time | [ ] AM [ ] PM |
|---|---|---|---|---|

| Co-Defendant (s) | [ ] Cited | [ ] Cited |
|---|---|---|
| | [ ] Jailed | [ ] Jailed |

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED ABOVE TO ANSWER TO THE OFFENSE CHARGED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT, THAT I MAY BE HELD IN CONTEMP OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

Signature of Defendant

Sworn to and subscribed before me this ___

Day of ___ , 20 __

I swear the attached statement are true and correct to the best of my knowledge and belief.

Notary Public, State of Florida

Complainant / Agency

**DIRECT FILE-ISSUE CAPIAS-COUNTS 1 – 5**
**(REFERENCE # 31-2018-CF-000204-A)**
IN THE COUNTY COURT FOR THE NINETEENTH JUDICIAL CIRCUIT OF THE STATE
OF FLORIDA, FOR INDIAN RIVER COUNTY

STATE OF FLORIDA

-vs-

(A) Carmelo Etienne - 07/03/1985 - B/M
                Defendant(s)

Case No. (s):
31-2018-MM-000578-A

(A)   Ct. 1:  Misuse Of 911 Or E911 System (M 1)
(A)   Ct. 2:  Misuse Of 911 Or E911 System (M 1)
(A)   Ct. 3:  Misuse Of 911 Or E911 System (M 1)
(A)   Ct. 4:  Misuse Of 911 Or E911 System (M 1)
(A)   Ct. 5:  Misuse Of 911 Or E911 System (M 1)

**INFORMATION**

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:
    BE IT REMEMBERED that BRUCE H. COLTON, State Attorney for the Nineteenth Judicial
Circuit of the State of Florida, prosecuting for the State of Florida, in Indian River County, under
oath, information makes that in Indian River County:

COUNT 1:  On or about February 11, 2018 Carmelo Etienne did access the number 911 for the
purpose of making a false alarm or complaint or for the purpose of reporting false information
that could result in the emergency response of any public safety agency, or did knowingly use or
attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance
or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

COUNT 2:  On or about February 11, 2018 Carmelo Etienne did access the number 911 for the
purpose of making a false alarm or complaint or for the purpose of reporting false information
that could result in the emergency response of any public safety agency, or did knowingly use or
attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance
or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

COUNT 3:  On or about February 11, 2018 Carmelo Etienne did access the number 911 for the
purpose of making a false alarm or complaint or for the purpose of reporting false information
that could result in the emergency response of any public safety agency, or did knowingly use or
attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance
or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

COUNT 4:  On or about February 12, 2018 Carmelo Etienne did access the number 911 for the
purpose of making a false alarm or complaint or for the purpose of reporting false information
that could result in the emergency response of any public safety agency, or did knowingly use or
attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance

or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

COUNT 5:  On or about February 12, 2018 Carmelo Etienne did access the number 911 for the purpose of making a false alarm or complaint or for the purpose of reporting false information that could result in the emergency response of any public safety agency, or did knowingly use or attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Florida.

I do hereby state that I am instituting this prosecution in good faith.

Elise M. Kearney
Assistant State Attorney for the
Nineteenth Judicial Circuit of
Florida, prosecuting for said State
Fla. Bar No. 112846
Designated eService address:
SA19eService@sao19.org


STATE OF FLORIDA
County of Indian River

The foregoing instrument was acknowledged before me this _22_ day of March, 2018 by Elise M. Kearney, who is personally known to me and who did take an oath.

Notary Public

SABRINA E. NICHOLAS
Commission # GG 050084
Expires November 27, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

FILED FOR RECORD
TRAFFIC/MISDEMEANOR
2018 MAR 22  AM 11: 51
JEFFREY R. SMITH
CLERK OF CIRCUIT COURT
INDIAN RIVER COUNTY, FL
BY:_____ D.C.





# THE MOORISH NATIONAL REPUBLIC
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North America*

Affidavit of Fact
# Writ of Discovery

**Exhibit I: Re: Misrepresented Instrument – Bill of Attainder**
**312018DP00028 & 312018DP00029**
**(Indian River County Court House of Indian River County)**
**312018CA000102 & 312018CA000103**
**(Indian River County Court House of Indian River County)**
**18-14061-Martinez/Maynard**
**(United States District Court for the Southern District of Florida, Fort Pierce Division)**

04/07/2018

STATE OF Florida

Re: 312018DP00028/312018DP00029
(Indian River County Court House of Indian River County)
312018CA000102/312018CA000103
(Indian River County Court House of Indian River County)
18-14061-Martinez/Maynard
(United States District Court for the Southern District of Florida, Fort Pierce Division)

Pursuant to Article III, Section II of the United States Constitution Judicial Authority is vested in the Supreme Court or a lower court which has a "Certified Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the Superior Court GA 15 certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery.

Let if be noted for the record, on the record and let the record show a response is required 21 days from receipt of this letter. If no copy of the Certified Delegation of Authority Order is received within the specified time frame this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution.

Furthermore I demand, as is my Constitutional / Treaty secured rights, a copy of the 'Oath of Office', Oath of Ethics, and Bond Number for all state/government officials, employees, Judges, prosecutors, agents, clerks, and anyone who has touched or is in anyway involved with this case per Article VI of the United States Republic Constitution and Article XI of the Constitution of the state of Connecticut.

> *"Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:"***

*ASIS v US 568 F2d, 284*

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to excerises such powers are necessarily nullities."*
*Burns v Sup Ct. SF, 140 Cal 1.*

For the record, on the record, and let the record show from where do you derive your authority and jurisdiction in this matter.

*"Once Challenged, jurisdiction cannot be assumed, it must be proved to exist."*
*Stcuk v Medical Examiners 94 Ca 2d 751.211,P2d 389.*

Thank You,
I Am: _____
Emperor   Muhammed   Al   Moroc,   Authorized

Representative

Natural Person, In Propria Persona:
Ex Relatione Carmelo Etienne
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Indian River County, Florida Republic,
c/o 1725 38th street
[32960]
Non-Domestic

Thank You,
I Am: _____
Emperess Amaryaa Al Moroc , Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Sophia Thelisma
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Indian River County, Florida Republic,
c/o 1725 38th street
[32960]
Non-Domestic

Cc:     United Nations
        Geneva Switzerland

        United States Justice Department
        United States Attorney General
        Eric H. Holder

        United States District Court for the District of Columbia
        Washington D. C.

        STATE OF FLORIDA
        Governor Rck Scott

        STATE OF FLORIDA
        Attorney General Pam Bondi

        STATE OF FLORIDA
        Secretary   Ken Detzner

        STATE OF FLORIDA
        FLORIDA SUPREME COURT
        Judge Ricky Polston

        STATE OF FLORIDA

CASE #: 18-14061-CV-MARTINEZ
MAYNARD

EMPEROR MUHAMMED AL MOROC
EMPRESS AMARYAA AL MOROC
C/O 1725 38TH STREET
Indian River County, Florida Territory
Florida State Republic
[32960]

# L E G A L   N O T I C E   O F   R E M O V A L
## FROM MUNICIPAL COURT TO FEDERAL COURT
## PURSUANT TO TITLE 28 § 1441- §1446
## PROPER ARTICLE III JURISDICTION

**Plaintiff(s),**

PAUL B. KANAREK
STATE OF FLORIDA
ET AL

ORIGINAL JURISDICTION
"MINISTERSCONSULS
DIPLOMATS"
Article III, Section 2; Article VI
United States Republic Constitution
Treaty of Peace and Friendship
'Established Law of the Land'

**v.**

Federal Question(s):
Constitution, Treaty;
Religious Liberty;
Due Process;
Substantive Rights of Travel, etc.,
Supreme Court Rulings

EMPEROR MUHAMMED AL MOROC,   A Natural Person, In Propria Persona, Sui Juris
(not to be confused with nor substituted with Pro Se); and not a Statutory Person.

EMPRESS AMARYAA AL MOROC,   A Natural Person, In Propria Persona, Sui Juris (not to
be confused with nor substituted with Pro Se); and not a Statutory Person.

**Petitioner / Alleged Accused,**

(Hereinafter Petitioner)

Official Notice is hereby served on the STATE OF CONNECTICUT SUPERIOR COURT; all Judicial
Sub-Divisions; Officials; Agents; and above named Plaintiff-all cases and Jurisdiction / Venue moved to
Federal Court.   All Matters, Complaints, Traffic Tickets / Suits, Citations / Bills of Exchange
(misrepresented as lawful warrants, etc.), must be filed with Federal Court, pursuant to Jurisdiction

"The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls; --to all cases of admiralty and maritime jurisdictions;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;-- between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects."

In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the Supreme Court shall have original jurisdiction.  In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

COMES NOW, EMPEROR MUHAMMED AL MOROC & EMPRESS AMARYAA AL MOROC , In Propria Persona, Sui Juris (not to be confused with Pro se), Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America.  Being a descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands-bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (**http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bevines Law Book of Treaties**) the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of the Constitution for the United States of America (Republic):

### THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
#### Between Morocco and the United States
##### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

##### Article 21
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

#### II

### PARTIES

Plaintiffs

1.     STATE OF FLORIDA SUPERIOR COURT, private corporation; foreign to the United States Republic; and all FLORIDA CITY Employees; Agents; Officers; Contractors; Assignees, etc., being Plaintiffs, Claimants, or Parties of Interest in the 'Color-of-Law' processes instituted by them, or any one of them, against  EMPEROR MUHAMMED AL MOROC & EMPRESS AMARYAA AL

Republic of North America.

Petitioner

**EMPEROR MUHAMMED AL MOROC & EMPRESS AMARYAA AL MOROC** , In Propria Persona, Sui Juris (not to be confused with Pro se) Aboriginal, Indigenous Moorish American National, C/O <MAILINGLOCATION>, Manchester Territory, Connecticut Republic [Postal Zone 40].

I, < EMPEROR MUHAMMED AL MOROC & EMPRESS AMARYAA AL MOROC >, In Propria Persona, Sui Juris; Aboriginal, Indigenous Moorish American National, Freehold by Inheritance with Birthrights and protected and secured Inalienable Rights, makes with this NOTICE OF REMOVAL of the unconstitutional Complaint – Summons / Ticket – Suit / Bill of Exchange / Action, Numbers:

312018DP00028 & 312018DP00029

(Indian River County Court House of Indian River County)

312018CA000102 & 312018CA000103

(Indian River County Court House of Indian River County)

18-14061-Martinez/Maynard

(United States District Court for the Southern District of Florida, Fort Pierce Division). Petitioner is with reasonable expectation that the Officers / Agents, and Officials, holding any position of Public Trust, or political office, are prohibited, under Official Oath, under the authority of The Law of the Land, from the use of the official position(s) or office(s) to violate the Constitution for the UNITED STATES OF AMERICA; and thus, by the abuse of authority, and the practice of superseding their 'limited' jurisdictional powers, violate and abridge the Natural, Divine, Unalienable, and Secured Rights of the People; terminating with the cause of damage to this Petitioner / Plaintiff.

III

## **CAUSE OF ACTION**

The Petitioner / EMPEROR MUHAMMED AL MOROC & EMPRESS AMARYAA AL MOROC while traveling on Albany Avenue westward was detained by Policeman / Prosecuting Witness, Officer Maurice Washington, Badge I.D. Number E63; employed by the police department of Hartford County who stated that EMPEROR MUHAMMED AL MOROC & EMPRESS AMARYAA AL MOROC  was in violation of statute 14-296 which is private policy (being classed as law).

The STATE OF CONNECTICUT SUPERIOR COURT is an unconstitutional, private corporation, not delegated by Congress, under Article III, Section 2 of the Constitution; and that the Officers does not, and did not provide 'Due Process' protected and secured for the People, by the Amendments IV, V, VI, VII, VIII, IX, and X of the United States Constitution, to which the Judges and Officers in every State is bound (by Official Oath) to support and to uphold. Any statutory regulation, ordinance, or laws of any State, to the contrary, notwithstanding.

This allegedly - accused Petitioner believes that in accord with the Substantive Rights retained by the Petitioner, notifying all parties of the Petitioner's Moorish American (Identification / Status) and that the Petitioner was not, is not, and does not, waive any Inalienable Rights to due process; and affirmed that any action be adjudicated in a lawfully delegated jurisdiction and venue.

**The Officers** of STATE OF CONNECTICUT commanded that the Petitioner Pay Fines and Costs Imposed under threat, duress, and coercion with a 'man-of-straw' / misnomer word, misrepresented as implying my name, and typed upon the Order / Instrument, and was improperly spelled, "CARMELO ETIENNE AND SOPHIA>" in ALL CAPITAL LETTERS. That misnomer and CORPORATE - NAME, "<CARMELO ETIENNE AND SOPHIA THELISMA>" is clearly (an artificial – person / entity); is not me, the Natural Person; is a deliberate grammatical error, intended for injury to me; and is clearly not of consanguine relationship to me or to my nationality, in any form, truth, or manner,; nor to my Moorish Family Bloodline. This is a in violation of my secured rights to my name and nationality; a violation of

"Every Indigenous individual has the Right to a Nationality.",

Article 15 of the *Declaration of Human Rights* (**http//www.un.org/Overview/rights.html**)

everyone has a right to a nationality. (2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his name."

This Petitioner made a "Reservation of Rights" as stated on the ticket / summon / suit/ complaint No. R0116732-0 and signed for the record; name, correct spelling of name.

Plaintiff(s) and on case Number: 312018DP00028 & 312018DP00029 and All Defendant(s) of Cases is with the 'want of jurisdiction' by knowingly and willingly conspiring (under a Color-of-Authority) to deny this Petitioner, < EMPEROR MUHAMMED AL MOROC & EMPRESS AMARYAA AL MOROC , (after this Petitioner made a reservation of rights and stating for the record; name, correct spelling of name, and national status) her Inalienable Rights, the right to a Name and Nationality of her choosing, etc. The State / Judge / Accuser(s) alleged and assumed the Petitioner of being a Corporate Ward-ship 14th Amendment Artificial Negro Person / citizen, which resulted in an unlawful arrest-of-rights, immunities and liberties; which is in direct contradiction to, and a violation of, the Fourth (IV) Amendment of the Constitution for the United States (Republic); violating Article VI of the Constitution, by way of violating The Treaty of Peace and Friendship of EIGHTEEN HUNDRED-THRITY-SIX (1836) A.D.; Congressional Resolution # 75, Philadelphia Pennsylvania; a violation of Article 15 of 'The Universal Declaration of Human Rights' of Nineteen Hundred and Forty-Eight (1948) A.D. – General Assembly, United Nations; a violation of 'The Declaration of the Rights of The Child' of Nineteen Hundred and Fifty-Nine(1959) A.D(**http://www.un.org/cyberschoolbus/humanrights/resources/child.asp**); and violating 'The Rights of Indigenous Peoples'; and that the Officers of THE STATE OF Florida knowingly committed 'fraud' against the Petitioner < EMPEROR MUHAMMED AL MOROC & EMPRESS AMARYAA AL MOROC  >) by abusing their authority, in that they failed to correct a known violation; and did not aid in preventing said such abuse of authority, while having (by law) the obligation to do so; and violated the Fifth Amendment of The Bill of Rights of Seventeen Hundred and Ninety-One (1791) A.D.; impeding the Peoples' **right to due process under the Law, and equal protection of the Law**, Article 1 Section 10 of The Constitution for The United States of America (Republic) which secures this Petitioner the right to contract and conspiracy to commit fraud against this Petitioner and against the United States Republic.

## IV

## CONCLUSION

**1)** It is a sin for any group of people to violate the Constitutional Laws of a Free National Government.

**2)** The Delegates, which comprise the majority of Aboriginal and Indigenous Freeholders, by Birthright, Inheritance, and Primogeniture, and declared 'for the record' and known by the consanguine / Pedigree of their / our Forefathers, as Moors / Muurs; and the European Colonial Settlers of the United States of America, did, on the fifteenth day of November in the year Seventeen Seventy-seven (1777), and in the second year of the Independence of The United States of America, agreed to certain *Articles of Confederation* and perpetual Union between the States of New Hampshire, Massachusetts Bay, Rhode Island, and Providence Plantations, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina and Georgia; wherein they did declare

**5)** The United States, pursuant to an "*Act*" of the States sitting in Congress under the *Articles of Confederation* of Seventeen Hundred and Seventy-Eight (1778) A.D., authorized a Constitutional Convention for the purpose of forming a more perfect Union, to establish justice, to insure domestic tranquility, to provide for the common defense, to promote general welfare, and to secure the blessings of liberty, did ordain and established a Constitution for the United States. The Constitution for the United States was declared to be a "*revision*" to the *Articles of Confederation* of 1778 (*REPORT OF PROCEEDINGS IN CONGRESS*, Wed., Feb.21, 1787 [*Journals of the Continental Congress, vol. 38*]).

**6)** The Constitution for the United States was established by the People of the United States of America, and not by the States in their sovereign capacity (*In reg Opinion of the Justices, 107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412*) and was ratified by the People sitting in Convention of the Original 13 States of the United States of America (*United States Constitution, VII: 1:1*).

**7)** The Constitution for the United States is a Compact which constitutes a binding trilateral Contract between the People, the freely associated compact States of the United States of America, and the United States [e.g. *Article 10* of the *Bill of Rights* to the *Constitution of the United States*] (*In reg Opinion of the Justices, 107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412*).

**8)** By the wording of *Article VI* of the *Constitution for the United States*; the Congress is required to review its legislation from time to time to determine if the legislation was made pursuant to the provisions of that Constitution.

**9)** The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (*Article 9* of the *Bill of Rights* to the *Constitution for the United States*).

**10)** The parties to the Compact also agreed that the Powers not delegated to the United States under the U.S. Constitution are reserved to the States or to the People (*Article 10* of the *Bill of Rights* to the *Constitution for the United States*).

**11)** On February 24, 1855; the Congress of the United States created the United States Court of Claims. The Court of Claims was authorized to execute the mandates of *Article IX* of the *Articles of Confederation* of 1778 and *Article I* of the *Bill of Rights* to the *Constitution for the United States* (*10 Stat. 612, sec. 1, sec. 7*)

**12)** The Congress of the United States also enacted the "*Bowman Act*" of March 3, 1883 (*22 Stat. 485*) and the "*Tucker Act*" of March 3, 1887 (*24 Stat. 505*) to clarify the jurisdiction of the Court of Claims. Under these Acts, either House of Congress may submit any claim or matter to the United States Court of Claims for investigation and determination of facts. The Court was to report its findings back to Congress for Congressional determination.

**13)** Notwithstanding the limitations imposed upon the United States Claims Court by *P.L. 97-164* and its subsequent United States Court of Federal Claims by *P.L. 102-572*; the Congress of the United States is barred by *Article IX* and *Article XIII* of the *Articles of Confederation* and by *Article I* of the *Bill of Rights* to the *Constitution for the United States* to limit its investigations to moneyed claims.

**14)** The continual refusal of the United States Congress to resolve the Petitions of Grievances that were submitted to it, by the several States of the Union, violates the "*Good Faith*" agreement that all grievances submitted would be expeditiously resolved as mandated by the *Articles of Confederation* of 1778.

**15)** Between the years of 1866 and 1868 (and other years); several states within the United States known as "States" submitted Petitions to the Congress of the United States for Redress of Grievances. These Petitions have passed from Congress to Congress for over one hundred years, with the Congress refusing to take any action to resolve the disputes as required by *Article IX* of the *Articles of*

thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2.

**18)**     Black's Law Dictionary 4th Ed. Defines "Law of the land", - When first used in Magna Charta, the phrase probably meant the established law of the kingdom, in opposition to the civil or Roman law. It is now generally regarded as meaning general public laws binding on all members of the community. Janes v. Reynolds, 2 Tex 251; Beasley v. Cunningham, 171 Tenn. 334. 103 S.W.2d 18, 20110 A.L.R. 306. It means due process of law warranted by the constitution, by the common law adopted by the constitution, or by statutes passed in pursuance of the constitution Mayo v. Wilson, 1 N.H. 53.

**19)**     Clause 3, clarifies the scope of this requirement when it states that "…All judicial officers, both of the United States and of the several states shall be bound to support this Constitution…"

**20)**     The 5th Amendments require that all persons within the United States must be given due process of the law and equal protection of the law.

**21)**     The unconstitutional charges being applied to this Petitioner are not in pursuance of the Constitution for the United States of America, wherein it does guarantee, and this Petitioner does declare the equal protection of the right to "life liberty and the pursuit of happiness" in the 1st Amendment, which includes the right to travel as evidenced in positive law and stare decisis, to wit; Chicago Motor Coach v. Chicago 169 NE 221 " the use of the highways for the purpose of travel and transportation is not a mere privilege, but a common fundamental right of which the public and individuals cannot rightfully be deprived"; Teche Lines v. Danforth, Miss. 12 So 2nd 784,  787 "the right to travel on the public highways is a constitutional right", Slusher v. Safety Coach Transit Co., 229 KY 731, 17 SW 2D 1012, affirmed in Thompson v. Smith 154 S.E. 579 – "The right to travel upon the public highways and transport my property thereon, by automobile is not a mere privilege, which may be permitted or prohibited at will, but a common right which one has to life, liberty and the pursuit of happiness" and the State's application of 625 ILCS 5/et seq is "notwithstanding", Article VI cl.2 Ibid.

**22)**     The Petitioner claims full and equal protection of the Law in Marbury v. Madison 5 US 137 – "The Constitution of these United States is the Supreme Law of the Land. Any law, that is repugnant to the Constitution, is null and void of law."

**23)**     The unconstitutional charges being applied to the Petitioner are repugnant to the Constitution because they deny a right established and guaranteed in the 1st, 4th, 5th, 6th, 7th, 8th, 9th, and 10th Amendments, and in United States Supreme Court '**Stare Decisis**' so noted above, where this court has no authority to adjudicate contrary.

**24)**     The unconstitutional charges under which the Petitioner is being forced to answer are non-constitutional on their face and unconstitutional when applied to the Petitioner because they do not have an enacting clause or single subject title, thereby denying due process of law.

**25)**     Due Process of law is not necessarily satisfied by any process which the Legislature may prescribe. See: Abrams v. Jones 35 Idaho 532, 207 P. 724.

**26)**     "Due Process of Law in each particular case means such an exercise of the powers of the government as the settled maxims of law permit and sanction; and under such safeguards for the protection of individual rights as those maxims prescribe for the class of cases to which the one in question belongs." Cooley, Const. Lim. 441.

**27)**     Due Process as defined in H. C. Black's Law Dictionary, 4th Edition. " Whatever difficulty may be experienced in giving to those terms a definition which will embrace every permissible exertion of power affecting private rights, and exclude such as is forbidden, there can be no doubt of their meaning

**29)**   "Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved."

**30)**   "If any question of fact or liability be conclusively presumed against him, this is not due process of law, Zeigler v. Railroad Co., 58 Ala. 599.

**31)**   These phrases in the Constitution do not mean the general body of the law, common and statute, as it was at the time the Constitution took effect; for that would seem to deny the right of the Legislature to amend or repeal the law. They refer to certain fundamental rights which that system of jurisprudence, of which ours is a derivative, has always recognized. Brown v. Levee Com'rs 50 Miss. 468."

**32)**   All orders or judgments issued by a judge in a court of limited jurisdiction must contain the findings of the court showing that the court has subject-matter jurisdiction, not allegations that the court has jurisdiction. In re Jennings, 68 Ill.2d 125, 368 N.E.2d 864 (1977) ("in a special statutory proceeding an order must contain the jurisdictional findings prescribed by statute.")

**33)**   In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are **void** under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Every act of the court beyond that power is void").

**34)**   The Petitioner assert, Midland Coal Co. v. Knox County, 268 Ill.App.3d 485, 644 N.E.2d 796 (4th Dist. 1994) ("Special statutory jurisdiction is limited to the language of the act conferring it, and the court has no powers from any other source"…)

**35)**   The "language of the act" the complainants confer upon "has no powers from any other source" Midland Coal Co. v. Knox County, Ibid, no evidence on it's face of valid law, as it lacks the mandatory enacting clause,

**36)**   That the purpose of thus prescribing an enacting clause — "the style of the acts" — is to establish it; to give it permanence, uniformity, and certainty; to identify the act of legislation as of the general assembly; to afford evidence of its legislative statutory nature; and to secure uniformity of identification, and thus prevent inadvertence, possibly mistake and fraud. *State v. Patterson*, 4 S.E. 350, 352, 98 N.C. 660 (1887); 82 C.J.S. "Statutes," § 65, p. 104; *Joiner v. State*, 155 S.E.2d 8, 10, 223 Ga. 367 (1967).

**37)**   "That the almost unbroken custom of centuries has been to preface laws with a statement in some form declaring the enacting authority. The purpose of an enacting clause of a statute is to 'identify' it as an act of legislation by expressing on its face the authority behind the act." 73 Am. Jur.2d, "Statutes," § 93, p. 319, 320; *Preckel v. Byrne*, 243 N.W. 823, 826, 62 N.D. 356 (1932).

**38)**   That for an enacting clause to appear on the face of a law, it must be recorded or published with the law so that the People can readily identify the authority for that particular law.

**39)**   That "It is necessary that every law should show on its face the authority by which it is adopted and promulgated, and that it should clearly appear that it is intended by the legislative power that enacts it that it should take effect as a law." *People v. Dettenthaler*, 77 N.W. 450, 451, 118 Mich. 595 (1898); citing *Swann v. Buck*, 40 Miss. 270.

**40)**   This Plaintiff (a court of limited jurisdiction), lacks the power to act and have proceeded beyond the strictures of the statutes, and that the statutes being applied are created from revised statutes and

denied, if any, to determine what jurisdiction the Plaintiff is attempting to apply to this Natural Born Citizen.

**43)** The Petitioner is not subject to the jurisdiction of this Plaintiff.

**44)** This Petitioner has no contract with CONNECITCUT SUPERIOR COURT, or with the State of Connceticut; or with any other segment of the United States of America that can grant jurisdiction over human rights; or over political, economic, social and cultural rights of Indigenous Peoples.

**45)** The Petitioner is Aboriginal / Indigenous within the meaning of the description of the Draft Declaration of the Inter-American Declaration of the Rights of Indigenous Peoples at Article 1 Definition:

**46)** "In this Declaration Indigenous Peoples are those who embody historical continuity with societies which existed prior to the conquest and settlement of their territories by Europeans..."

**47)** Indigenous People are separate and distinct; alien to this administration; and have a separate and distinct status from the administrators of the colonial occupiers of the land; as recognized in the Declaration on Principles of International Law of Friendly Relations and Cooperation Among States; wherein it does say under the Principles of Equal Rights and self determination of Peoples (B5): "The territory of a colony or other Non-Self Governing Territory has, under the Charter, a status separate and distinct from the territory of the State administering it..."

**48)** Colonial legislatures were divested of their legislative powers, and required to transfer jurisdiction and all powers over the cultural rights of indigenous and minority peoples to those peoples and prohibited from making any law that effects the rights of indigenous people to fully and effectively enjoy their right to self-determination in Article 5 of the Declaration on the Granting of Independence to Colonial Countries and Peoples, Adopted by General Assembly resolution 1514 (XV) of 14 December 1960. See Article 5 to wit: "Immediate steps shall be taken, in Trust and Non-Self Governing Territories or all other territories which have not yet attained independence, to transfer all powers to the peoples of those territories, without any conditions or reservations, in accordance with their freely expressed will and desire..."

**49)** Colonial courts were divested of, and required to, transfer the judicative power and all power to the people of this territory, ibid.

**50)** See 'The American Declaration of the Rights and Duties of Man' (Adopted by the Ninth International Conference of American States Bogota, Colombia, 1948 at Article 5, Article 17, Article 26)

**51)** The United States of America is required to obey the requirements of the Declaration on the Principles of International Law and to obey the principles of international law enumerated therein.

**52)** The Vienna Convention on the Law of Treaties requires that the United States of America fulfill its obligations incurred thereunder.

**53)** The United States of America is a member of the United Nations, and is bound by the Charter of the United Nations to promote and protect the Rights of Indigenous Peoples.

**54)** The Declaration of the Granting of Independence to Colonial Countries and People UN GA #1514 specifically required the United States of America to transfer *all power* to the peoples of this land, and this specifically includes all legislative, executive and judicial powers.

**85)**   No person shall be denied the enjoyment of any civil or military right, nor be discriminated against in the exercise of any civil or military right, nor be segregated in the militia or in the public schools, because of religious principles, race, color, ancestry or national origin...

**V**

**RELIEF**

**1.   The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

**1)**   I, <FreeNationalName>, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

**2)**   I, <FreeNationalName>, demand this United States Supreme Court stop these abuses of the colorable authority by the Plaintiff as it pertain to this Petitioner.

**3)**   I, <FreeNationalName>, demand if any criminal charges be found, let them be placed upon the Plaintiffs.

**4)**   I, <FreeNationalName>, demand this United States Supreme Court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

**5)**   I, <FreeNationalName> do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering Plaintiff to be brought before the Law to answer for their criminal and unjust actions.

**6)**   All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Bill of Exchange: Number <CASENUMBER>, and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged( excluding all actions against defendans taken by ourselves) for the record on it's face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

**7)**   All City, County and State Officials are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

**8)**   Any Plaintiff, Corporate or Natural, Party-Claimants; Involvements be found guilty of the charges and shall result in immediate Recusal of Office.

**9)**   Plaintiff STATE OF CONNECTICUT is being sued  for compensatory damages and  for punitive damages in its official capacity.

## TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Day 9, March, 2009 = 1429 M.C.

I Am:_____

Authorized Representative Natural Person, In Propria Persona: All Rights Reserved; U.C.C. 1-207 / 308; U.C.C. 1-103

MAYNARD

  

🝳.🝳.🝳.🝳.🝳.     Moorish Americans - Northwest Amexem

# Judicial Notice and Proclamation

**To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:**

**Upon** my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, **Empress Amaryaa Al Moroc,** being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

**That** I, **Empress Amaryaa Al Moroc,** Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

**The** Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being Moorish American, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

**Moors / Moorish Americans / Muurs** Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States'

**Egypt**, The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire**. With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present **North, South** and **Central America** and also **Mexico** and the **Atlantis Islands**; before the great earthquake, which caused the great Atlantic Ocean.

**The 'Great Seal Pyramid'** is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

**The** Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, **Ali, El, Bey, Dey,** and **Al.** The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory…"*

**The** present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction.

Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations "**Declaration of the Rights of the Child**" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations "**Universal Declarations on Human Rights**" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "**Executive Order 13107**"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

**Furthermore,** I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

**1. The** Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781**:

**2. The** use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:**

**3. The** Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**

**4. The** Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579:**

**5. State** Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):**

**6. The** state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels.**

**8.** **U**nder the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

**9.** **W**here Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

**10.** **T**he claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

**11.** **F**or a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

**12.** **I**f any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 211 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

**13.** "**L**ack of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I,R., 323 US 310, 313.**

**W**hereas, In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not  willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

**W**hereas, there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights.  It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

**T**hat the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### **T**itle 18, Part 1, Chapter 13 §241 of United  States Codes of Law:

**I**f *two or more persons conspire to injure, oppress, threaten, or intimidate any person in any*

*both, or may be sentenced to death.*

## Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:

**W***hoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts commited in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

**T**herefore, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and "**Executive Order 13107**" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

**W**herefore all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur\*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped – up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.

**E**xplicit Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308,

alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known…:

**Represent** means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can **'Present'** 'Self'!

I, **Empress Amaryaa Al Moroc**, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

Hibu (Love), Haqq (Truth), Salaam (Peace), Hurryatun (Freedom), Adl (Justice),

All Rights Reserved Without Prejudice / Recourse; Allodial Claim.

I Am:_____.
Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved

**Aboriginal** / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands
Al Moroc / Ameru / Americana)

**By** Special Appearance, in Honor, the Divine Being, **Empress Amaryaa Al Moroc**, Affirms that He / She is the Natural Person / Divine Being herein named, existing in His / Her own Proper Person; meeting the 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto.

**Chronos**:
Day:_____     Month:_____     Year: _____.

I Am: _____.
**Vizir / Minister:** Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved
Free Moor / Muur
Northwest Amexem / Northwest Africa / North America