UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF FLORIDA

MOORS;
SOPHIA THELISMA,
V.B, ZW,ME,
PLANTIFFS,

CASE:18-14061-CV-MARTINEZ/MAYNARD

MOOR;
CARMELO ETIENNE,
PLAINTIFFS,

V.

THOMAS LOVELAND ET AL,
DEFENDANTS,

_____,

FILED by ___ D.C.
APR 17 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

MOTION/ORDER TO RETURN CHILDREN AND ORDER STRIKE MOTION TO DISMISS SUBMITTED BY DEFENDANTS JUDGE VICTORIA GRIFFIN AND JUDGE ROBERT PEGG, ET ALL DEFENDANTS
ORDER TO GRANT JUDGEMENT OF DEFAULT TO AFFIANTS INCOUNTERSUIT, AND FOR JUDGES, COURTS, DEFENDANTS, AND ALL FLORIDA BAR MEMBERS AND ATTORNEYS AT LAW TO SHOW STATUS AND NATIONALITY TO PROCEED IN COURT AND HEARING

MOOR PLANTIFFS; SOPHIA THELISMA,VB,ZW,ME, ORDER TO OPPOSE DISSMALS BY ANY DEFENDANTS RELATED TO CASES2018-CA-000103, 2018-CA-000102, 312018-DP-28 / 312018-DP-29, AND ANY RELATED CASES PURSUANT TO THE VIOLATION OF PEACE AND FRIENDSHIP TREATY OF MOROCCO OF 1786/1987, VIOLATION OF THE COMMON LAW, VIOLATION OF THE US CONSTITUTION, AND STATE CONSTITUTION. THE FACT THAT WE ARE THE MOORS ABORIGINALS INDIGENOUS TO THE LANDS OF MOROCCO AKA AMERICA(S)
AS RECOGNIZED IN BY THE USA GOVERNMENT, FEDERAL AND CIRCUIT COURT.

1. We are not PRO SE a we are in propria persona, A correction has been stated and corrected for through the courts for the record. ORDER to strike and defendant judge PEGGS and Victoria L Griffin's motion TO DISMISS The AFFIANTS Carmelo Etienne,

Sophia THELISMA'S CASE. Carmelo Etienne, Sophia THELISMA Moors by through their undersigned Authority in pursuant to FDR c v p 12 B 5 and 12 B 6 to move to dismiss this complaint with prejudice; State as follows Carmelo ETIENNE and Sophia THELISMA are not pro se litigants they are in propria persona bring forth the fact that judge Pegg did not follow due process of law by denying restraining orders without a proper hearing to hear the matter before breaking the law for his fellow comradesAND FAILED TO CONDUCT A proper hearing to hear the matter before breaking the law for his fellow comrades the same amount of restraining orders if not more we're filed through Sophia thelisma 17 restraining orders were filed within two different dates which shows you that there was a grave problem and in the reports it was listed that it was a lifeand-death emergency. Judge Pegg denied the restraining orders with   Prejudice due to the fact that he harnessed a personal grudge against Sophia THELISMA the AFFIANT/Plaintiff as he has threatened Sophia in the past to incarcerate her. Judge Pegg should not have judicial immunity due to the fact that because of his denial of the restraining orders; bodily injury, kidnapping, genocide, acts of treason, and also violation of the indigenous Act, child endangerment, emotional distress, hair loss, misprision, and much more occurred. Victoria L Griffin should not be exempt and shall not have judicial immunity due to the fact that she too had a dealing with the continuance of the matter after learning it was an act of treason, conspiracy, and deprivation of Human Rights. In conclusion all judges listed and KANEREK as well intentionally did not uphold their oath nor did they uphold the law of the Constitution and willfully and knowingly aided and took part in the following Haynes crimes personal gain judge Peggs name also came up in the recording video by Corporal Scribner that it was Judge Pegg who initially ordered to remove the kids from Sophia's care with no proper form of contract illegally and unlawfully which is in violation of the contract with Indian River courthouse after Sophia filed a civil complaint on the 9th that was dated on the 10th that the incident occurred Okay on the 11th of February 2018 the sheriff's department of Indian River sheriff's department of Indian River County committed the following acts of home invasion all caught on surveillance footage while Sophia and children were inside the property where Sergeant Linda Nolan and Corporal Scribner were trying to break in to Sophia's property with a crowbar as they stated they were under judge pegs order and later on returned without a search warrant and broken to Sophia's property drawing guns illegally and unlawfully committing crimes against humanity under judge Peggs orders.

Relief
1. order the return of Children and all other forms of relief previously stated
2. A RESPONSE IS NEEDED BY ALL PARTIES TO SHOW STATUS AND NATIONALITY

Moor; Sophia   4/17/18
Thelisma