Case: 18-14061-CV-Maynard.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF ~~COURT~~ FLORIDA
~~INDIAN RIVER COUNTY COURTHOUSE~~
~~19TH JUDICIAL~~

CASE NO.:312018CA000102/312018CA000103
CASE NO.:312018DP000028/312018DP000029

**Moors; MOROCCO**
**Sophia Thelisma and Carmelo Etienne**
_____/AFFIANT(S)

FILED by ƎH D.C.
APR 17 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - FT PIERCE

vs

**State of Florida Dcf ET AL.**
_____/DEFENDANT(S)

MOTION ORDER WRIT OF Prohibition / ORDER OF RECUSAL /EVIDENCE OF PRIMA FACIE / JUDGEMENT OF ACQUITTAL/ AFFIDAVIT OF FACTS / COUTER CLAIM AGAINST DFC /FDCF / STATE OF FLORIDA ATTORNEYS, Florida State ATTORNEYS, INDIAN RIVER SHERIFF OFFICE, DERYL LOAR, ET AL.
SKIROTES V. FLORIDA, 313 U.S.69 (1941) NO.658
U. S. SUPREME COURT
CHATWIN V. UNITED STATES, 326 U.S. 455 (1946) NO.31
VIOLATION OF THE FEDERAL KIDNAPPING ACT

WRIT OF Prohibition, THE COURT'S LACKS SUBJECT MATTER JURISDICTION PURSUANT (FS 736.0203) TO VIOLATION OF THE FLORIDA CONSTITUTION, COURT'S LACKS PERSONAL JURISDICTION IN PURSUANT TO (FS .55.606) JURISDICTION OVER THE PERSONS (FS.55.065) DCF, FDCF, STATE OF FLORIDA/ STATE FLORIDA ARE IN VIOLATION OF DUE PROCESS LAW (ARTICLE 1 SECTION 9 . DUE PROCESS._ NO PERSON SHALL BE DEPRIVE OF LIFE, LIBERTY OR PROPERTY WITH OUT DUE PROCESS OF FLAW, OR TO BE TWICE PUT IN JEPORDY FOR THE SAME OFFENSE, OR BE COMPELLED IN ANY CRIMINAL MATTER TO BE A WITNESS AGAINST ONESLF. History Am processed by constitution revision commision, revision no. 131998, filed with the secartary of state may 5 1998. adopted 1998.

Section 10 prohibited laws - no bill of attainder, ex post facto law or law impairing the

obligation shall be passed.

Section 20-treason

Florida constitution section 23- rights of privacy- every natural person has the rights to be let alone and free from governmental intrusion into the persons private life except as otherwise provide herein . this section shall not be construed to limit the publics right of access to public records and meetings as provided by law. History- added, c.s. for h.j.r. 387, 1980 adopted 1980 am. Proposed by constitution reversion constitution, reversion mo.13,1998 filed with secartary of state may 5th 1998, adopted 1998.

Violation of florida constitution section 12- search and seizure- the right of the people to be secured in their person, houses, papers, and effects against unreasonable searches and seizures, and against the unreasonable interceptions of private communications by any means shall not be violated.

In violation of section False imprisonment.

History- am. h. j. r 31-h, 1982 adopted 1982

IN VIOLATIO N ET ALL **GRANT JUDGEMENT ORDER   TO    DISMISS 312018 DP0000 28/29 IN PURSUANT U.C.C. 1-308    ALL RIGHTS RESERVE BY DEFAULT ON CIVIL CASE DO TO DCF/FDCF KIDNAPPED THE MOORS; CHILDREN    THAT WAS ALREADY ON CIVIL ACTION SUITS FILED BY THE MOTHER MOOR ; Sophia Thelisma CASES 312018CA000103 AND THE FATHER CIVIL ACTION SUITS 312018000102.**

OUR Honor I am making a special appearance in this letter in OUR Propria Persona, I am

We, hereby certify that, Moors;_Sophia Thelisma & Carmelo Etienne_ have carefully Moor, aboriginal indigenous **Human Being** to this land of Morocco Capitol Rabat America Republic The court MAGISTRATE **HAMOND** need to examine this matter and it is a true emergency.   The courts Public records recognize that we are Moors,

No Judge, Florida Bar Member or US citizens in the United states corporate America has jurisdiction or status to make any decisions on any children descendants of Moors, so thereof they are moors by birth. The state of Florida, Dcf, Melissa Kay Cline, Jeffrey Battista,Esq. Susan Prado, Esq. Paul B. Kanerek, Gaurdian ad litem Et al. Lacks subject-matter Jurisdiction,personal jurisdiction , Status, and Nationality to even practice law or sit a bench on any aboriginal Indigenous human being to the land of America republic or Morocco.

These, children; Z.W., V.B., M.C.E.,    are not wards of the State, nor are they black or
M∘A∘E., H∘M∘E.

colored, they are Moors, as recognized and recorded in public records. The opposing parties are in Violation of the Peace and Friendship Treaty of Morocco1786/1787, Us Constitution and Florida Constitution for: threat, duress, and coercion, retaliation, kidnapping, genocide, tampering with 3 witnesses/ victims OF A LAWSUIT, destruction of evidence, false information hoax and defamation of character, violation of the due process of law/ clause from the 1st, 5th, 14th, 15th Amendment of their US Constitution, 28 USC 1602-1611 sovereign Immunity Act. We are not subdue to the color of law ,we are Moors; we are not black or colored. Nor are we 2nd class citizen as stated in your UNITED STATES Constitution .

I, further certify that the necessity for this Emergency hearing has not been caused by my lack of due diligence on my part but has been brought about only by the circumstance of this case the issue presented by the matter of the fact that these are crimes against humanity being committed, violation of indigenous rights, and all Florida law and statues including; interference with custody under Florida statue 787.03(1),787.03(2), false official statement under Florida statue 837.06, kidnapping under Florida statue section 787.01, human trafficking; tampering with a witness, victim, or informant; Florida statue 914.22 as also known as modern day slavery under Florida law 787.06, in case 31-2018-CA-000103 filed February 9th 2018 that the same children were suing Dcf/FLORIDA DCF ET AL. for "hate crime racist conspiracy' and 'false information and hoax' ETC . There also is a federal case against FLORIDA DCF and the state of Florida State Attorneys office ET AL. At this time i would also like for Dcf and the State of Florida to provide contract, Florida only works on contract policy, Do we have a contract where I agreed to the kidnapping of my children? Please provide the evidence and facts that claims of the dependence are based off.

I , further certify that I have made a Bona-Fide effort to resolve this matter without the necessity of emergency action.

1. CAN THE ACTIONS TAKEN AGAINST A MAN AND WOMAN; MOOR CARMELO ETIENNE AND MOOR SOPHIA THELISMA BE FOUND TO COMPLY WITH DUE PROCESS?
2. CAN THE ACTIONS TAKEN BY THIS ENITY BE GROUNDED WITH VALID AUTHORITY?
3. CAN THIS ENITY OR AGENT PROVE IT HAS CONTRACT WITH   THE PARENTS ; SOPHIA THELISMA AND CARMELO ETIENNE VOLUNTEERLY AGREEING TO REMOVE CHILDREN?

AT THIS POINT I AM STILL AWAITING THE DISCOVERY OF BURDEN OF PROOF OF THE FALSE OFFICIAL STATEMENT AND

Dated this  16  day of  April 2018 .
Signature: Sophia Thelisma/Carmelo Etienne
Printed name: Moors, U.C.C. 1-308
Telephone number: 772-480-0811

CERTIFICAT OF SEVICE

I DO CERTY IF THAT THE ABOVE NOTICE OF SPECAIL APPEARENCE   NOT GENERAL, UNCONSTITUTIONAL /UNSANCTIONED NON-COMMON LAW

COURT HAS BEEN FURNISHED VIA EMAIL, US POSTAL SERVICES, ETC,