# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
Fort-Pierce Division

Moor, Carmelo Etienne
Moor, Sophia Thelisma

_____ Affiant(s)

Elise M. Kearney/Fla.Bar/SAO
Nineteenth Judical Circuit of Florida
Fla. Bar No. 112846.    -v-   Frank/Guardian Ad Litem
Suzanne Gaskill,
Children's home Society of Florida.
Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 18-14061-Maynard.
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

FILED by ___ D.C.
APR 5 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## Affidavit of Facts./Counter Claim
## COMPLAINT FOR A CIVIL CASE/Common Law
## Torts Complaint.

### I. The Parties to This Complaint

**A.** Affiant (s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Moor, Carmelo Etienne/Sophia Thelisma
Street Address: C/o 1725 38 street
City and County: Vero Beach Fl Republic [32960]
State and Zip Code: [none Domestic] [none Assumpsit]
Telephone Number: (772) 480-0811
E-mail Address:

**B.** The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: Suzanne Gaskill / Children home Society of Florida
  Job or Title (if known): Case Manager
  Street Address: 1459 20th Street
  City and County: Vero Beach Fl Indian River
  State and Zip Code: Florida 32960
  Telephone Number: 772 617-1677
  E-mail Address (if known):

Defendant No. 2
  Name: Frank / Guardian Ad Litem
  Job or Title (if known):
  Street Address: 2000 16th Ave
  City and County: Vero Beach Indian River
  State and Zip Code: Florida 32960
  Telephone Number:
  E-mail Address (if known): SA19eService@sao19.org

Defendant No. 3
  Name: Elise M. Kearney
  Job or Title (if known): Assitant State Attorney
  Street Address: 2000 16th Ave
  City and County: Vero Beach Indian River
  State and Zip Code: Florida 32960
  Telephone Number: 772 226-3300
  E-mail Address (if known): SA19eService@sao19.org

Defendant No. 4
  Name: State Attorney / Nineteenth Judicial
  Job or Title (if known): Circuit of Florida
  Street Address: 2000 16th Street
  City and County: Vero Beach Indian River
  State and Zip Code: Florida 32960
  Telephone Number: 772 226-3300
  E-mail Address (if known): SA19eService@sao19.org

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question       [X] Diversity of citizenship

Violation of the Peace and Friendship treaty.

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. We are Sovereign flesh and Blood Human Beings we own the government, they commit Human trafficking, Racketeering do to the Kidnaping of our children with out Due process of law. Human trafficking on march 28 By sheriff prrty By Taking moori Carmelo to Jail on a Notice to appear when Carmelo is not part of your society. We are Moors, D we have a Contract.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Affiant(s)

    a. If the Affiants is an individual

    The Affiants, *(name)* Carmelo/Sophia/Moori, is a Sovereign of the State of *(name)* Florida Republic Morocco

    b. If the Affiants is a corporation

    The Affiants, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one Affiants is named in the complaint, attach an additional page providing the same information for each additional Affiants)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Suzanne Gaskill, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) State Attorney/Nineteenth Judicial Circuit of, is incorporated under Florida the laws of the State of (name) Florida, and has its principal place of business in the State of (name) Florida.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) Indian River/Fort P.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

Counter Claim 750 million Do to the State Attorneys office already Been Sued since the 9 of Feb. 2018 with, Court House, DCF, Sheriff IRCSO, VBPD, Mayor, Judges, PDCF et al. Florida Bar.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

This is unlawful, we are not part of your society, it is unlawful to infringe illegal and unlawful court documents on Moors, for your own personal Gain. Retaliation for William Lee and all affiliated parties to State Racketeering by committing federal crime against Humanity, also violation of peace and friendship treaty and on what grounds Do these Department Commit the act of Kidnapping, Human Trafficking etc. 18 U.S.C. §1592, §1593, 18 U.S.C. §1201 - Kidnapping, 18 U.S.C. §2381 - Treason, 18 U.S.C. §2332b.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

※ We Are Moors; Decendant of the Moa ites The Aboriginal Indigenous Human Beings to this land Called Republic of America AKA Al moroc, Morocco. I Carmelo Demand our children Back and full payment of all Debt owed to me Do to violation of torts in the amount of 750 million Dollars for the pain and suffering that the Family endured in the Absence of the Children and also for the unlawful charges filed with out a contract from the State.

> WE DO NOT CONSENT TO ANYONE TAKING OUR CHILDREN OR VISIT WITH OUR CHILDREN, OUR TAKE THEM TO THE DOCTOR, AND ENROLL IN ANY SCHOOL SYSTEM AGAINST OUR WILL. WE ARE MOORS WE ARE NOT A PART OF YOUR SOCIETY. WE NEVER CONSENTED TO ANYTHING THE DID, AND THATS OUR RIGHTS. WE DONOT YEILD OUR RIGHTS TO THE AGENCY'S WHICH SERVES US. SOVEREIGNTY

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Respectfully submitted this the 25 day of April, 2018 = 1436 M.C.

I am: *Moor, Carmelo Etienne*
Emperor Muhammed Al Moroc, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Carmelo Etienne
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic

I am: *MOOR; Sophia Thelisma*
Empress Amaryaa Al Moroc, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Sophia Thelisma
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic