*Affidavit* 2018mm000578A

Court: Circuit
County: Indian River
SAO Temporary Case No: 31-2018-CF-000204-A
Defendant: Carmelo Etienne

### Request to Clerk of Court for Misdemeanor
### Case Number for DIRECT FILE ISSUE CAPIAS/SUMMONS
### Case Type: Felony

Submitted to Indian River County Clerk of Court at email address: on March 20, 2018

Direction to Clerk: Please respond to the State Attorney's Office at the designated eService email address of SA19eService@sao19.org only.

**Defendant: CARMELO ETIENNE**

Address: 4498 51St Ave., Vero Beach, FL 32967

DOB: 07/03/1985

Race/Sex: B / M

Ht/Wt: 5'7" / 234

Eye/Hair: BRN / BLK

SSN: [REDACTED]

DL#: E350-100-85-243-0

FDLE: 06096367

FBI: 591166EC7

ALIAS: Carmelo Etienne

FILED FOR RECORD
TRAFFIC/MISDEMEANORS
2018 MAR 20 PM 4:54
JEFFREY R. SMITH
CLERK OF CIRCUIT COURT
INDIAN RIVER COUNTY, FL
BY _____ DC

IN THE COUNTY COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR INDIAN RIVER COUNTY, STATE OF FLORIDA

STATE OF FLORIDA

VS.

**ETIENNE, CARMELO**
DEFENDANT
4498 51ST AVENUE
VERO BEACH, FL 32967

Case: 312018MM000578AXXXXX
Judge: DAVID C MORGAN
Agency:

MALE / BLACK
HAIR:   BLACK
HGT:    05 07

D.O.B.: 07/03/1985
EYES: BROWN
WGT: 234

## CAPIAS

TO ALL AND SINGULAR THE SHERIFFS AND CONSTABLES OF THE STATE OF FLORIDA

You are hereby commanded to arrest instanter **CARMELO ETIENNE** if he be found in your county, and bring him before the Judge of the Indian River County Court at the courthouse in Vero Beach, Indian River County, on the instanter, to answer an information found and now pending in said County Court, for

| | | | |
|---|---|---|---|
| CT 1 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |
| CT 2 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |
| CT 3 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |
| CT 4 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |
| CT 5 | Charge: 365.172(13) | MISUSE OF 911 OR E911 SYSTEM | Bail Amount $ NTA |

The First Appearance Judge  may (X)  may not ( ) set or modify bail.

Conditions of Bail:
(X) the defendant shall refrain from criminal activity
( ) the defendant shall not have contact of any kind with the victim, _____
( ) _____

Endorsed by: _____
County/Circuit Judge

and have then and there this writ, with due return of your action endorsed thereon.

Witness Clerk and the seal of said Circuit Court at Vero Beach, Florida, this 22ND day of March, 2018.

JEFFREY R. SMITH
CLERK CIRCUIT COURT

BY: _Swatford_
DEPUTY CLERK

[Filed for record stamp: 2018 MAR 22 PM 4:19, INDIAN RIVER COUNTY, FL, CLERK OF CIRCUIT COURT, JEFFREY R. SMITH, TRAFFIC/MISDEMEANOR, FILED FOR RECORD]

**DIRECT FILE-ISSUE CAPIAS-COUNTS 1 – 5**
**(REFERENCE # 31-2018-CF-000204-A)**
IN THE COUNTY COURT FOR THE NINETEENTH JUDICIAL CIRCUIT OF THE STATE
OF FLORIDA, FOR INDIAN RIVER COUNTY

STATE OF FLORIDA

Case No. (s):
31-2018-MM-000578-A

-vs-

(A) Carmelo Etienne - 07/03/1985 - B/M
        Defendant(s)

(A) Ct. 1: Misuse Of 911 Or E911 System (M 1)
(A) Ct. 2: Misuse Of 911 Or E911 System (M 1)
(A) Ct. 3: Misuse Of 911 Or E911 System (M 1)
(A) Ct. 4: Misuse Of 911 Or E911 System (M 1)
(A) Ct. 5: Misuse Of 911 Or E911 System (M 1)

**INFORMATION**

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:
   BE IT REMEMBERED that BRUCE H. COLTON, State Attorney for the Nineteenth Judicial Circuit of the State of Florida, prosecuting for the State of Florida, in Indian River County, under oath, information makes that in Indian River County:

COUNT 1: On or about February 11, 2018 Carmelo Etienne did access the number 911 for the purpose of making a false alarm or complaint or for the purpose of reporting false information that could result in the emergency response of any public safety agency, or did knowingly use or attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

COUNT 2: On or about February 11, 2018 Carmelo Etienne did access the number 911 for the purpose of making a false alarm or complaint or for the purpose of reporting false information that could result in the emergency response of any public safety agency, or did knowingly use or attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

COUNT 3: On or about February 11, 2018 Carmelo Etienne did access the number 911 for the purpose of making a false alarm or complaint or for the purpose of reporting false information that could result in the emergency response of any public safety agency, or did knowingly use or attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

COUNT 4: On or about February 12, 2018 Carmelo Etienne did access the number 911 for the purpose of making a false alarm or complaint or for the purpose of reporting false information that could result in the emergency response of any public safety agency, or did knowingly use or attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance

or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

COUNT 5: On or about February 12, 2018 Carmelo Etienne did access the number 911 for the purpose of making a false alarm or complaint or for the purpose of reporting false information that could result in the emergency response of any public safety agency, or did knowingly use or attempt to use a 911 or E911 service for a purpose other than obtaining public safety assistance or with the intent to avoid any charge for service, in violation of Florida Statute 365.172(13);

contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Florida.

I do hereby state that I am instituting this prosecution in good faith.

Elise M. Kearney
Assistant State Attorney for the
Nineteenth Judicial Circuit of
Florida, prosecuting for said State
Fla. Bar No. 112846
Designated eService address:
SA19eService@sao19.org

STATE OF FLORIDA
County of Indian River

The foregoing instrument was acknowledged before me this 22 day of March, 2018 by Elise M. Kearney, who is personally known to me and who did take an oath.

Notary Public

SABRINA E. NICHOLAS
Commission # GG 050084
Expires November 27, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

FILED FOR RECORD
TRAFFIC/MISDEMEANOR
2018 MAR 22 AM 11:51
JEFFREY R. SMITH
CLERK OF CIRCUIT COURT
INDIAN RIVER COUNTY, FL
BY:_____ D.C.

# NOTICE TO APPEAR

**Date:** 3/28/18          **Agency Case Number:** 2018-53696

## STATE OF FLORIDA, COUNTY OF INDIAN RIVER

In the name of Indian River County Florida: The Undersigned certifies that there are just and reasonable grounds to believe, and does believe that:

On the **28** day of **March** 20**18**, at **2100** ☒ AM ☐ PM

Name (Last): **Etienne**   (First): **Carmelo**   (Middle): **NA**   (Alias): **NA**

Address: **1725 28th St.**   City: **Vero Beach**   State: **FL**   Zip: **32960**

Moer.

Date of Birth: **7/3/85**   Race/Sex: **B/M**   Height/Weight: **5'7" / 234**   Hair/Eyes: **BK/BRO**   Phone: [redacted]

Occupation: ___   Business Phone: ___   DL#: **E350 100 85 243 0**   SSN: **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**

In Indian River County, Florida, committed the following offenses: **Abuse of 911 X5**

In violation of section(s): **365.172(13) X 5**    ☒ State Statue  ☐ Municipal

Facts of offense: **(agios) CP1201 80578**

Officer (Print): **D. Luzmari**   ID#: **5762**   Agency: **IRCSO**

You must appear in [redacted] at the Indian River County Courthouse located at 2000 16th Avenue, Vero Beach, Florida on

Month: ___   Day: ___, 20**18** Year   at **0830** Time   ☐ AM ☐ PM

Co-Defendant(s): ___   ☐ Cited  ☐ Jailed     ___   ☐ Cited  ☐ Jailed

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED ABOVE TO ANSWER TO THE OFFENSE CHARGED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT, THAT I MAY BE HELD IN CONTEMP OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

Signature of Defendant

Sworn to and subscribed before me this **28**
Day of **March**, 20 **18**

I swear the attached statement are true and correct to the best of my knowledge and belief.

Notary Public, State of Florida          Complainant / Agency

White: CLERK     Yellow: STATE ATTORNEY     Pink: LE AGENCY     Gold: DEFENDANT

Rev. 11/30/2010

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

*moor; Carmelo Etienne*
*moor; Sophia Thelisma*
_____
Plaintiff(s)

v.

Civil Action No. *18-14061-cv-maynard*

*Frank/Guardian Ad Litem*
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   *Frank/Guardian Ad Litem*
*2000 16th Ave*
*Vero Beach Fl 32960*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   *Moor; Carmelo Etienne*
*moor; Sophia Thelisma.*
*c/o 1725 38 Street Vero Beach Florida Republic*
*[none Domestic]*
*[none Assumpsit]*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

moor, Carmelo Etienne
moor, Sophia Thelisma
_____
Plaintiff(s)

v.

Civil Action No. 18-14061-CV-Maynard

Suzanne Gaskill, Children's home Society
_____
Defendant(s) of Florida.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Suzanne Gaskill and Children home Society of Florida
1459 20th Street
Vero Beach Fl 32960
772-617-1677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Moor, Carmelo Etienne
moor, Sophia Thelisma
c/o 1725 38 street Vero Beach Florida Republic
[none Domestic]
[none Assumpsit]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

moor; Carmelo Etienne
Moor; Sophia Thelisma
_____
Plaintiff(s)

v.       Civil Action No. 18-14061-CV-Maynard

Elise M. Kearney/Fla Bar/SAO/State Attorney
_____
Defendant(s)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Elise M. Kearney/Fla Bar/SAO/State Attorney
2000 16th Ave
Vero Beach Fl 32960
772 226-3300

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Moor; Carmelo Etienne
Moor; Sophia Thelisma
c/o 1725 38 Street Vero Beach Florida Republic
[none Domestic]
[none Assumpsit]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*