U.S DISTRICT COURT
OF THE SOUTHERN DIVISION OF FLORIDA


THE VII EVIDENCE
CHAPTER 90
ADMISSABILITY OF RELEVANT EVIEDENCE 90.402 F.S.
PRIMA FACIE

CASE: 18-14061-CV-MAYNARD

COUNTER-COMPLAINT/COUNTER- CLAIM TORTS /COMMON LAW/COMPLAINT TORT
AFFIDAVIT OF FACT AND CROSS SUIT
TRIAL BY GRAND JURY

TO REALATED CRIMES COMMITTED
AND VIOLATIONS OF :

DUE PROCESS,
COMMON LAW
U. S. CONSTITUTION
AND STATUTE
FLORIDACONSTITUTIONAND STATUTE

FILED by _____ D.C.
APR 25 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**MOORS; CARMELO ETIENNE/ SOPHIA THELISMA & ET AL.**
AFFIANT(S)

V.

**FDCF, DCF, ET AL.**
DEFENDANT(S)

## COUNTER-COMPLAINT/COUNTER- CLAIM TORTS /COMMON LAW/ COMPLAINT TORT
## AFFIDAVIT OF FACT AND CROSS SUIT
### (IN PROPIA PERSONA, SUR JURIS)
TRIAL BY GRAND JURY

**FUNDAMENTAL LIBERTY AND RIGHTS OF NATURAL PARENTS**
( TROXEL V. GRANVILLE),( HELTZ V. PLETIZER -REQUIRED NO CASE LAW)
CPS IN COURT CASES, EVERYONE SHOULD KNOW OF THIS DANGER. ( ASFA )
PROOF: HTTPS://YOUTU.BE/II0OMBWFAQE

**FLORIDA RICO ACT- 895**
**RICO ACT**
18 U.S. CODE SS 1961-1968

**RETALIATION- 112.3187,-83.64**
42 U.S. CODE  CHAPTER  SS12203
18 U.S. CODE  CHAPTER 42 SS 1514A
18 U.S. CODE  CHAPTER 42 SS 1513

**FALSE REPORT OF CRIME- 817.49**
18 U.S. CODE CHAPTER 47 SS 1038

**PERJURY-837.02(1) 837.02(2)**
18 U.S. CODE CHAPTER 79 SS 1621

**PERJURY BY FALSE WRITTEN DECLARATION,-92.525F.S**
18 U.S. CODE CHAPTER 79 SS 1623

**RECKLESS/ MISCONDUCT- <u>327.44 F.S.</u>, 400.0237 F.S,**
**5 CFR 2635.101**
18 U.S. CODE CHAPTER SS 201

**HATE CRIME- <u>874.02 F.S</u>, 874.03F.S**
18 U.S. CODE CHAPTER 13 SS 249

**SEDITIOUS CONSPIRACY -914.05F.S**
18 U.S. CODE CHAPTER115 SS 2384

**CONSPIRACY- 876.41, F.S. 914.05F.S**
18 U.S. CODE CHAPTER 371

**TREASON- 876.33F.S,**
18 U.S. CODE CHAPTER 115 SS 2382

**PIRACY-**775.30**F.S**, 776.08**F.S**
18 U.S. CODE CHAPTER 81 SS 1652,1654

**ESPIONAGE-**688.002**F.S**
18 U.S. CODE CHAPTER 37 SS 793C

**INTERFERENCE WITH CUSTODY -787.03(1) 7F.S, 87.03(2)F.S,(6 CTS)**

**25 CFR 11.405**

18 U.S. CODE CHAPTER SS 1204

**FALSE OFFICIAL STATEMENT -837.06 F.S,**

18 U.S. CODE CHAPTER 47 SS 1035

**KIDNAPPING UNDER -787.01 F.S,**

18 U.S. CODE CHAPTER 55 SS 1201

**MISPRISION;**

18 U.S. CODE CHAPTER SS 4

**FALSE IMPRISONMENT OF CHILD UNDER AGE 13, AGGRAVATING CIRCUMSTANCES.—787.02**

18 U.S. CODE CHAPTER SS 4

**HUMAN TRAFFICKING; ALSO KNOWN AS MODERN DAY SLAVERY - 787.06,**

18 U.S. CODE CHAPTER 77 SS 1590

**RACKETEERING- 895.02(8)(A)(26)(40)(41)(42)(43)(49),- 895.03(1)(2)(3)(4)**

18 U.S. CODE CHAPTER SS 664,1028,1029,1425,1503 1510,1511,1512,1513,1542,1581-1582,1598

**TAMPERING WITH A WITNESS, VICTIM, OR INFORMANT; -914.22**

18 U.S. CODE CHAPTER 73 SS 1512

**TORTURE-**

18 US CODE CHAPTER 113 SS 2340A

**INJUNCTION AGAINST ILLEGAL INTERCERPTION**
18 US CHAPTER CODE SS 2521

**INTERSTATE TERRORISM**

18 US CODE CHAPTER 113B SS 2331

**HOSTAGE TAKING OF 3 CHILDREN**
18 US CODE CHAPTER 55 SS 1203

## AFFIDAVITS OF FACTS

SINCE JANUARY 26 ,2018 ,FACEBOOK,VERO BEACH FLORIDA, IRCSO, VBPD AND THE DEPARTMENT OF CHILDREN AND FAMILIES, WILLIAM LEE, THOMAS LOVELAND, ET AL. VIOLATED THE PEACE AND FRIENDSHIP TREATY OF 1786, US CONSTITUTION AND CODES, HUMAN RIGHTS, CODE OF ETHICS,AND MISSION STATEMENT.

THE AGREEMENT WITH INDIAN RIVER COUNTY COURT HOUSE WAS THE LAWSUIT CASE NUMBERS; 2018-CA-000102, 2018-CA-000103 WHICH WAS BREACHED BY THE JUDGES PEGG

AND KANAREK. JUDGE PEGG ON 02/10/2018 BY SENDING THE POLICE AND DCF TO SOPHIA'S HOUSE TO TELL HER ABOUT ORDERS FROM JUDGE PEGG TO REMOVE THE CHILDREN FROM SOPHIA'S CARE AFTER LAWSUIT WAS FILED ON 02/09/2018, WHEN THE CHILDREN ON CASE 2018-CA-000103 ARE PLANTIFFS/VICTIMS SUING THE COURT HOUSE ET ALL TOO.

THE FOLLOWING DAY ON 02/11/2018 THE JUDGE PEGG/KANAREK ORDER TO REMOVE CHILDREN FROM HER HOME WHEN LAWSUITS 2018-CA-000102, AND 2018-CA-000103 WERE BOTH ASSIGNED TO JUDGE KANAREK. THE POLICE ILLEGALLY BROKE INTO SOPHIA'S HOUSE VIOLATING THE 1ST, 4TH, AND 14TH AMENDMENTS THE US CONSTITUION, WITH GUNS DRAWN SECURITY FOOTAGE SHOWS INTENT TO MURDER SOPHIA. WHEN SOPHIA RETURNED HOMEAFTER NOTICING THE BUGARLARY AND VANDALISM OF HER PROPERTY CAUSED BY THE SHERIFFS DEPARTMENT AND DCF AND WITNESSED BY SOPHIA'S NEIGHBORS, AND ALSO CAUGHT ON SURVEILLANCE.

ON 02/12/2018 OTHER BREACHES OF CONTRACT OCCURED WHEN CARMELO CALLED 911 TO REPORT A CRIME THAT HE WITNESSED THE DAY PRIOR ON SOPHIAS SECURITY SURVEILLANCE. WHILE CARMELO WAS ON THE PHONE WITH 911 HE ALSO WAS RECORDING ON FACEBOOK LIVE AND DISCLOSED HE WAS RECORDING TO THE DISPATCHER/OPERATOR. THE DISPATCHER SENT 7 SHERIFFS OFFICERS TO CARMELOS RESIDENCE, AGAINST HIS WILL, THAT TRESSPASSED AND ENTERED HIS PREMISES ILLEGALLY ,BEATING HIM, HAND CUFFING HIM, AND COUNTINUALLY BRUTALLY BEATING HIM TO THE POINT WHERE A BONE WAS BROKEN AND INTERNAL BRUISES OCCURED. CARMELO BLEAD OVER A LITTER OF BLOOD,AND WAS TAKEN TO THE HOSPITAL RECEIVING NO FORM OF REAL TREATMENT THEN WAS TAKEN TO JAIL 4 HOURS FROM BEING AT THE ER WITH NO TREAMENT. ON INDIAN RIVER SHERIFFS OFFICE ARREST AFFIDAVIT CASE REPORT#2018-00025973 STATES THAT IT WAS A COURT ORDER SIGNED BY THE SAME HONORABLE JUDGE KANAREK (SAME JUDGE ASSIGNED TO CIVIL CASES2018-CA-000102 AND 2018-CA-000103). THE JUDGE AND POLICE VIOLATED THEIR OWN 'CODES OF ETHICS' ACCORDING TO EACH INDIVIUALS AND OFFICIALS AUTHORITATIVE POSTION AND CAPCITY, ACTING OUT OF RETALIATION AND PERSONAL GAIN ,WHICH ALSO REFLECTS ON THE FACT THAT THEY DID NOT ACT UNDER 'THE COLOR OF LAW' AND FAILED TO UPHOLD THE CONSTITUTION IN WHICH YOUR UNITED STATES IS BASED UPON .

ON 02/13/2018 THE SHERRIFFS OFFICE, DCF, JUDGES, AND 19TH JUDICIAL COURT HOUSE PUT SOPHIA ON THE NEWS ILLEGALLY, AS A MISSING PERSON WITH 3 CHILDREN STATING THAT DCF JUST WANTED TO CHECK THE WELL BEING OF THE CHILDREN. SOPHIA SAW THE NEWS AND IMMEDIATEDLY CALLED THE SHERIFFS OFFICE TO LET THEM KNW THAT HER AND HER CHILDREN WERE OK, AND NOT MISSING. SHE AGREED WITH THE DETECTIVE TO COME TO THE SHERIFFS LOBBY SO THAT THEY CAN VERIFY THAT EVERYONE WAS OK BUT IT WAS ALL A PLAN TO KIDNAP THE CHILDREN AND WHEN SOPHIA WENT TO THE LOBBY WITH THE CHILDREN, THEY KIDNAPPED THE CHILDREN! NO PAPER WORK OF ANY KIND WAS PROVIDED BY KIDNAPPERS AND HUMAN TRAFFICERS CATHERINE BROWDER AND TONY V COLLINS. NO QUESTIONS ASKED ALTHOUGH THE CHILDREN WERE IN GOOD HEALTH, AND HAPPY AS CAUGHT ON VIDEO SURVEILLANCE IN IRCSO LOBBY. WHICH BRINGS ME TO STATE THE FACTS THAT IS A FALSE INFORMATION AND HOAX,RACKETEERING,ESPIONAGE IN ORDER TO EXPLOIT, KIDNAP, SABATOGE, TO COMMIT CONSIPRACY AGAINST CITIZENS RIGHTS, AND TREASON,ET ALL.

ON 03/13/2018 CARMELO SHOWED UP TO COURT AFTER THROWN IN JAIL ILLEGALLY, WITH THE CHARGES OF ABUSING 911, RESISTING ARREST WITH OUT VIOLENCE, ENTERFERING WITH CUSTODY, ALL FAKE CRIMES THAT HE CARMELO NEVER COMMITTED. EARLY THAT MORNIG IN FIRST APPEARENCE CARMELO TOLD JUDGE KANAREK (ON THE RECORD)THAT HE WAS IN JAIL ILLEGALLY, WHICH WAS IN VIOLATION OF HIS FIRST AMENDMENT RIGHT TO FILE A PETITION ACCORDING TO THE UNTIED STATED CONSTITUTION.

AFTER CARMELO STATED THE FACT THAT THEY WERE IN VIOLATION THEY( THE DEFENDANTS) STILL PROCEEDED TO TAKE CARMELO WHO WAS IN SHACKLES TO ANOTHER COURT ROOM, ROOM 7 BE EXACT WHERE THE HONORABLE JUDGE GRIFFIN DECIDED TO PROSECUTE CARMELO ON FAMILY MATTERS, MATTERS THAT DID NOT EXSIST BEFORE GOING TO JAIL THE DAY PRIOR, BECAUSE DCF, SHERIFFS, JUDGES, STATE ATTORNEYS OFFICE AND 19TH JUDICIAL CIRCUIT COURT SYSTEM PLANNED THE DEMISE OF HIS FAMILY AND

RELATIONSHIP WITH MICHELLE SCHERMERHORN, (CARMELO'S CHILDRENS MOTHER A CAUCASIAN LADY) WHO THEY COVIENCED TO JOIN THEIR CONSPIRACY BY THREATING TO TAKE HER CHILDREN AWAY FROM HER, AND GIVING MICHELLE MOTIVE FOR RETALIATION AGINST CARMELO BY EXPOSING CONFIDENTIAL INFORMATION BETWEEN CARMELO AND

SOPHIA AND VIOLATING HIPAA BY DISCUSSING CARMELO AND SOPHIAS PERSONAL LIFE INCLUDING THE FACT THAT CARMELO HAD A SECRET LIFE AND CHILDREN WITH SOPHIA, WHICH IS ALSO IN VIOLATION OF THE 1ST, 4TH , AND 14TH AMENDMENT AS STATED IN THE U.S. CONSTITUTION. IN THE COURT ROOM CARMELO ASLO TOLD JUDGE GRIIFIN ON THE RECORD THAT IT WAS A RACIST HATE CRIME CONSPIRACY THAT HIM AND SOPHIA HAD SUED THE DCF ET ALL SINCE THE 9TH OF FEBRUARY 2018.

RIGHT AFTER THAT COURT SESSION THEY HAD ANOTHER CASE AGAISNT CARMELO BETWEEN CARMELO AND SOPHIA, ILEGALLY IN SOPHIA'S ABSENCE, IN WHICH SOPHIA WAS NOT PRESENT AND WHEREABOUTS WERE UNKNOWN, ALL WHICH TOOK PLACE BEFORE THEY(IRSCO AND THE CONSPIRATORS) PUT SOPHIA AND CARMELO AGAINST THEIR WILL, ON THE NEWS ILLEGALLY THAT SAME NIGHT.

ALL OF WHICH COULD HAVE BEEN AVIODED IF ONLY JUDGE PEGG AND CLERKS DID NOT DENY THE RESTRAINING ORDERS BETWEEN CARMELO AND SOPHIA ON THE 1ST AND 9TH OF FEBRUAURY 2018. DCF, IRSCO, AND DEPARTMENT OF HEALTH, JULIANNE PRICE, INDIAN RIVER MEDICAL CENTER VIOLATED HIPAA AND BREACHED AGREEMENT.

ON THE 15TH OF FEBRUARY CARMELO AND SOPHIA WENT TO THE UNITED STATES DISTRICT COURTS OF THE SOUTHERN DIVISION IN FORT PIERCE FLORIDA TO FILE A NEW CIVIL COMPLAINT AGAINST THE UNITED STATES FOR THE ILLEGAL KIDNAPPING OF THEIR CHILDREN. UPON ARRIVAL TO THE CLERKS OFFICE OF THE CIVIL DIVISION THEY MET WITH STEVEN LARIMORE THE CLERK WHO DENIED CARMELO AND SOPHIA THE RIGHT TO FILE A PETITION WHICH IS IN VIOLATION OF THE 1,4, AND 14TH AMENDEMENT RIGHTS ACCORDING TO THE UNITED STATES CONSTITUTION WHEN MR. LARIMORE TOLD SOPHIA AND CARMELO TO REWRITE THEIR COMPLAINT AND NOT TO SUE THE UNITED STATES OF AMERICA BUT TO SUE A SPECIFIC PORTION OF THE UNITED STATE. UNDER LARIMORES ADVICE CARMELO AND

SOPHIA PROCEEDED TO SUE THE STATE OF FLORIDA INSTEAD OF THE UNITED STATES OF AMERICA LIKE THEY ORIGINALLY INTENDED., WHICH IS ALSO IN VIOLATION OF THE 1ST, 4TH, AND 14TH AMENDMENT RIGHTS. ON THE 16TH OF FEBRUAURY CASE NUMBER 18-14061-CV- ROSENBERG/MAYNARD, EVERYDAY FOR THEREOF FOR 2 WEEKS CARMELO AND SOPHIA HAVE BROUGHTEN IN EVIEDENCE AND VARIOUS OTHER FORMS AND MOTION/ORDERS TO FILE INTO THE CASE AS CLERK HE NEGLECTED TO DO HIS JOB VIOLATING THE CONTRACT OF THE 400 DOLLAR FILING FEE CARMELO AND SOPHIA PAID TO BE ABLE TO FILE OUR COMPLAINT LEGALLY. AFTER STAYING UP ALL NIGHT WRITITING A 21 PAGE MOTION FOR PROTECTION WHICH WAS DENIED WITH 2-3 OTHER MOTIONS THAT WHERE FILED WHICH ALSO GOT DENIED. CARMELO DECIDED TO FIRE THE JUDGE OFF THE CASE DUE TO CONFLICT OF INTEREST IN THAT HER NAME HAS LEE AND ALSO ASK FOR MR.LARIMORE SUPERVISOR , CARMELO AND SOPHIA THEN MET COLETTE GRIFFIN AS THE SUPERVISOR. FOR THE 2 WEEKS THE COUPLE HAS MET WITH COLETTE THEY HAVE BEEN TURNING IN PAPER WORK THAT HAS REJECTED WITH OUT PROPER EVALUATION, CAUSED BY THE BUSINESS/FRIENDSHIP/AQUAINTENCE OF COLETTE AND JULIANNE PRICE OF THE INDIAN RIVER HEALTH DEPARTMENT THAT FAILED AS A MANDATE REPORTER TO REPORT THE FINDING OF LEAD. FOR THE LAST WEEKS CARMELO AND SOPHIA HAVE BEEN TURNING OVER PAPER WORK SHE BEEN READING THE EVIEDENCE BUT IS NOT SUBMITTING IT INTO THE SYSTEM RATHER SHE IS GIVING IT BACK AFTER READING THE DOCUMENTS AND SUPPORTING DOCUMENTS WHICH ARE EXHIBITS TO THE CASE.

ON THE 16TH OF MARCH COLETTE TURNED VERY GHETTO BY DEMEANOR AND TONE WHILE ASKING RUDELY IF CARMELO AND SOPHIA HAD 400 MORE DOLLARS TO FILE THE ORIGINAL LAWSUIT THE COUPLE HAS BEEN TRYING TO SUBMIT SINCE 02/15/2018. WHICH PUTS THE UNITED STATES COURTS IN VIOLATION OF CARMELOS AND SOPHIAS 1ST, 4TH, AND 14TH, AMENDMENT RIGHTS, YET AGAIN. THE DOCUMENTS ARE STILL IN THE POSSESION OF

THE COURTS DUE TO CLERK COLETTES RUDE AND SASSY BEHAVIOR AND REMARK THAT 'SHE WOULD THINK ABOUT FILING OUR PAPER WORK.THIS IS A BREACH OF CONTRACT ETC.

-ON THE 9TH OF FEBRUARY, CARMELO FILED A CIVIL COMPLAINT WITH THE INDIAN RIVER COUNTY COURT OF THE 19TH JUDICIAL CIRCUIT COURTS IN REFERENCE TO CASE #2018-CA-000102

-RIGHT AFTER CARMELO FILED HIS OWN CIVIL COMPLAINT , SOPHIA AND HER THREE CHILDREN VB, ZW, ME, ALSO FILED A SEPARATE CIVIL COMPLAINT IN REFERENCE TO CASE #2018-CA-000103 AND SOPHIA'S 1ST BORN WAS PRESENT AT THE COURT HOUSE WHILE SHE FILED THE COMPLAINT. SHE REMOVED HER 1ST BORN FROM SCHOOL DUE TO THE THREATS OF HARASSMENT DIRECTLY FROM THOMAS LOVELAND FROM DCF SUPERVISOR. AFTER SOPHIA SPOKE TO HIM ABOUT THE MALICIOUS ACTS OF DCF WORKERS KNOWING AND WILLFULLY MAKING FALSE ALLEGATIONS REPORT AGAINST SOPHIA FOR WILLIAM LEE WHO SOPHIA AND CHILDREN IN LEAD BASED HOUSE FOR 2 YEARS EVEN WHILE BEING PREGNANT.

AFTER SOPHIA FOUND OUT ABOUT THE LEAD IN NOVEMBER 2017 AND SHE IMMEDIATELY SOUGHT HELP VARIOUS ENTITIES LIKE, CODE ENFORCEMENT, BUILDING, AND ALSO THE HEALTH DEPARTMENT WHO ALSO ACKNOWLEDGED THE PRESENCE OF LEAD AND OTHER ENVIRONMENTAL SAFETY HAZARDOUS LIKE RAT FECES, MOLD, PEST, ASBESTOS, SICK BUILDING ETC AND AS MANDATED REPORTERS THEY DID NOT REPORT FINDINGS TO THE PROPER AGENCY DUE TO CONSPIRACY WITH WILLIAM LEE.

ACTUALLY SOPHIA HAD TO CALL THE HEALTH DEPARTMENT TO ASK FOR ANOTHER INSPECTOR DUE TO THE FALSE REPORT GENERATED BY THE FIRST HEALTH DEPARTMENT INSPECTOR WHO DID NOT WANT PENALIZE OR INCRIMINATE WILLIAM LEE. SOPHIA CALLED THE HEALTH DEPARTMENT IN VERO BEACH FL. TO COMPLAIN ABOUT THE INSPECTOR, WHEN SOPHIA REQUESTED SPEAK TO A SUPERVISOR THE PERSON ON THE PHONE GOT VERY DEFENSIVE AND WERE VERY RUDE, DEFENDING THE 1ST INSPECTOR THAT VIOLATED SOPHIA CONSTITUTIONAL RIGHTS WHEN HE TOLD SOPHIA NOT TO GET THE KIDS LEAD CHECK OTHER THEN THEIR HEALTH DEPARTMENT, WHEN THEY REFUSE TO GIVE SOPHIA THE REAL RESULTS. THIS IS MEDICAL MALPRACTICE WHEN THE 1ST CHILD VB WAS DIAGNOSED WITH ADHD AND THE HEALTH DEPARTMENT NURSE WAS TRYING TO TALK SOPHIA OUT OF REPORTING THE LEAD BASE PAINT IN COALITION WITH THE 1ST ,2ND , 3RD , KIDS AILMENTS THAT DEVELOPED WHILE RESIDING AT THE PROPERTY RENTED FROM WILLIAM LEE,

IN FACT THE 2ND CHILD (ZW), DEVELOPED LOW IRON AND ANEMIA HEALTH ISSUES, AND CONSTANT ALLERGIES. THE 3RD CHILD(ME) ALSO DEVELOPED VARIOUS SKIN DISEASES, RASHES, AND BLISTERS ALL OVER HIS FACE AND BODY. AFTER FILING A CIVIL COMPLAINT THE BIOLOGICAL FATHER OF THE 2ND WHO HAS NOT PAID CHILD SUPPORT FOR 2 YEARS. DARRYL WILIAMS PULLED A PERSONAL FAVOR FROM VIESHEKA WILLIAMS A DCF CPI LOCATED IN GEORGIA THAT FALSIFIED AND OVERRIDDEN A REPORT ILLEGALLY TO GO HARASS CARMELO, WHICH IS IN VIOLATION OF THE CIVIL RIGHTS ACT.

ON THE 1ST OF FEBRUARY THERE WHERE 6 PROTECTIVE ORDERS FILED FOR STALKING AND INTIMIDATION BY DCF AGENTS, SHERIFFS OFFICER AND VBPD OFFICERS, WHICH WAS DENIED BY JUDGE PEGG. THE MATTER OF STALKING WORSENED SO MUCH THAT BOTH SOPHIA AND CARMELO FILED 11 MORE PROTECTIVE ORDERS INDIVIDUALLY ON FIRDAY THE 9TH OF FEBRUARY THE SAME DAY THE FILED A COMPLAINT.

_BY SATURDAY EVENING ON THE 11TH OF FEBRUARY 8 SHERIFFS OFFICERS AND DCF CAME OUT TO SOPHIAS HOME AROUND 10 PM STATING THAT SHE NEEDED TO SHOW FOR SUNDAY COURT BY WORD OF MOUTH. ALTHOUGH 2 WEEKS PRIOR ON THE 26TH OF JANUARY ASHLEY DELANEY DCF INVESTIGATOR CAME OUT ILLEGALLY OF A FALSIFIED REPORT THAT WAS GENERATED BY DCF ITSELF, WHICH PROVES THEIR RACIST, PREJUDICE AND BIAS AND ALL THE ABOVE. ASHLEY DELANEY FORCED HER WAY IN WITH THE SHERIFF AND ILLEGALLY SEARCHED THE HOME AND PREMISES THAT SOPHIA WAS RESIDING AT DUE TO TRYING TO MAKE A COMPLAINT ON CHIEF DAVID CURREY FOR POLICE MISCONDUCT AND ATTEMPTED ASSAULT ON CARMELO BY DAVID CURREY. VBPD OFFICERS DARRYL RIVERS, KEVIN MARTIN, JOHN PEDERSEN, MAT MONACO, AND CHIEF DAVID CURREY FAILED TO MAKE A PROPER NO BIAS POLICE REPORT ON WILLIAM LEE FOR STEALING CARMELO'S PROPERTY WHO WAS NOT A TENANT OF WILLIAM LEE. ON THE REPORT GENERATED BY DARRYL RIVERS IT STATED THAT SOPHIA WAS THE VICTIM, BUT IN REALITY CARMELO WAS VICTIM. THE CASE NUMBER TO THE POLICE REPORT 2018-000201-IR BEGIN DATE/ TIME IS 01/25/2018 AT 4:02 PM DATED PRINTED IS 10:36 01/26/2018 AT 10:36 AM. BY 11 AM ON THE 26 OF JANUARY CARMELO WAS CALLED IN BY DAVID CURREY TO MEET WITH HIM TO TRY TO RESOLVE THE MATTER AND AFTER THE MEETING IT ONLY MADE THINGS WORST.

SOPHIA NOT KNOWING WHAT HAPPENED THEN WENT UP TO DAVID CURREYS OFFICE TO FIND OUT WHY THE MEETING WENT WRONG AND UPON THE DISCUSSION WITH DAVID CURREY A

PHONE CALL CAME THROUGH WHILE SOPHIA WAS SPEAKING TO DAVID CURREY IN THE PRESENCE OF JOHN PEDERSON WHERE DAVID CURREY DISMISSED SOPHIA TO GO PICK UP THE CALL, BUT WAS TRYING TO GET SOPHIA TO STICK AROUND BY TRYING TO STALL HER, WHICH INDICATES THAT THEIR WAS PRIOR CONTACT IN BETWEEN DCF, VBPD, AND DAVID CURREY, MOMENTS PREVIOUSLY TO CARMELO AND SOPHIA'S MEETING WITH THE CHIEF.

RIGHT AFTER CARMELO AND SOPHIA BOTH DECIDED TO CALL FDLE AND LEFT A MESSAGE ABOUT THE ON GOING SITUATIONS AND RECEIVE A RETURNED PHONE CALL FROM FLORIDA DEPARTMENT OF LAW ENFORCEMENT (FDLE) AN OFFICER BY THE NAME OF CORPOLLO PHONE NUMBER (407) 205-4761 WITHIN THIRTY MINUTES. WHEN CARPOLLO SPOKE TO SOPHIA HE WAS VERY BILLIGRENT AND CHAUVINISTIC AND RACIST BECAUSE SOPHIA AND CARMELO DESCRIBED THE ISSUES ON THE VOICE MAIL MESSAGE. CARPOLLOS WORDS WERE "STOP FUCKING PLAYING!!! THAT'S NOT HOW IT FUCKING HAPPENED!" HE WAS TALKING TO US LIKE HE OWNED US AND CARMELO'S RESPONDED BACK BY ASKING CARPOLLO " WERE YOU THERE?"AND CARPOLLO PROCEEDED TO SWEAR AT SOPHIA AND CARMELO, AND HE HUNG UP. SO SOPHIA AND CARMELO PROCEEDED TO CALL FDLE HEAD QUARTERS AT (850-410-7000) WHERE AS SOON AS THEY EXPLAINED THE MATTER THE SAME WAY BY THE RECEPTIONIST OF PROFESSIONALISM DEPARTMENT. THEY ALSO SPOKE TO JASON ONE OF THE SUPERVISORS OF (FDLE) WHO WOULDN'T HELP US WITH THE MATTER AND STATED THAT THEY HAD NO JURISDICTION OVER VERO BEACH.
 CARMELO AND SOPHIA CONTINUED TO CALL (FDLE) AND FINALLY GOT THROUGH TO A SUPERVISOR BY THE NAME OF BRIAN WHO WAS VERY RACIST, BIAS, PREJUDICE THAT BRIAN REFUSED TO LET US MAKE A REPORT ON VERO BEACH POLICE DEPARTMENT FOR MAKING FALSE CLAIMS FALSE REPORTS AND ILLEGALLY CHANGE CARMELO AND SOPHIA ADDRESS TO HOMELESS AS THEY WERE PLANNING ON MURDERING THEM. SO CARMELO, SOPHIA AND THE 3 KIDS PROCEEDED TO GO MAKE A REPORT ON THE VERO BEACH PD THROUGH THE SHERIFF OFFICE, WHERE THE DEPUTY BY THE NAME OF BGAGE FALSIFIED THE REPORT WE END PICKING DAYS LATER.THE SAME DAY OF JAN 26 2018 , 15 MIN OF LEAVING THE SHERIFF OFFICE ASHLEY DALANEY FROM DCF CALLED SAID SHE WAS AT SOPHIA'S RESIDENTS WAITING, ASHLEY SAID SHE RECEIVE A CALL FOR HER TO CHECK ON THE KIDS SO WE WENT RIGHT TO SOPHIA HOUSE RIGHT AWAY FROM GETTING FOOD ,REMEMBER CARMELO AND SOPHIA DON'T PHYSICALLY STAY TOGETHER AT THIS TIME. DCF CAME WITH THE SHERIFF DEPARTMENT WE WAS JUST MAKING A TOO. THE ALLEGATION STATED THAT MELO BROWN WAS SELLING MARIJUANA AND CRACK COCAINE AND ALSO SMOKING MARIJUANA AROUND THE KIDS LONG STORY SHORT THEY VIOLATED THE OF HIPAA AND ALSO DCF CONJURED UP THE REPORT TO TRY TO SUPPRESS US. PROOF WE HAVE EVIDENCE MELO BROWN DOES NOT EXIST , CARMELO ETIENNE OWNS FICTITIOUS MELO BARON BY DISTRIBUTION OF MUSIC ON THE WEB WORLD WIDE THROUGH CD BABY AND MORE.
WHEN CARMELO TOLD ASHLEY D. THAT THE PERSON MAKING THIS FALSE ALLEGATION DOES NOT REALLY KNOW HIM BECAUSE MELO BARON IS HIS FICTITIOUS NAME / STAGE NAME YOU CAN VERIFY IT FOR YOUR SELF ON GOOGLE ,YOUTUBE,FACEBOOK ETC. ATFER THAT VISIT CARMELO/SOPHIA WENT TO THE SHERIFF TO ASK FOR A DISCOVERY ON THERE NAME AND REALIZE THAT IT WAS DCF ITS SELF THAT FALSIFIED THE REPORT TO HARASS AND ILLEGALLY SEARCH SOPHIA HOUSE WITH NO SEARCH WARRANT OR PROPER DOCUMENT BY FEB. 9 2018 CARMELO AND SOPHIA FILLED SUIT ON THE GROUND ON HATE CRIME / RACIST CONSPIRACY AND ALSO FILED 11 PROTECTION ORDER JUDGE PEGG DENIED AND 6 MORE PREVIOUSLY

FILED WERE ALSO DENIED. ON THE 10TH OF FEB. 2018 DCF CAME BACK TO ASK HER TO GO TO SUNDAY COURT ILLEGALLY AND ON THE 11 OF FEB. DCF CAME BACK WITH 6 OFFICERS AND SAID IT WAS AN ORDER TO REMOVE THE KIDS CARMELO TOLD THEM THE WERE VIOLATING FEDERAL LAW THEY SAID THE ORDER WERE SIGN BY JUDGE PEGG THE LEFT CAME BACK ILLEGALLY AND KICK IN SOPHIA DOOR WITH GUNS DRAWN WITH INTENT TO KILL, WHICH IS ALL CAUGHT ON SECURITY CAMERA , ON THE 12 OF FEB 2018 AT 6:50AM WHILE CARMELO WAS ON THE PHONE TRYING TO REPORT THIS WITH 911 AND ALSO HAVE EVIDENCE OF THIS CALL ON FACEBOOK LIVE VIDEO THE DISPATCHER ASK DO CARMELO NEED A DEPUTY, CARMELO SAID NO SO SGT PAUL MEWBORN SHOW UP TO CAMELO HOUSE 6 OTHER SHERIFF OFFICERS ILLEGALLY FORCE THIER WAY IN CARMELO HOUSE THEY CAME TO KILL CARMELO . CARMELO BEEN BRUTALLY BEATEN WHERE HE WAS KICKED, PUNCH, ELBOWED, BROKEN BONE AND ALSO LOSS OVER A LITER OF BLOOD WHERE CARMELO WAS TAKING TO THE ER ,REMEMBER LAWSUIT BEEN FILED SINCE THE 9TH OF FAB. WHEN CARMELO GOT TO THE HOSPITAL THEY HANDCUFF CARMELO FOR 4 HOURS TO THE BED NO MEDICAL TREATMENT THEY DIDN'T LET HIM USE THE BATH ROOM THIS IS 4 DAYS AFTER HE FILED A LAWSUITS CARMELO TOLD PETER TREMML THE DR. AT THE TIME TOLD CARMELO HE DON'T GIVE A FUCK AND HE DON'T CARE BECAUSE CARMELO MENTION HE WAS AT ER ILLEGALLY THEN TOOK HIM TO JAIL .CARMELO BEEN ARRESTED AT 7 AM. DID NOT GET BOOK FOR 12 HOURS THAT THEY WERE CONSPIRING CARMELO GOT BOOK AT 7:30PM. WHERE IN JAIL WAITING TO GET BOOK DCF AGENT BY NAME TONY V COLLINS AND TIFFANY PERRY  CAME TO ASK QUESTION ABOUT HIS KIDS .
ON THE 13 OF  FEB. 2018 CARMELO GO TO FIRST APPEARANCE IT WAS 3 ILLEGAL COURT DATES I TOLD JUDGE KANERACK THE VIOLATE MY 1 AMENDMENTS RIGHT HE WANTED TO KNOW MORE ,  JUDGE GRIFFEN WHILE I WAS IN HER COURT ROOM I HAD I FILED LAWSUIT SINCE THE 9 IT WAS A HATE CRIME RACIST CONSPIRACY I WAS THERE ILLEGALLY SHE DIDN'T CARE THAT IS WHY I SUE HER FOR BEING PART OF THIS CONSPIRACY, AND LATER ON THAT NIGHT THE SHERIFF PUT SOPHIA ON THE NEWS CBS ,ABC,WPBN, AGAINST HER WILL AND SOPHIA CALLED THE SHERIFF OFFICE THEY ASK TO SEE THE KIDS SOPHIA WENT TO THE SHERIFF OFFICE AND THE SHERIFF OFFICE KIDNAPPED THEM THIS IS VIOLATE OF THE FALSE INFORMATION HOAX SS1038 THE KIDS THAT BEEN KIDNAPPED BY THE SHERIFF AND DCF ARE ON SOPHIA LAWSUIT HOW DO THE VIOLATING MORE CILVIL RIGHT TRYING TO MAKE US GO TO COURT AGAINST OUR WILL IN REALITY IS COUNTLESS AMOUNT OF CRIMES COMMITTED AGAINST US LIKE HOSTAGE TAKEN, KEEPING THE KIDS FOR RANSOM WHEN THE KIDS ARE SUING THAT IS TREASON .
ON THE LAWSUIT FIELD ON THE 9 OF FEB. 2018 SHERIFF ,DCF, VERO BEACH  PD AND MAYOR GOT SUE.
 WHEN CARMELO BAILED OUT 8 O'CLOCK ON THE 13 BUT DIDN'T GET RELEASED UNTIL 2 AM ON THE 14TH HIS NEIGHBORS STATED THAT THE POLICE WERE IN HIS CAR AND HOUSE SEARCH UNTIL ONE A CLOCK  AM WHILE HE WAS STILL HELD CAPTIVE. MICHELLE SCHERMERHORN ALSO LEFT A NOTE, TEXT MESSAGES, AND MORE.

## RELIEF
### AS A RELIEF WE DEMAND THE FOLLOWING :

**THE IMMEDIATE RETURN OF ALL CHILDREN IN THESE CASES TO THEIR NATURAL PARENTS CARMELO AND SOPHIA**

**10 MILLION DOLLARS PER AFFIANT AND CHILD INVOLVED IN THESE CASES**
...

Respectfully submitted this the 25 day of April, 2018 = 1436 M.C.

I am: _Moor_

Emperor Muhammed Al Moroc, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Carmelo Etienne
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic

I am: _Moor; Sophia Thelisma_

Empress Amaryaa Al Moroc, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Sophia Thelisma
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic