**Exhibit E:Code of ethic sheriffs office**

**1. Witness: Ircso, Michelle lynn Schermerhorn, Paul Mweborn, Corprol Scribner, Ryan Holly, Dwayne Holiett RACKETEERING 895.02(8)(a)(26)(40)(41)(42)(43)(49), 895.03(1)(2)(3)(4)**

**I On page 1** the sheriffs office did not uphold their code of ethics

**I On page 2** February 16th 2018 proof of harassment from Michelle l. Schermerhorn aka Mia via Facebook to Carmelo And Sophia stating "I hope that nasty cunt enjoyed tasting my peach emoji the past two years 3 smiley faces
I proof that she threatens carmelo to come back with people and harass him for her cat she intentionally abandoned in the house since carmelo was unlawfully and illegally incarcerated with no food after conspiring with dcf, and ircso.

**I On page 3** proof that dcf, irsco, violated Hipaa by telling Michelle aka Mia about Carmelo's Health information, based on suspicions and sabotage.

**I On page 9** on February 13th at 6:30 am michelle schermerhorn aka Mia wrote on face book to Carmelo's other children's mother "Tikessia Dixon" (Tikessia is also michelle's Longtime enemy due to the Fact that Michelle and Tikessia were old friends and Michelle knowingly and willfully interfered and intervened, purposefully and intentionally decided to procreate with Carmelo while He was Still actively With Tikessia Dixon to destroy Carmelos family life with Tikessia Dixon, reputation and also to get a free ride off of Carmelo's back.) while carmelo was in custody illegally and unlawfully hours before Carmelo goes to his 1st appearance that he already lost his parental rights, which proves conspiracy against human rights and parental rights.

**I On page 9** it shows where michelle lynn schermerhorn gave the phone number of the person she was conspiring with by the name of Lee Shane 772 353-6177 ,Michelle also said "He dug this hole himself There ain't no way kids going in the system just because him and his bitch wanna make a case". Proof of Michelle lynn Schermerhorn conspired with dcf/fdcf and sheriff IRCSO to get Carmelo illegally and unlawfully arrested and going through court procedures in order to aid dcf,fdcf, and ircso with lawsuit that was filed against them since the 9th of February 2018.

**I On page 11** paragraph Michelle confesses to Carmelo on Facebook That she conspired with irsco to Clean up the bloody crime scene from when the irsco inflicted bodily injury by breaking in and entering , home invasion and breaking his finger and using excessive force while beating him on the 14th of February, 2018.

**I On page 12** in the 2nd paragraph Michelle vengefully states that "Carmelo Thinks he's going to win some lawsuit" And clarifies that she did witness the crime and illegal beating by stating that it was # cops not 6 beating Carmelo with out Carmelo committing any crime

**I On page 12** last paragraph on the left Michelle admits that The Police and Dcf violated Hippa By telling Michelle about Carmelo's New born Son and siblings From Sophia

Thelisma that is kidnapped by dcf ever since the 13th of February when michelle conspired with dcf and ircso.

I **On Page 13** paragrapgh 1, 2, and 3, Michelle admits that the sheriffs office and dcf violated the florida and us contituitions of illegal legal search and sezieur with out probable cause and search warrant and states that **Michelle is not on Carmelo's Lease so she had no power to authorize search.**

I **This packet** also **proves** that **Michelle Schermerhorn is a Conspirator, an Accomplice and Psychotic** and to aid to commit federal crimes of and crimes against humanity and against children in the presences of her own children screaming and crying while witnessing the brutal beating of their father Carmelo Etienne. The Courts should order Michelle Schermerhorn a mental evaluation due to the fact of the mental health disease that is predominate in her immediate family which includes her Biological mother and Father, little brother( around the age of 20 years old that is completely mentally inept and incapable of caring for his self and wears diapers who often exposes his private parts in public). Michelle's older sister (who is also mentally ill) as well as her extended family members. Since Michelle Has actively resided with me she has recently started to show signs of psychopathic behavior by engaging in satanic and paganism rituals, refereeing to herself as a witch, and portraying herself as one daily, and only engaging in horror movies and shows.

Date 1/26/2018 A.m. before DCF/FDCF

Violation of Florida Constitution section: 9 Due process of Law police misconduct.

Proof violation of the Florida Constitution and also the United States Constitution of America [Republic] violation of 1 amendment freedom of speech

https://youtu.be/yn_oSxc09P8

**1. RACKETEERING 895.02(8)(a)(26)(40)(41)(42)(43)(49), 895.03(1)(2)(3)(4)**

**Exhibit F: Fake News, Defamation of character,false official statement FLORIDA STATUE 837.06, false information hoax 18 U.S. CODE 1038 (A)(B)(C )(1)(3)** FPROO OF NO CRIME FOUND **https://youtu.be/nNkmrhgTz8g**

**2. Witness: Ishmael Hao, Major Erick Flowers, Justin Knotts, PROOF OF ON FEB. 1 https://youtu.be/auPixAST8Wo PROOF OF JUSTIN KNOTTS ACTING OUT OF THE COLOR OF LAW BY VIOLATION THE FREEDOM OF SPEECH**

**3. VIOLATION of FLORIDA CONSTITUTION SECTION 2 : BASIC RIGHTS,SECTION 3: RELIGIOUS FREEDOM,SECTION 9: DUE PROCESS ,SECTION 17 : EXCESSIVE PUNISHMENT ,SECTION 20 :TREASON RACKETEERING 895.02(8)(a)(26)(40)(41)(42)(43)(49), 895.03(1)(2)(3)(4)ALSO VIOLATION of THE RICO CONSPIRACY 18 U.S.C.1962 (D), RICO ACT 18 U.S.C.1962( C) 911 CALL ON THE 12 OF FEB.2018 https://youtu.be/qshC06C4KT4 , PROOF OF THE SHERIFF OFFICERS NOT TAKING REPORTED https://youtu.be/D416ruuANsE , https://youtu.be/g4K25lTBhUA**

**I On Page 1:** states proof that illegally and unlawfully put on the news and labeled Sophia as missing to man hunt her and children, in retaliation for filing a civil complaint after they made Sophia's home unsafe after breaking in and home invasion and leaving her doors open.

**I On Page 1:** states that Sophia and children were found safe because Sophia seen the news and reported to the ircso lobby for inspection of her 3 children, No where does it say that the children needed to be removed or were going to be removed,after they reported them as found safe.

**I On Page 1-3:** all lists that they only wanted to see the children not take the child this is proof of racketeering, conspiracy, kid napping, human trafficking, because they did not supply the legal documents that supposed to be given to the parents about their rights before they take children against parents will because there was no crime committed this I retaliation for the law suit.

**Prima facie evidence**

**1. Exhibit G: witness DAVID CURREY - RACKETEERING 895.02(8)(a)(26)(40)(41)(42)(43)(49), 895.03(1)(2)(3)(4)**

Violation of Florida Constitution section: 9 Due process of Law police misconduct.

Proof violation of the Florida Constitution and also the United States Constitution of America [Republic] violation of 1 amendment freedom of speech

https://youtu.be/yn_oSxc09P8

**The truth of the true matter is on the video on the top of these words.**

**Witness: Ashley Delaney (Dcf CPI)- RACKETEERING 895.02(8)(a)(26)(40)(41)(42)(43)(49), 895.03(1)(2)(3)(4), False official statement Florida statue 837.06.**

**PG 1**

I On page 1 of paragraph 8 it states that Ashley Delaney made Contact With all 3 children and stated that all 3 children appeared to be happy, groomed well and in good health

I Ashley Delaney stated she observed "NO" signs of abuse or neglect, on January 26th, 2018.

2. On paragraph 7 contact was made with Moor; Carmelo WHO DENIED ALLEGATIONS and also told Ashley that the name that was targeted Melo Brown did not exist( because Brown is one of the children's Last name, that is not biologically related) and that his Musical Stage name was "Melo Baron" thus whoever made the allegations clearly did not know him. Video dated around 1/29/2018 **https://youtu.be/wA5LxYBCPkM**

**-RACKETEERING895.02(8)(a)(26)(40)(41)(42)(43)(49), 895.03(1)(2)(3)(4)**

3.

**False official statement Florida statue 837.06**

**Violation of Florida Constitution Section 2 :Basic Rights**
**Violation of Florida Constitution Section 3 :Religious Freedom**

**4. Witness:Perinon Milton, Thomas Loveland( Dcf Supervisors) RACKETEERING 895.02(8)(a)(26)(40)(41)(42)(43)(49), 895.03(1)(2)(3)(4)**

**,Florida statue 837.06.**

**PG 2**

I This page is hard proof aka **Prima Facie Evidence** showing a fraudulent affidavit intake Report, false official Statement at 8:49 am on January 26th 2018.

On the bottom of the page last under the Participants section one of the participants is listed as **Melo Brown** (does not exist) and that he is **also 29 years of age**, and states his ethnicity as Haitian **violation of False official statement Florida statue 837.06**

I On this same report all of the **Childrens** Ethnicity were changed illegally and unlawfully

l In the Family information section it states that the Families address was 2631 20th street, Vero Beach Florida, 32960-3049, which is also purjury, because Sophia's old address was 2431 20th ave Vero Beach 32960 and she hadn't resided there since the beginning of the year. On this Report it states thath law enforcement was not needed, yet the fact of the matter is that they showed up to Sophia's new address of 4498 51st ave vero beach fl 32967 with an Identical affidavit intake report, which exposes the fraud. **Violation <u>False official statement Florida statue 837.06</u>**

**<u>Pg4</u>**

l Proof of fraudulent address,dated 1/26/2018 **<u>https://youtu.be/FZxtvw9q6hc</u>** ,

l **<u>False official statement Florida statue 837.06</u>**

**RACKETEERING 895.02(8)(a)(26)(40)(41)(42)(43)(49), 895.03(1)(2)(3)(4)**

l Proof of dcf, fdcf purposefully, knowingly, and maliciously infringing into the dcf database to make false report

l Violation of Hippa by taking alleged victims last name and attaching it to a factitious name to target Carmelo and families (for trying to complain on Vbpd officer "Darryl Rivers" for failure to make a report on grand theft on "William Lee" and His Maintance worker at Sophia's old address of 2431 20th ave Vero Beach Fl 32968 on the 25th of January 2018.

l .... this report was also made 8:49 am minutes before David Currey called Sophia and Carmelo at 9:00 am in to meet with him at the Vero Beach police department. Hours later around 11:30 am where chief David Curreys misconduct by jumping across the table at Carmelo Etienne trying to provoke a violent reaction from Carmelo.video dated 1/26/2018 **<u>https://youtu.be/FZxtvw9q6hc</u> the same day as meeting with Ashley Delaney**

**<u>Exhibit G</u>**

**<u>PG:5</u>**

**<u>5. Witness: Michelle Lynn Schermerhorn ,Ashley Delaney, Tiffany Perry(hand written love letter from michelle to carmelo)</u> RACKETEERING 895.02(8)(a)(26)(40)(41)(42)(43)(49), 895.03(1)(2)(3)(4)**

l Proof of Michelle Schermerhorn clearly stating for Carmelo to "please for the love of God stop fucking with these people". in the shade area of love letter

l Towards the bottom of the love letter in the circled area Michelle states That "I feel so bad but I hope you understand." As if she is being conspiring against Carmelo against her will.(Due to the family did not have any issues before this letter was written.

**Exhibit G**
**PG:6**
**Witness:Indian River County sheriff officers: Sergeant Paul Mweborn, Sergeant Linda Nolan, Corporal Scribner, Deputy Ryan Eggers, Deputy Dewayne Holiett, Deputy Ryan Holly**

**6. (Arrest Affidavit) video dated on feburuary 1st https://youtu.be/auPixAST8Wo**
**RACKETEERING 895.02(8)(a)(26)(40)(41)(42)(43)(49), 895.03(1)(2)(3)(4)**

**Paragraph 1**

On February 11, 2018 corporal Scribner made Contact with Carmelo Etienne at Sophia's Home At 4498 51st ave Vero beach Fl. 32967 not Carmelo's home of c/o: 1725 38th street Vero Beach Fl Republic[32960][none Domestic][none Assumpsit], Carmelo intervene while sergeant Linda Nolan, Corprol Scribner,Ryan Holly, AND TIFFANY Perry from Dcf/Fdcf illegally breaking in to sophia's home with a crow bar all caught on video while Sophia and Children Were inside. Corporal Scribner states that he has an order to remove the children from judge pegg on the 11th of February. **False official statement Florida statue 837.06 https://youtu.be/T6Or3xAIURM**

l

l On February 11,2018 After Carmelo intervene to stop the illegal and unlawful home invasion by Tiffany Perry Dcf and ircso, they came back with hour after Carmelo took Sophia to her Fathers and Illegally and unlawfully crow barred and kicked in Sophia's property unlawfully with no search warrant and drawing guns, also caught on surveillance video tape

l All of these crimes took place after Sophia and Children filed a civil suit against the ircso, vbpd, dcf, courthouse, state attorneys, William lee, mayors office, and also as individuals etc on the 9th of February, also on the 11th no paper work was provide to Sophia for the crimes they committed.

**Paragraph 5**

l Proof of illegal and unlawful breaking and entering and Home invasion without a search warrant or probable cause Deputy Eggers states that they came in reference to a search on this arrest affidavit dated February 12, 2018.

l Proof of illegally charges never filed on bottom of arrest affidavit report.

l This document state facts of the Corruption **https://youtu.be/8fRu0wcqAk4**

l

**Exhibit G**
**PG:6**
**Witness: Tiffany Perry RACKETEERING 895.02(8)(a)(26)(40)(41)(42)(43)(49), 895.03(1)(2)(3)(4)**

I proof that Tiffany Perry has been sued before for the same reason of kidnapping children from someone else, she is not a first time offender. She is a habitual offender when it comes to abusing the authority as a cpi for her own financial gain.

I Violating her own jobs mission statement and proof that Dcf keeps crooked employees for racketeering and child exploitation purposes. **https://youtu.be/R5_kO245ek0, PROOF OF KIDNAPING BY SHERIFF https://youtu.be/g4K25ITBhUA**

**I**

I **On page 7:** it states that Carmelo Etienne is Caucasian, and list all of his cars on all news stations with out his consent
I Sophia and Carmelo never consented on these illegal and unlawful crimes, due to they never committed a crime.

**Exhibit :I: ILLEGAL BOOKING arrest dated Monday February 12th 2018 at 7:30 am booking time 7:35 pm at 1725 38th street vero beach fl 32960**

**4. Witness: Ircso, Ryan Eggers, Sgt. Mweborn,Dwayne Hoilett, Ryan Holly,RACKETEERING 895.02(8)(a)(26)(40)(41)(42)(43)(49), 895.03(1)(2)(3)(4)**

I **On page 1:** proof of an out dated mugshot used in the courtroom on the 13 of February infringing illegal and unlawful business by racketeering on carmelo who is neither black or colored and/or by any way subdued to the color of law or the uniform commercial code
I **On page 2:** proof of illegal charges Carmelo posted bail on that were never filed against him.
I **On page 3:** proof of police misconduct that caused bodily injury of a broken bone to Carmelo which is in violation to the Constitution and the Florida Constitution.
I Also proof of home invasion with out a search warrant or probable cause due to the fact that carmelo did not commit a crime, he was actually reporting crimes that was committed against Sophia and his children to 911 about irsco illegal and unlawful activities all caught on surveillance. https://youtu.be/CNqZpvDc4VY **HARRASMENT 4:40 IN TIME FOR THE VIDEO, WHEN THE VIOLATION THE 4TH AMENDMENT CONSTITUTION.**

**Exhibit : 8**

**Prima facie evidence (from cpi Adilene Hernadez) At risk child care application and authorization**

**Witness: ,Fdcf, Dcf,Elc**

**Pg:1**

l Proof that dcf was aware of sophia's correct address ever since the 18th of January.

l Proof that Sophia was not on the Rilya Wilson Act

l Proof that the children were not needed to be placed under dcf care/custody

l Proof that dcf did not feel like the children immeninet danger from the location or parents

l Proof that Sophia was only added on to the rilya wilson act on the 26th of January that morning before 10 am meeting with Jennifer Constrada at the early learning coalition meeting a week after meeting with Adilene Hernandez

**Bill of sale**

**Witness: Tiffany Perry, sgt.Linda Nolan, corprol scribner, ryan holly, sgt. paul mweborn,**

**Pg:2**

l Proof of bill of sale of the property carmelo bought for Sophia and children that's title was not yet transferred over or registered onto Carmelo's name. On February 11th 2018, Dcf, fdcf, and Ircso illegally and unlawfully breaking in and entering, and home invaded, and vandalizing the property with a crow bar making the property unsafe, causing neighbors to commit theft.

**Copy of the original property title**

**Pg: 3**

l Proof of title of the property carmelo bought for Sophia and children

**Exhibit: 9**

**PG 1&2**

**PICTURE OF Notice of violations from building Departments inspector Shawn Doutrich at William Lee's lead house at 2431 20th ave fl 32960**

l Power disconnected from the home(fortunately we had are own battery bank and power source)

l Broken Windows

l Broken Doors

l Torn soffit screens allowing pest infestation

l Exposed and unsafe electrical wiring

l No smoke detector

l Water heater not properly installed

l Lead paint noted on window sill in south East bedroom

**Exhibit: 9**

**PG 3 &4**

**PROOF OF MEDICAL BILLS DUE TO LEAD POISIONING FROM WILLIAM LEES PREMISES**

- **Proof of Medical bills from lead poisoning**
- **Proof of medical records showing lead poisoning at time of birth of 3rd child in 2017**

**Exhibit: 9**
**PG 5&6**
**Proof from vbpd Code Enforcement of William Lees Negligence as a Land lord and Property owner to maintain premises**

- Code enforcement violations for yellow kid inc
- Code enforcement violations for key stone property management
- Rotten structure
- Holes in roof
- Rat feces
- Insect droppings
- Mold
- Water damage
- Non-operable windows
- No window screens
- No smoke detector

**Exhibit: 9**
**PG 7**
**PROOF OF LEASE FROM WILLIAM LEE 2431 20TH AVE VERO BEACH FL. 32960**

- NO LEAD DISCLOUSER
- PROOF OF VIOLATION OF EPA

**Exhibit: 10**
**PG 1**
**PROOF OF STALKING AND ILLEGAL ACTIVITY FROM VBPD AND IRSCO OFFICER: RYAN EGGERS DATED BACK FROM 2014 CONTINUED**

- PROOF OF RYAN EGGERS GUN FOUND AT SOPHIA'S OLD ADDRESS OF 1422 16TH STREET
- Proof that vbpd and ryan eggers has been plotting on sabotaging, and stalking, on Sophia and Carmelo since then.

EXHIBITS AND BURDENS OF PROOF ~~OF ILLEGAL~~ CRIMES BY PUBLIC OFFICIALS AND US CITIZ

INDIAN RIVER COUNTY HOUSE

MOOR; SOPHIA THELISMA
MOOR; CARMELO ETIENNE
V.
DCF, STATE OF FLORIDA ETALL

**EXHIBIT AND WITNESS LIST**

Case Number: 312018 00028
312018 00029

| PRESIDING | PLAINTIFF'S | DEFENDANT'S ATTORNEY |
|---|---|---|
| DATE (S) | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND |
|---|---|---|---|---|---|
| | | | | | EXHIBIT A: LAW SUIT DATED FEB 9TH PK |
| | | | | | B: ACCEPTED IRCSO COMPLAINTS PK |
| | | | | | C: REFUSED IRCSO COMPLAINTS PK |
| | | | | | D: NOTICE OF SPECIAL APPEARANC PK |
| | | | | | E: CODE OF ETHICS (PK) |
| | | | | | F: FAKE NEWS (PK) |
| | | | | | G: FRAUD AFFIDAVIT AND PETITION (PK) |
| | | | | | H: ORDER OF PROTECTION (PK) |
| | | | | | I: ~~ILLEGAL~~ Unlawful BOOKING (PK) |
| | | | | | J: 600 BILLION CIVIL DOCKET (PK) |
| | | | | | K: CIVIL COMPLAINT FEDERAL (PK) |
| | | | | | L: FEDERAL CRIMES (PK) |
| | | | | | M: APPEAL PK1 (DCF) (PK) |
| | | | | | N: APPEAL PK 2 (DCF) |
| | | | | | O: WRIT OF POSSESION PK |
| | | | | | P: BAIL PACKET PK |
| | | | | | Q: DAY CARE PK |
| | | | | | R: STATEMENT OF CLAIM PK |
| | | | | | S: SHERIFF AVIDAVIT PK |
| | | | | | T: (2) DECLARATIONS PK |
| | | | | | U: VBPD REPORTS PK |
| | | | | | V: ARTICLE 6 PK |

W: BRIEF STATE PK
X: ALL PARTIES INVOLVED PK
Y: PEACE AND FRIENDSHIP PK

-Exibit: 8 DCF/etc child care.
-Exibit: 9 william Lee negligence
-Exibit: 10 Ryan Eggers Gun

Page 1

EXHIBIT E:

# Code of Ethics

OF THE

# OFFICE OF SHERIFF

As a constitutionally/statutorily elected sheriff, I recognize and accept that I am given a special trust and confidence by the citizens and employees whom I have been elected to serve, represent, and manage. This trust and confidence is my bond to ensure that I shall behave and act according to the highest personal and professional standards. In furtherance of this pledge, I will abide by the following Code of Ethics.

**I shall ensure** that I and my employees, in the performance of our duties, will enforce and administer the law according to the standards of the U.S. Constitution, the Florida Constitution and statutes so that equal protection of the law is guaranteed to everyone. To that end, I shall not permit personal opinion, bias, or party affiliations to alter or lessen this standard of treatment of others.

**I shall establish, promulgate, and enforce** a set of standards of behavior of my employees which will govern all operations of my agency.

**I shall prohibit** brutal, cruel, inhumane, unfair or unprofessional treatment of others by my employees and shall not permit or condone inhumane or brutal treatment of anyone in my care and custody.

**I strictly adhere** to standards of fairness and integrity in the conduct of campaigns for election and I shall conform to all applicable statutory standards of election financing and reporting so that the Office of Sheriff is not harmed by the actions of myself or others.

**I shall routinely conduct** or have conducted an internal and external audit of the public funds entrusted to my care and publish this information so that citizens can be informed about my stewardship of these funds.

**I shall follow** the accepted principles of efficient and effective administration and management as the principle criteria for my judgments and decisions in the allocation of resources and services in all functions of my office.

**I shall hire and promote** only those employees or others who are qualified candidates for a position according to accepted standards of objectivity and merit. I shall not permit other factors to influence hiring or promotion practice.

**Within fiscal constraints, I shall ensure** that all employees are granted and receive relevant training supervision in the performance of their duties so that competent and excellent service is provided by the Office of Sheriff.

**I shall ensure** that during my tenure as sheriff, I shall not use the Office of Sheriff for private gain.

**I accept and adhere to this code of ethics.** In so doing, I also accept responsibility for encouraging others in my profession to abide by this Code.

*Adopted by the Standards, Ethics, Education and Training Committee at the 46th Annual Conference of the National Sheriffs' Association, June 4, 1986. Updated and adopted by the Florida Sheriffs Association Board of Directors at the 2017 Winter Conference, January 29, 2017.*

Page 2

tcpalm.com

TCPalm.

Sophia Thelisma
CONTRIBUTED PHOTO FROM INDIAN RIVER COUNTY SHERIFF'S OFFICE

Deputies said they responded to Sophia Thelisma's home Sunday on a court order from the **Department of**

Fake News.

actually couldnt be happier right now

Mia changed the chat colors

Change

Mia set your nickname to cheating ass hoe.

Change

Harassment

FEB 16 AT 9:12 PM

I hope that nasty cunt enjoyed tasting my the past two years

FEB 16 AT 9:56 PM

Oh and imma be back for my cat but I aint coming alone jsuk

FEB 16 AT 10:27 PM

Mia

Active now

11:08 PM

The Sheriff officers and DCF Constitutional Rights Violation.

Yea they told me cause its a crime to pass it without informing the person

HIPAA violation

Mannnnnnnnnnn!!! Stop playing Mia ughhhhhhh

Naw man for real its against the law

This shit is some fuck shit in he lying saying the pills was from 2013 tf

Like I said I always came back negative. I never checked out his bottles or anything so idk what date is on em. Shortly after you left

C.B.03

Mia

Active now

Michelle Lynn Schermerhorn

She is lying I Carmelo Had Insurance and At the time She did not I told Dr. Ryan She wrote me medication.

Like I said I always came back negative. I never checked out his bottles or anything so idk what date is on em. Shortly after you left the health dept kept stopping by looking for him but they couldn't tell me anything cause we werent married I asked him why he said it was about his insurance

1

Why they were looking for him*

Page 4





Mia
Active now

Can you sue someone for not telling you they have an STD?

Can you go to jail for not telling someone you have an STD?

"That being said, it is typically illegal, civilly and criminally, to knowingly or recklessly transmit an STD. **Telling someone you have an STD** is **not** the same obligation as knowingly transmitting an **STD**. Specifically, some states **have** laws that require **you** to **tell** certain people if **you** are HIV-positive." Feb 25, 2015

STDs and The Law: Do You Have To Tell Your Partner? - STDcheck.com
STDcheck.com › blog › stds-and-the-law

MORE RESULTS

Yea now I gotta take the kids to go get tested too if they have it imma lose my damn mind ijs

Yea man

Michelle Lynn Schermer Knowingly Had Sex with Person with HIV/AIDS

I swar to god on my kids I

Page 5

page 6

Have u talked to him

Melo? Yea

What he talking about

Just trying to get out. His finger broke but other than that he's physically ok

And Other Lie.

He has an active hold now too idk why

Wow... This shit crazy asf in see they say his bail 10.000

Yea was 15

You missed a call from...

Feb 14 at 6:15 PM

CALL BACK

In case you don't know he's out

FEB 14 AT 6:30 PM

**Mia missed a call from you.**

Feb 14 at 6:30 PM

CALL AGAIN

My bad my phone was on charger

**Mia missed a call from you.**

Feb 14 at 6:32 PM

CALL AGAIN

Hold on talking to dcf

→ why talking to DCF Cons piring against P. Pinto

Active 20 m...

He said u got it from my auntie he said u told the people about the test

I mean bout the hiv

Michelle Lynn Schermerhorn Expose me to HIV

Told who? What? No I always came back negative he went with me to the doc when I was pregnant with harmony and when mel was born if I was positive they would have said something like I said they test everytime we get pregnant plus I got tested after the whole auntie nonsense I'm pretty sure I showed him the results

Exposed to HIV 2010-2011 Michelle L. Schermer Had Sex with a Known Person with HIV/AIDS.

Page 7

Page 8

Active 1 hour

Oh....

FEB 12 AT 4:47 PM

Yea

FEB 13 AT 6:36 AM

why is DCF Looking for TIKESSIA she lives out of State

DCF might be looking for you. Im about to leave for court. he lost parental rights..

On what Grounds I lost Parental Rights Now Carmela, Etienne want to file federal Charges against all Michelle and all Parties envolved.

FEB 13 AT 10:...

Call me

Mia missed a call from you.

↗ Feb 13 at 10:40 AM

CALL AGAIN

The kids had my phone this

Mia missed a call

↗ Feb 13 at 10:48 AM

CALL AGAIN

FEB 13 AT 11:13 AM

Still at court call you soon

Ok

You missed a call from Mia.

↙ Feb 13 at 11:21 AM

CALL BACK

Call me

You called Mia.

↗ 4 mins 20 secs, Feb 13 at 11:22 AM

CALL AGAIN

Page 9

Active 1 hour...

FEB 14 AT 7:18 PM

16:47

Stalking → Harrassment

Indian River County Sheriff's Office looking for 26-year-old woman, three young children

Mia
Active 54 min...

+1 772-353-6177

his name is lee

Michelle Lynn Schermerhorn And Lee Shane Conspired on Carmelo Etienne Arrest

8:14 PM

He dug this hole himself not me. I gotta do what's best for my kids there ain't no way in hell I'm letting anyone take my kids from me. If he really cared about his kids he wouldn't ask me to lose them like that. Saying oh they gotta give right back its been a week she ain't got her kids back yet. There aint no way kids going in any system just because him and his bitch wanna make a case. Tf I look like?



Mia
Active 7 minut...

months ago

Girl stop playing..... Thought he loved u blah blah blah this shit crazy

Lol I know I know ok.

He's incapable of love

Do u think u have it

Fuck I hope not

But I gotta get millie butt to bed this girl still up lol i need sleep too I gotta get her DNA paper noterized and go back to the courthouse turn it in and pay for my lawyer and shit

Page 10

Page 11

You missed a call from Mia.

Feb 11 at 9:09 PM

CALL BACK

FEB 11 AT 9:23 PM

Hi

Mia cleared your nickname. Change

Tampering with evidence By Clean the crime scene and Conspiring against.

Keep me out your bullshit videos. And yes I did clean the blood. All yall doing is lying cause y'all nasty asses got caught in bullshit. Only making yourself look worse trying to show off for that hoe smh

Carmelo Etienne I want to press Charges.

You think you gonna win some lawsuit 😂😂😂 no bro you screwing yourself over because all you do is lie aint nobody kick you you got one elbow to the back and it was three cops grabbing you not six. Both y'all

I Carmelo got Jump By 6 cops I scream for Michelle to wake up while I was Being Kick, Punch elbow and also they my finger where I lost over 2 liter of Blood The illegally wash my clothing at the Jail and Boxer.

You missed a call from Mia.

Feb 11 at 9:09 PM

CALL BACK

FEB 11 AT 9:23 PM

Hi

Mia cleared your nickname. Change

Michelle the Somerhaus clean the Blood who cover up the whole thi[ng] Hate crime Racist Cons[piracy]

Keep me out your bullshit videos. And yes I did clean the blood. All yall doing is lying cause y'all nasty asses got caught in bullshit. Only making yourself look worse trying to show off for that hoe smh

You think you gonna win some lawsuit 😂😂😂 no bro you screwing yourself over because all you do is lie aint nobody kick you you got one elbow to the back and it was three cops

Page 13

ILLEgal Charges. Hate Crime Racist Conspiracy. Intent to Kill

Active 58 min

just packed in each room.
And yea they went through his car to look for hotel receipts but the didn't take anything besides his phones

violation of 4th Amendment Rights illegal searches.

He's lying they didn't search the house like that

Proof →

Its ok. But yea they technically did but didn't they were only looking for her nothing else.

Oh OK ...did u ever find the DCF people number because I need to get myself out the clear I don't have time for this drama shit

+1 772-353-6177

his name is lee

Shane and Michelle Conspired against me Carmelo Etienne Maybe they were Lovers or friends.

Active 1 hour...

I know you do and I am sorry

Is the girl the black girl in his video

FEB 12 AT 3:44 PM

Everything happens for a reason. And yes that's her.

Yes.... It does frfr ....do u really think that's his baby tho

FEB 12 AT 4:34 PM

Cops confirmed

Sheriff violated the Hipaa law 4 Amendment and also the First Amendment Right

Oh....

FEB 12 AT 4:47 PM

That's a lot of Constitutional Rights plus the 14th Amendments.

FAKE NEWS EXHIBIT: F

MENU

WATCH LIVE

# Deputies searching for missing Vero Beach mother, kids

by Sabrina Lolo
Tuesday, February 13th 2018

*Deputies searching for missing Vero Beach mother, kids (IRCSO)*

AA

- wptv.com
WPTV.com › news › indian-rive...

Feb 13, 2018 · The Indian River County Sheriff's Office said Wednesday morning that Sophia Thelisma and her children were found safe.

Sophia Thelisma (), 26 - Vero Beach, FL | MyLife.com™ Background Profile
MyLife › sophia-thelisma › sophia_thelis...

View free background profile for Sophia Thelisma () on MyLife.com™ - Phone | 18*** * *** C St Address, Vero Beach, FL | 1 EMAIL | Photos | 3 Profiles | 1 Review & More.

Woman and her children found safe, deputies say | All News, Featured ...
Vero News › ... › News

Feb 13, 2018 · Update - Deputies said Sophia

veronews.com

Vero News

# Woman and her children found safe, deputies say

- Nick Samuel1 week ago

Update – Deputies said Sophia Thelisma and her children have been found safe. Thelisma saw the news and came to the Sheriff's Office.

No further information was available.

*Earlier story*

INDIAN RIVER COUNTY — Deputies are

No further information was available.

*Earlier story*

INDIAN RIVER COUNTY — Deputies are searching for a woman who they said is evading law enforcement and also are looking for her three children to ensure their safety.

Sophia Thelisma, 26, of Vero Beach, may be driving a black Pontiac Grand Am or a 2000 Ford Expedition. Her three kids all are under 7 years old.

Thelisma is known to visit St. Lucie



Indian River County Jail
3.7 (23)
Open until 10:30 PM
Google
Maps
Call
YouTube
Website
WPTV-TV
Television station
Google
YouTube
Google Pla...
Instagram
Website
WPBF
Television station
Google
YouTube
Google Pla...
Pinterest
Share

is known to visit St. Lucie County, specifically the area of Fort Pierce, deputies said.

Photo Dated: June 2014

Sophia Thelisma
PHOTO CONTRIBUTED BY INDIAN RIVER COUNTY SHERIFF'S OFFICE

Deputies are searching for her to check on the safety of her children.

Details on if the all the children were with Thelisma were not immediately ...

Carmelo Etienne (age 32) is listed at 1008 28th St Vero Beach, FL and has no political party affiliation. He is a ~~black~~ *MOOR*, non hispanic male registered to vote in Indian River County, Florida. *I never voted Because I'm not part of this society. I AM MOOR. ABORIGINAL Indigenous to this LAND.*

**Full Background Report**

Gmail jamiebaron29@gmail.com 2/22/18 2

Jack Brennen Re: Benefit Change...Official Notification

JobSeeq You have Recommended Health Services J...

Phone 2/19/18

**New voicemail**

Dial +1-805-637-7243

Android System 10:16 AM

**Screenshot captured**

Tap here to view it.

Android System

**SD card**

Tap here to transfer media files.

Samsung Cloud

**Can't back up data**

Auto back up is turned on. Data has not been backed..

Clock

**Missed alarm**

7:15 AM

WPTV 5

**Missing Vero Beach mom 3**

MENU

WATCH LIVE

River County Sheriff's Office said.

ADVERTISING

Replay

Deputies are looking for Sophia Thelisma, 26, of Vero Beach and her three children, all under seven years old, according to the sheriff's office. Thelisma may be driving a

MENU

CBS12.com 79°

WATCH LIVE

VERO BEACH, Fla. (CBS12) — **UPDATE: Sophia Thelisma and her 3 children was located early Wednesday morning. The Indian River County Sheriff's Office tweeted the mom and her children came to their headquarters after hearing the story on the news.** Proof the Children was Kidnapped at the Sheriff Office.

**Our original story appears below:**

ADVERTISEMENT

Negative

Reputation Score

2.38  1 Review

Positive

Edit Free Photos Share Message

Carmelo Etienne is 32 years old and was born on 07/03/1985. Currently, he lives in Vero Beach, FL;His ethnicity is Caucasian, and religious views are listed as Christian. Other family members and associates include Pierre Etienne and Manite Etienne.He has a reported annual income of... Read More *Defamation of Caracter*
*I AM MOOR.*

View Full Background Details

Learn more

Claim & Manage My Background R Back

TCPalm.

Deputies reported she may have been driving a black Pontiac Grand Am with Florida tag AHXG74 or a 2000 Ford Expedition with Florida tag 3943JX.

Thelisma and her three children—all under the age of 7— made her way to the Sheriff's Office after seeing news reports, according to the Sheriff's Office. why kidnapped the Children

More: **Fort Pierce teen found safe after more than a month missing**

TCPalm.

After deputies could not remove the children Sunday, they returned Monday to find Thelisma and the children were no longer in the residence. Remove for what crime, This is white collar crime you committing

More: **Fort Pierce police ask for help to find missing 27-year-old man**

More: **Missing Indian River County resident Karen Borchardt found safe**

"She is being sought to verify the welfare of the children and is actively evading law enforcement," said sheriff's office spokesman Maj. Eric Flowers said Tuesday.

Deputies reported she may have been

* CASE: 312018DP000028 FALSE DCF REPORT
312018CA000103

**D: SHERIFF\kskovsgard, Narrative**

? WAIT WHAT THEY ARE WRONG HERE TOO... YEAR IS 2018 1ST FAKE SIGN ILLEGAL KIDNAPPING IT WASN'T CALLED IN TO HOTLINE 2ND FAKE SIGN

On January 26th, 2017 at approximately 1900 hours, I responded to 4498 51st Avenue in reference to a CFS Fax Investigation.

Upon arrival I made contact with DCF Investigator Ashley Deleany who provided me CFS Fax Intake 2018-415537-01 that stated the following:

"The children are in danger from being around drugs. the paramour/father is a well known drug dealer. He sells very heavy amounts of marijuana and a lot of it but he may also sell crack cocaine. The paramour was selling it out of the car and he had children with him in the car when he sold the marijuana. The drugs were around the children.

The mother smokes marijuana. She smokes it often. It affects the mother's ability to properly care for the children. About a year ago, the mother had been smoking marijuana and she took out in the cold weather wearing only a diaper and shirt. was cold and clothing had to be put on her to keep her warm. The mother left and did not come back like she said she would. The mother was unable to properly care for her due to smoking marijuana. On a Youtube video the mothers lips were so black from smoking a lot of marijuana.

The paramour is controlling. Since the mother has known him she has been isolated from her family and friends. The paramour has isolated the mother from them. The grandmother, uncle and other family members have not been in touch with the mother in a year. The friends have not been in touch with the mother in a year. The paramour is married but the mother just had a child by him. The mother had been trying to get away from him but now since had has a baby she is sticking around. The mother is only able to speak to you on the speaker phone and it has to be in the presence of the paramour. The mother had been advertising to get a trailer to go to Haiti".

I then made contact with the mother, Sophia Thelisma, who denied the allegations. Thelisma advised she does not consume drugs and drugs are not done around the children. Thelisma advised she thinks someone has it out for her and is trying to make her life difficult by making false allegation to DCF. Thelisma explained her children's father, Carmello Etienne, does not control her and is not abusive to her.

Contact was then made with Carmello who advised the allegations were not true. Carmello advised the report was turned in by Vero Beach Police Department. Carmello explained he has been having issues with Vero Beach Police Department and they have been threatening to him. Carmello further advised the named used for him in the DCF report is his musical stage name, thus has to be someone who does not really know him. Carmello denied selling drugs or consuming drugs around the children.

I then made contact with children, and All three children appeared to by happy, groomed well, and in good health. I observed no signs of abuse or neglect.

Through my investigation I determined no crime occurred.

This case is UNFOUNDED.

= IF THIS CASE IS UNFOUNDED!? AND ASHLEY DETERMINED NO CRIME ON 01-26-18 ALL 3 KIDS WERE HAPPY, GROOMED WELL, AND IN GOOD HEALTH. WHY

ON DUTY

WITNESS: 407 245-0888

ON AGENT

Exibit 6



# Intake Report

REAL CASE # 18-16769

A person who knowingly or willfully makes public or discloses to any unauthorized person any confidential information contained in the central abuse hotline is subject to the penalty provisions of s. 39.205.

RECEIVED JAN 29 2018 IRCSO CENTRAL RECORDS

AFTER WE SPOKE WITH MAYOR DAVID CURREY 3 ← VERY RODE / JUMPED ACROSS CONFERENCE TABLE AT CARMELO

## INTAKE REPORT

| Intake Name | | Intake Number | County | Secondary County |
|---|---|---|---|---|
| Thelisma, Sophia | | 2018-415537-01 | Indian River | |

| Date and Time Intake Received | Program Type | Investigative Sub-Type | Provider Name |
|---|---|---|---|
| 01/26/2018 8:49 AM | Child Intake - Initial | In-Home | N/A ??? |

| Background Checks Required | Reason | Call Record Number | 3 Hits Reviewed |
|---|---|---|---|
| ☒ Yes ☐ No | ? | ? | ☐ Yes ☒ N/A |

| Worker Safety Concerns | Prior Involvement | Law Enforcement Notified |
|---|---|---|
| ☐ Yes ☒ No ← WHY POLICE CAME? | ☒ Yes ☐ No | ☐ Yes ☒ No ← ??? WHATS GOING ON? |

Send Florida Administrative Message to Law Enforcement ☐ Yes ☒ N/A

| Response Time | Name – Worker | Name – Supervisor |
|---|---|---|
| 24 Hours | Owens-Thomas, Adrian D | PERINON, MILTON |

## I. Family Information

| Name – Family | | Telephone Number – Home | | |
|---|---|---|---|---|
| Thelisma, Sophia | | | | |
| **Address – Street** | **Unit Designator** | **City** | **State** | **Zip Code** |
| 2631 20th ST | | Vero Beach | FL | 329603049 |

Primary Language: Interpreter Needed: ☐ Yes ☒ No

Directions to House:

Current and 24 hour location is unknown.

WRONG ADDRESS ON PURPOSE ILLEGAL ADDRESS IN DCF SYSTEM CORRECTLY W/ADDRESS

### A. Participants

| Name | ID Number | Role | Gender | DOB |
|---|---|---|---|---|
| [illegible] | | V | Female | 05/06/2015 |
| **Est. Age** / **Ethnicity** | **Race** | **Disability** | | |
| 2 / African American/Black | Black/African American | ☐ Yes ☒ No | | |
| Hearing Impaired: ☐ Yes ☒ No | 24 Access ☐ Yes ☒ No | | | |
| Device Needed: | | | | |

RACIST / BIAS

| Name | ID Number | Role | Gender | DOB |
|---|---|---|---|---|
| Unknown, Unknown | | V | Male | |
| **Est. Age** / **Ethnicity** | **Race** | **Disability** | | |
| 0 | | ☐ Yes ☒ No | | |
| Hearing Impaired: ☐ Yes ☒ No | 24 Access ☐ Yes ☒ No | | | |
| Device Needed: | | | | |

| Name | ID Number | Role | Gender | DOB |
|---|---|---|---|---|
| | | V | Male | 05/13/2011 |
| **Est. Age** / **Ethnicity** | **Race** | **Disability** | | |
| 6 / Haitian | Black/African American | ☒ Yes ☒ No ← THEY LIED ADHD TAKES MEDS | | |
| Hearing Impaired: ☐ Yes ☒ No | 24 Access ☐ Yes ☒ No | | | |
| Device Needed: | | | | |

RACIST BIAS HE IS AMERICAN AGAIN ALREADY IN DCF SYSTEM

| Name | ID Number | Role | Gender | DOB |
|---|---|---|---|---|
| Thelisma, Sophia | | AP-HM-IN-PC | Female | 08/21/1991 |
| **Est. Age** / **Ethnicity** | **Race** | **Disability** | | |
| 26 | Black/African American | ☐ Yes ☒ No | | |
| Hearing Impaired: ☐ Yes ☒ No | 24 Access ☐ Yes ☒ No | | | |
| Device Needed: | | | | |

| Name | ID Number | Role | Gender | DOB |
|---|---|---|---|---|
| Brown, Melo ← PROOF OF CONSPIRACY NAME CHANGED ILLEGALLY TO FIT ALLEGATIONS | | AP-HM-PC | Male | |
| **Est. Age** / **Ethnicity** | **Race** | **Disability** | | |
| 29 / Haitian | | ☐ Yes ☒ No | | |

False

RACIST

WHEN CORRECT INFORMATION IS ALREADY IN SYSTEM

BROWN IS MY 1ST SONS LAST NAME WE AND MELO IS NOT HIS BIOLOGICAL FATHER



OBTAIN THIS DOCUMENT
LEGACY THROUGH SHERIFFS
DEPARTMENT

A person who knowingly or willfully makes public or discloses to any unauthorized person any confidential information contained in the central abuse hotline is subject to the penalty provisions of s. 39.205.

Reason for Override:

B. Decision

| Decision | Date/Time Decision Made | Reason |
|---|---|---|
| Screen In: | 01/26/2018 9:43 AM | Screen In - Accepted for Services/Investigation |
| Worker: | Owens-Thomas, Adrian D | |

Explain:
Parent/legal guardian is violent, impulsive, or acting dangerously in ways that seriously harmed the child or will likely seriously harm to the child. Impending Danger.

## IV. CI Unit Documentation

| First Call Attempted Date/Time | Completed Call Date/Time |
|---|---|
| | |

Call Log

???

| Called Out By | Called To |
|---|---|
| Owens-Thomas, Adrian D | |

ADREAM BENNET

ONLY THE FEDERAL COURT CAN PROVIDE ME RELIEF

I WANT TO PRESS CHARGES ON EVERY ONE WHO HAD ANYTHING TO DO WITH THIS CONSPIRACY/HATE CRIME RACIST CONSPIRACY.

NO ONE IS ABOVE THE LAW



IF SAY

A person who knowingly or willfully makes public or discloses to any unauthorized person any confidential information contained in the central abuse hotline is subject to the penalty provisions of s. 39.205.

Hearing Impaired: ☐ Yes ☒ No
Device Needed: | 24 Access ☐ Yes ☒ No

(AP) = Alleged Perpetrator
CH = Child In Home
(HM) = Household Member
NM = Non-Household Member

(PC) = Parent/Caregiver
(IN) = Intake Name
SO = Significant Other
V = Victim

JS = Alleged Juvenile Sexual Offender
IC = Identified Child
RN = Referral Name / SC Referral Name

B. Address and Phone Information

| Name | Type | Address | Telephone Number |
|---|---|---|---|
| Unknown, Unknown | Primary Residence | 2631 20th ST Vero Beach, FL 329603049 | |
| | Primary Residence | | |
| Thelisma, Sophia | Primary Residence | 2631 20th ST Vero Beach, FL 329603049 | |
| Brown, Melo | Primary Residence | 2631 20th ST Vero Beach, FL 329603049 | |
| | Primary Residence | | |

ADDIE HAD CORRECT ADDRESS SINCE 1/19/18 AND CAME OUT AND CLEARED SOPHIA

C. Relationships

| Subject | Relationship | Subject |
|---|---|---|
| Thelisma, Sophia | Mother-Birth | |
| Thelisma, Sophia | Mother-Birth | |
| Thelisma, Sophia | Mother-Birth | |
| Brown, Melo | Paramour-Parent/Caregiver | Unknown, Unknown |
| Brown, Melo | Paramour-Parent/Caregiver | |
| Brown, Melo | Father-Birth | Unknown, Unknown |

VIOLATION OF HIPAA LAW AND FALSIFYING REPORT

VIOLATION OF 4th AMENDMENT RIGHTS TO PRIVACY

D. Alleged Maltreatment

| Alleged Victim | Maltreatment Code |
|---|---|
| Unknown, Unknown | Environmental Hazards |
| | Environmental Hazards |
| | Environmental Hazards |
| Unknown, Unknown | Intimate Partner Violence Threatens Child |
| | Intimate Partner Violence Threatens Child |
| | Intimate Partner Violence Threatens Child |
| | Substance Misuse - Illicit Drugs |

ILLEAGALLY MADE UP ALLEGATIONS TO RETALIATE FOR VBPD DAVID CURREY AND SLUMLORD WILLIAM LEE

Location of Incident

| Address – Street | Apt. | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| Telephone Number – Home | Telephone Number – Work | Telephone Number - Cell |
|---|---|---|
| | | |

Narratives

f 7



INDIAN RIVER COUNTY SHERIFF'S OFFICE
ARREST AFFIDAVIT
4055 41st Ave
Vero Beach, Florida 32960

Arrest Affidavit Report

Case Report # 2018-00025973

## NARRATIVE

On February 11, 2018 at approximately 1215 hours, Corporal Scribner and I made contact with the suspect, Carmelo Etienne at his residence located at 4498 51st Avenue, in reference to a CFS Fax.

why they never presented the warrent, they say it was in the car

We spoke with Etienne's girlfriend, Sophia Thelisma, at the aforementioned residence prior to making contact with him and advised to her that we had a court order signed by the Honorable J[redacted], to have her three children removed and placed into DCF custody.

Pegg.

Etienne was belligerent and stated he would not let us onto his property to recover the children while acknowledging DCF's presence as public agents and our presence as law enforcement of the by calling us "federal agents of the Sheriff's Office". We had the court order in hand, parked in front of the residence in our marked patrol vehicles and were dressed in our Class B road patrol attire to make sure we were clearly identified.

The video is on facebook live

After multiple verbal commands to release their custody of the children, Etienne continued to be belligerent and stating we were not allowed to take his children and that we were not going to be able to.

Deputy Eggers wrote the following: 1725 I never seen a search warrent

"On 02/12/18 at 0700 hours, I responded to 1745 38th St in reference to a search. Carmelo Etienne was reported on scene and was the subject of an active DCF case. A court ordered child removal was in effect for his children and Mr. Etienne was actively making efforts to hide the children from DCF and law enforcement.

Upon arrival, I observed Mr. Etienne walking from the end of the driveway towards the front door of the residence talking on his cell phone. I ordered Mr. Etienne to walk over to me, he looked directly at me, and quickened his pace towards to the front door. I ordered him to stop and Mr. Etienne ran towards the front door. I chased him on foot to the front door which Mr. Etienne attempted to close and secure to avoid arrest. Mr. Etienne was removed from the residence and placed under arrest for resisting arrest without violence." They Broke in and got

Etienne also made four repeated phone calls on February 12, 2018 to 911 prior to arrest for non-emergent purposes with his only goal being to hinder and harass law enforcement. Etienne did not need any public service assistance and made false claims of harrassment from the Sheriff's Office. I told them they illigally 4498 51 ave.

Etienne was transported to the Indian River Medical Center and then the Indian River County Jail and was charged with the following: Bloody and also A Brocken finger in 2 places.

FSS 843.02- Resisting Without Violence I was on the phone with 911 vre

FSS 787.03- Interference with Child Custody for a Supervider. I was also on facebook

FSS 365.172(13)- Abuse of 911 live that the officers New born took my phone to delette my facebooklive video. And the officers went in and illigally Search my home.

The preceding is true to the best of my knowledge or belief

ARRESTING OFFICER / SIGNATURE

Hollett, Dwayne A726

D/S Hollett [signature] 8826

Sworn and Subscribed before me this 12 day of Feb. 2018

NOTARY/ ASA [signature] 1696

My comission expires LEO

Agency INDIAN RIVER COUNTY SHERIFF'S OFFICE

It's been one hell of a journey and am thankful our prayers have never gone unheard. Loving families are being destroyed by having their kid(s) ripped away from them by our government. God has led me on a path to help others see the truth and bring clarity. I know all too well endless others are also being exposed to corruption by CPS/DCF. Sadly too many remain silent out of fear or their voices have yet to be heard. Children deserve to have a voice. Hear them roar!

Exibit I

**Is This You?** The IRCSO cannot remove this record. For removal, contact FDLE and complete a **Seal and Expunge Process. Note:** This record does not constitute a conviction on the charges presented. For final charge dispositions, please contact the **IRC Courthouse.**

SELECT A BOOKING

2018-00000669 (February 12, 2018)

SUBJECT DATA

Click photo to view other mugshots

where is Carmelo Etienne current mug shot and illegally obtain Carmelo Etienne AKA Carmelo Baron DNA. violation of the which Constitution the override Florida Statue.

| FIELD | VALUE |
|---|---|
| Name: | Etienne, Carmello |
| D.O.B.: | Wed, July 3, 1985 (Age at booking: 32 ) |
| Address: | 1725 38th St Vero Beach, Florida 32960 |
| Race / Sex: | Black / Male |
| Ethnicity: | African-American |
| Hair / Eyes: | Black / Brown |
| Height / Weight: | 5' 7" (1.7m) / 234lbs (106.1kg) |
| Occupation: | Lawn Maintenance |
| Language: | English |

BOOKING 2018-00000669 DETAILS

| FIELD | VALUE |
|---|---|
| Arrest Date: | Mon, February 12, 2018 at 7:30 AM |
| Arrest Location: | 1745 38th Street Vero Beach Fl, 32960 |
| Arresting Agency: | Indian River County Sheriff's Office |
| Booking Date: | Mon, February 12, 2018 at 7:35 PM |
| Booking #: | 2018-00000669 |

If I'm Arrested at 7 am. why book me a 7 p.m.? 12 hours and 5 mins. later Crooked.

| FIELD | VALUE |
|---|---|
| Case #: | 2018-00025973 |
| Commissary #: | 114019 |
| Make Calls: | Yes |
| Is Released: | No (Currently Incarcerated) |
| Total Bond: | No Bond |

BOOKING CHARGES

CHARGE #1

| FIELD | VALUE |
|---|---|
| Statute: | Misdemeanor Resist Arrest Without Violence |
| Bond Set Type: | No Bond Illegal Charges- |
| Remarks: | |

CHARGE #2

| FIELD | VALUE |
|---|---|
| Statute: | Felony Interference with Custody |
| Bond Set Type: | No Bond Illegal Charges |
| Remarks: | |

CHARGE #3

| FIELD | VALUE |
|---|---|
| Statute: | Misdemeanor Abuse of 911 |
| Bond Set Type: | No Bond Illegal Charges- |
| Remarks: | |

SCARS / MARKS / TATTOOS

| TYPE | DESCRIPTION | LOCATION |
|---|---|---|
| SMT #1 Scar | SCAR | Chest Scar |
| SMT #2 Tattoo | (Words) melanna | Back Tattoo |
| SMT #3 Tattoo | (Words) Baron Boys | Forearm Nonspecific Tattoo |

NEW SEARCH

OneContent: Generated By IRMH-root_1\tiffany perkins

Indian River Medical Center
Emergency Department
1000 36th Street
Vero Beach, FL 32960
(772) 567-4311 Ext.2105

Page: 1

CARMELO ETIENNE
PatID: 000561976 Age: 32
Acct#: 10720639 DOB: 7/3/1985
Printed: 02/12/2018 10:54 AM
By: P. GLENN TREMML, MD 1588632954

# After Care Instructions

INSTRUCTIONS

PHALANX FRACTURE (HAND)

*** MEDICALLY CLEARED TO GO TO JAIL***

1. You have been diagnosed with a fracture of a bone in your finger.

2. A fracture is a break in a bone. It means the same thing as saying a "broken bone." In general, fractures heal over about 6-8 weeks. Over time, the broken area gets stronger than the area around it. At first, fractures are often treated with a splint. The splint will help keep your finger from moving. However, an orthopedic (bone) doctor may replace it with a cast. Most fractures heal with a splint or cast. Some require surgery. An orthopedic doctor will help decide if your fracture needs surgery.

3. Fractures are treated with medicine to lower pain and splints or casts to reduce movement. They are also treated with Resting, Icing, Compressing and Elevating the injured area. Remember this as "RICE."
- REST: Limit the use of the injured body part.
- ICE: By applying ice to the affected area, swelling and pain can be reduced. Place some ice cubes in a re-sealable (Ziploc®) bag and add some water. Put a thin washcloth between the bag and the skin. Apply the ice bag to the area for at least 20 minutes. Do this at least 4 times per day. Using the ice for longer times and more frequently is OK. NEVER APPLY ICE DIRECTLY TO THE SKIN.
- ELEVATE: Elevate the injured part. A fractured hand can be elevated by placing the arm in a sling while awake and propped up on pillows while lying down.

4. Your finger has been placed in a dynamic splint. This is often called "buddy taping." The injured finger is taped to an uninjured one. This allows for maximum use of the finger. It also helps prevent stiffness by allowing movement. Use the splint until follow-up with the referral orthopedic (bone) doctor. Take off the buddy tape every 2-3 days. Then, replace it with fresh tape. Put some cotton or soft gauze between the fingers before taping them together.

5. YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
- Severe increase in pain or swelling in the injured area.
- New numbness or tingling in or below the injured area.
- You develop a cold, pale finger that seems to have blood supply problems.

FOLLOW UP

Follow up with JOHN ATWATER, MD, at 1260 37th Street Suite 102, Vero Beach, FL 32960, Phone: 772-213-9800 ONLY IF needed. Call as soon as possible to arrange.

MEDICAL RECORDS COPY