# United State District Courts
# of the Southern Division
# of Florida

DATE: April 25, 2018

Moors:
Ex rel; Carmelo Etienne
Ex rel; Sophia Thelisma
    Affiants(s),

CASE NO. 18-14061-CV-Maynard

ORDER:
VACATE DEFENDANTS MOTION
IN RE: DEFENDANTS MOTION TO
DISMISS

Dockets 41, 42

FILED by ___ D.C.
APR 26 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

v.

DCF, Thomas Loveland, Et Al,
COMPLAINT(S) in reference to 41 And 42
Defendant(s)

---

Brief Statement,

ORDER TO VACATE All DEFENDANTS MOTION(S) TO DISMISS COMPLAINT(in reference to docket numbers 41,and 42), Order FOR EMERGENCY CHILD PICK UP, Order To Fine all Defendants in contempt of Court of Criminal Charges in Contempt of Court.

---

This 25th day of April, 2018 I'd like At This time for Attorney Marie Guitian Barker For the record on the record and also let the record show: Status, Nationality, Naturalization to practice law in the Land of the American Republic.

All Defendents Need to provide proof of Contract with original ink.
WE DEMAND ALL SUMMONS FOR THE DEFENDANTS FOR PROOF OF CONTRACT DUE TO RETALIATION ACTS / ACTIONS / CAUSES. FROM DEFENDANTS.

## AFFIDAVIT OF FACTS
(STATEMENT OF CLAIM)

1. THROUGH MY SOVERIGNITY WE DECREE THE LAW USED IN THIS CASE SHALL BE NATURAL LAW WHICH IS COMMON LAW. WE ALSO BRING CHARGES AGAINST THE VIOLATED U.S. CONSTUTIONS, U.S CODES AND FLORIDA CONSTITUTIONS AND STATUES THAT HAVE BEEN VIOLATED BY DEFENDANTS LISTED IN THIS CASE.

THE CHILDREN AND PARENTS LISTED ARE FLESH AND BLOOD MAN AND WOMAN NOT ENTITY THEY ARE NOT PART OF THE STATE THEY'RE NOT WORD OF THE STATES THEY ARE DESCENDANTS OF MOA-BITES FREE HUMAN BEINGS ALSO KNOWN AS MOORS

WE ARE IN WE ARE MOORS SOVEREIGN ABORIGINAL INDIGENOUS TEST LINE AND WE DECREED THE LAW AS COMMON LAW, AND BIRTH RIGHTS AS MOORS. THE PEOPLE DO NOT YIELD THEIR SOVEREIGNTY WE ARE THE PEOPLE WHO THAT CREATED THE CONSTITUTION. WE ARE IN WE ARE MOORS SOVEREIGN ABORIGINAL INDIGENOUS TEST LINE AND WE DECREED THE LAW AS COMMON LAW, AND BIRTH RIGHTS AS MOORS. THE PEOPLE DO NOT YIELD THEIR SOVEREIGNTY FOR WE ARE ALL LAW. WHO THAT CREATED THE CONSTITUTION. THE LAW IS THE SUPREME LAW OF THE LAND WHICH IS NATURAL LAW, COMMON LAW; THAT FEDERAL AND STATES ANNOTATED STATUES ARE DERIVED FROM.

Lawful Amendments were made for clarity.
In **Amendment V**, in last part it says:
... nor be deprived of life, liberty, or property, without due process of law;
nor shall **private property** be taken for public use, without just compensation.

**Hoffsomer v. Hayes, 92 Okla 32, 227 F. 417**
The courts are not bound by an officers interpretation of the law under which he presumes to act.

**Owen v. Independence, 100 S.C.T. 1398, 445 US 622**
"Officers of the court have no immunity, when violating a Constitutional right, from liability.
For they are deemed to know the law."

For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right. **Sherer v. Cullen 481 F. 945**

Article VI of "The Constitution For The United States of North America" (1791). It is self explanatory that all contracts, debts, agreements, etc. entered into prior to it, are valid against the United States Constitution as well as the Confederation.

Article VI:

All debts contracted and engagements <u>entered into before</u> the <u>adoption</u> of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the laws of the United States wihch shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the **supreme law of the land;** and the judges in every state shall be bound thereby, anything in the Constitution or **laws of any State to the contrary notwithstanding..**

*The Senators and Representatives before mentioned, and the members of the **several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation,** to support this Constitution; but **no religious test** shall ever be required as a qualification to any office or public trust under the United States.*

1. The Racketeerers violated the following:

- Peace and friendship treaty of Morocco 1787
- U.S. Constitution
- U.S. Codes
- Florida Constitution
- Florida Statues
- Sovereign Immunity Act
- Due process of law
- Child act of 1959
- Universal declaration of human Rights

2. The racketeers aided and/ or committed the crimes of against humanity and other Haynes crimes:
3. All parties involved Rico act against parents in retaliation for filing a civil complaint
4. Complaint Judicial Misconduct from Indian River County Clerk of courts of civil and family division, 19th judicial state attorneys and all judges, law enforcement officer and parties that work
5. Descendants in the case assisted in the unlawful and illegal kidnapping of three moor children
6. Kidnapping

7. Human trafficking
8. Deprivation Of Childrens Rights
9. Deprivation of human rights
10. Deprivation of indigenous rights
11. complaint judicial misconduct from Indian river county clerk of courts of civil and family division, 19th judicial state attorneys and all judges, law enforcement officer and parties that work
12. Human trafficking,
13. Deprivation of human rights,
14. Deprivation of indigenous rights
15. Child endangerment
16. Personal injury
17. Perjury
18. False written declaration
19. Seditious conspiracy
20. Conspiracy
21. Treason
22. Interference with custody
23. Treason
24. Interference wit h custody
25. False official statement
26. Misprision
27. Misprision under the age o f 13
28. Racketeering g
29. Tampering with a victim a n d witness
30. Torture
31. Injunction against illegal interception
32. State sponsored terrorism
33. Hostage - taking of 3 children
34. Espionage
35. Piracy
36. Hate crime
37. Defamation o f character
38. False information hoax
39. Enticement to   slavery
40. Enticement to   slavery
41. Genocide,
42. Definition of character
43. Deprivation of health
44. Violation of the united states constitution
45. Terrorism
46. Perjury by false written declaration   reckless
47. Attempted murder
48. Bodily injury
49. Home invasion
50. Burglary white collard
51. Crime targeting children with disability' s

52. Stalking
53. Cyber stalking on Facebook
54. Hipaa violation
55. Deprivation of freedom
56. Deprivation of funds
57. Extortion

## RELIEF

Due to the multiple violations of preamble, social birth rights and the law of the land Due to the humanity and terrorism, and white collard hate crimes that have been committed against the parents and children. And punitive damages for the children and the emotional damage and trauma of the children.

As a relief I wish the Court's Grant the relief of the following: As a relief I wish the Court's Grant the relief of the following:

- Press Release
- Immediate return of all 5 moor Children in captivity.
- 50,000 pounds in gold
- 20,000 pounds in silver
- 100 million upon the release of the children
- Garnishment of all accounts, wages, funds, all assets, stocks, bonds of, real-estates of al.
- Federal charges to be filed immediately against all defendant in this case
- Maximum prison sentence life in prison
- Maximum fines
- The immediate return of a bail and bonds posted, court cost, courts fees

  

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North America

# Notice Of Public Records Correction

This correspondence and Public Notice is hereby presented and forwarded to your company or corporate officials, personnel, and employees, relative to my corrected and changed attribute / name, along with proper spelling. You are hereby given honorable notice to correct any records, files, mailings, and other future correspondences, accordingly.

This correction is made in accord with the honoring of my family bloodline / pedigree, and exercising my natural substantive rights and religious heritage. Please correct your records as soon as possible.

The former name, **Carmelo Etienne, Emperor Muhammad Al Moroc**, is to be corrected on all records replaced with the name, **El Muhammad Emmad Camil Malik Mustafa Eredlan Bey.**

The former name, **Sophia Thelisma, Empress Amaryaa Al Morc**, is to be corrected on all records replaced with the name, **El Munah Mejedah Amryaa Malik Mustafa Eredlan Bey.**

The former name, **Vantrell Eon Brown Jr**, is to be corrected on all records replaced with the name, **El Maheer Makirim Camil Malik Mustafa Eredlan Bey.**

The former name, **Melody Anne Etienne**, is to be corrected on all records replaced with the name, **El Maeena Maha Malik Mustafa Eredlan Bey.**

The former name, **Zakiyah Leslie Williams**, is to be corrected on all records replaced with the name, **El Memona Mardina Malik Mustafa Eredlan Bey.**

The former name, **Harmony Marie Etienne** is to be corrected on all records replaced with the name, **El Maeen Mahia Malik Mustafa Eredlan Bey.**

Thank You,

*El Muhammad Emmad Malik Mustafa Erdelan Bey*

El Muhammad Emmad Malik Mustafa Erdelan Bey
Natural Person, In Propria Persona: All Rights Reserved


Thank You,

*El Munah Majedah Amaryaa Malik El Bey*

El Munah Majedah Amaryaa Malik Mustafa Erdelan Bey
Natural Person, In Propria Persona: All Rights Reserved