*United State District Courts*
*of the Southern Division*
*of Florida.*

# (INDIAN RIVER COUNT COURT HOUES)
## 19TH JUDICIAL CIRCUIT

DATE: April 25, 2018

## IN THE COURT OF RECORDS

Moors:

Ex rel; Carmelo Etienne

Ex rel; Sophia Thelisma

      Affiants(s),

CASE NO. *18-14061-CV-Maynard*

*ORDER: FOR JUDGEMENT*

v.

DCF, FDCF, Thomas Loveland, Et Al,

COMPLAINT(S) in reference to 41 And 42

Defendant(s)

.

FILED by _____ D.C.

APR 2 6 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

---

TO THE HONORABLE MAJESTRATE: The Courts wish For Final Judgement for

Affiants in correcting the nature of this suit to natural Rights birth rights , in violation of

the peace and Friendship treaty, common law, final judgement without prejudice


WE ARE MOORS: ABORIGINAL And Indigenous TO THIS LAND SOVEREIGN

FREE HUMAN BEINGS TO THIS LAND. THE SOVERIGN IS NOT

ACOOUNTABLE TO ANY HIGHER AUTHORITY AS SOVEREIGN DO NOT

YIELD ITS AUTHORITYS TO THE AGENCY'S THAT SERVE THEM

WE HEARBY DECREE A SUPERIOR COURT OF RECORDS COURT ON THE

30TH OF APRIL AT 2:00 in the Honorable Majistrate COURT ROOM ON

CASES 18-14061-cv-Maynard. The Superior Courts wish to fine defendants of

the original amount of 600 billion that was filed in the original suit it Courts hold

all the defendants in contempt of court and hold in to custody for the Crimes against

Aboriginal Indigenous, Humanity, to this land Al Maghrib Al Aqsa also known As the

American Republic the furthest West Ammex.


, Moors;


_____

UCC1-308 UCC1-207

All Rights Reserved

Without prejudice

Thank You,

*El Muhammad Emmad Malik Mustafa Erdelan Bey*

El Muhammad Emmad Malik Mustafa Erdelan Bey
Natural Person, In Propria Persona: All Rights Reserved

Thank You,

*El Munah Majedah Amaryaa Malik Mustafa Erdelan Bey*

El Munah Majedah Amaryaa Malik Mustafa Erdelan Bey
Natural Person, In Propria Persona: All Rights Reserved