# United State District Courts
# of the Southern Division
# of Florida

DATE: April 25, 2018

Moors:

Ex rel; Carmelo Etienne

Ex rel; Sophia Thelisma

    Affiants(s),

CASE NO. 18-14061-CV-maynard

Amended ORDER:

VACATE DEFENDANTS MOTION MOTION TO DISMISS

And To Hold Defendants In Contempt Of Court

v.

DCF,Thomas Loveland, Et Al,

COMPLAINT(S) in reference to 41 And 42

Defendant(s)



FILED by _____ D.C.

APR 27 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

---

Brief Statement,

ORDER TO VACATE All DEFENDANTS MOTION(S) TO DISMISS COMPLAINT(in reference to docket numbers 41,and 42), Order FOR EMERGENCY CHILD PICK UP, Order To Fine all Defendants in contempt of Court of Criminal Charges in Contempt of Court. Final Judgement.

---

This 25th day of April, 2018 I'd like At This time for Attorney Marie Guitian Barker For the record on the record and also let the record show: Status, Nationality, Naturalization to practice law in the Land of the American Republic.

All Defendents Need to provide proof of Contract with original ink.

## AFFIDAVIT OF FACTS
(STATEMENT OF CLAIM)

1. THROUGH MY SOVERIGNITY  WE DECREE THE LAW USED IN THIS CASE  SHALL BE  NATURAL LAW WHICH IS COMMON LAW. WE ALSO BRING CHARGES AGAINST THE VIOLATED U.S. CONSTUTIONS, U.S CODES  AND FLORIDA CONSTITUTIONS AND STATUES THAT HAVE BEEN VIOLATED BY DEFENDANTS LISTED IN THIS CASE.

THE CHILDREN AND PARENTS  LISTED ARE FLESH AND BLOOD MAN AND WOMAN NOT ENTITY THEY ARE NOT PART OF THE STATE THEY'RE NOT WORD OF THE STATES THEY ARE DESCENDANTS OF MOA-BITES FREE HUMAN BEINGS ALSO KNOWN AS MOORS

WE ARE IN WE ARE MOORS SOVEREIGN ABORIGINAL INDIGENOUS TEST LINE AND WE DECREED THE LAW AS COMMON LAW, AND BIRTH RIGHTS AS MOORS. THE PEOPLE DO NOT YIELD THEIR SOVEREIGNTY WE ARE THE PEOPLE WHO THAT CREATED THE CONSTITUTION. WE ARE IN WE ARE MOORS SOVEREIGN ABORIGINAL INDIGENOUS TEST LINE AND WE DECREED THE LAW AS COMMON LAW, AND BIRTH RIGHTS AS MOORS. THE PEOPLE DO NOT YIELD THEIR SOVEREIGNTY FOR WE ARE ALL LAW . WHO THAT CREATED THE CONSTITUTION. THE LAW IS THE SUPREME LAW OF THE LAND WHICH IS NATURAL LAW, COMMON LAW; THAT FEDERAL AND STATES ANNOTATED STATUES ARE DERIVED FROM.

1. The Racketeerers violated the following:

- Peace and friendship treaty   of Morocco 1787
- U.S. Constitution
- U.S. Codes
- Florida Constitution
- Florida Statues
- Sovereign Immunity Act
- Due process of law
- Child act of 1959
- Universal declaration of human Rights

2. The racketeers aided and/ or committed the crimes of against humanity and other Haynes crimes:
3. All parties involved Rico act against parents in retaliation for filing a civil complaint
4. Complaint Judicial Misconduct from Indian River County   Clerk of courts of civil and family division, 19th judicial state attorneys and all judges, law enforcement officer and parties that work
5. Descendants in the case assisted in the unlawful and illegal kidnapping of three moor   children
6. Kidnapping
7. Human trafficking
8. Deprivation Of Childrens Rights

9. Deprivation of human rights
10. Deprivation of indigenous rights
11. complaint judicial misconduct from Indian river county clerk of courts of civil and family division, 19th judicial state attorneys and all judges, law enforcement officer and parties that work
12. Human trafficking,
13. Deprivation of human rights,
14. Deprivation of indigenous rights
15. Child endangerment
16. Personal injury
17. Perjury
18. False written declaration
19. Seditious conspiracy
20. Conspiracy
21. Treason
22. Interference with custody
23. Treason
24. Interference wit h custody
25. False official statement
26. Misprision
27. Misprision under the age o f 13
28. Racketeering g
29. Tampering with a victim a n d witness
30. Torture
31. Injunction against illegal interception
32. State sponsored terrorism
33. Hostage - taking of 3 children
34. Espionage
35. Piracy
36. Hate crime
37. Defamation o f character
38. False information hoax
39. Enticement to   slavery
40. Enticement to   slavery
41. Genocide,
42. Definition of character
43. Deprivation of health
44. Violation of the united states constitution
45. Terrorism
46. Perjury by false written declaration   reckless
47. Attempted murder
48. Bodily injury
49. Home invasion
50. Burglary white collard
51. Crime targeting children with disability' s
52. Stalking
53. Cyber stalking on Facebook

54. Hipaa violation
55. Deprivation of freedom
56. Deprivation of funds
57. Extortion

## Amended RELIEF

Due to the multiple violations of preamble, social birth rights and the law of the land Due to the humanity and terrorism, and white collard hate crimes that have been committed against the parents and children. And punitive damages for the children and the emotional damage and trauma of the children.

As a relief I wish the Court's Grant the relief of the following: As a relief I wish the Court's Grant the relief of the following:

- Press Release
- Immediate return of all 5 moor Children in captivity.
- 50,000 pounds in gold
- 20,000 pounds in silver
- 100 million upon the release of the children
- Garnishment of all accounts, wages, funds, all assets, stocks, bonds of, real-estates of al.
- Federal charges to be filed immediately against all defendant in this case
- Maximum prison sentence life in prison
- Maximum fines
- The immediate return of a bail and bonds posted, court cost, courts fees

EX REL [signature]   04/27/18