# United States District Court of
## Southern District of Florida

DATE: May __ 2018

Moors:

Ex rel; Carmelo Etienne

Ex rel; Sophia Thelisma

Affiants(s),

v.

DCF, FDCF, Thomas Loveland, Et Al,

Defendant(s)

CASE NO. 18-14061-CV-Maynard



FILED by ____ D.C.

MAY 02 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### Order to Vacate and Viod Judge Kanarek Judgement due to multiple reason on dependency cases 31-2018-CA-00029/50 due to prejudice, bias, conflict of interest, no jurisdiction over the people in this case or subject matter being, that he was already sued by Affiants Federally which him unable to make decisions on our about Plantiffs or people involved which is in violation of the US Constitution and Florida Constitution.

Order to Vacate Judgement Kanarek on dependency case 31-2018-CA-00029/50 due to prejudice and bias and conflict of interest. Due to the Fact that the judge made the decision in my absents and also has been sued since the 2nd and 3rd of April through Federal and circuit court, and defendants had been sued in federal court and circuit court as well since the 9th, and 16th of February. This is violation of the judges oath to proceed in any court proceeding involving dependency which is a civil matter with out the consent of the Parents, due to breach of contact since the 9 of February by Judge Kanarek on case 312018CA000102/103 that are lawsuits filed against the agency and state entities who are the defendants due to reasoning of hate crime/ conspiracy, in federal court case number 18-14061-CV -Maynard. The Judge accepted copy written material from defendant that were copy written to the affiant all videos were submitted by Melissa kay Cline FDCF/Dcf and GAL to submit and admit to Evidence, do to violation of the Florida Copy Right law Florida Statutes 501.93(b)(d)(2)(5)

---

Order to Strike all video's that Melissa kay Cline FDCF/Dcf and GAL trying to submit and admit to Evidence, do to violation of the Florida Copy Right law Florida Statutes 501.93(b)(d)(2)(5).
Civil Remedies-Any person who suffers a violation of this section may bring an action seeking injunction relief, actual damages ,reasonable attorney 's fees and costs, and any other remedy available at law or in equity.

FDCF and all of its parties online had no consent from Carmelo Etienne the human being the properties holder and it is being uses by the department illegally and unlawfully,maliciously against Carmelo's will ,Carmelo Etienne is seeking damages in the amount of 100,000,000 dollars for the miss use of the copy righted video. FDCF kidnapped our children with out due process of law which a use of the copy righted video's FDCF kidnapped our children with out Due process of Law.

children on, no real grounds but allegation by watch our video on social media Melissa Kay Cline FDCF and Frank from Guardian Ad L. are taking me to court against our will trying to fight for children that Department clearly cares nothing about FDCF and GAL and both CORP. They have no say so on the lives of real flesh and blood boys and girls that should and the law states that the best place for any children is with there parent.

The video's were upload as documents to prove and exonerate the Parents from any accusation from anyone that is trying to be bias prejudice against us the parents violation of Florida Constitution Article 1 section 2 Basic Rights ,section 3 Religious freedom, section 12 searches and seizures ,section Treason ,section 23 Rights of privacy

Moor; Sophia Thelisma                           Mav, Carmelo Etienne

5-2-2018