<u>UNITED STATES DISTRICT COURT</u>
<u>THE SOUTHERN DISTRICT</u>

DATE: May 3 2018

Moors:
Ex rel; Carmelo Etienne
Ex rel; Sophia Thelisma
Affiants(s),
v.
DCF, FDCF, Thomas Loveland, Et Al,
Defendant(s)

CASE NO. 18-14061-CV MAYNARD/MARTINEZ

FILED BY _____

MAY 03 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

Writ Coram Nobis /Order to Vacate / Void Judgement

<u>Order to Vacate Judge Kanarek cases all   312018DP28/29/50 lacks jurisdiction,</u>

<u>Due to hear say I decree the Law of the Land is the Common Law and also Magna Carta Law.</u>

Even if a court (Judge) has or appears to have subject matter jurisdiction, subject matter jurisdiction can be lost. Major reason why subject matter jurisdiction is lost:

(1) fraud upon the court, In *re Village of Willowbrook*, 37 Ill. App. 3d 393 (1962)

(2) a judge does not follow statutory procedure, *Armstrong v Obucino*, 300 Ill 140, 143 (1921),

(3) unlawful activity of a judge or undisclosed conflict of interest. Code of Judicial Conduct,

(4) violation of due process, *Johnson v Zerbst*, 304 U.S. 458, 58 S. Ct. 1019 (1938); *Pure Oil Co. v City of Northlake*, 10 Ill. 2d 241, 245, 140 N.E. 2d 289 (1956); *Hallberg v Goldblatt Bros.*, 363 Ill 25 (1936),

(5) if the court exceeded its statutory authority, *Rosenstiel v Rosenstiel*, 278 F. Supp. 794 (S.D.N.Y. 1967),

(6) any acts in violation of 11 U.S.C. 362(a), (the bankruptcy stay) In *re Garcia*, 109 B.R. 335 (N.D. Illinois, 1989),

(7) where no justiciable issue is presented to the court through proper pleadings, *Ligon v Williams*, 264 Ill. App. 3d 701, 637 N.E. 2d 633 (1st Dist. 1994),

(8) where a complaint states no cognizable cause of action against that party, *Charles v Gore*, 248 Ill. App. 3d 441, 618 N.E. 2d 554 (1st Dist 1993),

(9) where any litigant was represented before a court by a person/law firm that is prohibited by law to practice law in that jurisdiction,

(10) when the judge is involved in a scheme of bribery (the Alemann cases, *Bracey v Warden*, U.S. Supreme Court No. 96-6133 (June 9, 1997),

(11) where a summons was not properly issued,

(12) where service of process was not made pursuant to statute and Supreme Court Rules, *Janove v Bacon*, 6 Ill. 2d 245, 249, 218 N.E. 2d 706, 708 (1955),

(13) where the statute is vague, *People v Williams*, 638 N.E. 2d 207 (1st Dist. 1994),

1

# UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF FLORIDA
## (18-14061-CV-MAYNARD/MARTINEZ

## CRIMINAL AND CIVIL COMPLAINT

I,/We Moors; Sophia Thelisma and Carmelo Etienne the complainants in this case, both state that the following is true to the best of both of our knowledge and beliefs. On or about the date January 25th/26th 2018, February 1st/9th/12$^{th}$13$^{th}$ of 2018. In the Indian River County of in the District of Indian River, the defendant(s) In case numbers
1814061-CV-Martinez/Maynard,
312018-CA-000102/103
312018-DP-00028/29


violated:Peace and Friendship Treaty,U.S. and Florida Constitution over rule all Florida Statues.The Code Section Offense Description and briefing is as followed

 The including ch.39 enticement to slavery,Violation of Florida Constitution Article 1 section 2 Basic Rights, the parent and the the children right been violated by Melissa
F.D.C.F./D.C.F., I.R.C.S.O., V.B.P.D., Frank G.A.L. I and all persons involved such as Tiffany Perry, Thomas Loveland,Ashely Delaney etc.Been sued by the parents and the children on the 9 of Feb. 2018 on lawsuit case: 312018CA000103 AND 312018CA000102 4 days later the parents was on the news unlawfully with hear say drug allegation and the kidnappers unlawfully kidnapped the children
    Violation of Florida Constitution Article 1 section 12 searches and seizures on 2 different properties with out any real search warrant, home invasion violation of Florida Statue 812.135 was committed by Tiffany Perry,Paul MewBorn,Ryan Holly,Ryan Eggers,Dwayne Hoilett,scribner on 2-11-2018 at the Moor Sophia Estate which is Violation of Florida Constitution Article 1 section 23 Right s of privacy and 2-12-2018 at Moor Carmelo Estate Tiffany Perry,Paul MewBorn,Ryan Holly,Ryan Eggers,Dwayne Hoilett,scribner , I.R.C.S.O., F.D.C.F., D.C.F.,the children was kidnapped at I.R.C.SO lobby on the 13th of Feb.13 2018 by force with out Due process of Law or any legal document to Show there was a contract between the parent and F.D.C.F./D.C.F. I.R.C.S.O., G.A.L.and all the person involved ect.Violation of Florida Constitution Article 1 section 3 Religious freedom do to targeting of the parents online through there social media and the children before/after the kidnapping of the

violation of Florida Statues 877.19 that was committed against the family for the Behalf of William Lee.

"If a court grants relief, which under the circumstances it hasn't any authority to grant, its judgment is to that extent void." (1 Freeman on Judgments, 120c.) "A void judgment is no judgment at all and is without legal effect." (Jordon v. Gilligan, 500 F.2d 701, 710 (6th Cir. 1974) "a court must vacate any judgment entered in excess of its jurisdiction." (Lubben v. Selective Service System Local Bd. No. 27, 453 F.2d 645 (1st Cir. 1972).

Violation of Florida Constitution Article 1 section 2 Basic Rights , section 3 Religious freedom, section 12 searches and seizures , section Treason , section 23 Rights of privacy , Hate crime violation of Florida Statues 877.19

**Violation of Human rights**
**Violation of Indigenous rights.**
**-Violation of 28 U.s.code 1602-1611 Sovereign Immunity Act.**
**Violation 22C.F.R.92.12-92.31Foreign Relationship**
**28 U.s.c, 3002 section 5 (a)UNITED STATE IS A CORPORATION**

Violation of Florida Constitution article 1 section 9 Due process of Law, Hate crime violation of Florida Statues 877.19, section 3 Religious freedom, section 12 searches and seizures , **violation of the peace and friendship treaty. Also the Violation of the constitution of the United State of America.**

_____
_____

(14) when proper notice is not given to all parties by the movant, *Wilson v. Moore*, 13 Ill. App. 3d 632, 301 N.E. 2d 39 (1st Dist. 1973),

(15) where an order/judgment is based on a void order/judgment, *Austin v. Smith*, 312 F. 2d 337, 343 (1962); *English v English*, 72 Ill. App. 3d 736, 393 N.E. 2d 18 (1st Dist. 1979), or

(16) where public policy is violated, *Martin-Tregona v Roderick*, 29 Ill. App. 3d 553, 331 N.E. 2d 100 (1st Dist. 1975).

## SUMMARY OF THE LAW OF VOIDS

A void judgment which includes judgment entered by a court which lacks jurisdiction over the parties or the subject matter, or lacks inherent power to enter the particular judgment, or an order procured by fraud, can be attacked at any time, in any court, either directly or collaterally, provided that the party is properly before the court, *Long v. Shorebank Development Corp.*, 182 F. 3d 548 (C.A. 7 Ill. 1999). Judge Kanarek acted out of the color of Law with Due proces off Law.

A void judgment is one which from the beginning was complete nullity and without any legal effect, *Hobbs v. U.S. Office of Personnel Management*, 485 F. Supp. 456 (M.D. Fla. 1980).

<u>Order to Vacate Judge Kanerek cases 31-2018-CA-00029/50   Judge Kanarek Judgement due to multiple reason on dependency cases 31-2018-CA-00029/50 due to prejudice, bias, conflict of interest, retailaton, no jurisdiction over the people in this case and subject matter being, that he was already  sued by Affiants Federally which makes him unable to make decisions on or about Plantiffs or people involved which is in violation of the US Constitution and Florida Constitution.</u>

Order to Vacate Judgement Kanarek on dependency case 31-2018-CA-00029/50 due to prejudice and bias and conflict of interest. Due to the Fact that the judge made the decision in my absents and also has been sued since the 2nd and 3rd of April through Federal and circuit court, and defendants had been sued in federal court and circuit court as well since the 9th, and 16th of February. This is violation of the judges oath to proceed in any court proceeding involving dependency which is a civil matter with out the consent of the Parents, due to breach of contact since the 9 of February by Judge Kanarek on case 312018CA000102/103 that are lawsuits filed against the agency and state entities who are the defendants due to reasoning of hate crime/ conspiracy, in federal court case number 18-14061-CV-Maynard. The  Judge accepted copy written material from defendant that were copy written to the affiant all videos were submitted by Melissa kay Cline FDCF/Dcf and GAL to submit and admit to Evidence, do to violation of the Florida Copy Right law Florida Statutes 501.93 (b) (d) (2) (5)

---

Order to Strike all video's that Melissa kay Cline FDCF/Dcf and GAL trying to submit and admit to Evidence, do to violation of the Florida Copy Right law Florida Statutes 501.93 (b) (d) (2) (5).
Civil Remedies-Any person who suffers a violation of this section may bring an action seeking injunction relief, actual damages , reasonable attorney  's fees and costs, and any other remedy available at law or in equity.

FDCF and all of its parties online had no consent from Carmelo Etienne the human being the properties holder and it is being uses by the department illegally and unlawfully, maliciously against Carmelo's will , Carmelo Etienne is seeking damages in the amount of 100,000,000 dollars for the miss use of the copy righted video. FDCF kidnapped our children with out due process of law which a violation of the Florida Constitution Article 1 section 9 due process , The kidnappers remove the children on, no real grounds but allegation by watch our video on social media Melissa Kay Cline FDCF and Frank from Guardian Ad L. are taking me to court against our will trying to fight for children that Department clearly cares nothing about FDCF and GAL and both CORP. They have no say so on the lives of real flesh and blood boys and girls that should and the law states that the best place for any children is with there parent.

The video's were upload as documents to prove and exonerate the Parents from any accusation from anyone that is trying to be bias prejudice against us the parents violation of Florida Constitution Article 1 section 2 Basic Rights , section 3 Religious freedom, section 12 searches and seizures , section Treason , section 23 Rights of privacy .

MOOR; [signature]
5/3/18

MOOR; Carmelo Etienne
UCC 1-308
1-207