UNITED STATES DISTRICT
OF THE SOUTHERN DISTRICT
OF FLORIDA

MOOR, Sophia Thelisma
CARMELO Etienne
Propria Persona
Sui Juris

5/03/18

MAY 03 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

V.

THOMAS LOVELAND
ET AL

18cv14061

ORDER TO VACATE JUDGEMENT
By KANAREK

Order to Vacate/Void Judgements dependency complaints from Defendants: DCF, FDCF, MELISSA CLINE, Melissa Cline et al persons and corporations due countless violations of the Peace and Friendship Treaty of Morocco, Florida Constitution by pursuing chapter 39. Florida statute, with out due process of law, by committing to fraud, racketeering, enticement into slavery, conspiracy against natural, human, and children's rights, violation of oath, retaliation, tampering with Affiant(s)/plaintiff(s) of a court case.

At This time:

1. It is my wish for the defendants and all attorneys of the defendants to state nationality and status for the record, by the record and let the record show.

2. It is my wish for the defendants to state nationality and status for the record, by the record and let the record show.

3. It is my wish for the opposing parties to provide proof of contract jurisdiction over all of the moor; human being children in this case.

The Parents never consent to any of these unlawful/illegal crimes with out Due Process.

The US and Florida Constitution over rule all Florida Statues including ch.39 enticement to slavery,Violation of Florida Constitution Article 1 section 2 Basic Rights, the parent and the the children right been violated by Melissa F.D.C.F./D.C.F.,I.R.C.S.O.,V.B.P.D.,Frank G.A.L.I and all persons involved such as Tiffany Perry ,Thomas Loveland,Ashely Delaney etc.Been sued by the parents and the children on the 9 of Feb. 2018 on lawsuit case: 312018CA000103 AND 312018CA000102 4 days later the parents was on the news unlawfully with hear say drug allegation and the kidnappers unlawfully kidnapped the children,Violation of Florida Constitution Article 1 section 12 searches and seizures on 2 different properties with out any real search warrant,home invasion violation of Florida Statue 812.135 was committed by Tiffany Perry,Paul MewBorn,Ryan Holly,Ryan Eggers,Dwayne Hoilett,scribner on 2-11-2018 at the Moor Sophia Estate which is Violation of Florida Constitution Article 1 section 23 Right s of privacy and 2-12-2018 at Moor Carmelo Estate Tiffany Perry,Paul MewBorn,Ryan Holly,Ryan Eggers,Dwayne Hoilett,scribner ,I.R.C.S.O., F.D.C.F., D.C.F.,the children was kidnapped at I.R.C.SO lobby on the 13th of Feb.13 2018 by force with out Due process of Law or any legal document to Show there was a contract between the parent and F.D.C.F./D.C.F. I.R.C.S.O., G.A.L.and all the person involved ect.Violation of Florida Constitution Article 1 section 3 Religious freedom do to targeting of the parents online through there social media and the children before/after the kidnapping of the children.On the 9 of Feb.2018 the lawsuits was filled for Hate crime violation of Florida Statues 877.19 that was committed against the family for the Behalf of William Lee.

"If a court grants relief, which under the circumstances it hasn't any authority to grant, its judgment is to that extent void." (1 Freeman on Judgments, 120c.) "A void judgment is no judgment at all and is without legal effect." (Jordon v. Gilligan, 500 F.2d 701, 710 (6th Cir. 1974) "a court must vacate any judgment entered in excess of its jurisdiction." (Lubben v. Selective Service System Local Bd. No. 27, 453 F.2d 645 (1st Cir. 1972).

Violation of Florida Constitution Article 1 section 2 Basic Rights ,section 3 Religious freedom, section 12 searches and seizures ,section Treason ,section 23 Rights of privacy ,Hate crime violation of Florida Statues 877.19

*Moor. Carmela Etienne*
UCC 1-308 1-207

*Moor, Sophie Thulisma*