Case: 18-14061-CV-Maynard.

United states district Court
For the southern devision of Florida

DATE: May 3 2018

Moors:
Ex rel; Carmelo Etienne

CASE NO. _____

Ex rel; Sophia Thelisma
Affiants(s),

v.

DCF, FDCF, Thomas Loveland, Et Al,
Defendant(s)



FILED _____

MAY 03 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.

## MISTAKES AND CORRECTIONS/ AMENDMENTS
Please amend the follow defendants off:

1. **Collette Griffin**
2. **Larimore**
3. **Judge ROSENBERG LEE**
4. **USDC**
5. **Marshalls**

**REPLACE COVER SHEET
(SE ATTACHMENT)**

Respectfully submitted this the 3rd day of May, 2018 = 1436 M.C.

I am: ___Moor.___

Emperor Muhammed Al Moroc, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Carmelo Etienne
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic

I am: ___Moor: Sophie Th___

Empress Amaryaa Al Moroc, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Sophia Thelisma
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**
Thomas Loveland, DCF IRCSO, VBPD, Et Al

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
SOPHIA THELISMA AND CARMELO ETIENNE
Propria Persona        Propira Persona

Attorneys *(If Known)*
represented by Maria Guitian Barker
Lead Attorney

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty **Other:** | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
- U.S. Civil Statute: 42 USC 1983, 18 USC 1962, 42USC 12203, 18 USC 1513,

Brief description of cause:
-B.D:Civil Action for Deprivation of rights: Racketeering Influenced corrupt organizations: Retaliation: Prohibition

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 600,000,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE kanarek, Griffin, Morgan, Pegg
DOCKET NUMBER 312018CA000102/103

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

18-14061-CV-maynard

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Michelle L. Chernen, Kanarek, Morgon, Jeffery Smith, Melissa Key Cline, Susan Chesnut, Jeffrey Bathista 2000 16th Ave Vero Beach Fl 32960

9590 9402 4065 8079 8301 01

2. Article Number (Transfer from service label)
7017 3380 0000 4314 1749

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ann Murphy
☐ Agent
☐ Addressee

B. Received by (Printed Name): Ann Murphy
C. Date of Delivery: 4/23/2018

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

ALERT: AS OF APRIL 30, USPS.COM WILL NO LONGER SUPPORT OUTDATED BROWSERS. TO...

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 9502115822088111284589

**Expected Delivery on**

**TUESDAY**
**24** APRIL 2018 ⓘ  by **8:00pm** ⓘ

## ✓ Delivered

April 24, 2018 at 2:28 pm
Delivered, Left with Individual
VERO BEACH, FL 32960

Get Updates ⌄

---

Text & Email Updates ⌄

Proof of Delivery ⌄

Tracking History ⌄

Product Information ⌃

**Postal Product:**
First-Class Package Service - Retail

**Features:**
Signature Confirmation™

Signed for By: S GRANGER // VERO BEACH, FL 32960 // 2:28 pm

18-14061-CV-Martinez

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 9502115822088111284541

Remove ✕

**On Time**

**Expected Delivery on**

**MONDAY**
**23** APRIL 2018 ⓘ

by **8:00pm** ⓘ

## ✓ Delivered

April 23, 2018 at 9:53 am
Delivered, Front Desk/Reception
WEST PALM BEACH, FL 33401

**Text & Email Updates** ⌄

**Proof of Delivery** ⌃

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

melobaronhouse@gmail.com

**Tracking History** ⌄

**Product Information**                                                              ∧

**Postal Product:**          **Features:**
First-Class Package          Signature Confirmation™         Signed for By: S HAROLD // WEST PALM
Service - Retail                                             BEACH, FL 33401 // 9:53 am

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

### The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

19-14661-CV-Maynard

See Less ∧

**Tracking Number:** 9502115822088111284572     Remove ✕

Your item was delivered at 4:21 pm on April 24, 2018 in FORT PIERCE, FL 34950. The item was signed for by H POTTER.

### ✓ Delivered

April 24, 2018 at 4:21 pm
Delivered, Left with Individual
FORT PIERCE, FL 34950

Get Updates ∨

---

**Text & Email Updates**   ∨

---

**Proof of Delivery**   ∨

---

**Tracking History**   ∨

---

**Product Information**   ∧

**Postal Product:**
First-Class Package Service - Retail

**Features:**
Signature Confirmation™

Signed for By: H POTTER // FORT PIERCE, FL 34950 // 4:21 pm

---

See Less ∧

18-14061-CV-maynard

4/25/2018  Case 2:18-cv-14061-JEM   Document 51   Entered on FLSD Docket 05/04/2018   Page 9 of 10
USPS.com® - USPS Tracking® Results

**See Less** ∧

Remove ✕

**Tracking Number:** 9502115822088111284558

Expected Delivery on

**TUESDAY**
**24** APRIL 2018 ⓘ

by
**8:00pm** ⓘ

## ✓ Delivered

April 24, 2018 at 11:27 am
Delivered, Left with Individual
VERO BEACH, FL 32960

Get Updates ∨

Text & Email Updates ∨

Proof of Delivery ∨

Tracking History ∨

Product Information ∧

**Postal Product:**
First-Class Package Service - Retail

**Features:**
Signature Confirmation™

Signed for By: D CURRY // VERO BEACH, FL 32960 // 11:27 am

18-14061-CV-Martinez

ALERT: AS OF APRIL 30, USPS.COM WILL NO LONGER SUPPORT OUTDATED BROWSERS. TO...

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 9502115822088111284565

**Expected Delivery on**

**TUESDAY**
**24** APRIL 2018 ⓘ   by **8:00pm** ⓘ

✓ **Delivered**

April 24, 2018 at 10:37 am
Delivered, Front Desk/Reception
VERO BEACH, FL 32960

Get Updates ⌄

Text & Email Updates ⌄

Proof of Delivery ⌄

Tracking History ⌄

Product Information ⌃

**Postal Product:**
First-Class Package Service - Retail

**Features:**
Signature Confirmation™

Signed for By: B BENNETT // VERO BEACH, FL 32960 // 10:37 am

https://tools.usps.com/go/TrackConfirmAction?tLabels=9502115822088111284565,9502115822088111284558,9502115822088111284572,9502115822088111284565