*18-14061-CV-Maynard*

## In The Court Of Records In Thelisma And Etienne Courts
### In The _____
### In The _____ of Florida

FILED _____ D.C.

MAY 08 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

DATE: May __ 2018

Moors:
Nom de Gurre; Carmelo Etienne

CASE NO. _____

Nom de Gurre; Sophia Thelisma
Affianat(s)/Prosecutor(s),

Trial By Jury

v.

DCF, FDCF, Melissa Kay Cline, Holly Ives, Katherine Browder, Ashley Delaney, Tiffany Perry,
Tony V. Collins, Robert Shae, Thomas Loveland, Gaurdian Ad Litem ,
Sheriff Deryl Loar, IRCSO deputies, 19th judicial State Attorney Et Al,
(Wrong Doers)

### Notice to the Clerk of Courts

I *Carmelo Etienne* And *Sophia Th...* require of you as the court clerk:
1. not to move my case of a court of record; and
2. to file my case into the court; and
3. to time stamp and return to me a copy of my case in a pre-stamped envelope I have provided; and
4. to assign a magistrate to my case immediately; and
5. to file my case as a claim, not a complaint, nor a title 42, etc.; and
6. not to interfere with my rights and not to diminish my status of a man to that of a pro se; but propria persona sur juris and
7. to bear witness that if the wrongdoers fail to answer my claim within 21 days; and
8. to bear witness that after the allowed 21 days that my nihil dices judgment or Default judgment be true; and
9. if the wrongdoers fail to answer within said 21 days my order is to be signed by you as the court clerk; and
10. if the wrongdoers refuse to answer and serve upon said court and my person and wish to move into open court that a trial and jury commence within 10 days.

*I am aware as I am sure you are aware that employees within this United States District Court have: a. legal liability for damages due to injuries to other persons, damages to their property or other damage or loss to such persons including the expense of litigation and settlement resulting from or arising from out of any tortuous act, error or omission of the individual, whether common law, statutory or constitution rights while in the performance of such qualified individual's duties as an employee. (so this is their supplemental insurance form that if they get sued because of their status and position in that court system that they are legally liable for damages to other persons including expenses for tortuous acts, errors or omissions...maybe they forgot to do something, whether it is a common law, statutory or constitutional right while in performance of their duty as an employee). So they are not bonded.*

*State Governments are but Trustees acting under a derived authority.* **4 Wheat 402**

**Anyone who denies or abrogates the law of the land is the "LAW BREAKER". Taking the Oath to the Constitution is what gets a Government Official / Trustee/ Public Servant in the seat in the first place. Failure to uphold the law and the Oath to it, and any violation made against the law of the land, is warring against the people. "**

*No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it."* **Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958).**

*"The court is to protect against any encroachment of Constitutionally secured liberties."*

18- 14061 - CV - Maynard

In The Court Of Records In Thelisma And Etienne Courts
In The United States District
In The Southern Dis of Florida Court.

DATE: May __ 2018

Moors:
Nom de Gurre; Carmelo Etienne

CASE NO. 312018 DP28/29/50

Nom de Gurre; Sophia Thelisma
Affianat(s)/Prosecutor(s),

Trial By Jury

v.

DCF, FDCF, Melissa Kay Cline, Holly Ives, Katherine Browder, Ashley Delaney, Tiffany Perry,
Tony V. Collins, Robert Shae, Thomas Loveland, Gaurdian Ad Litem ,
Sheriff Deryl Loar, IRCSO deputies, 19th judicial State Attorney Et Al,
(Wrong Doers)

Nature of Suit:
Common Law: Fundamental Liberty Violation
Parental Liberty Interest Violation

Claim:
Trespassing;
Forgery;
Racketeering;
Retaliation
Kidnapping;
Human Trafficking;
Extortion;
Child Extortion;
Interfering with property;
Interfering with Custody;

## Claim Against Complaint on Cases 312018DP28/29/50
## Under open court and open affirmation

### Notice; Property

Notice of interference:

I Am Moor Sophia Thelisma a living natural woman and biological mother, parent to the natural living children that are men and women Flesh and Blood Divine Beings in your Custody under treat duress and coercion.

I Am Moor Carmelo Etienne a living natural man and biological father 3 out of the 5 children, caregiver, Father parent to the living natural children that are men and women Flesh and Blood Divine Beings in your Custody under treat duress and coercion.

*We Further Decree the Law to Be Common Law/ Natural Law/Moroccan Law*

### Notice of Records Correction:

Our Natural Children were kidnapped on the behalf of Melo Brown. Carmelo Etienne is **NOT** Melo Brown nor does Carmelo Etienne Or Melo Baron has or had relations to Melo Brown in any nature. Who is Melo Brown? This Whole Case312018Dp00028/29/50 is Based on hearsay and is fraud because Melo Brown does not exist.

### Norton v. Shelby County, 118 U.S. 425

### Courta Case: Rundel v. Deleware and Raritan Canal Company 55 US 80-
A corporation cannot sue or otherwise contend with a living natural man or woman.

### Preslie Hardwick v. Marcia Vreeken - 15-55563

### Heltz v. Pletizer-There does not have to be case law.

### Claim(s)
The claim in this case is that the wrong doers violated our unalienable preamble rights and NATURAL children's rights by committing the follow crimes

1. Trespassing;
2. Forgery;
3. Perjury in a court
4. False evident
5. Racketeering;
6. Retaliation
7. Kidnapping;
8. Human Trafficking;
9. Extortion; in lue of the adoption and safe families act
10. Child Extortion; in lue of the adoption and safe families act
11. Interfering with property;
12. Interfering with Custody;
13. Bodily Injury
14. Defamation of Character
15. Cyber Stalking
16. Stalking

Violation of Peace and Friendship Treaty, Violation of human Rights, Violation Fundamental Liberty, Violation of Parental Liberty Interest.

**August 26,2014**
1.-Sophia finds and Reports a gun that was found at her apartment complex steps later finds out it belongs to Ryan Eggers of VBPD Officer/ IRSCO deputy(see exhibit(s) ___1___ )

**February 22 2016-**
2.Ryan Eggers stalks sophia across town at night all the way to her estate until sophia calls 911 to report incident and is pulled over at the health department and issued a seat belt citation after being accused of being suspicious in her neighborhood.   (see exhibit(s) ___2___ )

**July 7,2016-**
3. William Lee knowingly and intentionally endangers Sophia Thelisma, a natural Living Human Being, and pregnant Mother and natural divine beings by renting a lead paint house without disclosing it in the lease or mentioning it to Sophia. William lee violated his own contract and Environmental Protective Agency and HUD. (see exhibit(s) ___3___ )

4.   William lee caused bodily harm and sickness to all tenants sophia and (children all under age 6) by renting out a sick house to natural human beings and divine beings. (see exhibit(s) ___4___ )

5. William lee a Property Management Owner did not take maintain the estate mention in the lease agreements for 2 years. (see exhibit(s) ___14___ )

### January 25th

6. Vero Beach Police Department (V.B.P.D.) was called out to make a report .Corporal Daryl Rivers came out and refused to take a proper report on stolen property(Grand Theft) reported against sophia's former Landlord William Lee.(see exhibit(s) ___5___ )

7. Sophia Carmelo make a trip to vbpd to try to file a complaint on corporal Rivers for not doing his job with integrity Internal Affairs Matt Manaco interrogates sophia and takes down all Sophia's Personal Information including email address, birth date,etc. (see exhibit(s)_____)

### January 26th

8. .Sophia wakes to Her Facebook Being Hacked and Shut Down by racketeers. VBPD, Chief David Currey, Matt Manaco, DCF Thomas Loveland,Ashley Delaney, Thomas Owens, Adrian D, Irsco Deryl Loar Internal Affairs,(see exhibit(s) _____ )

9. Chief David Curry calls Carmelo And Sophia Around 9am to invites them to discuss the issues that they have been having with the Department (see exhibit(s) **video link:https://youtu.be/u-eCAb8NhRY**

10. Sophia meets with ELC Day Care meeting setup by Dcf Adeline since 01/18/2018 with no rylia wilson Act and was placed on the rylia wilson act fraudulently before or Around 10 o'clock am on 01/26/2018, before meeting with Ashley Delaney several hours later that evening. See Exhibits(___10___)

11. Carmelo to come into the 3rd floor of The police Department to discuss the report fraudulently made the previously and who also jumped across the table trying to assault Carmelo hope to provoke a reaction from Carmelo, Carmelo felt endangered and left.
(see exhibit(s) **video link: https://youtu.be/FZxtvw9q6hc**

12. Sophia Then went up to stairs to talk with David about all this misconduct from his department and misleading s of job title of representatives and leaves because chief David Currey Interrupts conversation to confirm something via phone call.

13. Sophia Carmelo make a trip was out to ircso to make a complaint on Chief David Curry within hours later DCF(see exhibit(s) ___13___ )

14. DCF calls Sophia's phone to make contact with her at her new address and states that she received a report from the abuse line and needs to see the children said Ashley Delaney(see exhibit(s) ___14___ )

15. Ashley Delaney And Irsco Deputy SkovsGaurd unlawfully conducted a fraudulent based investigation and search of Sophia's estate on a knowingly false report created by peers.(see exhibit(s) ___15___ )

### February 1st,-

16. Carmelo try to filed restraining orders on Wrongdoers at the Indian River Court house and try to file a false information complaint through DCF which day also refused through Tim Slaven and Robert Shea. (see exhibit(s) **video link:__https://youtu.be/wA5LxYBCPkM**

16.A.<u>Justin Knotts IRCSO Human Resource was aware of the Situation on Feb. 1st 2018</u>
**Link:** situation that sophia does not want to be seperated from the children for safety and security reasons: please keep in mind that it was sheriff department IA that reported Sophia and children Missing.

https://youtu.be/auPixAST8Wo

https://youtu.be/mANyW33Ew5U

17. February 7th Sophia Texts Ashley telling her she violated her rights.(see exhibit(s) _____ )

<u>February 9th -</u>

18. Sophia and Carmelo try to filed restraining orders on Wrongdoers at the Indian River Court House.

19. Sophia And Carmelo tried to file a charges against the false reporter through DCF which was refused by Tim Slaven and Robert Shea. (see exhibit(s)**video link:**
http://youtu.be/wA5LxYBCPkM

20. Sophia and natural Children and Carmelo Filed 2 separate lawsuits against DCF, Irsco, Vpbd et al in Cases 312018CA000102/ 312018CA000103 on and wrongdoers involved all involved wrong doers(see exhibit(s) ___20___ )

<u>February10th-</u>

21. Fdcf/Df Cpi Tiffany Perry ,Irsco: deputy Ryan Holly, Corpral Scribner retaliated by stocking bringing documents that they refused to pass over to to to be verified (see exhibit(s) **video link:**http://youtu.be/T6Or3xAIURM

<u>February 11th-</u>

22. DCF came back with the sheriff deputies crow barred Sophia's estate unlawfully search again for second time violating constitutional rights violation of human rights natural rights (see exhibit(s) **video link:** http://youtu.beCNqZpvDc4VY

**Wrongdoers Tiffany Perry DCF/FDCF Linda Nolan corporal Scribner Ryan Holly IRCSO Deputies Link:**

https://www.facebook.com/melobaronboyz/videos/10213607846409447/

<u>Contact was made with Sheriff Deryl Loar on the 11th of Febuary.</u>
https://www.facebook.com/melobaronboyz/videos/10213610585797930/

---

23. IRCSO drew arms an attempt to kill all caught on video(see exhibit(s) **video link:**
https://www.facebook.com/melobaronboyz/videos/10213663572282559/

<u>February 12th -</u>
24. Ircso home invade Carmelo's estate(see exhibit(s) ___24___ ) video link:
https://www.facebook.com/melobaronboyz/videos/10213614064004883/

25. Without Due process of Law Kidnapping Human trafficking Carmelo and His children

26. Caused bodily injury broken bone loss of blood over a leader committed human trafficking to to the hospital against his will didn't receive any treatment but the document said that he did transport it to jail against his will.(see exhibit(s) _____26_____ )

27. Bond posted:see exhibit(s) _____27_____ )

### February 13th-

27. Defamation of character to both Carmelo and Sophia were put on the news with her # natural Children as "Missing" unlawfully against her will with use of a four-year-old picture that was taken off of a contracted drivers license. (see exhibit(s) _____27_____ )

28. Michelle Schemerhorn admitted to Conspiring and racketeering (included of carmelo losing custody and lawsuit )with DCF; Lee Shane, and Employees, IRSCO Deputy's ET Al from cases filed by Sophia and Carmelo on the 9th Of February.  (all before even seeing a judge)(see exhibit(s) _____29_____ )

29. Carmelo attends 3 unlawful and Illegal Court appearance against his will from being in custody with out due process against his will one appearance in front of Judge Kanarek, and and second and 3rd appearance before judge Griffin in family court.(see exhibit(s) _____30_____ )

30. Darryl Williams and Satonya Early Conspired and racketeered with DCF; Lee Shane, and Employees(see exhibit(s) _____30_____ )

31. Sophia made contact with the detectives from IRCSO via telephone and reported the children as safe and not missing but scared because of all the white collared crime of racketeering that had taken place including the home invasion and burglary of her estate and told her to come into the lobby to verify the natural children's well being(subpeona Lobby footage IRCSO 02/13/2018 7-10pm.)

32. IRSCO , Ishmail Hao at the human resource and they told her to bring the children's into the lobby at IRCSO Sheriff's Office (subpoena Lobby footage IRCSO 02/13/2018 7-10pm.)

33.. Sophia made contact with the detectives at the human resource and they told her to bring the children's into the lobby at IRS ESO Sheriff's Office the children were taking kidnapped By Katherine Browder and Tony V Collins with out due process or contract which is a active genocide do to the children were already on the civil suit taking place against DCF in all of the parties(subpoena Lobby footage IRCSO 02/13/2018 7-10pm.)

### March 13th and So On

34. The 19th Judicial Circuit Court in and For the Indian River County, Florida set an Arraignment to appear in front of Judge Griffin unlawfully under threat duress and coercion on the behalf of entities not natural human being nor in the best interest of the natural children (subpoena all court case footage and audio Indian River County Court House.)

Dates :_____(see exhibit(s) _____ )    30
Dates :_____(see exhibit(s) _____ )
Dates :_____(see exhibit(s) _____ )
Dates :_____(see exhibit(s) _____ )
Dates :_____(see exhibit(s) _____ )
Dates :_____(see exhibit(s) _____ )

35. Violation of due process of law Irsco, takes Carmelo into Custody by threat duress and coercion against his will order by the state Attorneys Office which is also a conflict of interest since the attorney office has been .sued since the 9th of February case number 2108 CA000102/103.video link : https://youtu.be/UYwp_YLz3o

Proof of Human trafficking under treat duress coercion and piracy video link : https://youtu.be/J7ufuArAhj0

### April 26th

36. Holly Ives another Racketeer and Conspirator admits to stalking via Social Media and being in violation of Goldwater rule, and infringes unlawful business on natural Parents by armchair diagnosis without due process of Law, Violation of Goldwater Rule by not having a contract or consent of parents that she has never met nor has ever had as patients/ clients.(see exhibit(s) _____ )

Gold Water Rule also known as Section 7.3 of *The Principles of Medical Ethics...* It is unethical for a psychiatrist to offer a professional opinion about an individual based on publicly available information without conducting an examination."Psychiatric evaluations must consider the need for consent and confidentiality. Basing a diagnosis off social media post seen on facebook and or youtube violates the way psychiatry should be practiced.Psychiatrist may not assume a professional role in voicing that critique in the form of a professional opinion because of a lack of consent or other authorization and failure to conduct an evaluation.""There was no direct interaction, no consent, no confidentiality, no examination, and no access to collateral information," Opinions drawn from such circumstances are thus both unethical and factually uncertain. Armchair diagnosis is a term used when professionals or non professionals diagnose someone they have never treated or had as clients. Infringing business on

### On 05/07/2018

- ❖ A legal service envelope from the department of children and families was received
In Response to Disposition hearing 05/22/2018. we do not consent to Appearing or making a Special Appearance due to conflict of interest, because all members, parties, and people and entities have been sued via federal Court and because it is not in the interest of the Natural Children but the interest of the All Capital Names which are Entities and not the natural Children

- ❖ In Response to Notice to filing Incident Summary Report #2018 PdFS-116535 we do not consent to Appearing or making a Special Appearance due to conflict of interest, because it is not in the interest of the Natural Children but the interest of the All Capital Names which are Entities and not the natural Children and because all members, parties, and people and entities have been sued via federal Court.

- ❖ In Response to Judicial Review 07/30/2018 we do not consent to Appearing or making a Special Appearance due to conflict of interest, because it is not in the interest of the Natural Children but the interest of the All Capital Names which are Entities and not the natural Children and because all members, parties, and people and entities have been sued via federal Court.

**Marbury v. Madison-**

➢ We ask at this time to for the record by the record and also let the record show:
For Melissa Kay Cline show status show proof of contract with natural parents man and woman

**Relief:**

1. Natural Children Returned to their Natural Parents Immediately upon reading or to Sophia's Family.
2. 10 million per natural child upon return for misprision of children
3. Monetary Compensation for Destroying happy Estates
4. Monetary Compensation for Bodily Injury
5. Compensation for all Court fees, filing fess and unlawful proceedings etc
6. Full Prison Time for all wrongdoers of these cases
7. Maximum Fines for All wrongdoers of this cases
8. All charges against Sophia and Carmelo including criminal Charges and Complaints Dismissed and never retried again
9. Summary of final judgement

**I WILL ONY ANSWER TO VERIFIED ANSWERS NOT CAERTIFIED ANSWERS**

I, Carmelo Ofionne Affirm all be true on this __7__ day of __May__ 2018
(U.C.C. 1-308 all rights reserved)

I, Mic'e, Sophia Thelisma Affirm all be true on this __7__ day of __May__ 2018
(UC.C. 1-308 all rights reserved)

Before _____ this _____ day of _____ 2018.

# United States District Court
## Southern District of Florida

Case Number: __18 cv 14061-__

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must **not** be placed in the "chron file".

## ☑ NOT SCANNED

- ☐ Due to Poor Quality
- ☐ Bound Extradition Papers
- ☑ Photographs
- ☐ Surety Bond (Original or Letter of Understanding)
- ☐ CD, DVD, VHS Tape, Cassette Tape
- ☑ Other: __See Exhibit List__

## ☐ SCANNED

- ☐ But Poor Quality
- ☐ Habeas Cases (State Court Record/Transcript)

Date: __5-8-2018__