*In re cv Martinez/Maynard.*

# UNITED STATES DISTRICT COURTS
## SOUTHERN DIVISION FT PIERCE FLO.(fL)

DATE: May 09 2018

Moors:
Nom de Gurre; Carmelo Etienne

CASE NO. 18-14061-CV- Martinez/Maynard

Nom de Gurre; Sophia Thelisma
Affianat(s)/Prosecutor(s),

Trial By Jury

v.

DCF, FDCF, Thomas Loveland, Ashley Delaney, Milton Perinon, Tiffany Perry, Tim Slaven, Owen Thomas, Robert Shae, Patrick O'Brian, Judge Robert Pegg and Judge Victoria Griffin, Melissa Kay Cline, Katherine Browder, Ashley Delaney, Tiffany Perry,
Tony V. Collins, Gaurdian Ad Litem ,
Sheriff Deryl Loar, VBPD, IRCSO deputies, 19ᵗʰ judicial State Attorney Et Al,
(Wrong Doers)

FILED by _____ D.C.

MAY 11 2018

STEVEN M. LARIMORE
CLERK U S. DIST CT.
S D OF FLA - FT PIERCE

<u>Objection to The Courts Recommendations Docket 53</u>

Records Correction &
Response to Report and Recommendation docket 53

We object to all Statements, False Reports, and Recommendations
Objection: We are Moor in propria persona sur juris Sovereign Aboriginal Indigenous to this land
of Morocco aka as the Republic of the United States of America.

Correction to the record, for the record, and let the record show:
Objection: We do not file motion correction We only file Orders and Demands . We only answer to
Verified not certified claims.

Objection: The misnomer word, misrepresented as implying my name, and typed upon the Order / Instrument, and was improperly spelled, "CARMELO ETIENNE, SOPHIA THELISMA" in ALL CAPITAL LETTERS. That misnomer and CORPORATE - NAME, "CARMELO ETIENNE, SOPHIA THELISMA" is clearly (an artificial - person(s) / entity); is not me or us as, the Natural People(s) or nautural person(s); is a deliberate grammatical error, intended for injury to me; and is clearly not of con-sanguine relationship to me or to my nationality, in any form, truth, or manner, ; nor to my Moorish Family Bloodline. This is a in violation of my secured rights to my name and nationality; a violation of International Law; and a violation of the Obligations of the Officers of the Court; and a violation of their fiduciary duties and Official Oaths to uphold and to support Article VI of the United States Constitution; and thus, violating my Substantive Rights, and the Articles of Part 1 of *'The Rights of Indigenous People'* (Note that this was addressed at the end correctly)

<u>"Indigenous People have the right to a full and effective  enjoyment of all human rights and fundamental freedoms recognized in the Charter of the United Nations; The Universal Declaration of Human Rights; And International Human Law."</u>

<u>Article 5 of the *Rights of Indigenous People*</u>

<u>"Every Indigenous individual has the Right to a Nationality."</u> .

Article 15 of the *Declaration of Human Rights*
we are Moors; sovereign natural man and woman aboriginal indigenous to this land Morocco known
as the Americas.

Objection: The misnomer words, misrepresented as implying their names, and typed upon the Order / Instrument, and was improperly spelled, "FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, THOMAS LOVELAND, ASHLEY, DELANEY, MILTON PERINON, TIFFANY PERRY, TIM SLAVENS, OWENS THOMAS, ROBERT SHAE, PATRICK OBRIAN, JUDGE ROBERT PEGG, JUDGE VICTORIA GRIFFIN, JEFFERY SMITH " in ALL CAPITAL LETTERS When they have been sued in both individual and official capacity, for the crimes against humanity and racketeering.

Coua Case: Rundel v. Deleware and Raritan Canal Com panv 55 US 80— <u>A corporation cannot
sue or otherwise contend with a living natural man or woman.</u>

1.
- Objection: Can The Cours Privide the Contract and Crimes that were committed by the natural mother and father Carmelo and Sophia
- Objection- Dockets shows were the magistrate ask for claimants/plaintiffs/ Prosecutors to produce a list with everyone involved. See exhibit(s).
- Objection to The Core Grievance being the same. We did file complaints on various other plaintiffs but were limited to how many we could file suit against by clerk of court Larimore and Colette Griffin the core Grievance was racist Hate Crime conspiracy/ Deprivation of Human rights is not the same, everything has changed based upon the new findings that various persons retaliated for their friends and prima facie evidence from the entities, agencies, parties, and individuals, and corrected the suit to racketeering, retaliation and human trafficking and kidnapping etc..

    Correction to the record, for the record, and let the record show:

2.
- Objection- To Background: It was January 2018 not 2017 that was a typo made by the sheriff office there was not a case opened with Department of Children & Family in 2017.

    Correction to the record, for the record, and let the record show:

- Objection – Carmelo Etienne is not drug dealer and was never a Drug dealer this is false allegation not facts (DCF) targeted Melo Brown in the intake report who also does not exist and also show proof of racketeering by taking the last name of the first child to create a fictitious person to target both natural people Sophia and Carmelo at Sophia new address (see exhibit(s) where Carmelo did not stay .

- Objection: To sentence 4. Carmelo never isolated Sophia from anyone. Sophia is a recording Artist that has music online for sale and chooses to stay to herself for personal reasons.

- Objection: Sophia chooses not have any contact with Darryl Williams the second childs father due to the fact he abandoned their daughter when she was a month old and Sophia has been the sole Caregiver/Provider that And only active parent between the two since birth. Darryl owes over 2500 in child support to their child and was sued as well in federal Court for aiding Dcf/Fdcf to conspire when in fact Sophia hasn't spoken to Darryl for about 3 years. Sophia also choose not to have their daughter have any interactions with Darryl Williams upon finding out about his Sexual molestation charge against a minor that he caught as an adult that is actually on his record and has some way manage to hide from his record, which poses as a threat to Sophia's daughter.

- Objection: Sophia choose not to have any Interaction with Vantrell Brown Sr. The first childs biological father due to the fact that he is a habitual convicted Felon and abusive and has also kidnapping charges and a drug problem and Sophia does not interact with the grandmother due to the fact that her negligence in supervising her grandson which lead to my child getting sodomized in her care and failed to inform the biological mother. Upon finding out Sophia did report it to mandated reporters in seek of therapy for her child.

- The state of Florida Carmelo owns the name Melo Baron Not Brown Legally and lawfully through copy right.

    Correction to the record, for the record, and let the record show:

- Objection-Carmelo never been arrested or taking in to custody for drugs or any other illegal or unlawful substance nor has Sophia

Correction to the record, for the record, and let the record show:

- Objection- Sophia Does not use any illegal unlawfully drugs and has no affiliation to any drug dealers this racketeering starting from chief David Currey and his employees, Dcf and their Employees, Darryl Loar and his employees, the state attorney Patrick Obrian and others, Elc and employees, Sophia and Carmelo went to complain on several different occasions to the attorneys office where Patrick obrian came out and refused to take a report or accept the prima facie evidence about the racketeering and directed us to call Pamela Bondi.
- Objection: dcf used phrases like in the best interest of the children but are referring to the all Capital Names (entities) not all natural human beings flesh and blood children.

It begins August 2014 when Sophia Finds a Gun on the Steps of her old Apartment Complex on August 26, 2014

- . Sophia finds and Reports a gun that was found at her apartment complex steps later finds out it belongs to Ryan Eggers of VBPD Officer/ IRSCO deputy(see exhibit(s)

which she just recently finds out that it belonged to Ryan Eggers, a vbpd officer who later stalks Sophia from Maryland fried Chickens restaurant half way across town to the house rented from William Lee,

on February 22 2016-
- Ryan Eggers stalks sophia across town at night all the way to her estate until sophia calls 911 to report incident and is pulled over at the health department and issued a seat belt citation after being accused of being suspicious in her neighborhood.  (see exhibit(s)

- February 2016. Then in 2016 Dcf Heather Elliot (who also violated hipaa by telling Michelle Schermerhorn about Sophia at Carmelo's address) met with sophia in regards to a malicious and knowingly false neglect that was confirmed by heather Elliot reported by Darryl Williams( the the children's biological father for putting him on child support) and Shawanda buckner( an ex-friend who sophia kicked out for making her living conditions unsafe) and found the case to be unfounded and closed. There was no open Case in January 2017. Although one of document have a typo from the actual 2018 to 2017 which should have been viewed as one of the first sign of racketeering (if the person or writing this response by making a false report intentionally.

- Then on January 25, 2018, when the racketeering started after filing complaints on Sophia's (NOT Carmelo's) ex Landlord William Lee (Property Management Owner For Key Stone Property) for stolen property and on VBPD Corporal Darryl Rivers ( The same Corporal Rivers that made headline news in Vero Beach 9 days prior that served jail time for domestic violence and police misconduct) for refusing to make or take a proper report from Carmelo and Sophia, who then went to the vbpd to complain about the issue, Upon Arrival both Sophia and Carmelo meet with Cptn. Kevin Martins, Lt. Matt Monaco, (See Exhibit ) where Lt. Matt Monaco took down All of Sophia's Personal Info including her name, email, dolb, etc,. who then Conspired with other vbpd workers and Darryl rivers and David Currey .
- On the 26th of January the same day sophia's face book was mysteriously shut down by a higher authority completely around 8 am David Currey called Both Sophia and Carmelo to meet and discuss the issues with him at 11 am that morning after sophia tells him about the elc meeting she has at 10 am.

3. Correction to the record, for the record, and let the record show:

- Objection- 3/17/2017 Sophia gave birth to 3 child while giving birth her kidney's shut down and was treated for lead with the chelation treatment by Indian river medical Center and never given an explanation that she was suffering from lead poisoning but stated in her medical records., (See Exhibit )

- Objections- Carmelo Never rented from William lee and never entered a lease agreement with William Lee or Resided at William Lees Property, (See Exhibit)

- Objections- Sophia had to call Tallahassee to speak with Adams the head of the health department interference to the neglect of the Indian river county health department on the behalf of the workers and supervisors/ inspectors being bias and prejudice not wanting to report the true findings of lead, rat and feces, insects, mold, asbestos infestation and rotten water damaged roof of the 1961 house that William Lee leased out to Sophia and all 3 children under 6 at the time with out the disclosing in the lease the dangers of the lead and asbestos. (See Exhibit)

Objection- plaintiffs did not criticize the health departments report for various reasons. The plaintiffs reported bias and prejudice from the health department(see exhibit(s) to cross reference reports by health department building and code enforcement from vbpd.

- Objection-The day after Sophia Called Tallahassee Julianne price from the health department showed up uninvited representing herself as the owner of every home has a price, which is the card that was given to Sophia by Julianne who showed up with Teddy Floyd from Indian river county sheriffs office a with in city limit jurisdiction. It was on the 21 and 22 of December 2017 when Julian Price referred Sophia to a treasure coast homeless coalition to get temporary motel/housing assistance which was a set up to frame Sophia on the behalf of William Lee and the Health Department inspector that was reported for not doing his job as mandated reporter at all.

- Objection: In the First week of January 2018 building came out with the health department to conduct an inspection of William Lees Premises and found lead etc

4. Correction to the record, for the record, and let the record show:

- Objection-Carmelo never gave a report due to the fact that VBPD Corporal Darryl Rivers ( The same Corporal Rivers that made headline news in Vero Beach 9 days prior that served jail time for domestic violence and police misconduct) refused to take Carmelo (who reside at 1725 38 street Vero beach Fl 32960 for over 6 years whose Landlord is Thomas Martin Blossom NOT William Lee) report instead briefly interrogated Sophia about her former living arrangements only to fabricate a fraudulent report after speaking on the phone with William Lee (see exhibit(s).
- Objection: William needs to provide to the court of records the contract between him and Carmelo stating that he was Carmelo's landlord to the court of records.
- Objection: Chief David Currey, Daryl Rivers, And VBPD headquarters needs to provide Carmelo Etienne grand theft report

- Objection: Internal Affairs Justin Knotts negligence caused Carmelo Etienne bodily harm, loss of over a litter of blood, natural children's kidnapping, and also is part of this racketeering. Justin Knotts visited Carmelo Etienne while in custody against his will on the 13th of February 2018 asking about Sophia and the natural children' s. Justin Knotts exacts words were: "If he were to make contact with Carmelo on the 11th that he would throw Carmelo and Sophia in Jail and take the children." also on the first of February Sophia expressed her concerns while with her first child to Justin knotts explaining how she does not want to be separated from her children in fear that she might go missing because of all the illegal and unlawful activity all caught on video. (see exhibit(s).

    5. Correction to the record, for the record, and let the record show:
- Objection: There was already an opened case with Dcf cpi Adeline Hernadez ( in reference to Sophia reporting the sodomy of the first child that took place in the first child's paternal Grandmothers Care) that began on January 18, 2018 when Sophia called in to report more information that the first born child relayed to Sophia his natural Mother in which the cpi arranged for the children to attend daycare through Early Learning Coalition while setting up therapy for the first born. ( on the application it clearly shows that the mother was not on the rylia wilson act nor viewed as a harm to the children.

- Objection: there was only 1 allegation on the 26th January 2018 which was fraudulently made that morning around 8 am, that already placed Sophia on the Rylia Wilson Act at 10 am that same 26th day of january 2018 (one week after meeting with Addieline), unlawfully and illegally, against her will (before ever meeting with Cpi Ashley Delaney around 7 pm at sophia's new address of 4498 51st ave vero beach florida 32967. that ashley popped up to without notice before calling to inform sophia ) and fraudulently about allegations about melo Brown(who does not exist) and Sophia Thelisma between the racketeers and their agency's departments after meeting with the VBPD chief David Currey and IRCSO Deputy B. Gage to report the matter. in which Ashley Delaney dcf cpi and irsco deputy Sckovgaurd conducted an illegal and unlawful investigation and search and seizure with out search warrant , with out due process of law, which is in violation of us constitutional law and still determined that the allegations were false and that no crime had occurred and that the all children were happy, well groomed, and healthy. Therefore they did not act out of concern for impending danger because there was no crime.

- Dcf and Irsco and judges from the state needs provide proof of danger the children were in in January.

- Objection: The parents Carmelo and Sophia never received any due process paper work stating that their were any complaint or shelter hearing filed against them on the 12th of February they trespassed and invaded Carmelos estate, 6 Deputys from Ircso beat Carmelo up under Paul mweborns orders, inflicted bodily harm, by causing injury to occurs in form of a broken bone ad loss over a liter of blood in the presences of Carmelo's Children and other Childrens mother Michelle Schermerhorn who is also a conspirator/ wrong doer on this case 18-14061-CV-Maynard. (See docket )(See exhibit)

- Objection:  Dcf filed a shelter petition after both natural parents and natural children sued those entities for hate crime/ racist / Conspiracy through judge Kanarek on the 9th of February 2018 please refer to case number 31-2018-CA-000103/102( sophia's natural children are on Case number 103) and as retaliation Dcf Kidnapped the children at Irsco lobby on the 13th of February 2018, under threat duress and coercion with out due process of law due to the fact that irsco IA Justin Knotts, Major Erick Flowers, Ishmael Hoa, and Dcf Thomas Loveland, Tiffany Perry, Ashley Delaney , Katherine Browder, Tony V Collins, Tim Slavens, Lee Shane, reported Sophia as Missing on the news stating that they just wanted to check on the children's well being not take them as they did after trespassing without a search warrant, breaking in and home invasion Sophia estate.

and yield their sovereignty to the agency's or agents that are deem to serve them. This is violation of our natural birth rights as moors descendant of the moa-bites, violation of Peace and friendship Treaty

- Objection: it is not the removal of the children that is the primary Subject of the Parents Lawsuit: it's violation of peace and friendship treaty, racketeering, genocide, conspiracy, child abduction, kidnapping ,hate crime ,misprision , defamation of Character ,false information hoax ,deprivation of human rights, deprivation of child rights, deprivation of indigenous rights etc.

6. Correction to the record, for the record, and let the record show:

- Objection: the natural mother is Michelle Lynn Schermerhorn also been sued on this federal Lawsuit with her fellow racketeering agents (see docket)And also (see exhibit) to see it in Michelle own words : the IRCSO deputies beating on Carmelo Etienne the Natural human being with out due process of law or a proper search warrant sign by a judge, if so may the defendants provide that search warrant ,Michelle Lynn Schermerhorn clean up the Blood and she also say it on a text message to Carmelo as Prima facie evidence. DCF Lee Shane ,Tiffany Perry ,Asheley Delaney violated the 4 Amendment Constitutional rights by telling Michelle Lynn Schermerhorn about Sophia Thelisma and Carmelo Etienne natural children violation of privacy act.

Objection: the Shelter Order can not give any custody to any body without any authority, due to Carmelo Etienne the natural Men never gave any consent to the AGENCY that serves him this is racketeering and violation of the peace and friendship treaty of morocco.

Objection: the State court has no jurisdiction to order anything with out Carmelo Etienne the natural Men consent .Dependency cases are civil cases not criminal why is DCF and its agents violating the constitution and the peace and friendship treaty for a civil matter

7. Correction to the record, for the record, and let the record show:
- Objection: Paul B Kanarek be sued on this federal lawsuit since the 3rd of April 2018 and also through his self at county court on the 2nd of April 2018 , and on the of 9th February 2018 the court house, State Attorneys ,DCF, IRCSO AND the Individuals been sued in case 31-2018-CA-000103/102. So its a conflict of interest for those judges and agency keep coming at us they do not have any subject matter jurisdiction or any personal jurisdiction this is the base of racketeering,Treason and breach of contract by Paul B kanarek

- Objection: to the arrest affidavit being a fraudulent instrument due to ryan egger's is the same Deputy that has been stalking Sophia and Carmelo Since 2014 when he was employed at vbpd  when Sophia found his gun.  Corporal Scribner on arrest affidavit stated it was Paul B Kanarek that ordered the removal of the children on the 12th of February2018 that's what the arrest affidavit says but on video on the 11th of February one day prior to the arrest affidavit Corporal Scribner stated with his own mouth that it was judge pegg that ordered the removal of the children but refused to hand over the documents of due process. So which one gave the order Pegg or Kanarek and why did he deny Sophia and Carmelo due process at two different dates time at two different locations. Which proves Perjury and Racketeering.

- Objection: to Criminal case 31-2018-MM-000578A On 28th of March 2018IRSCO Sergeant Flores, Deputy Lee, Deputy Dylan, and another Deputy came and took Carmelo into Custody (right after Carmelo filed Declaration of Nationality) from his home by trespassing, with out due process of law, warrant, or any real claims, all caught on video when all they were suppose to just serve Carmelo with a notice to appear. Racketeering is proven by the amount of Deputy's that showed up to take Carmelo into Custody when they should have just served him the notice to appear and continue on about their duties. This is Human Trafficking due to him not apart of your society after declaring his nationality of public records and also stated his nationality and status to dcf at the hearing settlement on march 22 2018 at 10 am before these charges were ever filed which is proof of Racketeering.

- THE CRIMINaL CaSe IS uNKnowN due to its violation oF the peace and friendship treaty and US Constitution

8. Correction to the record, for the record, and let the record show:
- Objection: Carmelo was taken into Custody on the 12th of February and did not get released on bail until the February 14th 2018 at 1 am and was taken to custody on the criminal charges of interfering with custody, abuse of 911, resisting arrest with out violence and on the 13th 2018 Carmelo was taken to the Court house against his will on 3 unlawful appearance , a criminal case with judge kanarek and two other family court appearance with judge Griffin so Carmelo was present as a flesh and blood natural man against his will under threat duress and coercion. (subpoena the record)
- Objection: While Carmelo was in custody Irsco; Sergeant Paul Mweborn, Deputy holly, Deputy Dwayne Hoilet, Corporal Corporal, Ashley Delaney, Tiffany Perry, Lee Shane, Tony V Collins, unlawfully searched his home in the presents of Michelle Schermerhorn who was not on the lease to consent to any unlawful or illegal search
- Prima facie evidence will show Michelle Schermerhorns conspired with the wrong doers to aid clean up the Crime scene Carmelo's natural blood that IRCSO and Dcf/ Fdcf

- Objection: Sophia Thelisma was never served with any due process of law to show that she had any type of court appearance to attend. Sophia Showed up to IRSCO lobby under threat duress and coercion after seeing herself on the news with out committing a crime with drug allegations which is Defamation of character false information hoax because Dcf and Ircso breaking entering, burglarizing sophias home 2 days before the children were kidnapped from the Lobby, unlawful search and seizure, vandalism and also violation of the peace and friendship Treaty violation of the 4th amendment rights, human rights, children's rights.
- Objection: Dcf did not Take Custody of the natural children Katherine Browder and Tony V Collins Kidnapped and Human Trafficked the natural children against The mother and fathers will by retaining Carmelo In Custody and intimidation by excessive corrupted armed deputy's and their superiors that were also armed.

9. Correction to the record, for the record, and let the record show:
- Objection: Carmelo And Sophia already had legal proceedings in place before the children were ever kidnapped unlawfully by wrong doers.

- Objection: to the 3 sentence that Carmelo and Sophia went to meet with Patrick Obrian and also Greg on two different Occasions to show them the evidence of dcf being prejudice , bias, and also the vbpd, police chief unlawful bias police report since the 29th  30th of January before any legal actions were taken against Dcf and State Attorneys. The Issue was Hate crime before any legal proceeding took place. Both Greg and Patrick O' brian referred us to Pamela Bondi, who we contacted to make a report about the hate crime who responded by saying that she would not help us to get an Attorney because she would be the opposing sides attorney
- Objection: two Civil Cases were filed on the 9th of February 2018 CA-000103/ 102.

- Why doesn't the civil case 103 does not appear on paragraph 9 with the children suing dcf and William lee et al. Since the 9th before the were kidnapped.
- Objection: 17 request for protective orders were separately through Judge Robert L Pegg. where filed on the 6th of February which denied with out a proper hearing and 11 were filed on the 9thfebraury Also denied with out a Proper Hearing.

- Judge Pegg was sued federally fro the denial of the protective order with out a proper hearing, due process of law and also for the bodily injury that occurred on the 12th of February due to his negligence and malpractice of law (see exhibits)

- Objection: Judge Kanarek is the Presiding judge on cases 31-2018-CA-000103/102 not Judge Pegg and the were filed with Pegg two completely different departments.

- The presiding Judge Kanarek been sued and is a conflict of interest to even handle these cases due to all of his decision has been made under prejudice, and bias due to one the 9th of April After stating Our Status and Nationality for the record and asked him to do the same for the record and got upset and held us in contempt of Court against our will on a special appearance  in propria persona sur juris, and brought the both of us back separately in shackles like animals.

10. Correction to the record, for the record, and let the record show:
- Objection: The presiding state judge denied the pick order on march 29 under prejudice and bias for lack of contract after turning in the writ of quo warranto.
- Objection: Sophia And Carmelo Both filed emergency pick up orders all in one for all the children not only the dp case 29 but dp case 28 which was not mentioned or answered which shows prejudice and bias by the courts because the children in case 28 were already suing the courts and the dcf agency et all. The same judge on the case submitted to the courts was the same judge kanerek who is con-artist not an honorably judge to allow this corruption to take place.
- Objection: Sophia And Carmelo Filed a Counter claim against both dependency case ending ing in 28/29.
- Objection: On April 2nd 2018 the presiding judge Kanarek been sued through state court on case 31-2018-CA-102/103 for human trafficking, kidnapping, Racketeering and filed on the 3rd of April through Federal Court18-14061-CV-Maynard
  - Objection: Due to our birth right a UN-honorable judges bias and prejudice affirmation is null and void to a moor.
- Objection: No Judge Is Above The Constitution on what grounds does chapter 39 over rule the common law and the untied states Constitution and Natural, Preamble, Allodial Rights.
- Objection: We proceed to strike judge Kanareks affirmed validity under the law of the land common law.
- Objection: How Does Judge Kanarek give natural children to dcf custody when dcf is not a human being.

11. Correction to the record, for the record, and let the record show:
- Objection: Violation of peace and friendship Treaty, Violation of common law, Violation of the Us Constitution and Florida Constitution gives jurisdiction to the Federal Court of Records.
- Objection: we did not consent to the trial taking place while we were making our special appearance on The 30th of April and sat to hear the evidence from Dcf and the claim that they were making. Since their was no claim that was only complaints and we didn't consent and the courts did not answer the writ of mandamus or the writ of prohibition, counter claim, or recusal of the judge off the case and so we did not participate after our Special Appearance.

12. Correction to the record, for the record, and let the record show:
- Objection: the federal lawsuit is to ensure our safety the DCF and IRCSO Sheriff trying to kill us the natural parents.
  - Objection : this is racketeering all
- Objection: federal lawsuit was filed for the violation of Carmelo and Sophia's Bodily injury, Divine rights, natural rights, common law rights, human rights, aboriginal and indigenous people rights, kidnapping of our natural children, treason, genocide, hate crime, violation of due process, conspiracy, human trafficking, false information hoax.

- Objection: on case 312018-CA-000103/102 the natural children sued DCF et al. It is a conflict of interest for DCF is not a human being or a natural men or Women can not take custody of any natural children this is violation of the Constitution, Violation of peace and friendship treaty.

- Objection: Shelter Order was not giving to us violation of Due process of law, Violation of human rights,

   13.   Correction to the record, for the record, and let the record show:

- Objection: A citizen is a slave to society and we are not slave. Nor are we Moorish citizens; we are moors; as stated for the record aboriginal indigenous sovereign man and women of this land of the America's republic also known as Al Moroc, Al Maghrib Aqsa, The land of most Northwest Amexem which functions under common law. Parents have sovereignty over their natural children not agency's.

Objection: we affirm that it is
 racist hate crime conspiracy and

- Trespassing;
- Forgery;
- Perjury in a court
- False evident
- Racketeering;
- Retaliation
- Kidnapping;
- Human Trafficking;
- Extortion; in lue of the adoption and safe families act
- Child Extortion; in lue of the adoption and safe families act
- Interfering with property;
- Interfering with Custody;
- Bodily Injury
- Defamation of Character
- Cyber Stalking
- Stalking
- Child Endangerment

No due process of law


Violation of Peace and Friendship Treaty
Violation of human Rights,
Violation Fundamental Liberty,
Violation of Parental Liberty Interest.
Violation of sovereignty treaty of Westphalia signed in 1648
Violation of the United States Constitution and Florida Constitution

   14. Correction to the record, for the record, and let the record show:

- Objection: the Federal court has jurisdiction due to the fact that the federal court has original  Jurisdiction in federal question, diversity, Admiralty law and many other kinds of law, common law, civil law . See ss 1331-1333

Federal law & Supreme Court cases apply to state court cases."

Howlett v. Rose, 496 U.S. 356 (1990)
Adminstrator's defined government succinctly.   "Governments are corporations" , in as much as every government is an artificial person, an abstraction, a creature of the mind only, a government can deal only with artificial persons.   The imaginary, having no reality or substance cannot create or attain parity with the real.   Penhallow V. Doane' s.



   15. & 16. Correction to the record, for the record, and let the record show:

- Objection: We did Not Consent to Participate in the state Court proceedings or consent to Any of the courts proceedings   due continual to the violations of the Republic of the United State Constitution .

the first place.     Failure to uphold the law and the Oath to it, and any violation made against the law of the land, is warring against the people.     "

- Objection: <u>No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it.</u> "     Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401(1958).

<u>And</u>

"<u>The court is to protect against any encroachment of Constitutionally secured liberties.</u>"
Boyd v. U.S., 116 U.S. 616

17. & 18. Correction to the record, for the record, and let the record show:

- The judges failed countless times to state their status and Naturalization and Nationality for the record before committing such crimes.

- Objection: Whether they have or have not taken the Oath, they are bound by the Laws of the land, (as are the people) and if they are sitting in the 'seats of government' ie. Public officials, Officers of the Court, etc., and are violating the established rules of law, then they are Impersonating an Officer of the Court / Impersonating a Government Official / A  Public Official / Impersonating a Trustee.  They are impostors,  Therefore, they can  be charged and  found guilty of same, or guilty of Treason, which is highly penal.

- Objection: the state judges have no jurisdiction over the matter or natural people involve under treat duress and coercion its for the record by record and let the record show the judges are in violation of the judges oath of office , the Republic of America constitution , treaty of peace and friendship of Morocco, racketeering , kidnapping , human trafficking , treason, white collard crime etc.

- Objection to Judicial immunity "Officers of the court have no immunity, when violating a Constitutional right, from liability.  For   they are deemed to know the law."
Owen v. Independence, 100 S.C.T. 1398, 445 US 622

19. Correction to the record, for the record, and let the record show:

- Objection: Notice of correction The Courts, prosecutor are part of the FLORIDA BAR association which is a corporation that has no immunity from prosecution when in Violation of the Constitution when braking the Law.  Therefore, They  CANNOT create ANY ordinances, statutes, rules, etc., that violate the laws already established as their guide as to how to behave and interact with the  natural people and other 'citizens'. (See Article VI).
- Their Oath is a public obligation. <u>State Governments are but  Trustees  acting under a derived authority.</u>    4 Wheat 402
- Objection: An attorney speaks for inanimate objects, corporations, who cannot speak for themselves. He or She possesses a Bar Association Card, which is a membership card NOT a License because a License to practice law does not exist, besides a license is permission to do something that is otherwise unlawful. They are  inferior Courts and as such they  possess no delegation of authority because legislation DOES NOT give administrative courts judicial powers.

Municipal courts, Administrative Courts, and Officers of such Courts, administrators, Agencies and agents alike, etc.,   operate  under Color-of-Law,   even though they have taken an Oath to uphold the Constitution, and the laws of the United States (USC Codes). They  have created a colorable jurisdiction, as they have
no  Jurisdiction   over the Natural Person. Colorable persons or fictitious, persons, corporate persons, chattel property, fall up under their colorable jurisdiction.

<u>No state legislator or executive or judicial officer can war against the  Constitution without violating his undertaking to support it." </u>    Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401(1958).
- Objection: we are not private citizens
- We are not petitioners or plaintiffs. We are Moors; aboriginal, indigenous, sovereign natural woman and man of this land of the Morocco by birth right, we are not private citizens.

- Objection: the state judges have no jurisdiction over the matter or natural people involve under treat duress and coercion its for the record by record and let the record show the judges are in violation of the judges oath of office , the Republic of America constitution , treaty of peace and friendship of Morocco, racketeering , kidnapping , human trafficking , treason, white collard crime etc.

- Objection to Judicial immunity "Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law."
  Owen v. Independence, 100 S.C.T. 1398, 445 US 622

19. Correction to the record, for the record, and let the record show:

- Objection:Notice of correction The Courts, prosecutor are part of the FLORIDA BAR association which is a corporation that has no immunity from prosecution when in Violation of the Constitution when braking the Law. Therefore, They CANNOT create ANY ordinances, statutes, rules, etc., that violate the laws already established as their guide as to how to behave and interact with the natural people and other 'citizens'. (See Article VI).
- Their Oath is a public obligation. <u>State Governments are but Trustees acting under a derived authority.</u>   4 Wheat 402
- Objection: An attorney speaks for inanimate objects, corporations, who cannot speak for themselves. He or She possesses a Bar Association Card, which is a membership card NOT a License because a License to practice law does not exist, besides a license is permission to do something that is otherwise unlawful. They are inferior Courts and as such they possess no delegation of authority because legislation DOES NOT give administrative courts judicial powers.

Municipal courts, Administrative Courts, and Officers of such Courts, administrators, Agencies and agents alike, etc., operate under Color-of-Law, even though they have taken an Oath to uphold the Constitution, and the laws of the United States (USC Codes). They have created a colorable jurisdiction, as they have
no Jurisdiction over the Natural Person. Colorable persons or fictitious, persons, corporate persons, chattel property, fall up under their colorable jurisdiction.

<u>No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it."</u>   Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958).
- Objection: we are not private citizens
- We are not petitioners or plaintiffs. We are Moors: aboriginal, indigenous, sovereign natural woman and man of this land of the Morocco by birth right, we are not private citizens.
- 

20. Correction to the record, for the record, and let the record show:

- Objection:Notice of correction The Courts, We are not Part of Florida the corporation We are part of Florida the Republic strike the argument and case law in paragraph 20. We Affirm as the Affiants / Claimants We have Affidavit of fact not statements and we made the proper correction, any time you see in amendment it is the Clerk of Courts interfering with our documents by not trying to file them the right way.
- . Objection:Notice of correction The Courts, law enforcement do not Qualify for qualified immunity protection in Violation of the Constitution, Violation of Peace and Friendship that was set in place by We the People the creator of the Government.
- Objection:Notice of correction The Courts, law enforcement act out of the color of law which levies war against the Constitution and the People who set it in place.

21. Correction to the record, for the record, and let the record show:

- Objection:Notice of correction The Courts, the original Lawsuit is about violation of the Constitution bill of right, treason, kidnapping, false information hoax etc.
- This Bias and Prejudice to have us the Affiants / Claimant waste valuable energy answer

- Objection:Notice of correction The Courts, We are not Part of Florida the corporation We are part of Florida the Republic strike the argument and case law in paragraph 20. We Affirm as the Affiants / Claimants We have Affidavit of fact not statements and we made the proper correction, any time you see in amendment it is the Clerk of Courts interfering with our documents by not trying to file them the right way.
- . Objection:Notice of correction The Courts, law enforcement do not Qualify for qualified immunity protection in Violation of the Constitution, Violation of Peace and Friendship that was set in place by We the People the creator of the Government.
- Objection:Notice of correction The Courts, law enforcement act out of the color of law which levies war against the Constitution and the People who set it in place.

21. Correction to the record, for the record, and let the record show:

- Objection:Notice of correction The Courts, the original Lawsuit is about violation of the Constitution bill of right, treason, kidnapping, false information hoax etc.
- This Bias and Prejudice to have us the Affiants / Claimant waste valuable energy answer to a fraudulent document filed by the court not a Human being a fictitious name stamp by STEVEN M. LARIMORE CLERK TO MAKE IT OFFICIAL this is an Act of Treason Violation on the United State Constitution , Peace and Friendship treaty and also Racketeering. We the Moors Carmelo Etienne And Sophia Thelisma decree the law. Case Law is not required when Using Common Law.

22. Correction to the record, for the record, and let the record show:

- Objection:Notice of correction The Courts, first sentence is your subjection not facts Strike against all dismissal, opinions Due to this matter is already in Etienne and Thelisma superior Court of Records the Superior Court wishes the federal court and all others to act according to the Constitution and the Peace and Friendship treaty of Morocco.
- Objection:Notice of correction The Courts, This is a Matter of violation of Law not a legal dispute
- Objection:Notice of correction The Courts, We are Sovereign Affiants/ Claimants not The PLaintiffs.

23. Correction to the record, for the record, and let the record show:

- Objection: due to the fact that the clerk of courts recently  and others recently amended off the same Lawsuit under mercy of the sovereign Affiants/ claimants / prosecutors not petitioner: Colette Griffin, Robbin l. Lee, USDC of the southern district of fort pierce Florida, the Courts should not part take in matters that they have first hand of.
- Objection: (DE44, 21, 27, 42, 43, 46-49, &52)  Strike  against  dismissal  due  to  The  case 18-14061-CV-Martinez/Maynard is proceeding in Common Law and No case law is need , which argument null and void for violation of The Constitution.
- Objection:Notice of correction The Courts are the Affiants / Claimants in this case in a propria persona sur juris  not to be confuse with pro se status as previously corrected in docket numbers ___
- Carmelo Etienne and Sophia Thelisma made a claim we are not the petitioners we are the sovereign of this of Morocco currently known as American Republic we proceed with Common Law.
- Objection:Notice of correction The Courts: All parties have received service of process lawfully and have been turned into the District Courts.
- Objection:Notice of correction The Courts , Carmelo Etienne and Sophia Thelisma decree the law by Birth Rights Common Law not by commendation of Case Law .
- Objection:Notice of correction The Courts Carmelo Etienne and Sophia Thelisma the Moors, Aboriginal Indigenous natural human being to this land Morocco making a Special Appearance in this letter to tell the District judge Jose E. Martinez to State for the Record , by the Record and also let the Record show His Status, Naturalization and Nationality  .

- Objection: Note that the presiding judge, and any judge acting as organ of the court, is aware that 42 USC 1986 requires the person(s) adjudicating legal processes, to correct wrongs, and that their failure to correct the wrongs that were addressed constitutes Fraud under Rule 9(b) of the FRCP, cross referenced to 28 USC 1746, and that this Fraud constitutes a Perjury on the Oath of Office at 18 USC 1621, deprives us of rights, at 18 USC 241, and 242, Conspires to deprives rights at 42 USC 1985; is an extortion of rights at 18 USC 872, and is actionable under 42 USC 1983.

- Objection: This court shall take mandatory Judicial Notice of the adjudged decision of the Supreme Court of the United States of Bradley v Fisher 80 U.S. 335 (1871), 351,352 that officers of the court have no immunity when they have no jurisdiction over the subject-matter. And further in Bradley v Fisher on page 352 and 352 is as follows: "Where there is clearly no jurisdiction over the subject matter any authority exercised is a usurped authority, and for the exercise of such authority, when the want of jurisdiction is known to the judge, no excuse is permissible." This evidence of Bradley v Fisher 80 U.S. 335 (1871).

- "Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. Maranda v. Arizona 384 US 4336, 125:"

- Objection: The people of this State do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created.

54950.5. This chapter shall be known as the Ralph M. Brown Act.

- Objection: Indian River County Court and Circuit 19 Judicial Circuit for The record have both been sued on Case 31-2018-CA-000103/102. WE the people are the Courts which in this Case we are the Sovereign of this land that carry the white status by birth right. We are the Courts and we decree the law of the land is common law for this case and all other cases related.

- Objection: Against all Motions filed by the wrong doers/ law breakers/ Racketeers, conspirators, we only file orders and demands from the Court of Record and only accept verified claims not certified.

Notice of Removal/Writ of Certiorari is to follow... If the United States District Court not to act

Moors: _[signature]_ 05/04/18
UCC 1308
ALL RIGHTS RESERVED

Moors: _Moori Cermela Etienne_
U.C.C. 1-308