# United State District Court of Southern District Of Florida

# Moor; Carmelo Etienne Superior Court of Records

**To :TRIBUNAL FAMILY COURT OF THE STATE OF NEW YORK COUNTY OF SCHENECTADY.**

## Moor; Carmelo Etienne
Affiant

case:1814061-cv-Martinez/Maynard
case:312018DP000029/50
File # 29693
Docket# F-01467-18
# P-01465-18

### Claim against petitioner/petition /complaint.

## Michelle L Schermerhorn
Wrongdoer/ defendant



**Notice**
A clerk masquerading as a judge is operating in the private capacity and has no immunity.

I Am Carmelo Etienne, the occupant of the Executor Office of the CARMELO ETIENNE Estate, and I control the following Estates: MELODY ANNE ETIENNE ESTATE, HARMONY MARIE ESTATE.

You were meddling in my Estates and I want ALL my property return post ace.

I, revoke all Power of Attorney from all the plaintiffs and parties, agencies, et al.

I demand my right to subrogration under the rules of equity and I'd like the plaintiffs/Prosecutors and parties, Michelle Lynn Schermerhorn, Michelle Lynn Schermerhorns Public Defender or Attorney, Schenectady Courts Judge, Schenectady Prosecutor, to certify and verify my rights to subrogation, in Writing and My Honor Kanerek to offset the charges and sell off and settle the account return natural people that you've kidnapped from the Estates Unlawfully.
I am the subrogee ,creator, therefore:
I am the creditor,claimant here, and I have the equity here, I want you to substitute me in the right to the securities, to exercise them.
I would like both legal and conventional subrogration.
I claim the replevin bonds that was filed with this case and all other cases related

**I am Moor; Carmelo Etienne a Sovereign Aboriginal Indigenous natural man in flesh and Blood to this land of Morocco the Republic of America also known as Al Maghrib al aqsa North West Amexem, making a Special Appearance in propria persona sur juris, under threat, duress and coercion, I Decree The Law as Common Law ,the People does not Yield there Sovereignty to the agency's that serves them.**

I don't Consent to this fraudulent instrument to procured by the FAMILY COURT OF THE STATE OF NEWYORK COUNTY OF SCHENECTADY. In the matter of a Support Proceeding for Support or Paternity Under Article 4,5, or 5-B of the Family Court Act. In Regards to File Number :29693, Docket Number: F-01467-18, P-01465-18. The Petitioner Michelle Schermerhorn is a Wrongdoer and has been sued In Federal Court in Case 18-14061- Martinez and Maynard. Michelle Schermerhorn has been sued for Conspiracy, Breach of Contract, Racketeering , Human Trafficking,Kidnapping, Extortion which are all Violations of the United States Republic Constitution ,Treaty of Peace of Friendship ,Prima Facie Evidence shows The Racketeer, Human Trafficker, Conspirator, conspired against Moor; Carmelo Etienne Natural Rights,Parental Rights ,Liberty and Freedom , by Breach of Contract   . Michelle L Schermerhorn (the Human Trafficker) is being Sued in the Amount of 10

million in Federal Court of Records and I do not consent for my Natural Children's Aboriginal Indigenous natural Flesh and Blood Melody Anne Etienne and Harmony Marie Etienne to be in New York or in the County of Schenectady with out my Consent as the Natural Father of The Natural Children under U.C.C. 1-308, 1-207,( Melody Anne Etienne,Harmony Marie Etienne)

The Human Trafficker (Michelle) Violated **Moor; Carmelo Etienne** 4th Amendment Rights by letting the 6 deputies that violated Due process of Law home Invaded **Moor; Carmelo Etienne Estate Braking Carmelo bone and Carmelo loss over a liter of Natural Blood out of 6 deputies beat Carmelo Etienne inflicting Bodily injury.Michelle admitted to cleaning the blood from the crime scene as well as being aware of the unlawful activity and conspiracy and racketeering to deprive me of my fundamental rights. Michelle is Actively Fleeing from Florida and Has Committed Kidnapping, Racketeering, and Human Trafficking and should be taken into Custody Immediately at the point of Contact.**

*Moor; Moor; Carmelo Etienne*, I verify and certify all thing are true on this 14 of May 2018
Carmelo Etienne U.C.C. 1-308

*United District Court of the United States*

F.C.A.§§ 433, 531-a, 580-316                                   Form 4-24/5-16/UIFSA-10 10/2012

*Exibit 50*

## ELECTRONIC TESTIMONY APPLICATION
## AND WAIVER OF PERSONAL APPEARANCE

**FAMILY COURT OF THE STATE OF NEW YORK**
**COUNTY OF SCHENECTADY**

| | |
|---|---|
| In the Matter of a **Support** Proceeding for Support or Paternity Under Article 4, 5 or 5-B of the Family Court Act | File #: 29693<br>Docket #: F-01467-18<br>P-01465-18 |
| **Michelle L Schermerhorn,**<br>    Petitioner,<br>    - against -<br>**Carmelo Etienne,**<br>    Respondent. | **ELECTRONIC TESTIMONY APPLICATION AND WAIVER OF PHYSICAL PRESENCE**<br><br>**Next Appearance Date:**<br>June 1, 2018<br>Part III<br>Sharon B. Bowles, Support Magistrate |

**NOTICE:** If you are requesting permission to testify by telephone or by audio-visual or other electronic means, this form must be submitted IMMEDIATELY to the Court at: County Office Building, 620 State St., Schenectady, NY 12305, Fax: (518) 393-1565. *I DO NOT CONSENT. I AM NOT AN APPLICANT, AND I AM ASKING THE JUDGE TO CERTIFY AND VERIFY my RIGHTS TO SUBROGATION*

APPLICANT'S NAME AND ADDRESS:   APPLICANT'S TELEPHONE:
Carmelo Etienne                              (Home): (     )     -
1725 38th St                                       (Work): (772) 480-0811
Vero Beach, FL 32960                      (On court date, I can be reached at):
                                                            (772) 480-0811
                                                      FACSIMILE (Fax):(     )     -
                                                      E-MAIL: *Meloboronhouse@gmail.com*

1. On _____, I [check applicable box]:
☐ filed the above-captioned petition in the Schenectady County Family Court, State of New York. The hearing is scheduled to take place on June 1, 2018.
☐ received a [check applicable box]: ☐ summons ☐ subpoena to appear in Schenectady County Family Court, State of New York on June 1, 2018.

2. I request that I be permitted to testify or to give my deposition by [check applicable box]:
☐ telephone ☐ audio-visual means ☐ other electronic means (specify):_____.

---

[1] Specify if address, telephone or identifying information has been ordered to be kept confidential pursuant to New York State Domestic Relations Law §§76h, 254 or Family Court Act §154b. If your health, safety or liberty or that of your child or children would be put at risk by disclosure of your address or other identifying information, you may apply for an address confidentiality order by submitting General Form GF-21 to this Court. This form is available on-line at www.nycourts.gov.

Exhibit 57

IN THE COUNTY COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR INDIAN RIVER COUNTY, STATE OF FLORIDA

STATE OF FLORIDA
VS.
ETIENNE, CARMELO

*I need my Rights to Subrogation certified*

Count: 2

Chg Code: 365.172(13)     DOB: 07/03/1985     UCN: 312018MM000578AXXXXX
CHARGE: MISUSE OF 911 OR E911 SYSTEM

PLEA:  [X] Not Guilty   [ ] Guilty   [ ] Nolo Contendere

SET FOR:  [ ] Non-Jury Trial   [ ] Jury Trial   [ ] VOP Hearing   [ ] Sentencing   [ ] Arraignment   [ ] Infr Court

COURT DATE: 6/13/18 @ 1:30

**ADJUDICATION:**
- [ ] Guilty
- [ ] Not Guilty
- [ ] Adjudication Withheld
- [ ] Nolle Pros
- [ ] Dismiss
- [ ] Sentence Withheld
- [ ] Court Ordered DDS
- [ ] Elect DDS for W/H

**FEES: PAY IN FULL OR SET UP PAYMENT PLAN TODAY**

Fine: _____  Court Costs: _____
PD Applic Fee: _____  PD Fee: _____
COI _____ COP: _____ CLTF: _____
Additional Court Cost _____ TV AD: _____
Subpoena Fee: _____  DDS Affidavit Fee: _____
Non-Prevail Fee: _____  D6 Fee: _____
Cash Bond: _____ To _____
Due By: __/__/__

Report to Clerk's Office to Pay or Enter Into Payment Plan Within: _____
Pay Thru Probation _____  Equal Mnthly Pmnts _____  Restitution _____
Serve _____ County Jail  [ ] Concurrent  [ ] Consecutive  [ ] Credit Time Serv
Serve _____ House Arrest  Suspend Upon _____
Report __/__/__ @ _____  Release __/__/__ @ _____
Core Prob _____  Report W/IN _____  [ ] Concurrent  [ ] Consecutive

[ ] Revoke & Term   [ ] Reinstate   Probation may term when complete: _____
[ ] DUI School   [ ] DUI School within 1st 6 mnths   Drivers License Suspension _____
[ ] No Alcohol   Business Permit: [ ] Yes [ ] No   [ ] Victim Impact Panel/ Drug Impact Panel
Car Impoundment: _____  Ignition Interlock: _____  AA: _____
[ ] Random Urine Test   [ ] At Defendant's Expense   Community Service _____
Work Program: _____  B.I.P.: [ ]10 Wk  [ ]26 Wk  [ ] Living w/o Violence Class
[ ] Substance Abuse Evaluation   [ ] Mental Health Evaluation   [ ] Follow Rec Treatment   [ ] Prog Aware
[ ] M/M Milepost Class   [ ] Anger Mgmt Class   [ ] Issue JMT   [ ] Prob To Issue JMT   [ ] Issue D6

Enroll W/IN: _____   No Contact with Victim: _____
Additional Provisions: *Dfc objects to plea being entered*

UCC 1-308  *Moer*
Defendant's Signature

JEFFREY R. SMITH, CLERK CIRCUIT COURT

DEPUTY CLERK
May 01, 2018

Defendant's Address

*Judge enters Not Guilty plea on def behalf*