UNITED STATES DISTRICT COURT
18-14061-CV-Martinez/Maynard

From: Sophia Thelisma
Po Box 801
Vero Beach Fl, 32961

**Executrix Letter**

FILED by JH D.C.
MAY 1 4 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**THE STATE OF FLORIDA**
**Cases: 31-2018-DP-28**

To All Whom it may concern:
FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, THOMAS LOVELAND/ Thomas Loveland, ASHLEY DELANEY/ Ashley Delaney, MILTON PERINON/ Milton Perinon, TIFFANY PERRY/ Tiffany Perry, TIM SLAVEN/ Tim Slaven, OWEN THOMAS/ Thomas Owen, ROBERT SHAE/ Robert Shae, all of the Fla. Dept. Of Children & Families, PATRICK O BRIAN ASSISTANT STATE ATTORNEY , JUDGE KANEREK/Paul Kanerek, JUDGE PEGG/ Robert Pegg, JUDGE VICTORIA GRIFFIN/Victoria Griffin, Suzanne Gaskill, Children's Home Society of Florida,. et al.

    I am Sophia Thelisma, the occupant of the Executrix office of the SOPHIA THELISMA Estates and I control the following Estates: VANTRELL EON BROWN ESTATES, ZAKIYAH LESLIE WILLIAMS ESTATES, MELLINO CARMELO ETIENNE ESTATES &
    You were meddling in my Estate and I want my property return post ace.

    I, revoke Power of Attorney from all the plaintiffs and parties, agencies, et al.

    I am Sophia Thelisma, I demand my right to subrogration under the rules of equity and I'd like the plaintiffs and parties, Melisa Kay Cline, Katherine Browder, Jeffrey Battista, Susan Prado, FDCF, DCF, GAL, et el. to certify and verify my subrogation of Rights in writing, and My Honor Kanerek to offset the charges and sell off and settle the account return natural people that you've kidnapped from the Estates Unlawfully.
I am the subrogee, creator, therefore:
I am the creditor, claimant here, and I have the equity here, I want you to substitute me in the right to the securities, to exercise them.
I would like both legal and conventional subrogation.
I claim the replevin bonds that was filed with this case and all other cases related
A clerk masquerading as a judge is operating in the private capacity and has no immunity.

_Sophia Thelisma_, I verify and certify all thing are true on this 14th of May 2018
Sophia Thelisma UCC 1-308

Objection Against all traveling and Human Trafficking of all My Properties

Cc: FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,
Cc: THOMAS LOVELAND/ Thomas Loveland,
Cc: ASHLEY DELANEY/ Ashley Delaney,
Cc: MILTON PERINON/ Milton Perinon,
Cc: TIFFANY PERRY/ Tiffany Perry,
Cc: TIM SLAVEN/ Tim Slaven,
Cc: OWEN THOMAS/ Thomas Owen,
Cc: ROBERT SHAE/ Robert Shae,
Cc: all of the Fla. Dept. Of Children & Families,
Cc: PATRICK O'BRIAN/ Patrick O' Brian,
Cc: JUDGE KANEREK/Paul Kanerek,
Cc: JUDGE PEGG/ Robert Pegg,
Cc: JUDGE VICTORIA GRIFFIN/ Victoria Griffin
Cc: INDIAN RIVER COURT HOUSE(19TH JUDICIAL CIRCUIT)
Cc: INDIAN RIVER MEDICAL CENTER
Cc: United States District Court of the Southern District of Florida
Cc: International Criminal Court
Cc: