From: Carmelo Etienne
P.O. box 801
Vero Beach Florida, 32961

**Executor Letter**

**THE STATE OF FLORIDA**
Cases: 31-2018-DP-28/29/50
Case UNC:31-2018-MM-000578A

FILED by _____ D.C.
MAY 14 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**THE STATE OF NEW YORK cases:**
File # 29693
Docket# F-01467-18
# P-01465-18

**Notice:**
**A Clerk masquerading as a Judge is operating in the private capacity and has no immunity from Prosecution.**

To All Whom it concerns: Plaintiffs/Prosecutors FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, THOMAS LOVELAND/ Thomas Loveland, ASHLEY DELANEY/ Ashley Delaney, MILTON PERINON/ Milton Perinon, TIFFANY PERRY/ Tiffany Perry, TIM SLAVEN/ Tim Slaven, OWEN THOMAS/ Thomas Owen, Tony V Collins ROBERT SHAE/ Robert Shae, MELISA KAY CLINE/Melisa Kay Cline, KATHERINE BROWDER/Katherine Browder, FDCF, DCF, GAL, all of the Fla. Dept. Of Children & Families, PATRICK O'BRIAN State Attorney /Patrick O'Brian , JUDGE KANEREK/Paul Kanerek, JUDGE PEGG/ Robert Pegg, JUDGE VICTORIA GRIFFIN/ Victoria Griffin, Suzanne Gaskill, Children's Home Society of Florida, STATE OF NEW YORK SCHENECTEDY COUNTY COURTHOUSE.

I Am Carmelo Etienne, the occupant of the Executor Office of the CARMELO ETIENNE Estate, and I control the following Estates: MELODY ANNE ETIENNE ESTATE, HARMONY MARIE ESTATE, MELLINO CARMELO ETIENNE, MELANNA Z. ETIENNE, CARMELA ANNE-MARIE ETIENNE, & AKEYA C. ETIENNE, AIKESSIA M. ETIENNE, VANTRELL EON BROWN, ZAKIYAH LESLIE WILLIAMS.

You were meddling in my Estates and I want ALL my property return post ace.

I, revoke all Power of Attorney from all the plaintiffs and parties, agencies, et al.

I am Carmelo Etienne ,I demand my right to subrogration under the rules of equity and I'd like the plaintiffs/Prosecutors and parties, Melisa Kay Cline, Katherine Browder, FDCF, DCF, GAL, et al. to certify and verify my rights to subrogation, in Writing and My Honor Kanerek to offset the charges and sell off and settle the account return natural people that you've kidnapped from the Estates Unlawfully.
I am the subrogee, creator, therefore:
I am the creditor, claimant here, and I have the equity here, I want you to substitute me in the right to the securities, to exercise them.
I would like both legal and conventional subrogration.
I claim the replevin bonds that was filed with this case and all other cases related
Note: A clerk masquerading as a judge is operating in the private capacity and has no immunity.

*Moor, Moor, Carmelo Etienne*, I verify and certify all thing are true on this 14th of May 2018
Carmelo Etienne U.C.C. 1-308

Cc: FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,
Cc: THOMAS LOVELAND/ Thomas Loveland,
Cc: ASHLEY DELANEY/ Ashley Delaney,
Cc: MILTON PERINON/ Milton Perinon,
Cc: TIFFANY PERRY/ Tiffany Perry,
Cc: TIM SLAVEN/ Tim Slaven,
Cc: OWEN THOMAS/ Thomas Owen,
Cc: ROBERT SHAE/ Robert Shae,
Cc: all of the Fla. Dept. Of Children & Families,
Cc: PATRICK O'BRIAN/ Patrick O' Brian,
Cc: JUDGE KANEREK/Paul Kanerek,
Cc: International Criminal Court
Cc: United State District Court of the Southern District of Florida.
Cc: Indian River Medical Center
Cc: Indian River County House (19th JUDICIAL CIRCUIT)
Cc: Michelle L. Schermerhorn
Cc: JUDGE PEGG/Robert L. Pegg
Cc: VICTORIA L. GRIFFIN/Victoria L. Griffin
Cc: GAL
Cc: Susan Chestnut/SUSAN CHESTNUT
Cc: Suzanne Gaskill/SUZANNE GASKILL