United States District Court
OF The Southern District of Florida
Fort Pierce Division

Sophia Thelisma
Carmelo Etienne, ET AL.

Case:1814061-CV-Martinez/Maynard

V.

Thomas Loveland, Ashley Delaney, Katherine Browder Melissa Kay Cline, Tiffany Perry, CLERK OF COURT /JEFFERY R. SMITH/Jeffery R. Smith, STATE OF FLORIDA et Al.

### ORDER TO STRIKE All MOTIONS OF WRONGDOERS LISTED IN THIS CASE 18-14061-CV- MAYNARD

1. OBJECTION TO DISMISSING THIS CASE IN THE WRONG DOERS FAVOR BEING THAT THERE IS PRIMA FACIE EVIDENCE IN THE FORMS OF DOCUMENTATION, WITNESS STATEMENTS, PHYSICAL EVIDENCE, UNLAWFULLY COURT PROCEEDINGS, ETC. PICTURES, and MORE. THAT WILL PROVE THAT ALL WRONG DOERS IN THIS CASE WERE

Trespassing;
Forgery;
Fraud
Perjury in a court
False evident
Racketeering;
Retaliation
Kidnapping;
Human Trafficking;
Extortion; in lue of the adoption and safe families act
Child Extortion; in lue of the adoption and safe families act
Interfering with property;
Interfering with Custody;
Bodily Injury
Defamation of Character
Cyber Stalking
Stalking
Child Endangerment
Subrogation
Paper Terrorism
No due process of law
Home Invasion
Deprivation of Human Rights

FILED by ___ D.C.
MAY 1 4 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

Violation of Peace and Friendship Treaty
Violation of human Rights,
Violation of Children Rights
Violation Fundamental Liberty,
Violation of Parental Liberty Interests
Violation of sovereignty treaty of Westphalia signed in 1648
Violation of the Republic United States Constitution and Florida Constitution
Violation of Common Law

2. OBJECTION TO ALL RESPONSES SUBMITTED BY WRONG DOERS/ AND ALL CROOKED CLERKS OF COURTS OR STAFF FORGING DOCUMENTS IN THE NAME OF MAJISTRATE MAYNARD
A Clerk masquerading as a Judge is operating in the private capacity and has no immunity from Prosecution.

3. OBJECTION TO THE PRO SE STATUS
4. Objection To Any JUDGE OR MAJISTRATE MAKING A JUDGEMENT TO DISMISS THIS CASE FOR THEIR PERSONAL WITH OUT TRANSFERRING VENUE WHICH IS SUPREME COURT IF THE FEDERAL COURTS ARE NOT TRYING TO UPHOLDS THE REPUBLIC CONSTITUTION

Moor, Carmelo Etienne       Sph  05/14/18

THE DOCUMENT IS A FRAUDULENT INSTRUMENT PROCUREED TO Deprive The Clerks of Courts aka Colette L. Griffin and Also Jeffery R. Smith are corrupted and **A Clerk masquerading as a Judge is operating in the private capacity and has no immunity from Prosecution.**

**_Sophia Thelisma_**

**_&_**

**_Carmelo Etienne_**

**_Vs_**

**_CASE No._**

**_Exhibit_**

UNITED STATES DISTRICT SOUTHERN DISTRICT MAYNARD

05/14/18 — ~~[scribbled]~~

CASE 18-14061
MAYNARD.

~~[scribbled]~~

TRANSFER VENUE TO SURPREME

—