Case: 18-14061-CV-Maynard
of The Southern Division
of Florida

## Notice to the Clerk / Judge in Chambers
### Affidavit of Facts/Truths

FILED by ___ D.C.

MAY 16 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

To: Judge Kanarek/Magistrate Hammond

This is our Special Appearance for the 05/22/2018 and any other future Court dates. We will Not be making any more spacial appearance because we do not suffer from Constitutional Psychopathic Inferiority any future Court and due to the Malfeasance, Non-feasance, Incompetents, crookedness, and abuse of power and office from Paul B. Kanereak, and all other Judges, clerks of courts, Court Security (crooked Sheriff Deputies) and dcf, Fdcf, Melissa kay Cline, et al. Etc. This matter cannot and will not proceed until our rights to subrogation have been certified in writing.

We Object to all traveling and Human Trafficking of all My Properties and natural children/ parties and the return of them to the Executor Carmelo and Executrix Sophia No later then 24 hours of Receiving this letter with of remedies for the damages that occurred under Paul B. Kanerek, including the bodily injury to Carmelo Etienne and Sophia Thelisma meaning the Broken bones and loss of Blood over a litter, Misprisons, Abuse of A pregnant Woman (Sophia Thelisma with natural child through out this illegal and unlawful court matter) under threat duress and coercion in a civil matter with out A crime being commited which is abuse of power BY Paul B Kanerek to intentionally misprision and torture (Both Carmelo And Sophia for crimes never committed,

In Propria Persona, I am Muurs, Moor : Sophia Thelisma making a special appearance Sui Juris (not to be confused with Pro se) in this letter , Aboriginal Indigenous Moor in America; possessing Free-hold by Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America.

In Propria Persona, I am Muurs, Moor: Carmelo Etienne making a special appearance Sui Juris (not to be confused with Pro se) in this letter, Aboriginal Indigenous Moor in America; possessing Free-hold by Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America.

I am Sophia Thelisma, the occupant of the Executrix office of the SOPHIA THELISMA Estates and I control the following Estates: VANTRELL EON BROWN ESTATES, ZAKIYAH LESLIE WILLIAMS ESTATES, MELLINO CARMELO ETIENNE ESTATES
&
I am Carmelo Etienne, the occupant of the Executor office of the CARMELO ETIENNE Estate, and I control the following Estates. MELODY ANNE ETIENNE ESTATE, HARMONY MARIE ETIENNE ESTATE, MELLINO CARMELO ETIENNE, MELANNA Z. ETIENNE, CARMELA ANNE-MARIE ETIENNE, & AKEYA C. ETIENNE, AIKESSIA M. ETIENNE

You were meddling in my Estate and I want my property return post ace.
&
I/We, revoke Power of Attorney from all the plaintiffs and parties, agencies, et al.

I am Sophia Thelisma, I demand my right to subrogration under the rules of equity and I am as_king the plaintiffs and parties, Melisa Kay Cline, Katherine Browder, Jeffrey Battista, Susan Prado, Suzanne Gaskill, FDCF, DCF, GAL, et el. to certify and verify my subrogation of Rights in writing, and My Honor Kanerek to offset the charges and sell off and settle the account return natural people that you' ve kidnapped from the Estates Unlawfully.

I am Carmelo Etienne, I demand my right to subrogration under the rules of equity and I am as_king the plaintiffs and parties, Melisa Kay Cline, Katherine Browder, Jeffrey Battista, Susan Prado, Suzanne Gaskill, FDCF, DCF, GAL, et el. to certify and verify my subrogation of Rights in writing, and My Honor Kanerek to offset the charges and sell off and settle the account return natural people that you' ve kidnapped from the Estates Unlawfully.

I am/ We Are the subrogee(s) , creator(s), therefore:
I am/ We Are the creditor(s), claimant(s) here, and I/We have the equity here, I/We want you to substitute me/us in the right to the securities, to exercise them.
I/We would like both legal and conventional subrogation.
I/We claim the replevin bonds that was filed with this case and all other cases related

A clerk masquerading as a judge is operating in the private capacity and has no immunity when violating the Constitution.

I am Muur;Moor; Sophia Thelisma, verify and certify all thing are true on this _16_ of _May_ 2018 Sophia Thelisma UCC 1-308 UCC1-207

I am Muur;Moor; Carmelo Etienne, verify and certify all thing are true on this _16_ of _May_ 2018 Carmelo Etienne UCC 1-308 UCC1-207


Objection Against all traveling and Human Trafficking of all My Properties and natural children/ parties and the return of them to the Executor Carmelo and Executrix Sophia No later then 24 hours of Receiving this letter with remedies

CC: FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,
CC:THOMAS LOVELAND/ THOMAS LOVELAND,
CC: ASHLEY DELANEY/ ASHLEY DELANEY,
CC:MILTON PERINON/ MILTON PERINON,
CC: TIFFANY PERRY/ TIFFANY PERRY,
CC:TIM SLAVEN/ TIM SLAVEN,
CC: OWEN THOMAS/ THOMAS OWEN,
CC: ROBERT SHAE/ ROBERT SHAE,
CC:ALL OF THE FLA. DEPT. OF CHILDREN & FAMILIES,
CC:PATRICK OBRIAN/ PATRICK O' BRIAN,
CC:JUDGE KANEREK/PAUL KANEREK,
CC:JUDGE PEGG/ ROBERT PEGG,
CC: JUDGE VICTORIA GRIFFIN/ VICTORIA GRIFFIN
CC: INDIAN RIVER COURT HOUSE(19TH JUDICIAL CIRCUIT)
CC:INDIAN RIVER MEDICAL CENTER
CC: UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF FLORIDA
CC: INTERNATIONAL CRIMINAL COURT
CC:LAWYERS PROFESSIONAL RESPONSIBILITY FORM
CC:MEDICAL PRACTICE BOARD
CC:SHERIFF ASSOCIATION BOARD

*Muur;Moor; Carmelo Etienne*
*Muur; Moor; Sophia Thelisma   05/16/2018*