**United States District Court**
**For The Southern District of Florida**
**Fort Pierce Division**

Case:1814061-CV-Martinez/Maynard

SOPHIA THELISMA, ET AL.

V.

CLERK OF COURT Jefferey R. Smith, STATE OF FLORIDA et Al.



FILED by _____ D.C.

MAY 1 5 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### ORDER TO STRIKE JEFFEREY R. SMITHS MOTION TO DISMISS AT DOCKET 30 & 31

1) **OBJECTION**: Indian River County Court and Circuit 19 Judicial Circuit for The record the Indian River Courts have both been sued on Case 31-2018-CA-000103/102 Since February 9th Through his own Court in   Indian River County  .
**Jeffrey R.Smith Clerk of Court for Indian River County,Florida did get process the right way and also the proof was turn in to Federal Court case 18-14061-CV-Martinez/Maynard. Check the the Docket to see the Proof.**

2) **OBJECTION:Proof of cause of Action could found on all the paper February 9th stamped by Jeffery the Extortionist After Paper Terrorist,Racketeering ,Aiding to kidnapping ,aiding to cause Bodily Injury ,Human trafficking documents stamp by ,JEFFEREY R. SMITH/ Jefferey R.Smith him self Case:312018-MM-000578AXXXXX proof of Extortion**

**OBJECTION**:This court shall take mandatory Judicial Notice of the adjudged decision of the Supreme Court of the United States of Bradley v Fisher 80 U.S. 335 (1871), 351,352 that officers of the court have no immunity when they have no jurisdiction over the subject-matter. And further in Bradley v Fisher on page 352 and 352 is as follows:
"Where there is clearly no jurisdiction over the subject matter any authority exercised is a usurped authority, and for the exercise of such authority, when the want of jurisdiction is known to the judge, no excuse is permissible." This evidence of Bradley v Fisher 80 U.S. 335 (1871).
**A Clerk masquerading as a Judge is operating in the private capacity and has no immunity from Prosecution.**

3) **OBJECTION:** Notice of correction The Courts, All Courts are bound to protect the Constitution and the Treaty of Peace and Friendship of Morocco in which Jeffery  he violated and is not immune for liability due to he was Acting in Both his Official and Individual Capacity.

**At this time I am asking Jason L. Odom to show his Status, Naturalization, and Nationality for the record.**

I Am Muur;Moor; Carmelo Etienne,I verify and certify all thing are true on this _15_ of _May_ 2018
**Carmelo Etienne U.C.C. 1-308**

*Carmelo Etienne 15 of May*

I Am Muur;Moor; Sophia Thelisma,I verify and certify all thing are true on this ___ of _May_ 2018
**Sophia Thelisma U.C.C. 1-308**