<u>United States District Court</u>
In redirection to Sumpreme Court of the United States

Case No. 18-14061-CV-Martinez Maynard

## LEGAL NOTICE OF REMOVAL OF CLAIM WITH FILING FEE

Was filed or deemed filed under
**RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS, 18 U.S. Code Chapter 96**
**Which includes**
**Kidnapping-(18 U.S. Code   1201)**
**CONSPIRACY AGAINST CITIZEN RIGHTS- (18 US CODE SS 241)**
**TREASON - (18 US CODE SS 2381 CHAPTER 115)**
**MISPRISON OF TREASON- (18 US CODE SS 2382)**
**DECLARATION BEFORE GRAND JURY OR COURT -(18 US CODE 79 SS 1623)**
**PERJURY (18 US CODE SS 1621)**
**KNOWINGLY AIDING IN THE ILLEGAL KIDKNAPPING (18 US CODE 55 SS 1201)**
**HOSTAGE TAKING OF 3 CHILDREN**
**(18 US CODE 55 SS , 1203)**
**BY DENYING THE RESTRAINING ORDERS (ABOUT 20) AGAINST PARTIES AND ALLOWING THEM TO RETALIATE ILLEGALLY .**
**INJUNCTION AGAINST ILLEGAL INTERCERPTION (18 US CODE 2521)**
**(INTERSTATE TERRORISM (18 US CODE 113B SS2331)**
**TORTURE-(18 US 113 CODE 2340A) BY WILLFULLY AND INTENTIONALLY    IGNORING PRIMA FACIE EVIEDENCE TURNED INTO STATE ATTORNEYS OFFICE OF CRIMAINAL AND TREASON ACTIVITIES FROM PLANTIFFS IN LAW SUIT FILED FEBRUARY 9TH 2018.**
**TAMPERING WITH A WITNESS, VICTIM,PLANTIFF, OR INFORMANT (18 US CODE 73 SS 1512)**
**PERJURY(18 U.S. Code 1621 -)**
Enticement into slavery(18 U.S. Code 1583) -

**PERJURY IN COURTS (18 U.S. Code 1621 -)**
**18 U.S. CODE 1591-(HUMAN TRAFFICKING)**
**BODILY INJURY(18 U.S.C. 1365)**

**BODILY INJURY TO A PREGNANT WOMAN(18 U.S.C. 1365)**

 18 U.S. Code 1841 - Protection of unborn children



FILED by ___ D.C.
MAY 15 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

in this case by the alleged transferor. As evidence of the transfer of that claim, the Transferee filed a Transfer of Claim other than in the clerk's office of this court on 5/15/15 (date).

Name of Alleged Transferor: United States District Court Of The Southern Divison of Florida

Address of Alleged Transferor: 101 South Us 1
Fort Pierce FL. 34950

Name of Transferee: Surpreme Court of the United States

Address of Transferee: Surpreme Court of the United States
1 First St, Washington, DC 20543

DEADLINE TO TRANSFER

The alleged Transferor of the claim is hereby notified that TRANFER must be filed with the US SURPREME COURT within TEN (10) days of the mailing of this notice. If no Transfer is timely received by the court, the Transferee will be substituted as the original claimant without further order of the court.

*[signatures] Etienne Carmel 5/15/18*