Case: 18-14061-CV-Martinez/Maynard

United State District Court of the Southern Division of Fort Pierce

## Notice to CLERK/Clerk

Notice of Correction to the record for the record and also let the record show:

Correction to all the All Motion: Which are Orders on case 18-14061-CV-Martinez/Maynard filled by the People of the Republic of America Carmelo Etienne and Sophia Thelisma , Correct all Dockets on this case to Affidavit of Truth / Affidavit of Facts Due to the Bias and Prejudice by the Clerk of the District Courts of the Southern Division of Fort Pierce that also violated The Republic of America Constitution of the United States by arguing with Us calling Us U.s. Citizen When by Birth Rights we are Moors. A Moor can Never be a U.S. Citizen ! And the People do not yield their sovereignty to agencies that serve them .

FILED by ___ D.C.

MAY 1 5 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

Moor; _____
U.C.C.1-308/1-207

Moor; Carmelo Etienne
U.C.C.1-308/1-207

5-15-2018