Case 18-14061-cv-Martinez/Maynard

United states district Court
For the southern division of Florida

FILED by _____ D.C.
MAY 17 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - FT PIERCE

DATE: May 17 2018

Moors:
Ex rel; Carmelo Etienne

Ex rel; Sophia Thelisma
Affiants(s),

v.

DCF, FDCF, Thomas Loveland, Et Al,
Defendant(s)

CASE NO. 18-14061-CV-Martinez/Maynard

## MISTAKES AND CORRECTIONS/ AMENDMENTS
Please amend the follow defendants ON:

1. Colette Griffin/COLETTE GRIFFIN(USDC clerk of courts)
2. Steven Larimore/ STEVEN LARIMORE(USDC clerk of courts)

**REPLACE COVER SHEET with Corrections**
**(SEE ATTACHMENT previously provided)**

Moor; Carmelo Etienne

Sophia

05/17/18

**Statement of facts:**

1.
- Who:Paul B. Kanarek
- When: 02/09/2108, 2/12/2018, 4/09/2018, 4/30/2018
- What:Malfeasance, Nonfeasance, Incompetent Crooked, Abuse of Power
- Refusal of Recusal and order of Removal, caused kidnapping of natural human beings of a lawsuit ages 1,3, 7 years old which are victims/Affiants/Claimants that filed a claim against the same entities and others on 02/09/2018 of a lawsuit that sued before retaliation and the Judge was Kanarek, Misprision a pregnant woman harm and bodily injury to the Pregnant Natural Mother, and Bodily injury broken bones and loss of a liter of Blood to the Natural Father Defamation of Character, Defamation of Human rights, Conspiracy Against Human rights, Racketeering, paper Terrorism, sabotage,

deprivation of rights ordered to kidnapping of natural children, to inticement into slavery
- Where:INDIAN RIVER COUNTY COURTHOUSE OF THE 19TH JUDICIAL CIRCUIT COURT

2.
- Who:Victoria L. Griffin
- When: 2/13/2018, 3/13/2018,
- What:Malfeasance, Nonfeasance, Incompetent Crooked, Abuse of Power

By proceeding in unlawful court after victim stated for the record Treason, and Racist Hate crime Conspiracy still trying to court order victim when victims did not consent. Defamation of Character, Defamation of Human rights, Conspiracy Against Human rights, Racketeering, paper Terrorism, False Information Hoax by
- Where:INDIAN RIVER COUNTY COURTHOUSE OF THE 19TH JUDICIAL CIRCUIT COURT

3.
- Who:David C. Morgan
- When: 3/28 /2018
- What: Malfeasance, Nonfeasance, Incompetent Crooked, Abuse of Power by ordering and Filing a NTA to CARMELO ETIENNE the all capital name and not the actual human being, Sgt. Flores and 4 IRSCO deputies came to the victim/Affiant/ claimants property, forcefully twisted both his arms behind his back taking him into custody under threat duress and coercion, with out due process of law all caught on surveillance. Which is human trafficking, kidnapping, conspiracy against human rights, deprivation of human rights, and trespassing against rights
-   COURT

4.
- Who:Robert L. Pegg

- When: 02/ 01/2018, 02/ 09/2018
- What:Malfeasance, Non-feasance, incompetent Crooked, abuse of Power
- Robert L. Pegg denied 30 order of protection between both of the claimants, from crooked law enforcement/DCF/FDCF Agencies ,

with out hearing, twice, from victims /Affiants/claimants suffered Bodily injury,Broken bones ,Loss of Blood and Racketeering,Human Trafficking, Kidnapping cause Battery on pregnant Woman cause by the INDIAN RIVER COUNTY SHERIFF OFFICE  Deputies due to Robert L.Pegg ;Malfeasance, Nonfeasance, Incompetent Crooked, Abuse of Power(related case:312018CA000102/103

- Where:INDIAN RIVER COUNTY COURTHOUSE OF THE 19TH JUDICIAL CIRCUIT COURT/Indian River Court House .

5.
- Who:Joe Wild
- When: 5/01/2018
- What:Violated Constitution rights of the victims//Affiant/claimant by forcing to enter a plea against his will on a NTA Malfeasance, Non-feasance, incompetent Crooked, abuse of Power
- Where:INDIAN RIVER COUNTY COURTHOUSE OF THE 19TH JUDICIAL CIRCUIT COURT, Indian County Court House.

6.
- Who:Cynthia L.Cox
- When: 03/14/2018
- What:Refuse to give Carmelo Etienne freedom of speech in the Court Room to state his bodily injury,kidnapping ,and Human trafficking  by IRCSO deputies/DCF/FDCF  entering Claimant Estates twice with out search warrant or due process of law , beating on the Affiant causing broken bones and loss of Blood over a liter of blood. Cynthia L. Cox violated Carmelo/Claimant/Affiant 1st Amendment Rights , Malfeasance, nonfeasance, incompetent Crooked, abuse of Power, refused  to let let Carmelo be heard or speak and continued with unlawful Court
- Where:INDIAN RIVER COUNTY COURTHOUSE OF THE 19TH JUDICIAL CIRCUIT COURT, Indian County Court House.

Name(s) of  Clerks:
7.
- Who:Colette L.Griffin
- When: 02/ 21/2018 - 3/29/2018
- What:Malfeasance, nonfeasance, incompetent Crooked, abuse of Power ,Refuse to let the victims /Affiants /claimants to file the evidence in to the case,every visit to the U.S.D. Court Colette read & looks at the evidence refuse to take it she always try to come up

trying We the People add the Clerks on the claim for violation of the Constitution of The republic America Colette also denied our Order of Protection as if she pretending to be a judge in her private capacity,
- Defamation of Rights, Deprivation of rights refuses to file in paper as is, alters titles in order to interfere with' . ,,
- Where:INDIAN RIVER COUNTY COURTHOUSE OF THE 19TH JUDICIAL CIRCUIT COURT

8.
- Who:Steven M. Larimore
- When: 5/15/2018
- What:Malfeasance, nonfeasance, incompetent Crooked, abuse of Power, by refusing to give summons that are already in the system to Affiants. Claimants and by arguing with claimants about nationality and citizenship issues that is irrelevant to the Facts of issuing the summons Larimore also is pretending to be the judge by saying that the refuses to issue out the summons but fails to provide proof in writing that the judge said such thing
- Where:INDIAN RIVER COUNTY COURTHOUSE OF THE 19TH JUDICIAL CIRCUIT COURT

9.
- Who:Jeffery R. Smith
- When:03/22/2018 , 03/28/2018
- What:Malfeasance, nonfeasance, incompetent Crooked, abuse of Power after filing suit jefferey began with paper terrorism, issuing carmelo Jury duty while carmelo had an open criminal case aginst him that couldn't stick because of perjury and violation of due process and on the 22nd issued NTA notice to appear where they kidnapped carmelo under threat duress and coercion, and took him into custody all caught on surveillance and witnessed by Sophia Thelisma.
- Where:INDIAN RIVER COUNTY COURTHOUSE OF THE 19TH JUDICIAL CIRCUIT COURT, Indian County Court House.