FILED by __MF__ D.C.

MAY 17 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

# CLAIM FORM
## CLAIM OF JUDICIAL MISCONDUCT OR DISABILITY

This form is the statement of facts) should be typewritten if possible. If not typewritten, it must be legible. If the CLAIM is about a single judge of the court, three copies of the complaint form, the statement of facts, and any attachments must be filed. If the complaint is about more than one judge, enough copies must be filed to provide one for the clerk of the court, one for the chief judge, and one for each judge a CLAIM is about. Enclose each copy of the complaint in an envelope marked "Claim of MISCONDUCT" or "CLAIM OF DISABILITY" and submit it to: Clerk of Court, United States Court of Federal Claims, 717 Madison Place, NW, Washington, DC 20005. DO NOT PUT THE NAME OF ANY JUDGE ON THE ENVELOPE.

---

**Name(s) of Judges**

1) **Paul B. Kanarek** (INDIAN RIVER COUNTY COURTHOUSE OF THE (19TH JUDICIAL CIRCUIT COURT)
2) **Victoria L. Griffin** (INDIAN RIVER COUNTY COURTHOUSE OF THE (19TH JUDICIAL CIRCUIT COURT)
3) **David C. Morgan** (INDIAN RIVER COUNTY COURTHOUSE OF THE (19TH JUDICIAL CIRCUIT COURT)
4) **Robert L. Pegg** (INDIAN RIVER COUNTY COURTHOUSE OF THE (19TH JUDICIAL CIRCUIT COURT)
5) **Joe Wild** (INDIAN RIVER COUNTY COURTHOUSE OF THE (19TH JUDICIAL CIRCUIT COURT)
6) **Cynthia L. Cox** (INDIAN RIVER COUNTY COURTHOUSE OF THE (19TH JUDICIAL CIRCUIT COURT)

**Name(s) of Clerks:**

7) **Colette L. Griffin,** (USDC of the Southern Division of Fort Pierce Florida)
8) **Steven M. Larimore,** (USDC of the Southern Division of Fort Pierce Florida)
9) **Jeffery R Smith** (INDIAN RIVER COUNTY COURTHOUSE OF THE (19TH JUDICIAL CIRCUIT COURT)

1. Does this claim concern the behavior of the judge(s) and clerks of courts in a particular lawsuit or lawsuits?
 [x] Yes [ ] No
The following information about each lawsuit: (See attachments)
Case Numbers: 18-14061-cv-Martinez/ Maynard,
312018CA000102/103, 312018DP28/29/50,
 [x] Claimant(s) in the lawsuit
2. Have you filed any lawsuits against the judge? [x] Yes If yes, give the following information about each such lawsuit:

Court:  United States District Court Southern Division of Fort Pierce Florida

Case Number:Case Number:18-14061-cv-Martinez/ Maynard,

Present status of lawsuit:Ongoing
We are in propria persona sui juris on the lawsuit against the Judges et al: Case:18-14061-CV-maynard
Court to which the lawsuit against the judge: United States District Court Southern Division of Fort Pierce Florida
3. Brief Statement of Truth /Facts.
 Attached is a brief statement of the specific facts on which the claim of Judicial Misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that .
 6. Declaration and Signature: I declare that the statements made in this Claim are true and correct to the best of my knowledge.

(Signature) *Moor Carmelo Etienne*
(Date) 5-17-2018

(Signature) *Sophia Thelisma*
(Date) 5/17/2018