UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

SOPHIA THELISMA, et al.,
        Plaintiffs,        18-14061-cv-MARTINEZ/MAYNARD

v.

THE STATE OF FLORIDA, et al.,
        Defendants.
_____/

## DEFENDANT JEFFREY R. SMITH'S RESPONSE TO PLAINTIFFS' ORDER TO STRIKE MOTION TO DISMISS AMENDED COMPLAINTS AT DOCKET ENTRIES 30 AND 31

Defendant, Jeffrey R. Smith, Clerk of Court for Indian River County, Florida ("Clerk Smith"), through his counsel, files this response in opposition to Plaintiffs' Order to Strike Defendant Clerk Smith's Motion to Dismiss, stating:

While couched as an "order," Defendant Clerk Smith will treat it as a motion. The motion should be denied because the Magistrate Judge has already recommended that the lawsuit be dismissed with prejudice. (D.E. 53). While the Magistrate Judge did not specifically identify Defendant Clerk Smith's Motion to Dismiss, the undersigned understood the report and recommendation to apply to the lawsuit as a whole. Additionally, the motion does not comply with the local rules requirement to meet and confer prior to filing the motion. Defendant Clerk Smith would certainly have not agreed to the motion, but the requirement stands nonetheless. Finally, Plaintiffs assert no legally recognized basis to strike the Motion to Dismiss.

WHEREFORE, Plaintiffs' Motion to Strike should be denied.

Respectfully submitted,

/s/ Jason L. Odom
Jason L. Odom
Florida Bar No. 0476950
jodom@gouldcooksey.com
Gould Cooksey Fennell, P.A.
979 Beachland Blvd
Vero Beach, FL 32963
Telephone: (772) 231-1100-Telephone
Facsimile (772) 231-2020-Facsimile
Attorney for Defendant Jeffery R. Smith

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this date on the following counsel of record or pro se parties in the manner specified, either via transmission of Notices or Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing:

/s/ Jason L. Odom
Jason L. Odom

## **SERVICE LIST**

Carmelo Etienne
1725     38 Street
Vero Beach, Florida 32960
Weareequalpeoplelive@gmail.com

Sophia Thelisma
1725     38 Street
Vero Beach, Florida 32960
Weareequalpeoplelive@gmail.com