**UNITED STATES DISTRICT COURT OF THE SOUTHERN DIVISION OF FLORIDA**

Cases :18-14061- Martinez/Maynard

# Writ of Certiorari / Affidavit of Truth

USDC:18-14061- Martinez/Maynard

## INDIAN RIVER COUNTY COURT

31208-DP000028/29/50 Paul B. Kanarek
312018CA000102/103 Paul B. Kanarek
31 2018 MM000578 A

"Federal law & Supreme Court cases apply to state court cases."

Howlett v. Rose, 496 U.S. 356 (1990)



FILED by _____ D.C.

MAY 2 9 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

'The courts are not bound by an officers interpretation of the law under which he presumes to act.

Hoffsomer v. Hayes, 92 Okla 32, 227 F. 417

### Order of Legal Notice of Removal:

Of all cases involving Moors; **Carmelo Etienne & Sophia Thelisma** from the **INDIAN RIVER COUNTY COURT AND UNITED STATES DISTRICT COURT OF THE SOUTHERN DIVISION OF FLORIDA, State Courts**, that failed to uphold the Constitution and/or infringed unlawful business on The names in all CAPS; CARMELO ETIENNE ,SHOPIA THELISMA and the natural children names that also been infringe as VANTRELL E. BROWN ,ZAKIYAH L. WILLIAMS ,MELLINO CARMELO ETIENNE. We the People ,the Natural parents and the Executor and Executrix of these in infringed upon Estates are claiming our properties with the return of the natural children which also are our Properties given to us through to us by Allah ,Yeshua ,Yahweh, in your language God through natural births. **No man has dominion over the true Creator Allah ,Yeshua ,Yahweh , God's creations.**

**.If Any Of You In/ And Of The State Of Florida Spread Your Legs, Endured The Pain And Shed Blood To Birth These Natural Flesh And Blood Human And Spiritual Human Beings Known To You By The Names Of Vantrell Eon Brown, Zakiyah Leslie Williams, And Mellino Carmelo Etienne. Speak Now Or Recognize That You Are In Violation Of Constitution…**

Owen v. Independence, 100 S.C.T. 1398, 445 US 622

"Officers of the court have no immunity, when violating a Constitutional right, from liability.  For they are deemed to know the law!

(**Constitution.-**In American law. The written instrument agreed upon by the people of the Union or of a particular state as the absolute rule of action and decision for all departments and officers of the government in respect to all the points covered by it, which must control until it shall be changed by the authority which established it, and in opposition to which any act or ordinance of any such department or officer is null and void. **Cooley, Const. Lim. 2)**

...That You Have Sworn To Uphold And Protect By Deprivation Of Fundamental Liberties Of Life, Peace, Happiness And Are Warring Against The People And Therefore Are In Violation Of The Oaths And Constitution That You Have Sworn To Uphold And Protect That You Are Guilty Of Malfeasance And Nonfeasance, Including All Corrupted Judges, Clerk Of Court, Agents, Officers, And Other Racketeering Members Acting Fraudulently Under The Color Of Law Warring Against The People Violating The Oath To The People , To The Constitution And The Oath To Allah ,Yeshua ,Yahweh,God The One True Creator. Please step forward and let it be known and explain where in the constitution does it give you Agents/ Entities as outsiders, strangers, with No Firsthand Knowledge of both biological/ birth parents have more rights to these Children then their natural flesh Parents that Allah ,Yeshua ,Yahweh, God has blessed to Birth them and that has taken care of them since birth . When Members Of The Courts, Agents And Officers Of The State That Swear To Protect The People, War Against The People And Their Fundamental Liberties, Inalienable, And Unalienable Rights Its Is Known As TREASON, GENOCIDE, TERRORISM ,RACKETEERING, DEPRIVATION OF HUMAN RIGHTS.

THAT IN ITSELF IS AN ILLEGALITY AND UNLAWFUL ON ITS FACE for it is in violation of the constitution. "The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law." Marbury v. Madison, 5 US 137.

THE LAW DICTIONARY AND CASE LAWS ALSO STATES THAT A corporation that has no right or jurisdiction over flesh and Blood human beings, "womb" men, ALSO KNOWN AS women , AND MEN. By capturing these children and holding them in captivity under threat duress and coercion AND IGNORANTLY REFUSING TO RECOGNIZE OR RECTIFY THE MALICE, ILL WILL, RANCOR, AND EMOTIONAL AND BLODILY HARM TO THE NATURAL FLESH AND BLOOD MOTHER FATHER AND CHILDREN."Waivers of Constitutional Rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness." Brady v. U.S., 397 U.S. 742, 748.

WE ORDER AS SOVEREIGNS OF THIS LAND TO MOVE THESE CASES IMMEDIATELY TO the one true court of the land of America THAT HAS JURISDICTION OVER THIS MATER "THE U.S. SUPREME COURT" with 9 judges where Common law is the law of the land LOCATED AT: 1 First St NE, Washington, DC 20543 . Heltz v. Peltizer where no cases law is needed when DCF / FDCF and also Nonfeasanse Malfeasance Judges Kanarek, Griffin,Pegg,Wild,Cox,Morgan, Nonfeasanse Malfeasance Clerk of Court as Jeffery Smith ,Colette Griffen ,Steven Larimore, and their minions are committing acts of treason ,Kidnapping ,Genocide,racketeering,retaliation,human trafficking,sabotage,paper terrorism .

Due to Diversity, Federal questioning ,conflict of interest and act of retaliations against humanity immediately after filling a law suit with the natural children.


"Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process." *Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678, 694

please Odom state how would these against be in the best on the best interest of the children that are entice in to slavery against there will. Odom lawyers are for slaves do you have any first hand knowledge of this matter. Only sovereign can file orders so we strike against all opposition and also his previous motions due to the that fact that he no first hand knowledge he is a terrorist at this present state . All Cases need to be move immediately to Supreme Court due failure to

meet for settlement order by judge Martinez months ago. The 20 days have elapsed and all parties have been served and processed and this districts court claims that they no jurisdiction, so this a legal notice to transfer this no later than5/ 30/2018

Moor,

Moor

moer, muur,
Carmelo Etienne
U.C.C. 1-308, 1-207

Moor, Muur,
Carmelo Etienne
U.C.C. 1-308, 1-207

On May 26, 2018
in Vero Beach
State of Florida
showed passports.
Christine G Richard



Notary Public State of Florida
Christine G. Richard
My Commission GG 198623
Expires 03/21/2022