UNITED STATES District Court

Affidavit of status

of

Carmelo Etienne and Sophia Thelisma

18-14061-CV-Martinez/Maynard

FILED by _____

MAY 29 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT PIERCE

State of Florida, subscribe and sworn in the County of Indian River County

Comes now Carmelo Etienne and Sophia Thelisma your at least 21 years old of age and after being duly sworn according to the law to tell the truth to the facts related there in states that he has first-hand knowledge of the facts stated here in and believe these facts to be true to the best of his knowledge.

1. That your Affiant is one of the people of America being a creation of God and born domiciled in one of the several States.

2. Your Affiant is a living breathing sentient being on the land a natural person and therefore is not and cannot be sentient being on the land a natural person and therefore is not and cannot be an artificial person and therefore is exempt from any and all identifications treatments and requirements as such pursuant to any process law code or statue or any color thereof.

3. Your Affiant notices that in these United States of America the authority of any and all government resides in the people of the land for the government is fiction of the mind and can only be created by the people, affected by the people and overseen by the people for the benefit of the people.

1/3

4. Your Affiant at all times claims all and waives none of his God-given rights secured and guaranteed rights pursuant to the Declaration of Independence and Constitution of the United States of America ratified in 1791 with the Articles of the amendments.

5. Your Affiant notices that pursuant to the Constitution of the United States of America as ratified in 1971 with the Articles of the Amendments, article 6 paragraph to this Constitution and the sentient being on the land a natural person and therefore is not and cannot be an artificial person and therefore is exempt from any and all identifications treatments and requirements as such pursuant to any process law code or statue or any color thereof.

6. Your Affiant notices that as a matter of their lawful compliance to the reference Constitution, any of the people, while functioning in any public capacity, and return for the trust of the people, are granted limited delegated authority of and by the people, duties delineating in accordance thereof, show only do so pursuant to a lawfully designated, sworn and subscribed oath of office and any and all bonds required their of

7. Your Affiant notices that the only Court authorized by reference Constitution to hear matters of the people is the court that confirms to and functions in accordance with the article 3 section 2 of that confirms to and functions in accordance with the article 3 section 2 of the reference Constitution and which all officers of the Court abide by their sworn and subscribed also office and support and defend the rights of the people and are heard only by trial by jury and in accordance with all aspects of due process of law

8. Your Affiant notices that pursuant to the supreme law of the land and God given rights secured and guaranteed there in, this constitution is established to ensure that the opinion granted by God to all the people on this land shall endure And assure forever that this people on this land be free from any and all slavery end denture meant tyranny and oppression under the color of any law statue cold policy procedure or any other type

9. Your Affiants for notices that pursuant to the Constitution, and cannot be compelled, manipulated, extorted, tripped, threatened, placed under duress, or coerced or so affected under duress, or coerced or so affected under the color of law by any natural person, who individually, or in any capacity as or under any artificial person agency in Tootsie officer or party into the waving of any of faience Rights or to act in a contradiction there of, or to act in opposite of the moral conscience and Dominion granted defiant by God, nor can defiant be deprived of any of these rights, privileges and immunities except by lawful process in accordance with the law without the natural person and or artificial person in whatever capacity, in so doing, causing injury to your affiant and here by committing numerous crimes requiring lawful punishment there from

10. Further Affiants sayeth naught.

All rights reserved
U.C.C. 1-308, 1-207

Moor, Muur,
Carmelo Etienne
U.C.C. 1-308, 1-207

moor
[signature]
UCC 1308, 1207

On May 26, 2018 in Vero Beach State of Florida, Showed passports
Christine G Richard

Notary Public State of Florida
Christine G. Richard
My Commission GG 198623
Expires 03/21/2022

3/3