In The United State District Court of the southern district
of FLORIDA, Fort Pierce
DIVISON

CASE::18-14061- Martinez/Maynard

MOORS;
Sophia Thelisma,
V.E.B., Z.L.W.,M.C.E,
Carmelo Etienne,
Affiants,

V.

The Department of children, Paul B. Kanarek, Melissa Kay Cline, Et Al ,

_____,

### AFFIDAVIT OF Truth and Sovereignty

We are Muur, Moors,We are Muslim, and practice Islam, it is against our religion and our faith to participate in public controversy. The one true creator Allah,God, Yeshuah, Yahweh in the interest of my natural children Vantrell Eon Brown , Zakiyah Leslie Williams, Mellino Carmelo Etienne.All judgement set a side by Incompetent abusive crooked judge Paul B. Kanarek its a conflict of interest federal case Docket 18,30,35,53, shows Violation of RICO Act . Michelle Lynn Schermerhorn and Darryl Williams been on the Federal lawsuit for the record and also let the record show .We do not consent or participate in this fraud.
I am not amalgamated with the corporate created entity and we deny all of corporate existence. On April 9 2018 we ask the Courts and Judge Paul B. Kanarek to show his Status and Jurisdiction and Nationality for the Record Kanarek proceed by filling criminal contempt and misprison us the natural parents in a civil case of dependency which is War against the people ,war against the CONSTITUTION and violation of the Oath of office in our special appearance.
We challenge the subject matter jurisdiction of the court due to violation of the RICO ACT. RACKETEER INFLUENCED AND CORRUPT ORGANISATION ACT. 18U.S.C. STATUTES 1961-1968
Florida Statutes 895.01-895.06

### Correction

1. Objection a moor can never be a U. S. Citizen, by Birth Right. soWe DO Not CONSENT we are private people.
2. Objection to the presumption of status before the court sovereign do not yield their sovereignty to those who serve them,   soWe DO Not CONSENT TO ANY OF THIS
3. Objection to The Courts for not following proper procedure   so We DO Not CONSENT,
4. Objection to adjudication,We DO Not CONSENT
5. Objection to disposition,We DO Not CONSENT
6. Objection to acceptance of case plan,We DO Not CONSENT
7. Objection of hearing,We DO Not CONSENT
8. Objection against adoption,We DO Not CONSENT
9. Objection to the court subject matter jurisdiction,We DO Not CONSENT
10. Objection to adoption, WE claim all of our children and We DO Not CONSENT

12. **Objection to the department or the Courts our any one beside the Natural Parents Sophia Thelisma and Carmelo Etienne making any decisions about our natural children Vantrell Eon Brown Jr, Zakiyah Leslie Williams, Mellino Carmelo EtienneWe DO Not CONSENT**
13. **Objection to Annastasia Estman-Gallo mental evaluation through the copyrighted vide the the Department violated copyrighted law to introduce copy righted video's that the department does not own into evidenceWe DO Not CONSENT.**
14. **Objection to all statements procured by the parties that have no first hand knowledge or personal knowledge of both Sophia Thelisma and Carmelo Etienne, for they do not have standing being that status jurisdiction has not been clarified for the for the record.We DO Not CONSENT**
15. **Objection To all unlawful proceeding since the children and parents are currently suing the parties holding our natural flesh and blood children hostage We DO Not CONSENT**

**NOTICE: PLEASE provide us with contract, your Delegation of Authority, over our Natural children you Kidnapped from us Unlawfully. And the bodily harm you the Courts caused Carmelo Etienne, and Sophia Thelisma .**

**NOTICE : TO RESET THE HEARING**

**We ask that all Parties to Show status and Jurisdiction and Nationality and Naturalization and Delegation of Authority for the Record and also let the record show**

**All parties included:**
- Mellisa Kay Cline
- Suzanne Gaskill
- Vantrell Brwon Sr.
- Christopher Hicks
- Darryl Williams
- Jeffrey Battista
- Susan Prado
- The Department
- The Court
- Judge Paul B. Kanarek

We Also Demand that the agent masking as the Courts and The Department come forth and identify their selves for an entities are fiction so thus for can not bring charges or make decision about natural flesh and blood human beings.

All caps styled name is an legal fiction Entity which is Idem Sonam to the children that are unlawfully in your custody and as The natural Parents in flesh and Blood both of US, Sophia and Carmelo Claim All of the natural Children and all names, and bonds Idem Sonam.

Only Allah , God the one true sovereign gives life to the living, under what delegation of authority do you the courts and Paul B. Kanarek go against Allah/God's Law to be commit kidnapping, genocide,to War against Allah/God him self ,War against Allah/God's people ,War against natural Law ,War against the Constitution that the Court suppose to up keep,violation of the Judges oath of office ,is what you the courts is doing Humane by committing acts of RICO ,Treason, violation of Due process of Law,Misprision,Kidnapping, Human trafficking,genocide,sabotage, etc…

We as the natural parents seek justice and the return of our natural flesh and blood children. NOTICE TO produce the contract.

Moor;

_____
Sable
UCC 1308
1207

Moor; Muur;

Carmela Etienne