

THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America.*
'The North Gate'.
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans

## Averment Of Jurisdiction - Quo Warranto
For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

18-14061-CIV-MARTINEZ/MAYNARD

May 30th 2018

Department of Children And Families
  ATTN: Melissa Kay Cline, Robert Shae, Milton Perinon, Katherine Browder, Tony V. Collins, Thomas Loveland, Ashley Delaney, Tiffany Perry, Owens Thomas, Tim Slavens, Lee Shane, Anna Wetherly, Sharon Smart
1317 Winewood Blvd #202
Tallahassee, FL 32399
Re: 31 2018DP000028/29/50

Res Judicata
**Hagans v Lavine 415 U.S. 533.**, There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. S. Ct 2501 (1980);** " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for Department of Children And Families
  and Melissa Kay Cline, Robert Shae, Milton Perinon, Katherine Browder, Tony V. Collins, Thomas Loveland, Ashley Delaney, Tiffany Perry, Owens Thomas, Tim Slavens, Lee Shane, Anna Wetherly, Sharon Smart
to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

Thank You,
I Am: Moor, Carmelo Etienne 3 Sophia Thelisma
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103
Po Box 801 2050 13th ave
Near Vero Beach Florida 32961
Northwest Amexem

cc:
United Nations
High Commissioner for Human Rights
Palais Wilson

International Criminal Court
Luis Moreno-Ocampo

International Court of Justice
Hall:EI
Peace Palace
The Hague Netherland

Interpol
Lyon, France

MARC J RICHARD
MY COMMISSION #FF153851
EXPIRES September 16, 2018

Honorable President Barack Obama
White House Washington DC

United States Department of State
Hillary Clinton

Great Seal National Association of Moorish Affairs
Minister :A-El / Minister Taj Tarik Bey / Minister William Salaam

United States Justice Department
Attorney General Eric H. Holder Jr.

Moor, Sophia Thelisma
Moor, Moor, Carmelo Etienne

  

**THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.**
*Northwest Amexem / Northwest Africa / North America.*
**'The North Gate'.**
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
**The true and de jure Al Moroccans / Americans**

## Averment Of Jurisdiction - Quo Warranto
**For The Record, To Be Read Into The Record**
Notice to Agent is Notice to Principal — Notice to Principal is Notice to Agent.

May 30th 2018

Department of Children And Families
Melissa Kay Cline
1145 18th Place
Vero Beach Florida 32960
**Re:312018DP000028/29/50**

Res Judicata

**Hagans v Lavine 415 U.S. 533.**, There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. S. Ct 2501 (1980);** " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for Department of Children And Families and/or Melissa Kay Cline bar #72490 to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

Thank You,
I Am: *Moor, Carmelo Etienne,* :₃ *Sophia Thelisma*

Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103
Po Box 801 2050 13th ave
Near Vero Beach Florida 32961
Northwest Amexem

cc:
United Nations
High Commissioner for Human Rights
Palais Wilson

International Criminal Court
Luis Moreno-Ocampo

International Court of Justice
Hall:El
Peace Palace
The Hague Netherland

Interpol
Lyon, France

Honorable President Barack Obama
White House Washington DC

United States Department of State
Hillary Clinton

Great Seal National Association of Moorish Affairs
Minister :A-El / Minister Taj Tarik Bey / Minister William Salaam

United States Justice Department
Attorney General Eric H. Holder Jr.

MOOR;

*Sophia Thelisma*
Moor; Moor; *Carmelo Etienne*

MARC J RICHARD
MY COMMISSION #FF153821
EXPIRES September 16, 2018
(407) 398 0153  FloridaNotaryService.com

  

**THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.**
*Northwest Amexem / Northwest Africa / North America.*
'The North Gate'.
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
**The true and de jure Al Moroccans / Americans**

## Averment Of Jurisdiction - Quo Warranto
For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

May 30th 2018

Department of Children And Families
   ATTN: Melissa Kay Cline, Robert Shae, Milton Perinon, Katherine Browder, Tony V. Collins,Thomas Loveland, Ashley Delaney, Tiffany Perry, Owens Thomas, Tim Slavens, Lee Shane, Anna Wetherly, Sharon Smart
1145 18th Place
Vero Beach Florida 32960
**Re: 312018DP000028/29/50**

Res Judicata
**Hagans v Lavine 415 U.S. 533.,** There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. S. Ct 2501 (1980);** " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for Department of Children And Families and/ Melissa Kay Cline, Robert Shae, Milton Perinon, Katherine Browder, Tony V. Collins,Thomas Loveland, Ashley Delaney, Tiffany Perry, Owens Thomas, Tim Slavens, Lee Shane, Anna Wetherly, Sharon Smart, to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

Thank You,
I Am: Moer, Carmelo Etienne & Sophia Thelisma

Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103
Po Box 801 2050 13th ave
Near Vero Beach Florida 32961
Northwest Amexem

cc:
United Nations
High Commissioner for Human Rights
Palais Wilson

International Criminal Court
Luis Moreno-Ocampo

International Court of Justice
Hall:El
Peace Palace
The Hague Netherland

Interpol

Honorable President Barack Obama
White House Washington DC

United States Department of State
Hillary Clinton

Great Seal National Association of Moorish Affairs
Minister :A-El / Minister Taj Tarik Bey / Minister William Salaam

United States Justice Department
Attorney General Eric H. Holder Jr.

moer, Sophia Thelisma
moer, moer, Carmelo Etienne

MARC J RICHARD
MY COMMISSION #FF193821
EXPIRES September 16, 2018
(407) 398-0153   FloridaNotaryService.com

  

# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America.*
**'The North Gate'.**
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
**The true and de jure Al Moroccans / Americans**

## Averment Of Jurisdiction - Quo Warranto
For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

May 30th 2018

19th Judicial Circuit Court Of Indian River County Courthouse
Paul B. Kanarek
2000 16th Ave
Vero Beach Florida 32960
Re:312018DP000028/29/50

### Res Judicata

**Hagans v Lavine 415 U.S. 533.**, There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. S. Ct 2501 (1980);** " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for 19th Judicial Circuit Court Of Indian River County Court house and/ Paul B. Kanarek, to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

Thank You, Moor,
I Am: *Carmelo Etienne* 3 *Sophia Thelisma*
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103
Po Box 801 2050 13th ave
Near Vero Beach Florida 32961

Northwest Amexem

cc:
United Nations
High Commissioner for Human Rights
Palais Wilson

International Criminal Court
Luis Moreno-Ocampo

International Court of Justice
Hall:El
Peace Palace
The Hague Netherland

Interpol
Lyon, France

Honorable President Barack Obama
White House Washington DC

United States Department of State
Hillary Clinton

Great Seal National Association of Moorish Affairs
Minister :A-El / Minister Taj Tarik Bey / Minister William Salaam

United States Justice Department
Attorney General Eric H. Holder Jr.

Moor, *Carmelo Etienne*  Moor, *Sophia Thelisma*

MARC J RICHARD
MY COMMISSION #FF153821
EXPIRES September 16, 2018

**United States District Court**
**Southern District of Florida**

Case Number: 18-14061-CIV-MARTINEZ/MAYNARD

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

<u>Documents Retained in Supplemental Case Files</u> (Scanned or Not Scanned)

<u>Civil Case Documents</u>
___ • Handwritten documents/pleadings (i.e., pro se)
___ • Poor quality scanned images
___ • Photographs
___ • CD, DVD, VHS tapes, cassette tapes
___ • Surety bonds
XX • Exhibits that cannot be scanned (<u>Minors' birth records submitted by parents</u>)
___ • Bound extradition papers
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

<u>Criminal Case Documents</u>
___ • Handwritten documents/pleadings (i.e., pro se)
___ • Poor quality scanned images
___ • Photographs
___ • CD, DVD, VHS Tape, Cassette Tapes
___ • Bond documentation
___ • Exhibits that cannot be scanned (e.g., objects)
___ • Indictments
___ • Arrest warrants
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

Date: June 8, 2018

Revised: 8/20/2012