United State District Court of Florida.
Case: 18-14061-CV-Martinez/maynard.

## Affidavit of status

of

Carmelo Etienne and Sophia Thelisma



State of Florida, subscribe and sworn in the County of Indian River County

Comes now Carmelo Etienne and Sophia Thelisma your at least 21 years old of age and after being duly sworn according to the law to tell the truth to the facts related there in states that he has first-hand knowledge of the facts stated here in and believe these facts to be true to the best of his knowledge.

1. That your Affiant is one of the people of America being a creation of God and born domiciled in one of the several States.

2. Your Affiant is a living breathing sentient being on the land a natural person and therefore is not and cannot be sentient being on the land a natural person and therefore is not and cannot be an artificial person and therefore is exempt from any and all identifications treatments and requirements as such pursuant to any process law code or statue or any color thereof.

3. Your Affiant notices that in these United States of America the authority of any and all government resides in the people of the land for the government is fiction of the mind and can only be created by the people, affected by the people and overseen by the people for the benefit of the people.

1/3

4. Your Affiant at all times claims all and waives none of his God-given rights secured and guaranteed rights pursuant to the Declaration of Independence and Constitution of the United States of America ratified in 1791 with the Articles of the amendments.

5. Your Affiant notices that pursuant to the Constitution of the United States of America as ratified in 1971 with the Articles of the Amendments, article 6 paragraph to this Constitution and the sentient being on the land a natural person and therefore is not and cannot be an artificial person and therefore is exempt from any and all identifications treatments and requirements as such pursuant to any process law code or statue or any color thereof.

6. Your Affiant notices that as a matter of their lawful compliance to the reference Constitution, any of the people, while functioning in any public capacity, and return for the trust of the people, are granted limited delegated authority of and by the people, duties delineating in accordance thereof, show only do so pursuant to a lawfully designated, sworn and subscribed oath of office and any and all bonds required their of

7. Your Affiant notices that the only Court authorized by reference Constitution to hear matters of the people is the court that confirms to and functions in accordance with the article 3 section 2 of that confirms to and functions in accordance with the article 3 section 2 of the reference Constitution and which all officers of the Court abide by their sworn and subscribed also office and support and defend the rights of the people and are heard only by trial by jury and in accordance with all aspects of due process of law

8. Your Affiant notices that pursuant to the supreme law of the land and God given rights secured and guaranteed there in, this constitution is established to ensure that the opinion granted by God to all the people on this land shall endure And assure forever that this people on this land be free from any and all slavery end denture meant tyranny and oppression under the color of any law statue cold policy procedure or any other type

9. Your Affiants for notices that pursuant to the Constitution, and cannot be compelled, manipulated, extorted, tripped, threatened, placed under duress, or coerced or so affected under duress, or coerced or so affected under the color of law by any natural person, who individually, or in any capacity as or under any artificial person agency in Tootsie officer or party into the waving of any of faience Rights or to act in a contradiction there of, or to act in opposite of the moral conscience and Dominion granted defiant by God, nor can defiant be deprived of any of these rights, privileges and immunities except by lawful process in accordance with the law without the natural person and or artificial person in whatever capacity, in so doing, causing injury to your affiant and here by committing numerous crimes requiring lawful punishment there from

10. Further Affiants sayeth naught.

All rights reserved
U.C.C. 1-308, 1-207

Moor: Muur,
Carmelo Etienne
U.CC. 1-308, 1-207

moor
[signature]
UCC 1-308, 1-207

On May 24, 2016 in Vero Beach
State of Florida, showed passports
Christine G Richard

Notary Public State of Florida
Christine G. Richard
My Commission GG 198623
Expires 03/21/2022

3/

*United State District Court of Florida*
*Case: 18-14061-CV-Martinez/Maynard*

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT IN AND FOR INDIAN RIVER COUNTY, FLORIDA
## JUVENILE DIVISON

CASE::
312O18DP000028

**MOORS;**
Sophia Thelisma,
V.E.B., Z.L.W.,M.C.E,(natural children and all names idem sonam)
Carmelo Etienne,
Affiants,

V.

Paul B Kanarek, Melissa Kay Cline, Dcf et all ,

_____,

### RESPONSE AND OBJECTION TO THE COURT AND KANAREK'S ORDER
### WE DO NOT CONSENT OR COMPLY
### AFFIDAVIT OF Truth and Sovereignty

We are Muur, Moors,We are Muslim, and practice Islam, it is against our religion and our faith to participate in public controversy. The one true creator Allah,God, Yeshuah, Yahweh in the interest of my natural children Vantrell Eon Brown , Zakiyah Leslie Williams, Mellino Carmelo Etienne.All judgement set a side by Incompetent abusive crooked Judge Paul B. Kanarek its a conflict of interest federal case docket 18,30,35,53, shows Violation of RICO Act . Michelle Lynn Schermerhorn and Darryl William been on the Federal lawsuit for the record and also let the record show .We do not consent or participate in this fraud.
I am not amalgamated with the corporate created entity and we deny all of corporate existence. On April 9 2018 we ask the Courts and Judge Paul B. Kanarek to show his Status and Jurisdiction and Nationality for the Record Kanarek proceed by filling criminal contempt and misprision us the natural parents in a civil case of dependency which is Warring against the people ,warring against the CONSTITUTION and violation of the Oath of office in our special appearance.
We challenge the subject matter jurisdiction of the court due to violation of the RICO ACT.
**RACKETEER INFLUENCED AND CORRUPT Organization ACT. 18U.S.C. STATUTES 1961-1968**
**Florida Statutes 895.01-895.06**

1. **OBJECTION TO THE PRESUMPTION OF STATUS BEFORE THE COURT.**
2. **OBJECTION TO ADJUDICATION,**
3. **OBJECTION TO DISPOSTION,**
4. **OBJECTION TO ACCEPTANCE OF CASE PLAN,**
5. **OBJECTION OF HEARING,**
6. **OBJECTION AGAINST ADOPTION ,**
7. **OBJECTION TO THE COURT SUBJECT MATTER JURISDICTION,**

**NOTICE: PLEASE** provide us with your Delegation of Authority over our Natural children you Kidnapped from us Unlawfully. And the bodily harm you the Courts cause Carmelo Etienne .

We ask that all Parties to Show status and Jurisdiction and Nationality and Naturalization for the Record and also let the record show.

All parties included:
Melissa Kay Cline
Suzanne Gaskill
Vantrell Brwon Sr.
Christopher Hicks
Darryl Williams
Jeffrey Battista
Susan Prado
The Department
The Court
Judge Paul B. Kanarek

All caps styled name is an legal fiction Entity ,Idem sonam.

Only Allah , God the one true sovereign gives life to the living, under what delegation of authority do you the courts and Paul B. Kanarek go against Allah/God's Law to be commit kidnapping, genocide,to War against Allah/God him self ,War against Allah/God's people ,War against natural Law ,War against the Constitution that the Court suppose to up keep,violation of the Judges oath of office ,is what you the courts is doing Humane by committing acts of RICO ,Treason, violation of Due process of Law,Misprision,Kidnapping, Human trafficking,genocide,sabotage, etc…

We as the natural parents seek justice.
NOTICE TO produce the contract.

**All Purpose Acknowledgement**

State of __Florida__
County of __Indian River__

On __June 5, 2018__, before me, __Marc J. Ricard__,
  (date)                        (notary)

personally appeared, __Moor, Moor, Carmelo Etienne, Sophia Thelisma__

Proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal

_____
(notary signature)

My Commission Expires: __9/16/2018__

[Notary seal: MARC J RICHARD]

Moor, Carmelo Etienne
Sophia K
cd 1308
06/8/18

OPTIONAL INFORMATION:
_____

Page 2 of 2

United State District Court of Florida
Case: 18-14061-CV-martinez/maynard.

### Affidavit of Truth/ Claim

I am Sophia Thelisma the Natural Maternal Mother of
Zakiyah Leslie Williams,
born alive woman,
on May 6th 2015
weighing 6lbs, 14 oz
2785 grams at birth
at the time of 6:28
in the county of Indian River
at the indian river medical center
a Hospital
in Vero Beach,
Florida
State File Number:109-2015-073431,
Bar Code Number*37842903*,
REQ Number: 2109290090
born to her Mother Sophia Thelisma
who was born August 21, 1991
in   Massachusetts

I am Sophia Thelisma the Natural Maternal Mother of
Zakiyah Leslie Williams,
ZAKIYAH LESLIE WILLIAMS,
And I Claim my Property
And Idem Sonam Related names and appellations

All Purpose Acknowledgement

State of FLORIDA
County of INDIAN RIVER

On June 5 2018, before me, MARC J. RICHARD
    (date)                                    (notary)

personally appeared, Muur, Moor, Carmelo Etienne; Sophia Thelisma,

(Continued)

3 Sophia Thelisma
Moor, Muur, Carmelo Etienne
6/8/18

Page 1 of 2

page 2 of 2

Proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal

_____
(notary signature)

My Commission Expires: 7/16/2018

**OPTIONAL INFORMATION:**
_____

page 2 of 2

United States District Court
Case: 18-14061-CV-Martinez/Maynard

## Affidavit of Truth/ Claim

I am Sophia Thelisma the Natural Mother of
Mellino Carmelo Etienne.
Born a live man
May 13th 2011
weighing 7,lbs 8 oz
3538 grams at birth
at the time of 23:27
in the county of Indian River County
at the Indian River Medical Center
A Hospital
in Vero Beach ,
Florida Republic,
State File Number:109-2017-046234,
Bar Code Number*37844270*
REQ Number: 2019289226
born to his
Mother Sophia Thelisma
who was born August 21, 1991
in Massachusetts Republic
And
Father Carmelo Etienne
Who was Born July 3, 1985
In the Florida Republic

I am Carmelo Etienne the Natural Paternal Father of
Mellino Carmelo Etienne,
MELLINO CARMELO ETIENNE,
And I Claim my Property
And Idem Sonam Related names and appellations
&
I am Sophia Thelisma the Natural Maternal Mother of
Mellino Carmelo Etienne,
MELLINO CARMELO ETIENNE,
And I Claim my Property
And Idem Sonam Related names and appellations

All Purpose Acknowledgement

State of _Florida_
County of _Indian River_

On _June 5, 2018_, before me, _Pierre J Pierre_,
   (date)                              (notary)
personally appeared. Muur, Moor, Carmelo Etienne & Sophia Thelisma

Muur, Moor, Carmelo Etienne

Page 1 of 2

Page 2 of 2

Proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal

_____
(notary signature)

My Commission Expires: 7/19/2018

MARC J RICHARD

**OPTIONAL INFORMATION:**

Page 2 of 2

*United State District Court of Florida*
*Case: 18-14061-CV-Martinez/Maynard*

### Affidavit of Truth/ Claim

I am Sophia Thelisma the Natural Mother of
Vantrell Eon Brown Jr
born alive man
May 13th 2011
Weighing 6 lbs 7oz
3030 grams at birth
at the time of 19:57
in the county of Broward
at the West Memorial Hospital
A Hospital
in Pembroke Pines,
Florida,
State File Number:109-2011-098815,
Bar Code Number*37842904*,
REQ Number: 2109290140
born to his Mother Sophia Thelisma
who was born August 21, 1991
in    Massachusetts


I am Sophia Thelisma the Natural Maternal Mother of
Vantrell Eon Brown Jr
**VANTRELL EON BROWN JR**
And I Claim my Property
And Idem Sonam Related names and appellations


**All Purpose Acknowledgement**

State of _Florida_

County of _Okeechobee_

On _June 5, 2018_, before me, _Mari J. Richard_
   (date)                               (notary)

personally appeared _Moors, Moors; Carmelo Etienne, Sophia Thelisma_

(Continued)   ᵇ _[signature]_

_Moor, Muur; Carmelo Etienne_

Page 1 of 2

Page 2 of 2

Proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal

_____
(notary signature)

My Commission Expires: 7/16/2018

MARC J RICHARD

**OPTIONAL INFORMATION:**

UNITED STATES DISTRICT COURT
OF FLORIDA
OF The Southern Division
Case: 18-14061-CV-martinez/maynard.

THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem / Northwest Africa / North America.*

'The North Gate'.

Societas Republicae Ea Al Maurikanos.

Aboriginal and Indigenous Natural Peoples of the Land.

The true and de jure Al Moroccans / Americans

## 𝕬berment 𝕺f 𝕵urisdiction - 𝕼uo 𝖂arranto
**For The Record, To Be Read Into The Record**
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

June 8th, 2018

Clerk of Court; Colette Griffin
US District Court Southern Division
101 US-1,
Fort Pierce, FL 34950

Re: 18-14061-CV-Maynard/ Martinez

### Res Judicata

**Hagans v Lavine 415 U.S. 533.**, There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. S. Ct 2501 (1980);** " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for Clerk of Court; Colette Griffin to produce for the record, the physical documented 'Delegation of Authority, Oath of Office', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

moor; muur; Carmelo Etienne
U.C.C. 1-308
moor; muur;
UCC 1-308

Thank You,
I Am: moors Carmelo Etienne & Sophia Thelisma

Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103
Po Box 801 2050 13th ave
Near Vero Beach Florida 32961
Northwest Amexem


Notary Public State of Florida
Christine G. Richard
My Commission GG 198623
Expires 03/21/2022

cc:
United Nations
High Commissioner for Human Rights
Palais Wilson

Honorable President Barack Obama
White House Washington DC

United States Department of State

Indian River County, State of Florida, on 6/8/18 appeared before me Christine Richard
Christine G Richard

International Criminal Court
Luis Moreno-Ocampo

International Court of Justice
Hall:El
Peace Palace
The Hague Netherland

Interpol
Lyon, France

Hillary Clinton

Great Seal National Association of Moorish Affairs
Minister :A-El / Minister Taj Tarik Bey / Minister William Salaam

United States Justice Department
Attorney General Eric H. Holder Jr.

UNITED STATES DISTRICT COURT
OF THE Southern District
OF Florida
Case: 18-14061-CV-Martinez/Maynard




THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem / Northwest Africa / North America.*

'The North Gate'.

Societas Republicae Ea Al Maurikanos.

Aboriginal and Indigenous Natural Peoples of the Land.

The true and de jure Al Moroccans / Americans

## Averment Of Jurisdiction - Quo Warranto

For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

FILED by _____ D.C.
JUN 08 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

June 8th, 2018

Clerk of Court; Steven Larimore
US District Court Southern Division
101 US-1,
Fort Pierce, FL 34950

Re: 18-14061-CV-Maynard/ Martinez

### Res Judicata

**Hagans v Lavine 415 U.S. 533.**, There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. S. Ct 2501 (1980);** " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for Clerk of Court; Steven Larimore to produce for the record, the physical documented 'Delegation of Authority' oath of office, as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

MOOR, MUUR,
Carmelo Etienne
U.C.C. 1-308.
MOR; MUUR;
Sophie [signature] UCC 1-308

Thank You,
I Am: Sophia Thelisma ³ Carmelo Etienne
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved. U.C.C. 1-207/1-308; U.C.C.1-103
Po Box 801 2050 13th ave
Near Vero Beach Florida 32961
Northwest Amexem

cc:
United Nations
High Commissioner for Human Rights
Palais Wilson

International Criminal Court
Luis Moreno-Ocampo

Honorable President Barack Obama
White House Washington DC

United States Department of State
Hillary Clinton


Notary Public State of Florida
Christine G. Richard
My Commission GG 198623
Expires 03/21/2022

Indian River County, State of Florida on 6/8/18 appeared before me Christine Richard,
Christine Richard

International Court of Justice
Hall:El
Peace Palace
The Hague Netherland

Interpol
Lyon, France

Great Seal National Association of Moorish Affairs
Minister :A-El / Minister Taj Tarik Bey / Minister William Salaam

United States Justice Department
Attorney General Eric H. Holder Jr.