*Case: 18-14061-cv-Martinez/Maynard*

# Writ of Mandamus
### Case No: Cases:
### 312018DP00028 & 312018DP00029
### (Indian River County Court House of Indian River County)

June 8th, 2018

Carmelo Etienne Authorized Representative, Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
c/o:1725 38th street
Vero Beach Florida Republic
 [32960 Exempt]
Non-Domestic

Sophia Thelisma Authorized Representative, Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
c/o:1725 38th street
Vero Beach Florida Republic
 [32960 Exempt]
Non-Domestic

v.

Indian River Court House
Paul B. Kanarek,19th judicial Circuit State Attorneys Office, State Of Florida, IRCSO, VBPD, DCF, Melissa Kay Cline, Et Al

COMES NOW,Carmelo Etienne & Sophia Thelisma , Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America. Being a descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and in habitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands-bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States **(http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties)** the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of

State of Florida,
Indian River County
On June 8, 2018
Appeared before me,
Christine Richard

Christine G. Richard

Moori Muur;
UCC 1-308

Moori Muuri
Carmelo Etienne



Notary Public State of Florida
Christine G. Richard
My Commission GG 198623
Expires 03/21/2022

the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States
### Article 20

"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21

"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

Petitions this court to issue a Writ of Mandamus to order to enforce Paul B Kanarek the Default Judgment filed on March ,2018 due to No response as the Writ of Default Judgement & Emergency child pick up submitted by Sophia and Carmelo was not honored. In support of this petition I state for the record:

1. ON January 25th 2018, Sophia and Carmelo made a call to 911 Vero Beach Police Department in Reference to a Grand Theft matter committed by William Lee, and Conspirators, Racketeers Derryl Rivers and Casey Myers of VBPD responded, Derryl Rivers, refused to take Report about Carmelo's stolen property violating the !st Amendment of the US Constitution after speaking on the phone with William Lee and later falsified a report, after the VBPD, Failed to file a petition, Sophia and Carmelo drove to VBPD to report the crime, violation of the Constitution, of Vbpd officer Derryl Rivers, where other conspirators; Captin Kevin Martin, and Lt. Matt Manaco (IA) who still did not attempt to make report wrote down all of Sophia's contact information including email address to commit fraud.

2. On January 26th 2018, William Lee, Chief David Currey and hs minions Manaco, Vbpd, IRCSO, DCF, and other Conspirators/ Racketeers conspired to frame Sophia Thelisma by shutting down her facebook, drug her, trying to place her in a mental asylum. The conspirators (Dcf employees, Irsc (IA), Vbpd (IA) plotted knowingly made fraudulent reports to Dcf hotline, ELC, Irsco, signed by Adrian D( or Adream Bennette) Thomas-Owens, Perinon Milton, Thomas Loveland, Tony V Collins, Dcf's Ashley Delaney and Ircso's Kristofer Scovgaurd illegally searched (Sophia Thelisma's rv/motor home), on their own fraudulent made up reports. Another violation of the US Constitution and abuse of public official power to commit RICO ACT,fraud,trespassing, etc.

3. On February 1st, 2018, Carmelo Etienne, filed 6 protective orders against defendants that were TURNED INTO Barbra, Judge PEGGS PERSONAL CLERK denied by Judge Pegg without a hearing

4. On February 6th- 10th, 2018, Indian River County Sheriff's Office deputy's stalked and harassed Sophia Thelisma and children at her new address very late at night time as soon as Carmelo leaves for the night trying to persuade Sophia to come out of her rv to speak with the 6 officers surrounding her home, who have made news for miraculously finding dead bodies ponds and so-called saving people from drug overdoses, but there is more to those stories then that are being told.

5. On February 9th, 2018, Dcf, Indian River Court House, Judge Kanarek, State Of Florida, et Al received the Civil Lawsuit, (as advised by the clerk of courts and all parties involved) in the Nature of Discovery in cases 312018CA000102 & 312018CA000103 (Indian River

      County Court House of Indian River County) about White Collard Racist Hate Crime Conspiracy/Rico Act with V.B.P.D. , IRCSO, William Lee, et Al. etc. Sophia Also filed protective orders against defendants that were turned into Barbra, Judge PEGGS PERSONAL CLERK denied by Robert L. Pegg without a hearing

6. February 11th, 2018, DCF CPI Tiffany Perry and Indian River County Sheriff's officers came with fraudulent papers produced by Robert L. Pegg saying that they had a parcept to remove the children as he showed the camera while covering to whom it was addressed too, and fled from the scene when Carmelo showed up filming & reciting the laws from the US. Constitution that they were breaking, they came with many Irsco employees by the names of; Sergeant Paul Mweborn, Sergeant Linda Nolan, deputy Ryan Holly, Corpral Scribner, crow barred and kicked in Sophia Thelisma's Rv and Sheriff's Departments Deputy and Corporal; Ryan Holly, Corpral Scribner drew guns as the caught on surveillance.

7. On ,February 12th, 2018, Judge Kanarek et al ordered the children (VEB,ZLW,MCE,) to be taken away over UNLAWFULLY, FRAUDULENTLY, with out DUE PROCESS OF LAW, and illegal activities for HIS OWN financial gain as retaliation for filing suit as advised by all parties.

8. On February 13th, 2018, first appearance court Paul B. KANAREK the same person send to kidnap CARMELO and OUR children illegally, CARMELO ,told KANAREK IT WAS VIOLATION OF THE 1ST AMENDMENT and TREASON etc.

9. On March 13th , 2018 , WE went to court and told the Judge Victoria Griffin it was TREASON and CONSPIRACY SHE STLL CONTINUED TO PROCEED unlawfully after the statement was made

10. Dcf had a settlement meeting with us in regards to the State of Florida, DCF, WHO KIDNAPPED OUR children BECAUSE Carmelo and Sophia DID NOT AGREE to enter into contract because they breached their contract and we knew that WE did not COMMIT any CRIME AND THE racketeers where committing fraud and Targeting us, SHERIFF srgt.JOHN CRONENBERG PUT HIS HANDS ON CARMELO WITH OUT ANY PERMISSION in front of sophia to try to provoke a reaction, which is assult with out probable cause. He'd also thrown away Sophia's Burberry perfume valued at the priced of 110 dollars maliciously

11. An invitation dated April 9th 2018, was received from Indian River Court in regards to a claim made by, Judge Kanerek, Irsco, Dcf, State of Florida et AL as retaliation against Carmelo Etienne and Sophia Thelisma et Al .

12. On April 9th, 2018, we made a special appearance to clear up this matter.we advised Judge Kanerek's clerks that a Writ in the Nature of Discovery was submitted to Indian River Court House with a copy to the civil and dependency case."PAUL b. KANAREK MISPRISIONED US INTENTIONALLY ON A CIVIL MATTER AND PLACED CRIMINAL CHARGES, UNDER THREAT DURESS AND COERCION AGAINST OUR WILL, he caused Sophia who was pregnant at the time to be abused by IRCSO Deputies, and also injected with unknown vaccine at the jail against Sophia will where she was assaulted, pushed, shoved off her feet multiple times by Jeffery Wiloski who was well over 300 pounds and arms drawn by Osner Joseph without committing any crime. Just by asking Paul B Kanarek for status, nationality, and jurisdiction, for the record.

13. After the Writ in the Nature of Discovery and Evidence was produced to both the courts and judge and was intentionally unaccepted and ignored, The Notice of Default Judgment was submitted as the request made was not honored.

14. A reply dated May 22, 2018 was received from Court stating the following: "Order of disposition and dependency and for parents to undergo a mental evaluation. Which is a Conflict of interest because he was already sued Federally and through his own courts.

### Argument in Support of Writ of Mandamus

### FACTS

All Law is contract therefore in order for any claim to be made the contract must be produced. For Judge Kanerek et AL to imply that the Writ in the Nature of Discovery does not have to be honored is a violation of the Constitutionally Secured Rights to Due Process of Law.

*The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.*

In so refusing to honor the Writ in the Nature of Discovery and denial of the Notice of Default Judgment. Judge Kanerek has violated his oath of office to uphold the United States Constitution.

"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."

As the small claims court is administrative Judge Kanerek, et all other Judges and parties involved, does not have jurisdiction to listen to, hear arguments, presentation, or rational.

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

*"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially". Thompson v. Smith 154 SE 583.*

*Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." ASIS v. US, 568 F2d 284.*

*Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." Burns v. Supp. Ct., SF, 140 Cal. 1.*

As a Judge and officer of the court, refusal to honor the Writ in the Nature of Discovery and Notice of Default Judgment is a violation of his oath of office.

As a Judge who should be well versed in law, Judge Kanerek et Al. knowingly committed fraud as he knowingly has been administering in a capacity which he does not have jurisdiction, delegation of authority, or judicial powers delegated from the legislature

### Nature of Relief Sought

This action seeks the Court to issue a Writ of Mandamus compelling Judge Kanerak, to honor the Default Judgment or to pass on to a Supreme Court.
All default judgments to be granted to affiants on all cases, and their children to be returned to both Sophia Thelisma and Carmelo Etienne post ace. A lien placed on all racketeers and wrong doers involved. Maximum fines and maximum prison sentences. All reliefs in other related cases for both Sophia, and Carmelo immunity/Protection for all of their family and friends. A lien placed on all racketeers and wrong doers against their oaths of office, ethics, loyalty, etc and the seizure of All forms of money, wages, pensions, trusts, bonds, stalks, gold, silver, land, properties, assets of all & any form (ie, cars, boats, houses, rvs, motor homes, collectibles, antiques of value, coins, etc). All the parties commit the RICO ACT CONSPIRACY TO DEFRAUD AND EXTORT Carmelo Etienne and Sophia Thelisma.

As the Writ in the Nature of Discovery was not Honored, the Notice of Default Judgment must be honored and all claims, petitions, suits, fillings with any third party corporations regarding my credit history be dismissed and expunged.

Respectfully submitted this the 8TH day of June, 2018 = 1436 M.C.

I am: *Moor, Muur, Carmelo Etienne*
Carmelo Etienne, Authorized Representative
Natural Person, In Propria Persona
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic

I am: *moOR, MuuR,*
Sophia Thelisma, Authorized Representative
Natural Person, In Propria Persona
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o: 1725 38th street
Vero Beach Florida Republic
[32960 Exempt]
Non-Domestic

# All Purpose Acknowledgement

State of Florida

County of Indian River

On June 8, 2018, before me, Christine Richard,
(date)                    (notary)

personally appeared,
Carmelo Etienne and Sophia Thelisma
(signers)

WITNESS my hand and official seal

Christine G Richard
(notary signature)

My Commission Expires: 03/21/2022

Notary Public State of Florida
Christine G. Richard
My Commission GG 198623
Expires 03/21/2022

United States District of Florida

Case: 18-14061-CV-Martinez/Maynard

From:
Moor, Muur,
Carmelo Etienne
&
Sophia Thelisma

To: magistrate Shaniek Maynard

FILED JUN 08 2018

— We ~~would~~ would like for you to produce your Oath of Office on Demand. Due to Rico Act., Extersion, Fraud, Racketeering etc.

Moor, Muur,

Carmelo Etienne

Sophie