UNITED STATES DISTRICT COURT
OF FLORIDA OF The Southern
Division

Exhibit 51 of 52

FILED by _____ D.C.
JUN 08 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.

CASE: 18-14061-CV-Martinez-Maynard

Moor, Moor,
Carmelo Etienne

witness by
Moor, Moor
[signature]

DESCRIPTION:
- A No plea was entered on last
- Proof of Rico Act
- Proof of Paper Terrorism
- Proof of Conflict of Interest
- Proof of Fraud
- Proof of Extortion

Page 1 of 2

*— UNITED STATES DISTRICT COURT*

IN THE COUNTY COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR INDIAN RIVER COUNTY, STATE OF FLORIDA

*Case: 18-14061-CV-Martinez/Maynard*

UCN#: 312018MM000578AXXXXX

| | |
|---|---|
| STATE OF FLORIDA | JUDGE: DAVID C MORGAN |
| VS. | |
| CARMELO ETIENNE | |
| *1725 38th Street* | |
| VERO BEACH, FL 32960 | |

*Be prepared to pay in full or go on a payment plan at time of sentencing.*

THE FOLLOWING ARE HEREBY NOTIFIED ON THIS *5th* DAY OF *June* 2018
THAT THE CHARGE OF

1. MISUSE OF 911 OR E911 SYSTEM
2. MISUSE OF 911 OR E911 SYSTEM
3. MISUSE OF 911 OR E911 SYSTEM
4. MISUSE OF 911 OR E911 SYSTEM
5. MISUSE OF 911 OR E911 SYSTEM

has been set for DOCKET CALL

ON JUNE 13TH, 2018 AT 1:30 PM, TO-WIT:

DEFENDANT ETIENNE, CARMELO *◁ IS NOT A FLESH AND BLOOD HUMAN BEING*

*— Proof of Rico Act*
*— Proof of Paper Terrorism*
*— Proof of Conflict of Intrest*
*— Proof of Fraud*
*— Proof of Extortion*

PLEASE BE GOVERNED ACCORDINGLY

JEFFREY R. SMITH
CLERK OF COURT

BY: _____ D.C.

NOTE: ANY QUESTIONS CONCERNING ABOVE PLEASE CALL (772) 226-3178
OR COME TO THE INDIAN RIVER COUNTY COURTHOUSE TRAFFIC DEPARTMENT
2000 16TH AVENUE, VERO BEACH, FL 32960

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL 34986, (772) 807-4370 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**