UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
**Case Number:  18-14061-CIV-MARTINEZ-MAYNARD**

CARMELO ETIENNE and
SOPHIA THELISMA ,
     Plaintiffs,

vs.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES, et al.,
     Defendants.
_____/

### <u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

THIS MATTER was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on all dispositive matters [ECF No. 23]. Magistrate Judge Maynard filed a Report and Recommendation [ECF No. 53], recommending that (1) Defendants Judge Pegg and Judge Griffin's Motion to Dismiss be granted; (2) Plaintiffs' Amended Complaint be dismissed against all remaining Defendants pursuant to Fed.R.Civ.P. 12(b)(1) & (h)(3); (3) given the nature of the defects and the futility of amending the complaint to correct them, Plaintiffs' Amended Complaint should be dismissed with prejudice; and (4) all pending motions be denied as moot.  The Court has reviewed the entire file and record, has made a *de novo* review of the issues that Plaintiffs' objections to the Report and Recommendation present, and is otherwise fully advised in the premises.  The Court finds the issues raised in Plaintiff's objections are already addressed in Magistrate Judge Maynard's well-reasoned Report and Recommendation.  After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Shaniek M. Maynard's Report and Recommendation [ECF No. 53] is **AFFIRMED** and **ADOPTED**.  Accordingly, it is:

- 2 -

**ADJUDGED** that

1.      Defendants Judge Pegg and Judge Griffin's Motion to Dismiss [ECF No. 41] is

**GRANTED**.

2.      Plaintiffs' Amended Complaint [ECF No. 44] is **DISMISSED** against all

remaining Defendants pursuant to Fed.R.Civ.P. 12(b)(1) & (h)(3).  Given the nature of the

defects and the futility of amending the complaint to correct them, Plaintiffs' Amended

Complaint [ECF No. 44] is **DISMISSED WITH PREJUDICE**.

3.      This case is **CLOSED** and all pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of June, 2018.


_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record
Plaintiffs, *pro se*