**Untied States District Court**
**Southern District of Florida**
**Fort Pierce Division**

June 13th 2018

CASE::
18-cv-14061 Martinez/Maynard

MOORS;
Sophia Thelisma,
Carmelo Etienne,
Affiants,

V.

Maria Guitian Baker, Thomas Loveland et al ,

_____/

**RESPONSE AND OBJECTION TO Maria Guitian Baker Special Appearance   et al**

**1. Objection-** Nationality and Status must be stated for the record before proceeding or giving any request or statement when making a special appearance. A Florida bar registration number is exactly what it states it is, and is not a law license for people with no integrity to practice law in support of their fellow racketeering influenced corrupt organization members.

**2. Objection-** Maria Guitian Baker does not have any first hand knowledge of the situation and there for has NO Standing in this case, while she continues to voluntarily take part in racketeering while knowingly defending the guilty parties, That have committed fraud and various other crimes against humanity.

**3. Objection-** Department of Health, Julianne Price and all other parties are Racketeer involved in RICO Activity and should not be able to respond until a full investigation has taken place.

**4. Objection-** due to the conspiracy and crookedness of the clerks of Courts of the Untied States District Court Southern District of Florida, Fort Pierce Division in regards to their personal friendship with members of the racketeering crew, Colette Griffin and Steven Larimore refused to issue out to us   all the of the summons along with other need documents, such sabotage does not reset upon the Affiants but the Clerks for interfering with the Lawsuit.

**5. Objection-** I am Not Sofia Thelisma, In Pro se Status, Nor am I the Civilly Mortus all Capital   idem sonam name you Referenced in the improper personal appearance letter in which you didn't even follow the first step in proper

for the record and I am Moor; ex rel; Carmelo Etienne in pro per sui juris for the record.

### Response

As a response we still move for Emergency Default Judgement for those who did receive their summons and the rest to be issued from the clerks of courts, that violated their oaths to perform their duties.

Moor,

*[signature]*

Moor, Moor,
Carmelo Etienne
U.C.C. 1-308
1-308

Page 2 of 2