## UNITED STATES DISTRICT COURT OF FLORIDA

CASE::
18-14061-Martinez/Maynard

MOORS;
**Sophia Thelisma, Carmelo Etienne**
**V.E.B., Z.L.W.,M.C.E,(natural children and all names idem sonam)**
**Affiants,**

FILED by ___PG___ D.C.

JUN 27 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

V.

**Paul B Kanarek, Melissa Kay Cline, Dcf, Suzanne Gaskill, Children's Home Society et al ,**
**Wrongdoers,**

_____,

### RESPONSE AND OBJECTION TO Judge Martinez Adoption
### WE DO NOT CONSENT OR COMPLY/AFFIDAVIT OF TRUTH

Judge Martinez has been Paid off which makes him a part of the RICO ACT and racketeering.
Martinez continues to ignore an abundance of burdens of proof and prima facie evidence, in forms
of video footage, documents, of RICO activity after previously asking for the affiants to setup and
schedule with the doers a settlement in which the affiants mailed to the wrong doers who did not
respond. The Judge violated both substantive and procedural due process of Law, Martinez been
remove off this case countless times he refuse to remove him self , Martinez is a malfeasance, non
feasance, and a crooked Judge which makes him incompetent. He also abuses his official powers
by not respecting, the American Constitution, the writ of Certiorari, Writ of prohibition and still
trying to make a bogus decision by making a bias and prejudice decision on the recommendation
we objected against in support of his racketeering members of the 19th Judicial and other
racketeers from other entities after admitting that the courts did not have jurisdiction to address the
matter. Martinez is committing fraud when pursuing a matter in which he knows and
acknowledges he has no Jurisdiction and refuses to transfer the case to supreme court as ordered
by the Sovereign moors which are the Affiants in this case.

Moor: Carmelo Etienne
Moor: Sophia Thelisma        6-26-2018

UCC: 1-308/1-207 All RIGHTS RESERVED

ALTA A. HAMER
NOTARY
MY COMM.
EXPIRES
APRIL 19, 2019
CAMDEN COUNTY, GEORGIA
PUBLIC

Alta Hamer
June 26, 2018

# All Purpose Acknowledgement

State of _Georgia_

County of _Camden_

On _June 26, 2018_ , before me,

_Alta A. Hamer_ ,

      (date)                                        (notary)

personally appeared,

_Carmelo Etienne & Sophia Thelisma_

_,

                                       (signers)

WITNESS my hand and official seal

_Alta A. Hamer_

(notary signature)

My Commission Expires: _April 19, 2019_

Visit **theupsstore.com** or call **1-800-PICK-UPS®** (1-800-742-5877) to find a location near you.

**Domestic Shipments**

· To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

· The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

· To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

100% Recycled fiber
80% Post-Consumer

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the



CARMELO ETIENNE & SOPHIA THELISMA
(772) 480-0811
THE UPS STORE #4534
STE M
1601 HWY 40  E
KINGSLAND  GA 31548-6501

SHIP  CLERK  OF  COURT
TO:  US DISTRICT COURT
     400 N MIAMI AVE

MIAMI  FL 33128-1801

FL 33

UPS NEXT DAY AIR SAVE

TRACKING #: 1Z A97 85E 13 8002 7540

BILLING: P/P

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law customs purposes. If exported from the US, shipper certifies that the commodities, technology or softw Regulations. Diversion contrary to law is prohibited.